UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN DOE #1, JOHN DOE #2,        *
JOHN DOE #3, JOHN DOE #4,        *
JOHN DOE #5, JANE DOE #1         *
c/o Mark S. Zaid, Esq.           *
Mark S. Zaid, P.C.               *
1920 N Street, N.W.              *
Suite 300                        *
Washington, D.C. 20036           *
                                 *
    and                          *
                                 *
OTHER SIMILARLY SITUATED         *
INDIVIDUALS                      *
                                 *
        Plaintiffs,              *
                                 *
    vs.                          *   CASE NUMBER  1:06CV02131
                                 *
                                 *   JUDGE: Emmet G. Sullivan
ANDREW C. VON ESCHENBACH         *
COMMISSIONER                     *   DECK TYPE: TRO/Preliminary Injunction
FOOD AND DRUG ADMINISTRATION     *
5600 Fishers Lane                *   DATE STAMP: 12/14/2006
Rockville, Maryland  20857-0001, *
                                 *
    and                          *
                                 *
ROBERT GATES                     *
SECRETARY OF DEFENSE             *
DEPARTMENT OF DEFENSE            *
1000 Defense Pentagon            *
Washington, D.C. 20301           *
                                 *

1

| | |
|---|---|
| MIKE LEAVITT | * |
| SECRETARY OF HEALTH AND | * |
| HUMAN SERVICES | * |
| DEPARTMENT OF HEALTH AND | * |
| HUMAN SERVICES | * |
| 200 Independence Avenue, S.W. | * |
| Washington, D.C. 20201, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**EX-PARTE MOTION FOR LEAVE TO FILE COMPLAINT USING "JOHN DOES" AND "JANE DOES" AND COUNSEL'S ADDRESS IN VIOLATION OF LCVR 5.1 (e) AND TO SEAL DECLARATION OF MARK S. ZAID, ESQ.**

NOW COMES plaintiffs John Does#1-5 and Jane Doe#1, by and through their undersigned counsel, to hereby respectfully seek leave of this Court to file their Complaint against defendants Andrew C. Von Eschenbach, Commissioner, Food and Drug Administration ("FDA"), Robert Gates, Secretary of Defense, Department of Defense ("DoD"), and Mike Leavitt, Secretary of Health and Human Services, Department of Health and Human Services, as a respective "John Doe" or "Jane Doe", as well as use their counsel's address, in violation of LCvR 5.1(e) in order to protect their identities.

As grounds therefor, the plaintiffs rely on the contemporaneously submitted declaration of Mark S. Zaid, Esq., which is requested to be sealed from the public and defendants due to fear of retaliation and harassment. Identical relief was granted to the plaintiffs in Doe et al. v. Rumsfeld et al., Civil Action No. 03-707 (D.D.C.)(EGS), which was a related action..

A proposed Order also accompanies this Motion.

Dated: December 13, 2006

                                        Respectfully submitted,

                                        _____
                                        Mark S. Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1920 N Street, N.W.
                                        Suite 300
                                        Washington, D.C. 20036
                                        (202) 454-2809
                                        ZaidMS@aol.com

                                        John J. Michels, Jr., Esq.
                                        D.C. Bar #457575
                                        McGUIREWOODS LLP
                                        77 W. Wacker, Suite 4400
                                        Chicago, Illinois 60601
                                        (312) 849-8150

                                        Attorneys For The Plaintiffs