**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1, JOHN DOE #2,<br>JOHN DOE #3, JOHN DOE #4,<br>JOHN DOE #5, JANE DOE #1<br>c/o Mark S. Zaid, Esq.<br>Mark S. Zaid, P.C.<br>1920 N Street, N.W.<br>Suite 300<br>Washington, D.C. 20036<br><br>and<br><br>OTHER SIMILARLY SITUATED<br>INDIVIDUALS<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW C. VON ESCHENBACH<br>COMMISSIONER<br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, Maryland  20857-0001,<br><br>and<br><br>ROBERT GATES<br>SECRETARY OF DEFENSE<br>DEPARTMENT OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C. 20301 | 06 2131<br><br>Civil Action No. 06-_____ |

2

| | |
|---|---|
| MIKE LEAVITT | * |
| SECRETARY OF HEALTH AND | * |
| HUMAN SERVICES | * |
| DEPARTMENT OF HEALTH AND | * |
| HUMAN SERVICES | * |
| 200 Independence Avenue, S.W. | * |
| Washington, D.C. 20201, | * |
| | * |
| Defendants. | * |

* * * * * * * * * * * *

## ORDER

Upon consideration of Plaintiffs' Ex-Parte Motion for Leave to File Complaint Using "John Does" and "Jane Does" and Counsel's Address in Violation of LCvR 5.1(e) and to Seal Declaration of Mark S. Zaid, Esq., and the entire record herein, it is this 14th day of December 2006, hereby

ORDERED, that plaintiffs' Motion is granted*; and further

ORDERED, that the declaration of Mark S. Zaid, Esq. is to be filed under seal;

ORDERED, that plaintiffs' Complaint is hereby accepted and deemed filed, and plaintiffs may proceed as "John Doe" or "Jane Doe", as well as use their counsel's address, in all proceedings connected to this action until such time as this Court Orders, or the parties stipulate otherwise.

_____
Royce C. Lamberth
Acting Chief UNITED STATED DISTRICT JUDGE

\* without prejudice to further consideration by the assigned judge — assignment only occurs after the complaint is filed — if the defendants file an opposition to the John Doe Motion when they respond to the complaint.