AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, Jane Doe #1, Jane Doe #2, c/o Mark S. Zaid, Esq., Krieger & Zaid, PLLC, 1747 Pennsylvania Avenue, N.W., Suite 300, Washington, D. C. 20006 and Other Similarly Situated Individuals, )
     Plaintiff(s)       )
                        )
                        )
         vs.            )   **APPEARANCE**
Robert M. Gates, Secretary of Defense, Department of )
Defense, et al., 100 Defense Pentagon, Washington, D. )   CASE NUMBER   1:06-cv-02131-EGS
C. 20301                )
     Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of  John J. Michels, Jr.,  as counsel in this
                                (Attorney's Name)

case for:  John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, Jane Doe #1, Jane Doe #2
            (Name of party or parties)

December 29, 2006
Date                              Signature
                                  John J. Michels, Jr.,
DC Bar #457575                    Print Name
BAR IDENTIFICATION
                                  McGuireWoods, 77 W. Wacker Dr., Suite 4100
                                  Address
                                  Chicago, IL 60601
                                  City         State        Zip Code
                                  312-849-8100
                                  Phone Number