**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| JOHN DOE #1, JOHN DOE #2, <br> JOHN DOE #3, JOHN DOE #4, <br> JOHN DOE #5, JANE DOE #1, <br><br> Plaintiffs <br><br> v. <br><br> ANDREW C. VON ESCHENBACH <br> COMMISSIONER <br> FOOD AND DRUG ADMINISTRATION <br> 5600 Fishers Lane <br> Rockville, MD 20857, <br><br> ROBERT GATES <br> SECRETARY OF DEFENSE <br> DEPARTMENT OF DEFENSE <br> 1000 Defense Pentagon <br> Washington, DC 20302, <br><br> and <br><br> MICHAEL LEAVITT <br> SECRETARY OF HEALTH AND <br>  HUMAN SERVICES <br> DEPARTMENT OF HEALTH AND <br>  HUMAN SERVICES <br> 200 Independence Ave., S.W. <br> Washington, DC 20201 <br><br> Defendants. | Case No. 1:06-cv-02131-EGS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey M. Smith will appear in this action on behalf of the

Defendants as counsel.

All future correspondence and other communications regarding this case should be directed

to Mr. Smith at the following addresses:

| | |
|---|---|
| **FOR U.S. MAIL** | Jeffrey M. Smith<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C.  20044 |
| **FOR COURIER AND HAND DELIVERIES** | Jeffrey M. Smith<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7144<br>Washington, D.C. 20001 |

<u>U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.</u>

Mr. Smith may be reached by phone at (202) 514-5751.  Faxes for Mr. Smith should be sent to (202) 616-8202.

January 5, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT GARVEY
Deputy Branch Director


   /s/  Jeffrey M. Smith
JEFFREY M. SMITH (Bar No. 467936)
Trial Attorney
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7144
Washington, D.C. 20001
Tel: (202) 514-5751
Fax: (202) 616-8202

*Counsel for Defendants*