**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOHN DOE #1 et al.                    *
                                       *
                                       *
        Plaintiffs,                    *
                                       *   Civil Action No. 06-2131 (EGS)
    vs.                                *
                                       *
ANDREW C. VON ESCHENBACH               *
COMMISSIONR                            *
FOOD AND DRUG ADMINISTRATION           *
et al.                                 *
        Defendants.                    *
*   *   *   *   *   *   *   *   *   *   *   *   *   *

**PLAINTIFFS' CONSENTED-TO MOTION FOR**
**EXTENSIONS OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW COME Plaintiffs, by and through their undersigned counsel, to respectfully request from this Court a two week extension, up to and including February 16, 2007, in order to file responses to the defendants' Opposition to Plaintiffs' Ex Parte Motion for Leave to File Complaint Using "John Does" and "Jane Does" and Counsel's Address in Violation of LCvR 5.1 (e)(filed January 5, 2007) and separately the defendants' Objection to Plaintiffs' Related Case Designation (filed January 5, 2007).

Plaintiffs' counsels are preparing their responses, which involve obtaining declarations from one or more of the plaintiffs, and others, who are away on various military assignments. As a result one additional extension is respectfully sought. No further extensions are anticipated.

Defendants' counsel has consented to these extensions. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   February 1, 2007

Respectfully submitted,

/s/

_____

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGuireWoods LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150
jmichels@mcguirewoods.com

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE #1 et al. | * |
| | * |
| Plaintiffs, | * |
| | * Civil Action No. 06-2131 (EGS) |
| vs. | * |
| | * |
| ANDREW C. VON ESCHENBACH | * |
| COMMISSIONR | * |
| FOOD AND DRUG ADMINISTRATION | * |
| et al. | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of February 2007,

ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before February 16, 2007, to submit their responsive documents to defendants' Opposition to Plaintiffs' Ex Parte Motion for Leave to File Complaint Using "John Does" and "Jane Does" and Counsel's Address in Violation of LCvR 5.1 (e) and separately the defendants' Objection to Plaintiffs' Related Case Designation.

.

_____
UNITED STATED DISTRICT JUDGE