**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE #1 et al. | * |
| | * |
| | * |
| Plaintiffs, | * |
| | *   Civil Action No. 06-2131 (EGS) |
| vs. | * |
| | * |
| ANDREW C. VON ESCHENBACH | * |
| COMMISSIONR | * |
| FOOD AND DRUG ADMINISTRATION | * |
| et al. | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' CONSENTED-TO MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COME Plaintiffs, by and through their undersigned counsel, to respectfully request from this Court a short final extension of up to and including Tuesday, February 20, 2007, in order to file a response to the defendants' Opposition to Plaintiffs' Ex Parte Motion for Leave to File Complaint Using "John Does" and "Jane Does" and Counsel's Address in Violation of LCvR 5.1 (e)(filed January 5, 2007).

Plaintiffs' counsels are working with their clients, some of whom are overseas, to finalize declarations for the Court's consideration. Complications have arisen concerning how best to file these, i.e., whether under seal with true names or publicly utilizing their assigned pseudonym. Some of the facts, if filed publicly, may reveal too much identifying information and discussions are continuing to allay any concerns the plaintiffs might have.

Defendants' counsel has consented to this extension. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   February 16, 2007

Respectfully submitted,

/s/

_____

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGuireWoods LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150
jmichels@mcguirewoods.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1 et al. | * |
| | * |
| | * |
| Plaintiffs, | * |
| | *   Civil Action No. 06-2131 (EGS) |
| vs. | * |
| | * |
| ANDREW C. VON ESCHENBACH | * |
| COMMISSIONR | * |
| FOOD AND DRUG ADMINISTRATION | * |
| et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of February 2007,

ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before February 20, 2007, to submit their responsive document to defendants' Opposition to Plaintiffs' Ex Parte Motion for Leave to File Complaint Using "John Does" and "Jane Does" and Counsel's Address in Violation of LCvR 5.1 (e).
.

_____
UNITED STATED DISTRICT JUDGE