**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE #1, *et al.* | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:06-cv-02131-EGS |
| ANDREW C. VON ESCHENBACH | ) |
| COMMISSIONER | ) |
| FOOD AND DRUG ADMINISTRATION, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' CONSENTED-TO MOTION FOR LEAVE TO FILE SUR-REPLY**

Defendants respectfully request that the Court grant Defendants leave to file a sur-reply in response to Plaintiffs Reply to Defendants' Opposition to Plaintiffs' Ex-Parte Motion for Leave to File Complaint Using "John Does" and "Jane Does" (filed February 20, 2007), and to do so on or before March 13, 2007.

Plaintiffs' aforementioned reply brief raised arguments that were not contained in their initial motion and attached substantive declarations containing factual assertions that had not previously been presented to Defendants.  Sur-replies are frequently permitted to respond to declarations filed with reply briefs.  *E.g.*, *Flanagan v. Wyndham Int'l Inc.*, 231 F.R.D. 98, 101 (D.D.C. 2005); *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998).

Plaintiffs' counsel has consented to this motion.  The granting of this motion shall not result in the continuance of any hearing, conference, or trial.  A proposed Order accompanies this Motion.

February 21, 2007                              Respectfully submitted,


                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              VINCENT M. GARVEY
                                              Deputy Branch Director


                                                  */s/ Jeffrey M. Smith*
                                              JEFFREY M. SMITH (Bar No. 467936)
                                              Trial Attorney
                                              United States Department of Justice
                                              20 Massachusetts Ave., N.W., Room 7144
                                              Washington, D.C. 20001
                                              Tel: (202) 514-5751
                                              Fax: (202) 616-8202

                                              *Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE #1, *et al.* | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:06-cv-02131-EGS |
| ANDREW C. VON ESCHENBACH | ) |
| COMMISSIONER | ) |
| FOOD AND DRUG ADMINISTRATION, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[proposed] Order**

Upon consideration of Defendants' Consented-To Motion for Leave To File Sur-reply, it

is ORDERED that:

Defendants' Motion is granted; and it is

FURTHER ORDERED that Defendants shall file their sur-reply in response to Plaintiffs'

Reply to Defendants' Opposition to Plaintiffs' Ex-Parte Motion for Leave To File Complaint

Using "John Does" and "Jane Does" on or before March 13, 2007.


Dated: _____                    _____

                                     Honorable Emmet G. Sullivan
                                     United States District Judge