**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE #1 et al. | * |
| | * |
| Plaintiffs, | * |
| | *   Civil Action No. 06-2131 (EGS) |
| vs. | * |
| | * |
| ANDREW C. VON ESCHENBACH | * |
| COMMISSIONR | * |
| FOOD AND DRUG ADMINISTRATION | * |
| et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' CONSENTED-TO MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COME Plaintiffs, by and through their undersigned counsel, to respectfully request from this Court an extension up to and including April 11, 2007, in order to file a response to the defendants' Motion to Dismiss (filed February 26, 2007).

As the Court knows this case involves a challenge to the defendant Department of Defense's ("DoD") Anthrax Vaccination Immunization Program. DoD relies upon the findings and pronouncements of the defendant Food & Drug Administration ("FDA") to legally justify the implementation of a mandatory program. Any legal determination of these proceedings involves an interpretation and analysis of the FDA's Administrative Record, which is comprised of thousands of pages, many of which are technical in nature. It will take plaintiffs' counsel additional time to fully digest all of the documents, especially those added since the earlier Doe litigation that challenged the DoD vaccination program and resulted in a remand back to the FDA for further processing of the administrative record.

Additionally, both of plaintiffs' lead counsels are actively involved in other litigation matters and travel outside of the office (indeed, the undersigned filer of this Motion is currently on a previously scheduled family vacation), all of which can be detailed to the Court upon request if desired.

Defendants' counsel has consented to this extension. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   March 11, 2007

                                          Respectfully submitted,

                                              /s/

                                        _____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGuireWoods LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150
jmichels@mcguirewoods.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1 et al. | * |
| | * |
| | * |
| Plaintiffs, | * |
| | *  Civil Action No. 06-2131 (EGS) |
| vs. | * |
| | * |
| ANDREW C. VON ESCHENBACH | * |
| COMMISSIONR | * |
| FOOD AND DRUG ADMINISTRATION | * |
| et al. | * |
| Defendants. | * |

## ORDER

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of March 2007,

ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before April 11, 2007, to submit their responsive document to the defendants' Motion to Dismiss.
.

_____
UNITED STATED DISTRICT JUDGE