UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1 <u>et al.</u> <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW C. VON ESCHENBACH COMMISSIONR <br> FOOD AND DRUG ADMINISTRATION <u>et al.</u> <br> Defendants. | * <br> * <br> * <br> * <br> *    Civil Action No. 06-2131 (EGS) <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' CONSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE FOR CLASS CERTIFICATION**

NOW COME Plaintiffs, by and through their undersigned counsel, to respectfully request from this Court an extension of time to file their Motion for Class Certification.

This case was filed on December 13, 2006, and styled as a class action. Pursuant to LCvR 23.1 (b):

> Within 90 days after the filing of a complaint in a case sought to be maintained as a class action, unless the court in the exercise of its discretion has extended this period, the plaintiff shall move for a certification under Rule 23(c)(1), Federal Rules of Civil Procedure, that the case may be so maintained. In ruling upon the motion, the court may allow the action to be so maintained, may deny the motion, or may order that a ruling be postponed pending discovery or other appropriate preliminary proceedings. A defendant may move at any time to strike the class action allegations or to dismiss the complaint.

Thus, the plaintiffs must move for class action certification on or before March 12, 2007. Given that the defendants have filed a Motion to Dismiss (filed February 26, 2007), the plaintiffs respectfully request that this Court exercise its discretion to extend the period of time for which they have to file their Motion for Class Certification until 30 days following the Court's ruling. To file such a Motion prior to the Court's ruling on the defendants' pending Motion, which is not impacted in any way by class status, would be nothing less than a waste of the parties' time and potentially judicial resources.

Defendants' counsel has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   March 11, 2007

                                  Respectfully submitted,

                                      /s/

                                _____

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGuireWoods LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150
jmichels@mcguirewoods.com

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1 et al.<br><br>        Plaintiffs,<br><br>    vs.<br><br>ANDREW C. VON ESCHENBACH<br>COMMISSIONR<br>FOOD AND DRUG ADMINISTRATION<br>et al.<br>        Defendants. | *<br>*<br>*<br>*<br>*   Civil Action No. 06-2131 (EGS)<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time To File for Class Certification, and it appearing that the relief prayed is just and appropriate, it is this _____ day of March 2007,

ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs have 30 days following the Court's ruling on the defendants' Motion to Dismiss to file for Class Certification.
.

_____
UNITED STATED DISTRICT JUDGE