IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE #1, *et al.* )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>ANDREW C. VON ESCHENBACH )<br>COMMISSIONER )<br>FOOD AND DRUG ADMINISTRATION, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:06-cv-02131-EGS |

**DEFENDANTS' CONSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendants respectfully request that the Court grant Defendants an extension of time to file their reply brief in support of their Motion to Dismiss.

Defendants' brief is currently due on April 19, 2007, and Defendants hereby request an additional 15 days, up to and including May 4, 2007, due to the extensive size of the relevant administrative record and the complexity of the scientific judgments that are challenged by Plaintiffs. For similar reasons, Plaintiffs previously sought and received a 30 day extension on the due date for filing their Opposition to this same Motion to Dismiss.

Plaintiffs' counsel has consented to this motion. The granting of this motion shall not result in the continuance of any hearing, conference, or trial. A proposed Order accompanies this Motion.

April 12, 2007                                          Respectfully submitted,


                                                        PETER D. KEISLER
                                                        Assistant Attorney General

                                                        JEFFREY A. TAYLOR
                                                        United States Attorney

                                                        VINCENT M. GARVEY
                                                        Deputy Branch Director


                                                         /s/ Jeffrey M. Smith
                                                        JEFFREY M. SMITH (Bar No. 467936)
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        20 Massachusetts Ave., N.W., Room 7144
                                                        Washington, D.C. 20001
                                                        Tel: (202) 514-5751
                                                        Fax: (202) 616-8202

                                                        *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #1, *et al.* <br><br>    Plaintiffs <br><br> v. <br><br> ANDREW C. VON ESCHENBACH COMMISSIONER <br> FOOD AND DRUG ADMINISTRATION, *et al.* <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06-cv-02131-EGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[proposed] Order**

Upon consideration of Defendants' Consented-To Motion for Extension of Time, it is

ORDERED that:

Defendants' Motion is granted; and it is

FURTHER ORDERED that Defendants shall file their reply in support of their Motion to Dismiss on or before May 4, 2007.

Dated: _____                                    _____
                                                     Honorable Emmet G. Sullivan
                                                     United States District Judge