**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN DOE #1 <u>et al.</u> | * | |
| | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 06-2131 (EGS) |
| vs. | * | |
| | * | |
| ANDREW C. VON ESCHENBACH | * | |
| COMMISSIONR | * | |
| FOOD AND DRUG ADMINISTRATION | * | |
| <u>et al.</u> | * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**JOINT APPENDIX SUBMISSION OF RELEVANT**
**<u>ADMINISTRATIVE RECORD PAGES PURSUANT TO LOCAL RULE 7(n)</u>**

NOW COME the plaintiffs and defendants, by and through their undersigned counsel, to respectfully submit to this Court this Appendix containing the relevant pages from the administrative record supporting the respective parties' memorandums of law. This filing is in compliance with the newly adopted LCvR 7(n).

Date: May 23, 2007

Respectfully Submitted,

/s
_____

| | |
|---|---|
| PETER D. KEISLER | John J. Michels, Esq. |
| Assistant Attorney General | D.C. Bar #457575 |
| | McGuireWoods LLP |
| | 77 W. Wacker, Suite 4400 |
| | Chicago, Illinois 60601 |
| | (312) 849-8150 |
| | jmichels@mcguirewoods.com |
| | |
| JEFFREY A. TAYLOR | |
| United States Attorney | Mark S. Zaid, Esq. |
| | D.C. Bar #440532 |
| | 1920 N Street, N.W., Suite 300 |
| | Washington, D.C. 20036 |
| | (202) 454-2809 |
| | ZaidMS@aol.com |
| | |
| VINCENT M. GARVEY | |
| Deputy Branch Director | *Counsel for Plaintiffs* |

/s
_____
JEFFREY M. SMITH
Bar No. 467936
Trial Attorney
United States Department of Justice
20 Massachusetts Ave., N.W.
Room 7144
Washington, D.C. 20001
Tel: (202) 514-5751
Fax: (202) 616-8202

*Counsel for Defendants*



ELSEVIER

Vaccine 19 (2001) 3241–3247



www.elsevier.com/locate/vaccine

# Efficacy of a human anthrax vaccine in guinea pigs, rabbits, and rhesus macaques against challenge by *Bacillus anthracis* isolates of diverse geographical origin

P.F. Fellows [a,*], M.K. Linscott [a], B.E. Ivins [a], M.L.M. Pitt [b], C.A. Rossi [c], P.H. Gibbs [d], A.M. Friedlander [a]

[a] *Bacteriology Division, United States Army Medical Research Institute of Infectious Diseases, Fort Detrick, Frederick, MD 21702-5011, USA*
[b] *Toxinology Division, United States Army Medical Research Institute of Infectious Diseases, Fort Detrick, Frederick, MD 21702-5011, USA*
[c] *Diagnostic Systems Division, United States Army Medical Research Institute of Infectious Diseases, Fort Detrick, Frederick, MD 21702-5011, USA*
[d] *Biometrics and Information Management Division, United States Army Medical Research Institute of Infectious Diseases, Fort Detrick, Frederick, MD 21702-5011, USA*

Received 5 September 2000; received in revised form 11 December 2000; accepted 18 December 2000

## Abstract

The efficacy of a licensed human anthrax vaccine (Anthrax Vaccine Adsorbed (AVA)) was tested in guinea pigs, rabbits, and rhesus macaques against spore challenge by *Bacillus anthracis* isolates of diverse geographical origin. Initially, groups of Hartley guinea pigs were vaccinated at 0 and 4 weeks with AVA, then challenged intramuscularly at 10 weeks with spores from 33 isolates of *B. anthracis*. Survival among the vaccinated groups varied from 6 to 100%, although there were no differences in mean time to death among the groups. There was no correlation between isolate virulence and variable number tandem repeat category or protective antigen genotype identified. New Zealand white rabbits were then vaccinated with AVA at 0 and 4 weeks, and challenged at 10 weeks with aerosol with spores from six of the isolates that were highly virulent in vaccinated guinea pigs. AVA completely protected the rabbits from four of the isolates, and protected 90% of the animals from the other two isolates. Subsequently, two of these six isolates were then used to challenge rhesus macaques, previously vaccinated with AVA at 0 and 4 weeks, and challenged at 10 weeks with aerosol. AVA protected 80 and 100% of the animals from these two isolates. These studies demonstrated that, although AVA confers variable protection against different *B. anthracis* isolates in guinea pigs, it is highly protective against these same isolates in both rabbits and rhesus macaques. Published by Elsevier Science Ltd.

*Keywords:* Anthrax; *Bacillus anthracis*; Vaccine; Rabbit; Guinea pig; Rhesus macaque

## 1. Introduction

The current US human anthrax vaccine, Anthrax Vaccine Adsorbed (AVA), consists of aluminum hydroxide-adsorbed supernatant material, primarily protective antigen (PA), from fermentor cultures of a toxigenic, non-encapsulated isolate of *Bacillus anthracis*, V770-NP1-R [1,2]. In humans, vaccination with AVA calls for a series of six doses within 18 months, followed by yearly boosters. Although there are no

human clinical data on the efficacy of AVA, a 4-year placebo-controlled study from the 1950s demonstrated that a vaccine similar to AVA afforded a significant degree of protection to humans [3,4]. Protection studies in different animal species yielded varied results. For example, AVA virtually fails to protect mice [5,6] or hamsters [7] against a parenteral challenge by virulent *B. anthracis* spores. Vaccine efficacy studies in guinea pigs showed that AVA only partially protected the animals from parenteral challenge from certain virulent isolates of *B. anthracis* [8–11]. Little and Knudson identified nine of 27 *B. anthracis* challenge isolates that appeared to overcome vaccination of guinea pigs with AVA [10]. Ivins et al. found that vaccination with AVA

* Corresponding author. Tel.: +1-301-6194928; fax: +1-301-6192152.
*E-mail address:* patricia.fellows@amedd.army.mil (P.F. Fellows).

0264-410X/01/$ - see front matter. Published by Elsevier Science Ltd.
PII: S0264-410X(01)00021-4

000621

3242                    *P.F. Fellows et al. / Vaccine 19 (2001) 3241–3247*

variably protected guinea pigs against challenge from two isolates of *B. anthracis*, Ames and Vollum 1B. The Ames isolate, however, was significantly more virulent in the vaccinated animals [11]. Recent vaccine studies demonstrated that rabbits and rhesus macaques are well protected by AVA from an aerosol challenge with the Ames isolate [12]. These data reflect differences in disease pathogenesis, or intrinsic antibody response with respect to the animal model, and the immune response to AVA and anthrax pathogenicity as it relates to humans.

Although human cases of anthrax are relatively rare in the United States, other countries suffer from endemic outbreaks of the disease [13] and there is concern about the possible use of *B. anthracis* as a weapon [14]. Therefore, it is important to determine whether there are isolates of *B. anthracis* for which the vaccine is not efficacious. In order to clarify the relationship between AVA efficacy, animal models, and isolate diversity, we systematically compared the efficacy of AVA in three animal models against challenge from a geographically diverse group of *B. anthracis* isolates. The guinea pig model was initially chosen to screen the isolates for several reasons. Historically, it has been the animal model most often used to test anthrax vaccine efficacy [15,16], and therefore it is the model for which there are the most data. Furthermore, guinea pigs have been demonstrated to be an appropriate animal model for use in determining differences in isolates of *B. anthracis* with respect to virulence in an immunized host [8–11]. The rabbit model was chosen for the second portion of these studies because of its similarity to rhesus macaques with respect to its ability to be highly protected by AVA [12] and the pathology that it demonstrates in experimental inhalational anthrax [17]. The third and final portion of these studies used rhesus macaques because the disease in these animals most closely resembles the infection in humans.

## 2. Materials and methods

### 2.1. B. anthracis isolates

The isolates used in these studies are presented in Table 1.

### 2.2. Vaccine

AVA was supplied by Michigan Biological Product Institute, formally the Michigan Department of Public Health, currently BioPort Corporation (Lansing, MI). The lots of vaccine used in this study were FAV018 (guinea pigs), FAV032 (rabbits), and FAV038 (rhesus macaques).

### 2.3. Spore preparation

*B. anthracis* isolates were inoculated onto 5% sheep blood agar and incubated overnight at 37°C. The following day, an inoculum was prepared by suspending a loopful of growth into 5 ml phosphate-buffered saline. Two-liter Erlenmeyer flasks containing 250 ml Leighton-Doi [18] broth were inoculated with 0.2 ml cell suspension and incubated at 37°C for 3 days with moderate shaking. The spores were harvested by pelleting at $10000 \times g$. They were then washed twice in sterile water for injection (McGaw, Inc., Irvine, CA), suspended in 1% phenol and stored at 4°C. Spores prepared for intramuscular (i.m.) challenge were resuspended in sterile water for injection and then heat shocked at 60°C for 45 min. The appropriate dilution for challenge was prepared in a 0.2 ml dose. Spores for aerosol challenge were purified further by centrifugation through 58% Hypaque-76 (Nycomed Inc, Princeton, NJ) [19], washed, resuspended in sterile water for injection and heat shocked at 60°C for 45 min. The appropriate dilution for challenge was prepared in 8 ml aliquots for aerosol exposure.

Table 1
*B. anthracis* isolates tested[a]

| Animal isolates | Human isolates | Other isolates |
|---|---|---|
| ASIL K0778/Canada | ASIL K4539/France | 33/South Africa[b] |
| ASIL K1963/Canada | BA1017/Haiti | ASIL K1769/South Africa[c] |
| ASIL K6286/Canada | ASIL K5926/India | BA1024/Ireland[d] |
| BA0018/Canada | ASIL K6387/India | |
| ASIL K6093/Croatia | BA1023/Pakistan | |
| ASIL K7282/Germany | ASIL K7038/South Korea | |
| ASIL K1938/Indonesia | 28 Ohio ASB/USA | |
| ASIL K4241/Italy | BA1086/Zimbabwe | |
| ASIL K4849/Mozambique | | |
| ASIL K7978/Namibia | | |
| ASIL K1671/Norway | | |
| ASIL K8091/Norway | | |
| BA1003/South Africa | | |
| BA1018/South Africa | | |
| BA1031/South Africa | | |
| ASIL K3519/Tanzania | | |
| ASIL K9729/Turkey | | |
| Ames/USA | | |
| ASIL K2087/USA | | |
| BA1007/USA | | |
| Texas-2/USA | | |
| BA1002/Vollum 1B | | |

[a] Isolates with the ASIL designation were kindly provided by the laboratory of Martin Hugh-Jones at Louisiana State University, Baton Rouge, LA. All other isolates were obtained from the Bacteriology Division culture collection of the US Army Medical Research Institute of Infectious Diseases.
[b] Unknown origin.
[c] Environment isolate.
[d] Textile isolate.

000622

*P.F. Fellows et al. / Vaccine 19 (2001) 3241–3247*                    3243

## 2.4. Vaccination and challenge schedule

Hartley guinea pigs, New Zealand white rabbits and rhesus macaques were vaccinated at 0 and 4 weeks i.m. with 0.5 ml AVA. All control animals received 0.5 ml saline. Challenge occurred 10 weeks after the first vaccination and animals were monitored for survival for 14 days. Death by anthrax was confirmed in all animals by plating blood on tryptic soy agar (TSA) and incubating overnight at 37°C.

## 2.5. Parenteral challenge in guinea pigs

Hartley guinea pigs (Charles River, Wilimington, MA) previously vaccinated with AVA (300–350 g) in groups of eight males and eight females were challenged i.m. with approximately 10000 *B. anthracis* spores (100 $LD_{50}$ Ames equivalents) and survival was noted for 14 days. Although their virulence has been extensively studied in vaccinated guinea pigs [8–11,15,16,19–21], the Vollum 1B and Ames isolates were also tested in the initial screening. Seven isolates that killed all but one or two of the vaccinated animals were tested in a subsequent experiment in which the i.m. challenge dose was decreased to 5000 spores (50 Ames $LD_{50}$ equivalents).

## 2.6. Aerosol challenge in rabbits and non-human primates

Six of the isolates found to be most virulent in vaccinated guinea pigs were selected for testing in New Zealand white rabbits (Charles River, Wilimington, MA) (2.5–3.5 kg), five males and five females per group. Subsequently, two isolates were selected for testing in rhesus macaques (USAMRIID non-human primate colony) (4.0–6.0 kg), five males and five females per group. Minute respiratory volumes were measured on both rabbits and monkeys just before challenge. The rabbits were exposed in a nose-only chamber and non-human primates in a head-only chamber to a spore aerosol generated by a three-jet Collison nebulizer [22–24]. The concentration of spores in the aerosol inhaled dose (expressed as $LD_{50}$) was calculated on all animals after plating diluted samples from the all glass impinger onto TSA plates (Difco, Detroit, MI). Non-human primates were observed at least twice daily with regard to their appetite, activity, behavior, response to stimuli, and respiratory distress.

## 2.7. Serology studies

Rabbits were bled at 9 weeks and rhesus macaques bled at 6 weeks, and sera tested for antibodies to PA by direct ELISA as described by Iacono-Connors et al. [25]. The 6-week enzyme-linked immunosorbent assay (ELISA) titers represent the peak antibody response in rhesus macaques vaccinated at 0 and 4 weeks with AVA (L. Pitt, unpublished data). Briefly, purified recombinant PA was adsorbed directly onto the surface of polyvinyl chloride microtiter wells. After the addition of serially diluted serum samples, bound immunoglobulin (IgG) was measured with horseradish peroxidase-conjugated antibody directed against species specific IgG.

The mean adjusted OD values were determined for negative control samples and the standard deviation was calculated. The cut-off of the assay was the mean OD value plus three standard deviations rounded up to the nearest tenth. Extinction titers were determined by drawing a best fit line through all points (OD values) ranging from an OD value of 20 through one point past the last OD value that was equal to or greater than the cut-off value. Using this defined line, the reciprocal of the dilution of the sera that corresponds to the cut-off value was called the extinction titer. Microsoft Excel 5.0 software and forecast formula were used for these analyses. Geometric mean anti-PA endpoint ELISA titers for each group were determined. The coefficient of variation of this assay was <20%. Guinea pigs were not bled for determination of ELISA anti-PA titers.

## 2.8. Bacteremia studies

After challenge, approximately 1 ml of blood was drawn on day 2 postchallenge in the rabbits and daily for 1 week after challenge in the rhesus macaques. Aliquots (0.1 ml) of serial dilutions of the blood were plated in triplicate onto TSA. The plates were incubated for 18 h at 37°C and *B. anthracis* colonies counted.

## 2.9. Statistical analysis

The arithmetic mean time to death (TTD) in the vaccinated and control guinea pigs was determined for each challenge isolate. Survival data were analyzed using the log-rank test to compare time of death and survival between genders. The Fisher exact test was used to compare final survival totals in the guinea pig. Arithmetic mean TTD was also determined in both control rabbit and rhesus macaques for each challenge isolate.

## 3. Results

The Ames isolate of *B. anthracis* was previously described as 'vaccine-resistant' in vaccinated guinea pigs [10,11], and this study corroborates this finding, with only two of 16 (13%) of vaccinated animals surviving a 10000 spore challenge (100 $LD_{50}$ Ames equiva-

*P.F. Fellows et al. / Vaccine 19 (2001) 3241–3247*

lent). Eight additional *B. anthracis* isolates were identified that were as virulent as the Ames isolate in guinea pigs vaccinated with AVA (Table 2). All but one vaccinated animal challenged with ASIL K4539/France, BA1086/Zimbabwe, and ASIL K7978/Namibia was killed. Of the control guinea pigs challenged with these highly virulent isolates (two males and two females per challenge isolate), all but one died (data not shown). There were no statistically significant differences in the mean times to death among the groups of vaccinated guinea pigs that died.

More female than male guinea pigs survived when challenged with the various isolates of *B. anthracis*. When all groups were combined, there was a significant difference ($P < 0.0001$) in survival between female and male guinea pigs, with 44% of females and 23% of males surviving challenge. However, there was no significant difference ($P = 0.2633$) between genders with respect to mean times to death. Thus, although more males than females died, they did not die more rapidly.

In a subsequent experiment, vaccinated guinea pigs were challenged with seven of the eight most highly virulent isolates using a lower dose of 5000 spores. Fewer than 20% of guinea pigs challenged with BA1086/Zimbabwe, ASIL K9729/Turkey and ASIL K8091/Norway survived challenge (Table 3). ASIL K5926/India was the only isolate tested at this dose that killed fewer than one-half of the vaccinated guinea pigs challenged with 5000 spores.

Six isolates exhibiting the greatest virulence in vaccinated guinea pigs were then tested in AVA-vaccinated rabbits. BA1086/Zimbabwe was not tested in this rabbit aerosol challenge studies because of the rapidity with which its spores declined in refractility and viability. Male and female rabbits were highly protected from aerosol challenge with spores from all six *B. anthracis* isolates (Table 4). All control rabbits (five males and five females per group) died, with TTD ranging from 1.7 to 2.5 days, and an overall mean TTD of 2.1 days. Vaccinated rabbits were completely protected from challenge with isolates ASIL K5926/India, ASIL K4539/France, ASIL K9729/Turkey and ASIL K1938/Indonesia. Two isolates, ASIL K7978/Namibia and ASIL K8091/Norway, killed one rabbit each. Although, low-level bacteremia ($< 100$ CFU/ml) resulted after challenge with the majority of isolates, ASIL K9729/Turkey and ASIL K7978/Namibia exhibited a high incidence of bacteremia. ELISA data (Table 5) indicated that vaccination with AVA elicited a strong anti-PA response in both males and females. Spore challenge resulted in a boost in PA titers in challenge groups. Although the rise in PA ELISA titers after challenge was greater in females than in males, this difference was not significant. Likewise, there was no statistical difference in titer before challenge between male and female rabbits.

Table 2
Efficacy of AVA against 10 000 spore i.m. challenge in guinea pigs[a]

| Isolate | Survivors/total | % Survival | TTD[b] |
|---|---|---|---|
| *Human isolates* | | | |
| ASIL K4539/France | 1/16 | 6 | 4.67 |
| BA1086/Zimbabwe | 1/15 | 7 | 4.4 |
| ASIL K5926/India | 2/16 | 13 | 5.0 |
| ASIL K7038/South Korea | 3/16 | 19 | 4.4 |
| ASIL K6387/India | 4/16 | 25 | 5.25 |
| 28 Ohio ASB/USA | 5/16 | 31 | 6.0 |
| BA1017/Haiti | 5/16 | 31 | 5.8 |
| BA1023/Pakistan | 8/16 | 50 | 5.25 |
| *Animal isolates* | | | |
| ASIL/K7978/Namibia | 1/16 | 6 | 4.6 |
| Ames/USA | 2/16 | 13 | 4.0 |
| ASIL K8091/Norway | 2/16 | 13 | 5.2 |
| ASIL K9729/Turkey | 2/16 | 13) | 4.43 |
| ASIL K1938/Indonesia | 2/16 | 13 | 4.29 |
| Texas-2/USA | 3/16 | 19 | 5.8 |
| BA1031/South Africa | 4/16 | 25 | 4.67 |
| BA1018/South Africa | 5/16 | 31) | 5.6 |
| ASIL K3519/Tanzania | 5/16 | 31 | 3.6 |
| ASIL K4241/Italy | 6/16 | 38 | 6.0 |
| ASIL K1963/Canada | 6/16 | 38 | 7.0 |
| ASIL K1671/Norway | 7/16 | 44 | 6.8 |
| ASIL K4849/Mozambique | 7/16 | 44 | 5.67 |
| ASIL K6093/Croatia | 7/16 | 44) | 5.2 |
| ASIL K0778/Canada | 8/16 | 50 | 4.63 |
| ASIL K2087/USA | 8/16 | 50 | 5.5 |
| ASIL K7282/Germany | 9/16 | 56 | 4.57 |
| BA1002/Vollum 1B | 9/16 | 56 | 6.7 |
| BA1007/USA | 9/16 | 56 | 6.3 |
| ASIL K6286/Canada | 12/16 | 75 | 4.5 |
| BA0018/Canada | 16/16 | 100 | NA[c] |
| *Other isolates* | | | |
| 33/South Africa | 2/16 | 13 | 6.5 |
| ASIL K1769/South Africa | 4/16 | 25 | 4.5 |
| BA1024/Ireland | 7/16 | 44 | 7.33 |
| BA1033/South Africa | 16/16 | 100 | NA[c] |

[a] Animals were vaccinated at 0 and 4 weeks, and were i.m. challenged at 10 weeks with 100 Ames equivalent LD$_{50s}$ (parenteral Ames LD$_{50}$ in Hartley Guinea pigs equals approximately 100 spores).
[b] TTD, Arithmetic mean time to death.
[c] NA, non-applicable.

The two isolates that produced the highest incidence of bacteremia in rabbits, Namibia and Turkey, were further tested in rhesus macaques. AVA provided 100% protection against aerosol challenge with the Namibia isolate and 80% protection against aerosol challenge with the Turkey isolate (Table 6). All control animals (five males and five females) in both groups died between 2 and 4 days postchallenge. None of the vaccinated animals that survived challenge exhibited any obvious signs of infection. Although all vaccinated rhesus macaques survived challenge with the Namibia

P.F. Fellows et al. / Vaccine 19 (2001) 3241–3247                    3245

Table 3
Efficacy of AVA against 5000 spore i.m. challenge in guinea pigs[a]

| Isolate | Survivors/total | % Survival | TTD (days)[b] |
|---|---|---|---|
| BA1086/Zimbabwe | 2/16 | 13 | 6.0 |
| ASIL K9729/Turkey | 2/16 | 13 | 5.6 |
| ASIL K8091/Norway | 3/16 | 19 | 4.9 |
| ASIL K4539/France | 4/16 | 25 | 5.6 |
| ASIL K1938/Indonesia | 7/16 | 44 | 6.2 |
| ASIL K7978/Namibia | 7/15 | 47 | 4.4 |
| ASIL K5926/India | 9/16 | 56 | 5.8 |

[a] Animals were vaccinated at 0 and 4 weeks, and i.m. challenged at 10 weeks.
[b] TTD, Arithmetic mean time to death.

Table 5
ELISA titers in rabbits[a]

| | Females | Males | Combined |
|---|---|---|---|
| Prechallenge[b] | 1 591 511 | 1 579 091 | 1 585 289 |
| Postchallenge[c] | 3 785 110 | 1 918 001 | 2 694 410 |

[a] Reciprocal geometric mean titers to PA.
[b] Titers 1 week before challenge.
[c] Titers 3 weeks after challenge.

isolate, three demonstrated transient low-level bacteremia ($< 100$ CFU/ml). Bacteremia was seen in three rhesus macaques challenged with the Turkey isolate. One animal had a low-level bacteremia ($< 100$ CFU/ml) on day 6 and survived. Of the two animals that died from challenge with the Turkey isolate, one had no detectable level of bacteremia until the time of death on day 9 postchallenge. The other animal had $10^3$ CFU/ml on day 2 postchallenge, $< 100$ CFU/ml on day 3, and died on day 4 postchallenge with a terminal bacteremia of $10^5$ CFU/ml. ELISA data (Table 7) indicated that vaccination with AVA elicited a strong anti-PA response from both males and females. There was no statistical difference ($P = 0.0568$) in prechallenge titers between the males and females. However, spore challenge boosted the titers of both groups that was significant ($P < 0.05$) in the female rhesus macaques, but not in the males.

## 4. Discussion

Male and female guinea pigs that were vaccinated with two doses of AVA and then challenged with virulent isolates of *B. anthracis* from diverse host spe-

cies and geographical origins demonstrated varying degrees of survival. Eight of thirty-three isolates were identified that exhibited a level of virulence equal to or greater than that of the *B. anthracis* Ames isolate, which has been previously described as 'vaccine-resistant' in vaccinated guinea pigs [10,11]. The data in this study are in agreement with this finding. The basis of this high level of virulence in vaccinated guinea pigs is not well understood. However, Welkos and Friedlander [6] showed in a mouse model that differences in virulence among isolates of *B. anthracis* are both plasmid and chromosome-mediated.

Sex-related differences in resistance to infectious diseases have been reported with females generally being more resistant than males [26,27]. This may also occur in anthrax infections. Elkin et al. [28] recently reported after an analysis of mortality records from nine documented naturally occurring anthrax outbreaks in bison between 1962 and 1993, a substantially higher proportion of deaths among males. Although no definitive reason for this difference was determined, it may be that the innate immune response was greater in females than in males. In unvaccinated guinea pigs, rabbits, and rhesus macaques, we failed to observe gender based differences in survival after anthrax spore challenge. However, in our laboratory, we observed that female guinea pigs vaccinated with AVA develop a stronger antibody response to PA as determined by ELISA (P. Fellows, unpublished data). We observed no gender

Table 4
Efficacy of AVA in rabbits aerosol challenged with *B. anthracis* spores[a]

| Isolate | Mean inhaled dose | Ames LD$_{50}$ equivalents[b] | Vaccinated rabbits | | Controls |
|---|---|---|---|---|---|
| | | | Number of bacteremic/total | Survivors/total | Survivors/total |
| ASIL K7978/Namibia | $1.37 \times 10^8$ | 1305 | 8/10 | 9/10 | 10/10 |
| ASIL K5926/India | $1.52 \times 10^8$ | 1448 | 1/10 | 9/9 | 10/10 |
| ASIL K8091/Norway | $3.78 \times 10^7$ | 360 | 0/10 | 9/10 | 10/10 |
| ASIL K4539/France | $1.25 \times 10^8$ | 1191 | 1/10 | 10/10 | 10/10 |
| ASIL K9729/Turkey | $8.3 \times 10^7$ | 790 | 7/10 | 10/10 | 10/10 |
| ASIL K1938/Indonesia | $2.88 \times 10^8$ | 2743 | 1/10 | 10/10 | 10/10 |

[a] New Zealand White rabbits were vaccinated at 0 and 4 weeks, then challenged by aerosol with spores of the six indicated isolates. Survival/death was noted for 14 days.
[b] Calculated Ames LD$_{50}$ equivalents of the mean inhaled dose. Ames aerosol LD$_{50}$ in New Zealand White rabbits equals approximately $10^5$ spores.

000625

Table 6
Efficacy of AVA in rhesus macaques aerosol challenged with *B. anthracis* spores[a]

| Isolate | Mean inhaled dose | Ames LD50 equivalents[b] | Vaccinated | | Controls |
|---------|-------------------|--------------------------|------------|--|----------|
| | | | Number of bacteremic/total | Survivors/total | Survivors/total |
| ASIL K7978/Namibia | $2.19 \times 10^7$ | 398 | 3/10 | 10/10 | 2/2 |
| ASIL K9729/Turkey | $5.52 \times 10^7$ | 1004 | 2/10 | 8/10 | 2/2 |

[a] Rhesus macaques were vaccinated at 0 and 4 weeks, then challenged by aerosol with spores of either *B. anthracis* isolate Namibia or Turkey.
[b] Calculated Ames $LD_{50}$ equivalents of the mean inhaled dose. Ames aerosol $LD_{50}$ in non-human primates equals approximately $5.5 \times 10^4$ spores.

difference in the antibody response of rabbits and rhesus macaques to AVA vaccinations (Tables 5 and 7).

In contrast to guinea pigs, rabbits were protected by vaccination with AVA. This is significant in that the immunized rabbits survived aerosol challenge doses of spores that were equivalent to 300–2700 aerosol $LD_{50s}$ of the Ames isolate. Although the animals were protected from death at these high challenge doses, several demonstrated a transient bacteremia. This is noteworthy in that previous studies in which rabbits were vaccinated with AVA and challenged with the Ames isolate, no bacteremia was found in any of the rabbits [29]. However, because $LD_{50}$ determinations were not performed for the isolates in these studies, it is unknown whether the reported bacteremias were the result of high challenge doses or of other unidentified factors.

Rhesus macaques were also well protected against an aerosol challenge. Indeed, no anthrax vaccine resistant isolates have been demonstrated in the non-human primate. The animals in this study received challenge doses of 400 and 1000 Ames $LD_{50}$ equivalents, respectively, for *B. anthracis* Namibia and Turkey isolates. Although these two isolates also elicited bacteremia in some of the rhesus macaques, the number of animals becoming bacteremic was less than those in the rabbits. These results confirm previous reports showing that AVA is highly protective in this non-human primate animal model [30–32].

The data presented in this study highlight the difference in AVA vaccine efficacy in different animal models. Although AVA-induced protection was variable in guinea pigs against different isolates, there was broad, high-level protection in both rabbits and rhesus macaques against the all isolates tested. The reasons for these host response differences are unknown, but could relate to differences in pathogenesis or, more likely, an impaired response of guinea pigs to AVA. This is supported by the fact that guinea pigs can be fully protected against challenge with the Ames isolate when PA is combined with other adjuvants, rather that the aluminum hydroxide adjuvant used in AVA [21]. Thus, these results emphasize the importance of examining multiple animal species in an attempt to model the effectiveness of vaccines for humans.

### Acknowledgements

The authors are grateful for the excellent technical assistance of Ralph Tammariello, Jim Barth and Mike West. They also thank Susan Welkos and Patricia Worsham for reviewing this manscript. In conducting this research, the investigators adhered to the Guide for the Care and Use of Laboratory Animals, prepared by the Committee on the Care and Use of Laboratory Animals of the Institute of Laboratory Animal Resources, National Research Council (ISBN 0-309-05377-3, revised 1996). The views, opinions and/or findings contained in this report are those of the authors and should not be construed as an official Department of the Army position, policy or decision unless so designated by other documentation.

Table 7
ELISA titers in rhesus macaques[a]

| | Females | Males | Combined |
|--|---------|-------|----------|
| Prechallenge[b] | 8445 | 16 889 | 11 943 |
| Postchallenge[c] | 25 600 | 23 702 | 24 633 |

[a] Reciprocal geometric mean titers to PA.
[b] Titers at 6 weeks.
[c] Titers 4 weeks after challenge.

### References

[1] Puziss M, Manning LC, Lynch LW, Barclay E, Abelow I, Wright GG. Large-scale production of protective antigen of *B. anthracis* anaerobic cultures. Appl Microbiol 1963;11:330–4.
[2] Puziss M, Wright GG. Studies on immunity in anthrax. X. Gel-adsorbed protective antigen for immunization of man. J Bacteriol 1962;85:230–6.
[3] Brachman PS, Gold H, Plotkin SA, Fekety FR, Werrin M, Ingraham NR. Field evaluation of a human anthrax vaccine. Am J Public Health 1962;52:632–45.
[4] Brachman PS, Friedlander AM. Anthrax. In: Plotkin SA, Orenstein WA, editors. Vaccines, 3rd ed. Philadelphia, PA: W.B. Saunders, 1999:629–37.

000626

*P.F. Fellows et al. / Vaccine 19 (2001) 3241–3247*    3247

[5] Welkos S, Becker D, Friedlander A, Trotter R. Pathogenesis and host resistance to *Bacillus anthracis*: a mouse model. Proceedings of the International Workshop on Anthrax, 11–13 April 1989, Winchester, UK. Salisbury Medical Bulletin, Special Suppl. No. 68, 1990. pp. 49–52.

[6] Welkos SL, Friedlander AM. Comparative safety and efficacy against *Bacillus anthracis* of protective antigen and live vaccines in mice. Microbial Pathogen 1988;5:127–39.

[7] Fellows PF, Linscott MK, Little SF, Gibbs P, Ivins BE. Anthrax vaccine efficacy in the Golden Syrian Hamster. Abstracts to the Proceedings of the 100th American Society for Microbiology Annual Meeting, 21–25 May 2000, Los Angeles, CA, Abstract E-28, p. 299.

[8] Turnbull PCB, Broster MG, Carman JA, Manchee RJ, Melling J. Development of antibodies to protective antigen and lethal factor components of anthrax toxin in humans and guinea pigs and their relevance to protective immunity. Infect Immun 1986;52:356–63.

[9] Turnbull PCB, Leppla SH, Broster MG, Melling J. Antibodies to anthrax toxin in humans and guinea pigs and their relevance to protective antigen. Med Microbiol Immunol 1988;177:293–303.

[10] Little SF, Knudson GB. Comparative efficacy of *Bacillus anthracis* live spore vaccine and protective antigen vaccine against anthrax in the guinea pig. Infect Immun 1986;52:509–12.

[11] Ivins BE, Fellows PF, Nelson GO. Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* spore challenge in guinea pigs. Vaccine 1994;12:872–4.

[12] Pitt MLM, Ivins B, Estep JE, Farchaus J, Friedlander AM. Comparative efficacy of a recombinant protective antigen vaccine against inhalation anthrax in guinea pigs, rabbits, and rhesus monkeys. Abstracts to the Proceedings of the 96th American Society for Microbiology Annual Meeting, 19–23 May 1996, New Orleans, LA, Abstract E-70, p. 278.

[13] Hugh-Jones M. 1996–97 Global Anthrax Report. J Appl Micorbiol 1999;87:189–91.

[14] Inglesby TV, Henderson DA, Bartlett JG, et al. Anthrax as a biological weapon: medical and public health management. J Am Med Assoc 1999;281:1735–45.

[15] Turnbull PCB. Anthrax vaccine: past, present and future. Vaccine 1991;9:533–9.

[16] Ivins BE, Welkos SL. Recent advances in the development of an improved human anthrax vaccine. Eur J Epidemiol 1988;4:12–9.

[17] Zaucha GM, Pitt MLM, Estep J, Ivins BE, Friedlander AM. The pathology of experimental anthrax in rabbits exposed by inhalation and subcutaneous inoculation. Arch Pathol Lab Med 1998;122:982–92.

[18] Leighton TJ, Doi RH. The stability of messenger ribonucleic acid during sporulation in *Bacillus subtilis*. J Biol Chem 1971;246:3189–95.

[19] Ivins B, Fellows P, Pitt L, Estep J, Farchaus J, Friedlander A, Gibbs P. Experimental anthrax vaccines:efficacy of adjuvants combined with protective antigen against an aerosol *Bacillus anthracis* spore challenge in guinea pigs. Vaccine 1995;13:1779–84.

[20] Turnbull PCB, Quinn CP, Hewson R, Stockbridge MC, Melling J. Protection conferred by microbially-supplemented UK and purified PA vaccines. Proceedings of the International Workshop on Anthrax, 11–13 April 1989, Winchester, UK. Salisbury Medical Bulletin, Special Suppl. No. 68, 1990. pp. 89–91.

[21] Ivins BE, Welkos SL, Little SF, Crumrine MH, Nelson GO. Immunization against anthrax with Bacillus anthracis protective antigen combined with adjuvants. Infect Immun 1992;60:662–8.

[22] Cown WB, Kethley TW, Fincher EL. The critical orifice liquid impinger as a sampler for bacterial aerosols. Appl Microbiol 1957;5:119–24.

[23] Friedlander AM, Welkos SL, Pitt MLM, Ezzell JW, Worsham PL, Rose KJ, Ivins BE, Lowe JR, Howe GB, Mikesell P, Lawrence WB. Postexposure prophylaxis against experimental inhalation anthrax. J Infect Dis 1993;167:1239–42.

[24] May KR. The Collison nebulizer, description, performance and applications. J Aerosol Sci 1973;4:235–43.

[25] Iacono-Connors LD, Novak J, Rossi C, Mangiafico J, Ksiazek T. Enzyme-linked immunosorbent assay using a recombinant baculovirus-expressed *Bacillus anthracis* protective antigen (PA):measurement of human anti-PA antibodies. Clin Diag Lab Immunol 1994;1:78–82.

[26] Green MS. The male predominance in the incidence of infectious diseases in children: a postulated explanation for disparities in the literature. Int J Epidemiol 1992;21:381–6.

[27] Green MS, Cohen D, Slepon R, Robin G, Wiener M. Ethnic and gender differences in the prevalence of anti-cytomegalovirus antibodies among young adults in Israel. Int J Epidemniol 1993;22:720–3.

[28] Elkin BT, Gates CC, Ellsworth T, Dragon DC. Meso- and macro-ecology of anthrax in bison in northern Canada: the 1993 Mackenzie outbreak as a case study. Abstracts of the Proceedings of the 3rd International Conference on Anthrax, 7–10 September 1998, Plymouth, UK, p. 6.

[29] Pitt MLM, Little SF, Ivins BE, Fellows PF, Boles J, Barth J, Hewetson J, Friedlander AM. In vitro correlate of immunity in an animal model of inhalational anthrax. J Appl Microbiol 1999;87:304.

[30] Ivins BE, Pitt MLM, Fellows PF, Farchaus JW, Benner GE, Waag DM, Little SF, Anderson GW, Jr, Gibbs PH, Friedlander AM. Comparative efficacy of experimental anthrax vaccine candidates against inhalational anthrax in rhesus macaques. Vaccine 1998;16:1141–8.

[31] Ivins BE, Fellows PF, Pitt MLM, Estep JE, Welkos SL, Worsham PL, Friedlander AM. Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* aerosol spore challenge in rhesus monkeys. Proceedings of the International Workshop on Anthrax, 19–21 September 1995, Winchester, UK. Salisbury Medical Bulletin, Special Suppl. No. 87, 1996. pp. 125–126.

[32] Pitt MLM, Ivins BE, Estep JE, Farchaus J, Friedlander AM. Comparison of the efficacy of purified protective antigen and MDPH to protect non-human primates form inhalation anthrax. Proceedings of the International Workshop on Anthrax, 19–21 September 1995, Winchester, UK. Salisbury Medical Bulletin, Special Suppl. No. 87, 1996. p. 130.

000627

SALISBURY MEDICAL BULLETIN-SPECIAL SUPPLEMENT NO. 87

# Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* aerosol spore challenge in rhesus monkeys

B. E. IVINS*‡, P. F. FELLOWS*, M. L. M. PITT†, J. E. ESTEP†, S. L. WELKOS*, P. L. WORSHAM* and A. M. FRIEDLANDER*

*Bacteriology Division* and Applied Research Division†, United States Army Medical Research Institute of Infectious Diseases, Fort Detrick, Frederick, MD. 21702-5011, USA*

‡To whom correspondence should be addressed

In conducting research using animals, the investigators adhered to the "Guide for the Care and Use of Laboratory Animals," prepared by the Committee on Care and Use of Laboratory Animals of the Institute of Laboratory Animal Resources, National Research Council (NIH Publication No. 86-23, revised 1985).

The views, opinions and/or findings contained in this publication are those of the authors and should not be construed as an official Department of the Army position, policy or decision unless so designated by other documentation.

## Summary

The efficacy of a licensed human anthrax vaccine was tested in rhesus monkeys challenged by an aerosol of virulent *Bacillus anthracis* spores. Adult rhesus monkeys were injected intramuscularly at 0 and 2 weeks with 0.5 ml of vaccine or phosphate-buffered saline. At 8 weeks, 38 weeks or 100 weeks, the animals were challenged by *B. anthracis* aerosolized spores. All immunized animals survived challenge at either 8 weeks or 38 weeks, and seven of eight animals survived challenge at 100 weeks. All control animals died 3 to 5 days after challenge. Serum from immunized animals possessed demonstrable antibodies to protective antigen by ELISA.

## Introduction

*Bacillus anthracis* is the causative agent of anthrax, a disease primarily of herbivores, but one which humans can acquire through contact with infected animals or animal products. The anthrax vaccine licensed for human use in the United States, MDPH (manufactured by the Michigan Department of Public Health, Lansing, Michigan, U.S.A.), consists of aluminum hydroxide-adsorbed supernatant material, principally protective antigen (PA), from fermentor cultures of a toxinogenic, nonencapsulated strain of *B. anthracis*, V770-NP1-R[2]. Several recent studies demonstrated the partial efficacy of MDPH in guinea pigs challenged parenterally with *B. anthracis* spores of the virulent Ames strain[7,10,13], and, in a field evaluation in humans, a vaccine similar to MDPH showed protection against anthrax[5]. Unfortunately, no study has been reported on the efficacy of the vaccine in nonhuman primates against an aerosol spore challenge. Thus, the research reported here was conducted to determine the short-term, mid-term, and long-term efficacy of MDPH against inhalation anthrax in rhesus monkeys.

## Materials and methods

### Animals

Adult male and female rhesus monkeys (*Macaca mulatta*), weighing 4.4 to 16.8 kg, were immunized intramuscularly at 0 and 2 weeks with 0.5 ml, the standard human dose, of the MDPH human anthrax vaccine. Control animals were given 0.5 ml of phosphate-buffered saline (PBS). Animals were challenged by an aerosol of *B. anthracis* spores of the virulent Ames strain at either 8 weeks, 38 weeks, or 100 weeks. Survival for 3 months after challenge was noted, and moribund animals were euthanized.

Weekly pre- and postchallenge bleeds were drawn on all animals, and the sera were assayed for antibodies to PA by enzyme-linked immunosorbent assay (ELISA) either by an indirect method using baculovirus-produced PA[3], in which mouse monoclonal antibody to PA was first bound to the ELISA plates, or by a direct method in which *B. anthracis*-produced PA was bound to the ELISA plates (C. Rossi, personal communication). Blood was cultured quantitatively for 10 days after challenge as described previously[4].

### Spore challenge

The virulent Ames strain of *B. anthracis* was obtained from the U.S. Department of Agriculture, Ames, Iowa. It was grown in Leighton-Doi medium, and spores were harvested and washed in sterile, distilled water as previously described. The spores were purified by centrifugation through 58% Renografin-76, washed again, then resuspended in 1% phenol and stored at 4°C.

For aerosol challenge, spores were suspended to a concentration of approximately $1.5 \times 10^8$ CFU/ml, then heat-shocked at 60°C for 45 min. Eight-ml aliquots of the spores were used for aerosol challenge with a three-jet Collison nebulizer as previously described[6,11]. The concentration of spores in the aerosol (sampled in water in an all-glass impinger) and the aerosol inhaled dose (expressed as $LD_{50}$) were also determined as previously described[6,11]. An aerosol inhaled dose of $5.5 \times 10^5$ spores of the *B. anthracis* Ames strain was previously determined to be 1 $LD_{50}$ in rhesus monkeys (B. Ivins, unpublished observations).

## Results

All 10 of the immunized monkeys challenged at 8 weeks survived a small-particle aerosol inhaled dose of spores (255 to 760 $LD_{50}$), whereas all five PBS controls died 3 to 5 days after challenge (Table 1). Similarly, at 38 weeks, all three monkeys survived an aerosol spore challenge of 161 to 247 $LD_{50}$. At 100 weeks, the final group of eight immunized and two control monkeys were aerosol challenged with 239 to 535 $LD_{50}$ of spores. Seven of eight immunized monkeys survived. Of all the surviving immunized animals, only one had a demonstrable, transient bacteremia, which lasted from days 2 to 6 after challenge. The bacteremia never exceeded 200 CFU per ml on the days assayed. The two control monkeys died 4 days after challenge. Terminal bacteremias in control monkeys that died during the study ranged from 4.7 X 10⁶ to $5.5 \times 10^8$ CFU per ml.

Mean anti-PA ELISA titers before and after challenge are presented in Table 2. Immunized animals exhibited a substantial increase in titer after the 2-week booster and also after challenge at 8 weeks. By 99 weeks, titers dropped to a barely detectable level, but 2 weeks after challenge at 100 weeks, they rose sharply to a geometric mean of 28,265.

Blood was drawn for clinical evaluation every other day after challenge for 10 days from the three monkeys challenged at 38 weeks. The white blood cell counts increased, whereas red blood cell counts, hematocrit, and hemoglobin decreased. Other parameters such as fibrin degradation products, fibrinogen, activated partial thromboplastin time, prothrombin time, and platelets were not affected.

Originally Published in: *Salisbury Medical Bulletin* 1996 Special Supplement Number 87 Pages 125-126
This document is in the public domain.

A
000628

SALISBURY MEDICAL BULLETIN·SPECIAL SUPPLEMENT NO. 87

## Discussion

A human anthrax vaccine must protect against all forms of anthrax, including inhalation anthrax, which, although rare, is usually fatal. The data in this study demonstrates that the MDPH vaccine is highly efficacious against inhalation anthrax in rhesus monkeys. The rhesus monkey is a useful model for inhalation anthrax in humans, although there is currently no known surrogate marker or in vitro correlate of immunity that allows direct comparison of immunity in humans to that in monkeys. Although the current vaccine regimen in humans calls for doses at 0, 2, and 4 weeks, 6 months, 12 months, 18 months, and then yearly thereafter, in this study only two doses of vaccine, at 0 and 2 weeks, were required to provide substantial protection for almost two years. Based on this study's data, the MDPH human anthrax vaccine confers substantial protection against inhalation anthrax, and the recommended immunization regimen may be able to reduced with respect to the number of doses.

**Table 1.** Protection of rhesus monkeys by MDPH from aerosol challenge by *B. anthracis* Ames spores

| Time after first Immunization[a] | LD$_{50}$ | Survived/total (%) | Time to death in days (range) |
|---|---|---|---|
| **8 weeks** | | | |
| MDPH | 255-760[b] | 10/10[c] | (100) | — |
| PBS | 189-435[d] | 0/5 | (0) | 3 – 5 |
| **38 weeks** | | | |
| MDPH | 161-247[e] | 3/3[e] | (100) | — |
| **100 weeks** | | | |
| MDPH | 239-535[f] | 7/8[g] | (88) | 4 |
| PBS | 511-535[h] | 0/2 | (0) | 4 |

[a]Monkeys were immunized intramuscularly at 0 and 2 wk with 0.5 ml of MDPH human anthrax vaccine. [b]Mean LD$_{50}$ = 437. [c]All surviving monkeys had negative bacterial cultures through 10 days after challenge. [d]Mean LD$_{50}$ = 203. [e]Mean LD$_{50}$ = 330. [f]One of the seven surviving monkeys had a positive bacterial culture (days 2-6) after challenge. [g]Mean LD$_{50}$ = 523.

**Table 2.** Anti-PA ELISA titers of immunized monkeys

| Time after first immunization | Geometric mean titers |
|---|---|
| 0 weeks[a] | ND[b] |
| 2 weeks[c] (before second immunization) | 14 |
| 8 weeks[c] (before 8-wk challenge) | 919 |
| 10 weeks[c] (2 weeks after challenge) | 7,879 |
| 99 weeks[c] (1 week before 100-wk challenge[c]) | 200 |
| 102 weeks[d] (2 weeks after 100-wk challenge[c]) | 28,265 |

[a] ELISA performed by using indirect method.
[b] ND = Not detectable.
[c] Not previously challenged at 8 weeks or 38 weeks.
[d] ELISA performed by using direct method. Titers obtained by the direct method gave values which were approximately 1.71-fold greater than those obtained by the indirect method.

PA is a major component of MDPH, and previous efficacy studies[6,10] demonstrated that PA must be present in a non-living anthrax vaccine or produced in a live vaccine. Other components such as edema factor, lethal factor, and cell-surface antigens may be present in some lots of MDPH and might affect the vaccine's efficacy. MDPH contains as an adjuvant aluminum hydroxide (Alhydrogel), which is a good stimulator of humoral immunity, but not cell-mediated immunity[1]. The high level of efficacy of MDPH in rhesus monkeys suggests that humoral immunity is important in the specific resistance of rhesus monkeys to anthrax. In guinea pigs, however, intramuscular immunization with MDPH only partially protects against a challenge with anthrax spores[7,10,13].

These findings suggest the importance of various, specific immune mechanisms against inhalation anthrax may vary in different animal species, or that the ability of the licensed human anthrax vaccine to stimulate cell-mediated immunity may be greater in some species than others.

## References

1. Allison AC, Byars NE. Immunological adjuvants and their mode of action. *Biotechnology*. 1992; **20**: 431-449.
2. Brachman PS, Gold H, Plotkin SA, Fekety FR, Werrin M, Ingraham NR. Field evaluation of a human anthrax vaccine. *Am J Pub Health* 1962; 52: 632-645.
3. Cown WB, Kethley TW, Fincher EL. The critical orifice liquid impinger as a sampler for bacterial aerosols. *Appl Microbiol* 1957; 5: 119-124.
4. Friedlander AM, Welkos SL, Pitt MLM, Ezzell JW, Worsham PL, Rose KJ, Ivins BE, Lowe JR, Howe GB, Mikesell P, Lawrence WB. Postexposure prophylaxis against experimental inhalation anthrax. *J Infect Dis* 1993; 167: 1239-1242.
5. Iacono-Conners LC, Welkos SL, Ivins BE, Dalrymple JM. Protection against anthrax with recombinant virus-expressed protective antigen in experimental animals. *Infect Immun* 1991; 59: 1961-1965.
6. Ivins BE, Ezzell JW, Jemski J, Hedlund K, Ristroph JD, Leppla SH. Immunization studies with attenuated strains of *Bacillus anthracis*. *Infect Immun* 1986; 52: 454-458.
7. Ivins BE, Fellows PF, Nelson GO. Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* spore challenge in guinea pigs. *Vaccine* 1994; 12: 872-874.
8. Ivins BE, Welkos SL. Recent advances in the development of an improved human anthrax vaccine. *Eur J Epidemiol* 1988; 4: 12-19.
9. Ivins BE, Welkos SL, Knudson GB, Little SF. Immunization against anthrax with aromatic compound-dependent (*Aro-*) mutants of *Bacillus anthracis* and with recombinant strains of *Bacillus subtilis* that produce anthrax protective antigen. *Infect Immun* 1990; 58: 303-308.
10. Ivins BE, Welkos SL, Little SF, Crumrine MH, Nelson GO. Immunization against anthrax with *Bacillus anthracis* protective antigen combined with adjuvants. *Infect Immun* 1992; 60: 662-668.
11. May KR. The Collison nebulizer, description, performance, and applications. *J Aerosol Sci* 1973; 4: 235-243.
12. Puziss M, Manning LC, Lynch JW, Barclay E, Abelow I, Wright GG. Large-scale production of protective antigen of *Bacillus anthracis* in anaerobic cultures. *Appl Microbiol* 1963; 11: 330-334.
13. Turnbull PCB, Broster MG, Carman JA, Manchee RJ, Melling J. Development of antibodies to protective antigen and lethal factor components of anthrax toxin in humans and guinea pigs and their relevance to protective immunity. *Infect Immun* 1986; 52: 356-363.

Originally Published in: *Salisbury Medical Bulletin* 1996 Special Supplement Number 87 Pages 125-126
This document is in the public domain.

2

000629

31 JAN 2002

# ANTHRAX VACCINE ADSORBED (BIOTHRAX™)

## DESCRIPTION

Anthrax Vaccine Adsorbed, (BioThrax™) is a sterile, milky-white suspension (when mixed) made from cell-free filtrates of microaerophilic cultures of an avirulent, nonencapsulated strain of *Bacillus anthracis*. The production cultures are grown in a chemically defined protein-free medium consisting of a mixture of amino acids, vitamins, inorganic salts and sugars. The final product, prepared from the sterile filtrate culture fluid contains proteins, including the 83kDa protective antigen protein, released during the growth period. The final product contains no dead or live bacteria. The final product is formulated to contain 1.2 mg/mL aluminum, added as aluminum hydroxide in 0.85% sodium chloride. The product is formulated to contain 25 µg/mL benzethonium chloride and 100 µg/mL formaldehyde, added as preservatives.

## CLINICAL PHARMACOLOGY
### Epidemiology

Anthrax occurs globally and is most common in agricultural regions with inadequate control programs for anthrax in livestock. Anthrax is a zoonotic disease caused by the Gram-positive, spore-forming bacterium *Bacillus anthracis*. The spore form of *Bacillus anthracis* is the predominant phase of the bacterium in the environment and it is largely through the uptake of spores that anthrax disease is contracted. Spore forms are markedly resistant to heat, cold, pH, desiccation, chemicals and irradiation. Following germination at the site of infection, the bacilli can also enter the blood and lead to septicemia. Antibiotics are effective against the germinated form of *Bacillus anthracis*, but are not effective against the spore form of the organism.

The disease occurs most commonly in wild and domestic animals, primarily cattle, sheep, goats and other herbivores. In humans, anthrax disease can result from contact with animal hides, leather or hair products from contaminated animals, or from other exposures to *Bacillus anthracis* spores. It occurs in three forms depending upon the route of infection: cutaneous anthrax, gastrointestinal anthrax and inhalation anthrax.

Cutaneous anthrax is the most commonly reported form in humans (> 95% of all anthrax cases). It can occur when the bacterium enters a cut or abrasion on the skin, such as when handling contaminated meat, wool, hides, leather or hair products from infected animals or other contaminated materials. The symptoms of cutaneous anthrax begin with an itchy reddish-brown papule on exposed skin surfaces and may appear approximately 1-12 days after contact. The lesion soon develops a small vesicle. Secondary vesicles are sometimes seen. Later the vesicle ruptures and leaves a painless ulcer that typically develops a blackened eschar with surrounding swollen tissue. There are often associated systemic symptoms such as swollen glands, fever, myalgia, malaise, vomiting and headache. The case fatality rate for cutaneous anthrax is estimated to be 20% without antibiotic treatment.

Gastrointestinal anthrax usually begins 1-7 days after ingestion of meat contaminated with anthrax spores. There is acute inflammation of the intestinal tract with nausea, loss of appetite, vomiting and fever followed by abdominal pain, vomiting of blood and bloody diarrhea. There can also be involvement of the pharynx with sore throat, dysphagia, fever, lesions at the base of the tongue or tonsils and regional lymphadenopathy. The case fatality rate is unknown but estimated to be 25% to 60%.

Inhalation (pulmonary) anthrax has been reported to occur from 1-43 days after exposure to aerosolized spores.[1] Studies in rhesus monkeys indicate that a small number of inhaled spores may remain viable for at least 100 days following exposure.[2] However, information on how long spores remain viable in the lungs of humans is unavailable and the incubation period for inhalation anthrax is unknown. Initial symptoms are non-specific and may include sore throat, mild fever, myalgia, coughing and chest discomfort lasting up to a few days. The second stage develops abruptly with

Page 1 of 7

31 JAN 2002

findings such as sudden onset of fever, acute respiratory distress with pulmonary edema and pleural effusion followed by cyanosis, shock and coma. Meningitis is common. The fatality rate for inhalation anthrax in the U.S. is estimated to be approximately 45% to 90%. From 1900 to October 2001, there were 18 identified cases of inhalation anthrax in the U.S., the latest of which was reported in 1976, with an 89% (16/18) mortality rate. Most of these exposures occurred in industrial settings, i.e., textile mills.[3] From October 4, 2001, to December 5, 2001, a total of 11 cases of inhalation anthrax linked to intentional dissemination of *Bacillus anthracis* spores were identified in the U.S. Five of these cases were fatal.[4]

## Mechanism of Action

Virulence components of *Bacillus anthracis* include an antiphagocytic polypeptide capsule and three proteins known as protective antigen (PA), lethal factor (LF) and edema factor (EF). Individually these proteins are not cytotoxic but the combination of PA with LF or EF results in the formation of the cytotoxic lethal toxin and edema toxin, respectively. Although an immune correlate of protection is unknown, antibodies raised against PA may contribute to protection by neutralizing the activities of these toxins.[5] The contribution of *Bacillus anthracis* proteins other than PA, that may be present in BioThrax, to the protection against anthrax has not been determined.

## CLINICAL STUDIES

A controlled field study using an earlier version of a protective antigen–based anthrax vaccine, developed in the 1950's, that consisted of an aluminum potassium sulfate-precipitated cell free filtrate from an aerobic culture, was conducted from 1955-1959. This study included 1,249 workers [379 received anthrax vaccine, 414 received placebo, 116 received incomplete inoculations (with either vaccine or placebo) and 340 were in the observational group (no treatment)] in four mills in the northeastern United States that processed imported animal hides.[6] During the trial, 26 cases of anthrax were reported across the four mills - five inhalation and 21 cutaneous. Prior to vaccination, the yearly average number of human anthrax cases was 1.2 cases per 100 employees in these mills. Of the five inhalation cases (four of which were fatal), two received placebo and three were in the observational group. Of the 21 cutaneous cases, 15 received placebo, three were in the observational group, and three received anthrax vaccine. Of those three cases in the vaccine group, one case occurred just prior to administration of the scheduled third dose, one case occurred 13 months after an individual received the third of the scheduled 6 doses (but no subsequent doses), and one case occurred prior to receiving the scheduled fourth dose of vaccine. In a comparison of anthrax cases between the placebo and vaccine groups, including only those who were completely vaccinated, the calculated vaccine efficacy level against all reported cases of anthrax combined was 92.5% (lower 95% CI = 65%).

From 1962 to 1974, based on information reported to Centers for Disease Control and Prevention (CDC), 27 cases of anthrax occurred in mill workers or those living near mills in the United States. Of those, 24 cases occurred in unvaccinated individuals, one case occurred after the person had been given one dose of anthrax vaccine and two cases occurred after individuals had been given two doses of anthrax vaccine. No documented cases of anthrax were reported for individuals who had received the recommended six doses of anthrax vaccine. These individuals received either an earlier version of a protective antigen-based anthrax vaccine or BioThrax.

In an open-label safety study conducted by the CDC, BioThrax was administered in 0.5 mL doses according to a 0, 2, 4 week initial dose schedule followed by additional doses at 6, 12 and 18 months to complete the 6 dose vaccination series. Annual boosters were administered thereafter. In this study, 15,907 doses of BioThrax were administered to approximately 7,000 textile employees, laboratory workers and other at risk individuals and the incidence rates of local and systemic adverse reactions were recorded. (See ADVERSE REACTIONS)

A randomized clinical study was conducted by the U.S. Army Medical Research Institute of Infectious Diseases (USAMRIID) from 1996-1999 in 173 volunteers to evaluate changes to the vaccination

Page 2 of 7

000639

31 JAN 2002

schedule and route of vaccine administration.  Of those, 28 were enrolled into the study arm to receive the licensed schedule (initial injections at 0, 2 and 4 weeks followed by additional doses at 6, 12 and 18 months) and were subsequently monitored for the occurrence of local and systemic adverse events. (See ADVERSE REACTIONS)

## INDICATIONS AND USAGE

BioThrax is indicated for the active immunization against *Bacillus anthracis* of individuals between 18 and 65 years of age who come in contact with animal products such as hides, hair or bones that come from anthrax endemic areas, and that may be contaminated with *Bacillus anthracis* spores.  BioThrax is also indicated for individuals at high risk of exposure to *Bacillus anthracis* spores such as veterinarians, laboratory workers and others whose occupation may involve handling potentially infected animals or other contaminated materials.

Since the risk of anthrax infection in the general population is low, routine immunization is not recommended.

The safety and efficacy of BioThrax in a post-exposure setting has not been established.

## CONTRAINDICATIONS

The use of BioThrax is contraindicated in subjects with a history of anaphylactic or anaphylactic-like reaction following a previous dose of BioThrax, or any of the vaccine components.

## WARNINGS

Preliminary results of a recent unpublished retrospective study of infants born to women in the U.S. military service worldwide in 1998 and 1999 suggest that the vaccine may be linked with an increase in the number of birth defects when given during pregnancy (unpublished data, Department of Defense).  Although these data are unconfirmed, pregnant women should not be vaccinated against anthrax unless the potential benefits of vaccination have been determined to outweigh the potential risk to the fetus.

Animal reproduction studies have not been conducted with BioThrax.

## PRECAUTIONS

Before administration, the patient's medical immunization history should be reviewed for possible vaccine sensitivities and/or previous vaccination-related adverse events, in order to determine the existence of any contraindications to immunization.

Pregnant women should not be vaccinated against anthrax unless the potential benefits of vaccination clearly outweigh the potential risks to the fetus.

BioThrax should not be administered to individuals with a history of Guillain-Barré Syndrome (GBS) unless there is a clear benefit that outweighs the potential risk of a recurrence.

History of anthrax disease may increase the potential for severe local adverse reactions.

Patients with impaired immune responsiveness due to congenital or acquired immunodeficiency, or immunosuppressive therapy may not be adequately immunized following administration of BioThrax. Vaccination during chemotherapy, high dose corticosteroid therapy of greater than 2-week duration, or radiation therapy may result in a suboptimal response.  Deferral of vaccination for 3 months after completion of such therapy may be considered.[7]

The administration of BioThrax to persons with concurrent moderate or severe illness should be postponed until recovery.  Vaccination is not contraindicated in subjects with mild illnesses with or without low-grade fever.[7]

Page 3 of 7

000640

31 JAN 2002

This product should be administered with caution to patients with a possible history of latex sensitivity since the vial stopper contains dry natural rubber.

Epinephrine solution, 1:1000, should always be available for immediate use in case an anaphylactic reaction should occur.

**Pregnancy**
PREGNANCY CATEGORY D.
See Warnings.

**Nursing Mothers**
It is not known whether exposure of the mother to BioThrax poses a risk of harm to the breast-feeding child. However, administration of non-live vaccines (e.g., anthrax vaccine) during breast-feeding is not medically contraindicated.[7]

**Pediatric Use**
Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use**
No data regarding the safety of BioThrax are available for persons aged > 65 years.

**ADVERSE REACTIONS**

*Pre Licensure*
**Local Reactions-** In an open-label safety study, 15,907 doses of BioThrax were administered to approximately 7,000 textile employees, laboratory workers and other at risk individuals *(See Clinical Studies).* Over the course of the 5-year study, there were 24 reports (0.15% of doses administered) of severe local reactions (defined as edema or induration measuring greater than 120 mm in diameter or accompanied by marked limitation of arm motion or marked axillary node tenderness). There were 150 reports (0.94% of doses administered) of moderate local reactions (edema or induration greater than 30 mm but less than 120 mm in diameter) and 1373 reports (8.63% of doses administered) of mild local reactions (erythema only or induration measuring less than 30 mm in diameter).

**Systemic Reactions-** In the same open label study, four cases of systemic reactions were reported during a five-year reporting period (<0.06% of doses administered). These reactions, which were reported to have been transient, included fever, chills, nausea and general body aches.

31 JAN 2002

**Post Licensure**
Recently (1996-1999), an assessment of safety was conducted as part of a randomized clinical study conducted by the U.S. Army Medical Research Institute of Infectious Diseases (USAMRIID) (See Clinical Studies). A total of 28 volunteers were enrolled to receive subcutaneous doses of BioThrax according to the licensed schedule. Each volunteer was observed for approximately 30 minutes after administration of AVA and scheduled for follow-up evaluations at 1-3 days, 1 week and 1 month after vaccination. Four volunteers reported seven acute adverse events within 30 minutes after the subcutaneous administration of BioThrax. These included erythema (3), headache (2), fever (1) and elevated temperature (1). Of these events, a single patient reported the simultaneous occurrence of headache, fever and elevated temperature (100.7°F).

**Local Reactions-** The most common local reactions reported after the first dose (n=28) in this study were tenderness (71%), erythema (43%), subcutaneous nodule (36%), induration (21%), warmth (11%) and local pruritus (7%). The most frequently reported local reactions after the second dose (n=28) were tenderness (61%), subcutaneous nodule (39%), erythema (32%), induration (18%), local pruritus (14%), warmth (11%) and arm motion limitation (7%). After the third dose (n=26), the most frequently reported local reactions were tenderness (58%), warmth (19%), local pruritis (19%), erythema (12%), arm motion limitation (12%), induration (8%), edema (8%) and subcutaneous nodule (4%). Local reactions were found to occur more often in women. No abscess or necrosis was observed at the injection site.

**Systemic Reactions-** All systemic adverse events reported in this study were transient in nature. The systemic reactions most frequently reported after the first dose (n=28) were headache (7%), respiratory difficulty (4%) and fever (4%). After the second dose (n=28), the most frequently reported systemic reactions were malaise (11%), myalgia (7%), fever (7%), headache (4%), anorexia (4%) and nausea or vomiting (4%). After the third dose (n=26), the most frequently reported systemic reactions were headache (4%), malaise (4%), myalgia (4%) and fever (4%). There was one report of delayed hypersensitivity reaction beginning with lesions 3 days after the first dose. The subject was reported to have diffuse hives by day 17, 3 days after the second dose, and had swollen hands, face and feet by day 18 and discomfort swallowing. The subject did not receive any subsequent scheduled doses.

**Post Licensure Adverse Event Surveillance**
Data regarding potential adverse events following anthrax vaccination are available from the Vaccine Adverse Event Reporting System (VAERS).[8] The report of an adverse event to VAERS is not proof that a vaccine caused the event. Because of the limitations of spontaneous reporting systems, determining causality for specific types of adverse events, with the exception of injection-site reactions, is often not possible using VAERS data alone. The following four paragraphs describe spontaneous reports of adverse events, without regard to causality.

From 1990 to October 2001, over 2 million doses of BioThrax have been administered in the United States. Through October 2001, VAERS received approximately 1850 spontaneous reports of adverse events. The most frequently reported adverse events were erythema, headache, arthralgia, fatigue, fever, peripheral swelling, pruritus, nausea, injection site edema, pain/tenderness and dizziness.

Approximately 6% of the reported events were listed as serious. Serious adverse events include those that result in death, hospitalization, permanent disability or are life-threatening. The serious adverse events most frequently reported were in the following body system categories: general disorders and administration site conditions, nervous system disorders, skin and subcutaneous tissue disorders, and musculoskeletal, connective tissue and bone disorders. Anaphylaxis and/or other generalized hypersensitivity reactions, as well as serious local reactions, were reported to occur occasionally following administration of BioThrax. None of these hypersensitivity reactions have been fatal.

Other infrequently reported serious adverse events that have occurred in persons who have received BioThrax have included: cellulitis, cysts, pemphigus vulgaris, endocarditis, sepsis, angioedema and

31 JAN 2002

other hypersensitivity reactions, asthma, aplastic anemia, neutropenia, idiopathic thrombocytopenia purpura, lymphoma, leukemia, collagen vascular disease, systemic lupus erythematosus, multiple sclerosis, polyarteritis nodosa, inflammatory arthritis, transverse myelitis, Guillain-Barré Syndrome, immune deficiency, seizure, mental status changes, psychiatric disorders, tremors, cerebrovascular accident (CVA), facial palsy, hearing and visual disorders, aseptic meningitis, encephalitis, myocarditis, cardiomyopathy, atrial fibrillation, syncope, glomerulonephritis, renal failure, spontaneous abortion and liver abscess. Infrequent reports were also received of multisystem disorders defined as chronic symptoms involving at least two of the following three categories: fatigue, mood-cognition, musculoskeletal system.

Reports of fatalities included sudden cardiac arrest (2), myocardial infarction with polyarteritis nodosa (1), aplastic anemia (1), suicide (1) and central nervous system (CNS) lymphoma (1).

### Post Licensure Survey Studies
In addition to the VAERS data, adverse events following anthrax vaccination have been assessed in survey studies conducted by the Department of Defense in the context of their anthrax vaccination program. These survey studies are subject to several methodological limitations, e.g., sample size, the limited ability to detect adverse events, observational bias, loss to follow-up, exemption of vaccine recipients with previous adverse events and the absence of unvaccinated control groups. Overall, the most reported events were localized, minor and self-limited and included muscle or joint aches, headache and fatigue. Across these studies, systemic reactions were reported in 5-35% of vaccine recipients and included reports of malaise, chills, rashes, headaches and low-grade fever. Women reported these symptoms more often than men.

### Reporting Adverse Events
Adverse events following immunization with BioThrax should be reported to the Medical Affairs Division of BioPort Corporation (517) 327-1675 during regular working hours and (517) 327-7200 during off hours. Adverse events may also be reported to the U. S. Department of Health and Human Services (DHHS) Vaccine Adverse Event Reporting System. Report forms and reporting requirement information can be obtained from VAERS through a toll free number 1-800-822-7967.

### DOSAGE AND ADMINISTRATION
#### Dosage
Immunization consists of three subcutaneous injections, 0.5 mL each, given 2 weeks apart followed by three additional subcutaneous injections, 0.5 mL each, given at 6, 12, and 18 months. Subsequent booster injections of 0.5 mL of BioThrax at one-year intervals are recommended.

#### Administration
Use a separate 5/8-inch, 25- to 27-gauge sterile needle and syringe for each patient to avoid transmission of viral hepatitis and other infectious agents. Use a different site for each sequential injection of this vaccine and do not mix with any other product in the syringe.
1. Shake the bottle thoroughly to ensure that the suspension is homogeneous during withdrawal and visually inspect the product for particulate matter and discoloration. If the product appears discolored or has visible particulate matter, DISCARD THE VIAL.
2. Wipe the rubber stopper with an alcohol swab and allow to dry before inserting the needle.
3. Clean the area to be injected with an alcohol swab or other suitable antiseptic.
4. Holding the needle at a 45° angle to the skin, inject the vaccine subcutaneously.
5. DO NOT inject the product intravenously. Follow the usual precautions to ensure that you have not entered a vein before injecting the vaccine.
6. After injecting, withdraw the needle and briefly and gently massage the injection site to promote dispersal of the vaccine.

000643

31 JAN 2002

**HOW SUPPLIED/STORAGE**
Anthrax Vaccine Adsorbed (BioThrax™) is supplied in 5 mL multidose vials.

THIS PRODUCT IS TO BE STORED AT 2°C TO 8°C (36 TO 46°F).  Do not freeze.  Do not use after the expiration date given on the package.

**Nonclinical Toxicology**
**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Animal studies have not been performed to ascertain whether BioThrax has carcinogenic action, or any effect on fertility.

**REFERENCES**
1.  Meselson, M., et al., 1994. The Sverdlosk anthrax outbreak of 1979. *Science* 266:1201-8.
2.  Henderson, D.W., Peacock, S., Belton, F.C., 1956. Observations on the prophylaxis of experimental pulmonary anthrax in the monkey. *J. Hygiene,* 54:28-36.
3.  Brachman, P.S., 1980. Inhalation Anthrax. *Ann. NY Acad. Science,* 353:83-93.
4.  Update: Investigation of bioterrorism-related anthrax—Connecticut, 2001. *MMWR.* 2001; 50:1077-9.
5.  Brachman, P.S., & A. M. Friedlander. 1999. Anthrax. In Vaccines, Third Edition, Plotkin & Orenstein (eds.), pp. 629-637.
6.  Brachman, P.S., et al., 1962. Field Evaluation of a Human Anthrax Vaccine. *Amer. J. Public Health,* 52:632-645.
7.  Centers for Disease Control and Prevention. General recommendations on immunization recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR.* 1994; Vol. 43 (No. RR-1).
8.  Chen, R.T., et al., 1994. The Vaccine Adverse Event Reporting System (VAERS). *Vaccine* 12(6): 542-550.

Revision:  January 31, 2002

**Rx Only---Federal (U.S.A.) law prohibits dispensing without a prescription.**

Manufactured by
**BIOPORT CORPORATION**
Lansing, Michigan 48906
U.S. License No. 1260

50483-04

000644

# STUDIES ON IMMUNITY IN ANTHRAX

## V. IMMUNIZING ACTIVITY OF ALUM-PRECIPITATED PROTECTIVE ANTIGEN

GEORGE G. WRIGHT, THOMAS W. GREEN AND RALPH G. KANODE, JR.

*From Camp Detrick, Frederick, Maryland*

Received for publication June 2, 1954

Elaboration of the protective antigen of *Bacillus anthracis* in chemically-defined, non-protein media, and studies on the influence of cultural conditions on elaboration of the antigen, have been described in previous reports (1, 2). Preliminary evidence that the protective antigen in culture filtrates could be concentrated, stabilized, and partially purified by precipitation with alum has been briefly summarized (1). The present report presents further experimental studies of the immunizing activity and related properties of the alum-precipitated antigen, and preliminary observations on its use in the immunization of man.

## MATERIALS AND METHODS

*Antigen-containing filtrates.* Composition of the chemically-defined media and methods for production of antigen-containing culture filtrates have been described previously (1, 2). Spore suspensions of non-proteolytic mutants of the Vollum strain of *B. anthracis* were used as inoculum (3). In the earlier preparations, as indicated, the NP-A strain was used; in later work the R1-NP strain, a non-proteolytic, non-encapsulated double mutant was substituted (2).

*Alum-precipitated antigen.* Culture filtrates were precipitated with alum immediately after filtration by addition of 0.1% aluminum potassium sulfate (in terms of the anhydrous salt) followed by adjustment to pH 5.9 with dilute hydrochloric acid. Under these conditions essentially complete precipitation of protective antigen was obtained. Alum and hydrochloric acid solutions were sterilized by filtration, and the manipulations of precipitation and washing were carried out aseptically. The precipitate settled rapidly, and after several hours or overnight at 4°C most of the supernatant could be drawn off. The remainder was removed after centrifugation at moderate speed, and the precipitate was washed by suspension in sterile 0.9% sodium chloride solution, hereafter referred to as saline. After a second centrifugation, the precipitate was resuspended in saline to a volume 1/10 that of the culture filtrate, and merthiolate was added to a concentration of 1—10,000. This product is referred to as stock antigen.

Stock antigen preparations to be used for human immunization were tested for sterility in nutrient broth and in Brewer thioglycollate medium (4), at 37°C and at room temperature. Safety tests were performed by subcutaneous injection of 5 ml into each of four guinea pigs, and by intraperitoneal injection of 1 ml into eight or more mice.

*Assay of antigenic potency.* For standard assays, the rabbit test used in previous work was employed (1, 3). Animals were given five intracutaneous injections of 0.5 ml of the appropriate dilution of stock antigen on alternate days, and challenged 7 days after the last dose by intracutaneous injection of 10,000 spores of the Vollum strain of *B. anthracis*. One standard spore suspension was used for all intracutaneous challenge injections. The intracutaneous $LD_{50}$ of this preparation for rabbits was approximately 100 spores. Although it was observed that effective immunity could be induced with a smaller number of immunizing injections, the schedule described was used throughout for consistency and to allow comparison with previous observations.

Immunogenicity tests in guinea pigs and monkeys were carried out as described below.

## RESULTS

*Immunizing activity of alum-precipitated antigen.* Alum-precipitated antigens were prepared from antigen-containing filtrates of cultures grown in the four successive modifications of the chemically-defined media for production of antigen (2).

Original Citation Published in: *Journal of Immunology* 1954 Volume 73 Pages 387-391
This document is in the public domain .

WRIGHT, GREEN AND KANODE

## TABLE I
*Activity of preparations of alum-precipitated antigen in the immunization of rabbits*

| Preparation | Culture Medium and Strain Used | Storage of Antigen at 4°C Before Injection | Antigenic Potency as Indicated by Survival Ratios* in Rabbits Injected with Dilutions Indicated | | | |
|---|---|---|---|---|---|---|
| | | | 1:10 | 1:25 or 1:30 | 1:62 | 1:90 |
| | | *months* | | | | |
| 75 | 528; NP-A | 0-2 | 6/6† | 2/2 | | |
| | | 3 | 3/6 | 3/6 | | |
| | | 8 | | 2/2 | 1/3 (4,7) | |
| | | 25 | 2/2 | 2/8(4) | | |
| 77 | 528; NP-A | 0-1 | 2/2 | 6/6 | 5/6(3) | |
| | | 6 | | 2/2 | 1/3(7,10) | |
| | | 10 | | 1/8(4,7) | 2/3(4) | |
| | | 23 | 3/3 | 2/8(5) | | |
| 85 | 528; R1-NP | 0 | 2/3(4) | 3/3 | 0/3 (3,4,4) | |
| 92 | 528; NP-A | 0 | 3/3 | 3/3 | | 0/6(3,4,7) |
| | | 0 | 3/3 | 1/8(3,6) | | |
| 93-1 | 555; R1-NP‡ | 0 | | 3/6 | | 1/6(3,4) |
| | | 14 | 3/3 | 2/6(5) | | 0/3(3,3,4) |
| 98 | 555; R1-NP | 0 | | 3/3 | | 3/3 |
| 100 | 599; R1-NP | 0 | | 2/8(5) | | 3/3 |
| | | 10 | 2/2 | 3/6(4,5) | | 0/3(3,4,8) |
| 101 | 599; R1-NP | 0 | 2/3(12) | 3/6 | | |
| 138 | 599; R1-NP | 0 | 3/3 | 3/6 | | 0/3(4,4,4) |
| 188 | 687; R1-NP | 0 | 3/3 | 1/6(4,5) | | |
| | | 4 | 3/6 | 1/8(3,4) | | |
| 190 | 599; R1-NP§ | 0 | 2/6(5) | 3/6 | | 3/3 |
| 197 | 599; R1-NP | 0 | 3/6 | 3/3 | | 3/3 |

Unimmunized control animals

0/19 (2,2,3,3,3,3,3,3,3,3,4,4,4,4,5,5,5)

* Survival ratios are recorded as the number of immunized animals surviving divided by the number of animals challenged. Numbers in parentheses refer to the days after challenge on which deaths occurred.
† Preparation also protected 11/11 at lower dilutions or undiluted.
‡ Preparation was alum-precipitated and held at pH 6.5.
§ Culture volume of this preparation was 30 liters.

The volume of the original filtrate used in the different preparations ranged from 1 to 30 liters. The immunizing potencies were estimated in rabbits; typical results of initial assay are given in Table I.

It may be noted that at a 1-10 dilution the antigen preparations immunized nearly all of the rabbits. Most of the preparations gave complete or nearly complete protection at 1-25 or 1-30 dilution, and many produced significant immunity at a dilution of 1-62 or 1-90. All of the four media and the two strains proved satisfactory for production of alum-precipitated antigen. It would appear from all of the results, some of which have not been included in the table, that particularly consistent and potent preparations were obtained with 599 medium and the R1-NP strain. There are indications that the 687 medium yielded somewhat less active alum-precipitated products than the other media. Although no precise statement can be made, the immunizing potencies of the alum-precipitated products appeared to be roughly equivalent to the potencies of the culture filtrates from which they were prepared.

Exploratory experiments on the immunization of guinea pigs with the alum-precipitated antigen indicated that the amount of the antigen required was considerably larger than for rabbits. A total of 2 to 4 ml of stock antigen, injected intraperitoneally or subcutaneously in two or three doses, protected 11 of 14 animals against a challenge dose of 1000 spores injected intracutaneously. The challenge dose represented approximately 200 $LD_{50}$. A single subcutaneous dose of 2 ml of stock antigen protected five of seven animals against challenge 2 weeks after immunization. Although the optimum procedure for immunization of guinea pigs has not been determined, the results demonstrate the immunizing potency of the alum-precipitated antigen in this species.

*Toxicity tests.* Seven preparations of stock antigen were tested for possible toxicity by subcutaneous injection of 5 ml into each of four guinea pigs, and by intraperitoneal injection of 1 ml into each of eight or more mice. All of the 28 guinea pigs and all but one of the total of 92 mice survived 21 days. The antigen was also well tolerated by the large number of rabbits that received the antigen during the immunization studies. To test for the occurrence of more subtle toxic reactions, 25 rabbits were given five intracutaneous injections on alternate days of 0.5 ml of a 1-10 dilution of preparation 92. The animals were sacrificed 23 days after the final injection. Complete autopsies in which all organs

(2)

Original Citation Published in: *Journal of Immunology* 1954 Volume 73 Pages 387-391
This document is in the public domain.

## IMMUNIZING ACTIVITY OF ANTHRAX ANTIGEN

were examined grossly and microscopically revealed no specific lesions[1].

1 The authors are indebted to Dr. Joseph Victor and colleagues for these studies, and for other post-mortem examinations.

*Stability of alum-precipitated antigen.* Gladstone (5) demonstrated that the protective antigen activity of filtrates of cultures in plasma was relatively stable when stored in the refrigerator at a pH in the neutral region. The activity of filtrates from the chemically-defined medium, however, was rapidly lost under these conditions (1). Certain preparations of alum-precipitated antigen were titrated for antigenic activity in rabbits after storage for various intervals in the refrigerator at approximately 4°C;

the results are given in Table I. It would appear that although the antigens lost approximately half their initial activity within a year, they retained appreciable immunizing potency after storage up to 2 years.

*Duration of immunity.* Rabbits were immunized with the alum-precipitated antigen in the usual manner and challenged in groups at intervals thereafter. Immunization procedures and experimental results are summarized in Table II. It may be noted that the immunity was sufficiently effective to protect a significant number of animals 8 and 16 weeks after immunization. None of six animals survived when challenged 23 weeks after immunization, although there appeared to be an increase in survival time.                    (3)

### TABLE II

*Duration of immunity induced by protective antigen in rabbits and monkeys.*

| Animal | Number of Immunizing Injections | Total Volume Stock Antigen Injected | Interval Between Immunization and Challenge | Survival Ratio* |
|---|---|---|---|---|
| | | ml | weeks | |
| Rabbits | 5 | .62 | 1 | 3/3 |
| | | | 14 | 2/3 (5) |
| | 5 | .25 | 5 | 3/4 (7) |
| | | | 8 | 3/4 (5) |
| | | | 16 | 2/4 (4,8) |
| | | | 23 | 0/6 (4,4,4,5,6,8) |
| | none | 0 | — | 0/4 (3,3,4,4) |
| Monkeys (*M. rhesus*) | 2 | 1.5 | 2 | 3/3 |
| | | | 16 | 2/3 (8)† |
| | | | 30 | 3/3 |
| | | | 58 | 3/3 |
| | none | 0 | — | 0/4 (3,3,5,11) |

2 weeks. Stock preparation 77 was used, 0.5 ml in

* Survival ratios are recorded as the number of immunized animals surviving divided by the number of animals challenged. Numbers in the parenthesis refer to the days after challenge on which deaths occurred.

† Autopsy findings were typical of anthrax.

the first injection and 1.0 ml in the second. The monkeys in groups of three were challenged at intervals thereafter by intracutaneous injection of between 50,000 and 100,000 spores. The results are given in Table II. The challenge dose was fatal to all of four unimmunized control monkeys; autopsies revealed pathological and cultural evidence of generalized anthrax. All except one of the 12 immunized animals survived challenge, although the final group was challenged more than a year after immunization. No evidence of infection was found in the latter group of three animals at autopsy 6 weeks after challenge. It would appear that the alum-precipitated antigen produced a significant immunity of considerable duration.

To test for possible reactions to a booster immunizing injection, the five surviving monkeys of the second and third groups were injected with 0.5 ml of stock antigen 3 months after challenge. No significant local reactions to the injections were observed, and no lesions attributable to the treatment were detected at autopsy 3 weeks later.

*Immunization of monkeys against respiratory challenge.* Eight animals were immunized by subcutaneous injection of two 1.0 ml doses of preparation 138 at an interval of 16 days. Sixteen days after the second injection four of the immunized animals and four controls were challenged by inhalation of an aerosol of spores of

Original Citation Published in: *Journal of Immunology* 1954 Volume 73 Pages 387-391
This document is in the public domain .

*B. anthracis.*  The calculated dose per animal ranged from 39,000 to 82,000 spores.  The four controls died with generalized anthrax between 3 and 7 days after challenge.  Three of the four immunized monkeys survived; the fourth animal died with anthrax meningitis 17 days after challenge.  The other four immunized animals and two normal controls were challenged 34 days after immunization by inhalation of 890,000 to 3,000,000 spores.  The control animals died promptly of generalized anthrax, whereas the immunized monkeys survived.

*Immunization of man.*  After the safety and effectiveness of the antigen had been demonstrated in animals, several volunteers from the research staff were injected subcutaneously with small doses of the antigen without ill effects.  A group of 55 volunteers were then given two injections of 0.5 ml of stock antigen at an interval of 2 weeks.  No significant systemic reactions were noted, and in only three persons was tenderness detectable at the site of injection after 24 hours.

The immunization program was then extended to a larger group.  Three subcutaneous injections of 0.5 ml of stock antigen at intervals of 2 weeks were given as the initial series.  A booster dose of 0.25

ml was given after 6 months.  In 660 persons who received 1,936 injections in the initial series, the incidence of systemic reactions was 0.7% and of significant local reactions was 2.4%.  In 445 booster injections the corresponding incidences were 1.3% and 2.7%.

The systemic reactions consisted of mild, generalized muscular aching, slight headache, and mild to moderate malaise of 1 to 2 days duration.  The more severe febrile reactions that occasionally follow administration of diphtheria toxoid, typhoid-paratyphoid, plague, and rickettsial vaccines were not observed.

The significant local reactions at the site of injection were characteristic but varied in intensity.  Painless, brawny swelling 5 to 10 cm in diameter appeared 12 to 18 hours after injection and reached its maximum extent on the second day, when the upper arm was significantly enlarged.  In some instances, the swelling extended to the mid-forearm.  Local pruritus was a frequent complaint and was relieved by antihistaminic drugs.  The swelling began to decrease between 2 and 3 days after injection and disappeared completely by the

(4)

IMMUNIZING ACTIVITY OF ANTHRAX ANTIGEN

TABLE III

*Frequency of significant local reactions in man following injection of alum-precipitated*

| Antigen Lot No. | Initial Series | | | | | | Boosters | |
|---|---|---|---|---|---|---|---|---|
| | 1st Injection | | 2nd Injection | | 3rd Injection | | Per-sons | Re-ac-tions |
| | Per-sons | Reac-tions | Per-sons | Reac-tions | Per-sons | Reac-tions | | |
| | | % | | % | | % | | % |
| 87 | 151 | 0 | 122 | 0 | 24 | 0 | | |
| 96 | 346 | 0 | 343 | 0.6 | 230 | 1.3 | | |
| 101 | 6 | 0 | 25 | 4.0 | 125 | 6.4 | | |
| 138 | 125 | 0 | 129 | 0 | 129 | 0.7 | 322 | 2.7 |
| 181 | 32 | 0 | 31 | 3.0 | 29 | 0 | 123 | 2.4 |
| Total | 660 | 0 | 650 | 0.6 | 537 | 2.2 | 445 | 2.6 |

*protective antigen*

fifth day.  No systemic symptoms were associated with the local reactions.  In our experience these

reactions differ slightly from the local reactions usually produced by bacterial, viral, and rickettsial vaccines.

Table III records the incidence of significant local reactions according to the lot of antigen and according to the injection number, i.e., first, second, third, or booster injection.  It may be noted that local reactions were never observed following the initial injection, and that the incidence increased with the number of previous injections.  The preparations of antigen apparently differed with respect to the frequency of production of reactions.  Attempts to reproduce the local reaction in animals are in progress.

## DISCUSSION

The alum-precipitated protective antigen produced significant immunity in a number of species, and the immunity was effective for a considerable period.  No toxicity was detected when the antigen was injected into laboratory animals, and the material was well tolerated in a trial in man

Original Citation Published in: *Journal of Immunology* 1954 Volume 73 Pages 387-391
This document is in the public domain .

000648

that involved more than 2,000 injections. The results of this trial indicated that the clinical acceptability of the product compared favorably with numerous vaccines in common use. Local and general reactions were relatively infrequent and of short duration. None of the local reactions occurred following the initial injection, suggesting that these effects had an allergic basis. Further investigation will be required to determine whether the reactions represented a response to the protective antigen itself, or to a constituent that could be eliminated by appropriate fractionation.

Assessment of the antigen in animals of economic importance is in progress and will be reported subsequently; preliminary results suggest that the antigen produces effective immunity in cattle. Inasmuch as anthrax is uncommon in man, and no serological method is available at present for measurement of the immune response, it will be difficult to estimate the effectiveness of the antigen in human immunization.

The methods for production of the antigen are readily adaptable to production on a practical scale, and the stability of the product would appear to be adequate for practical use. It is probable that additional investigation will allow further simplification and improvement of the methods for production of the antigen. Although preliminary experiments involving variation of the pH of alum-precipitation or increase in the concentration of alum have given no consistent increase in potency, it is possible that further study of these or related variables will improve the stability or acceptability of the product. If the storage stability were considered inadequate, lyophilization of the alum-precipitated product would be feasible (1).

## ACKNOWLEDGEMENT

The authors are indebted to Mr. Sidney

(5)

WRIGHT, GREEN, AND KANODE

Leopold for carrying out the respiratory challenge procedures, and to Dr. Arnold G. Wedum and Dr. Virginia McGann for helpful discussion during the course of the work.

## SUMMARY

Methods have been presented for alum-precipitation of the protective antigen of *Bacillus anthracis*. The product induced effective immunity in rabbits, guinea pigs, and monkeys. Significant immunity persisted for more than three months in rabbits and for more than 14 months in monkeys. Immunity in monkeys was effective against both intracutaneous and respiratory challenge. Alum-precipitated antigen deteriorated slowly when stored at 4°C, but considerable potency remained after storage for approximately two years. The product was devoid of toxicity when tested in mice, guinea pigs, rabbits, and monkeys. Injection of the antigen into man was well tolerated; no serious reactions were encountered and moderate local reactions were infrequent.

## REFERENCES

1. WRIGHT, G. G., HEDBERG, M. A., AND SLEIN, J. B., J. Immunol, **72**: 263, 1954.
2. PUZISS, M. AND WRIGHT, G. G., J. Bact., in press.
3. WRIGHT, G. G., HEDGERG, M. A., AND FEINBERG, R. J., J. Exper. Med., **93**: 523, 1951.
4. BREWER, J. H., J. Bact., **39**: 10, 1940.
5. GLADSTONE, G. P., Brit. J. Exper. Path., **27**: 394, 1946.

Original Citation Published in: *Journal of Immunology* 1954 Volume 73 Pages 387-391
This document is in the public domain .

(6)

Original Citation Published in: *Journal of Immunology* 1954 Volume 73 Pages 387-391
This document is in the public domain .

000650



DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

NATIONAL
COMMUNICABLE DISEASE CENTER
ATLANTA, GEORGIA  30333
TELEPHONE: (404) 633-3311

January 22, 1969

Dr. Roderick Murray, Director
Division of Biologics Standards
National Institutes of Health
Bethesda, Maryland  20014

Dear Dr. Murray:

Following your review of the 1968 progress report for Anthrax
Protective Antigen, Aluminum Hydroxide Adsorbed (DBS-IND 180),
you asked for clarification of several points in your letter
dated January 14, 1969.

Only those clinical reactions from the use of Lot 3 were included
in the Progress Report #2.  Lot 2 was introduced in July 1968,
and the next progress report will include the surveillance of both
Lots 2 and 3.

The Lot 2 label does not include the manufacturer.  To comply with
your request, the following information will be placed on each
bottle:

> Prepared by Bureau of Laboratories
> MICHIGAN DEPARTMENT OF PUBLIC HEALTH
> Lansing, Michigan  48914
> U. S. License No. 99

The antibody assays employing the agar-gel precipitin inhibition
technique were forwarded to this office on October 24, 1968.  The
enclosed figures and descriptions of the agar-gel test results were
removed from the appropriate sections of the Second Annual Report to
the Army Investigational Drug Review Board (AIDRB) submitted by
Paul J. Kadull, M.D., Chief, Medical Investigational Division, Fort
Detrick, Maryland.

001374

2

There have been no controlled evaluation studies with the Michigan
anthrax product as was done by Dr. Philip Brachman using the Merck,
Sharp and Dohme product.  Indirect evidence of the protection afforded
by the Michigan product can be inferred from our experience with
immunized populations in several goat hair processing plants.  The
textile mill in Talladega, Alabama employs approximately 600 people,
and the goat hair is known to be contaminated by laboratory
examinations.  From past experience, Dr. Brachman stated that in an
unimmunized population of 600, up to 10 cases of anthrax a year could
be expected.  There have been no reported cases of anthrax from the
Talladega processing plant during the period in which the Michigan
Anthrax Protective Antigen has been used.

If additional information is needed, please let me know.

Sincerely yours,

U. Pentti Kokko, M.D.
Director, Laboratory Division

Enclosures

001375



**DEPARTMENT OF HEALTH & HUMAN SERVICES**    Public Health Service

_____

Food and Drug Administration
Rockville MD 20857

Russell E. Dingle
71 Shaughnessey Drive
East Hartford, CT 06118

AUG 28 2002

Re: Docket No. 01P-0471/CP1

Dear Mr. Dingle:

This responds to your Citizen Petition dated October 12, 2001 and to relevant comments
submitted to the above-referenced docket. We previously sent you an interim response dated
April 11, 2002. In your Petition you asked that the Commissioner of Food and Drugs take the
following actions regarding anthrax vaccine manufactured by the BioPort Corporation (BioPort):

1.    "Issue a Final Rule on the drug category placement of anthrax vaccine as Category II
      (unsafe, ineffective, or misbranded) amending the as yet to be finalized Proposed Rule as
      published in the Federal Register on December 13, 1985."

2.    "Declare as adulterated all stockpiles of anthrax vaccine adsorbed in the possession of
      BioPort Corporation and all doses in private, public, U.S., or foreign government
      possession."

3.    "Enforce FDA Compliance Policy Guide, Section 400.200, A Consistent Application of
      CGMP Determinations (CPG 7132.12), with respect to anthrax vaccine adsorbed (license
      # 1260)."

4.    "Revoke the anthrax vaccine adsorbed license (license # 1260) held by BioPort
      Corporation."

Petition at p. 1.

For the reasons stated below, we grant your request in part and deny it in part. We agree that the
Food and Drug Administration (FDA or the agency) should complete the Biologics Review for
anthrax vaccine by issuing a final rule. Due to the pendency of this rulemaking, at this time we
do not know what the result of the rulemaking will be. In the proposed rule, however, FDA
agreed with the Panel on Review of Bacterial Vaccines and Toxoids (the Panel) recommendation
and conclusion concerning anthrax vaccine, and FDA proposed to classify anthrax vaccine in
Category I (safe, effective, and not misbranded). 50 Fed. Reg. 51002 (December 13, 1985). We
deny your request to declare all anthrax vaccine in "private, public, U.S., or foreign government
possession" to be adulterated. Furthermore, as we explain below, FDA Compliance Policy
Guide 400.200 does not require or authorize FDA to take the actions you request. Finally, we do
not agree to revoke the license for anthrax vaccine.

001376

**Mr. Dingle**                                                                        2

I.      *Anthrax Vaccine in the Biologics Review*

      A.      *Background*

In November 1970, the Division of Biologics Standards of the National Institutes of Health
(NIH) licensed anthrax vaccine manufactured by the Michigan Department of Public Health
(MDPH).[1]  At that time NIH regulated biological products.  NIH's decision to license the anthrax
vaccine was based on an adequate and well-controlled study conducted by Philip S. Brachman *et
al.,* in the 1950s (the Brachman study) and safety and epidemiological/surveillance data collected
by the Centers for Disease Control (CDC) in the 1960s.

In 1972, the Department of Health, Education, and Welfare (HEW) redelegated authority and
responsibility to regulate biological products from NIH to FDA.[2]  Shortly thereafter, FDA
initiated a comprehensive review of the safety, effectiveness, and labeling of all licensed
biologics (the Biologics Review).  21 CFR 601.25.  In the Biologics Review, independent
advisory panels of scientific experts from outside the federal government review different
categories of biological products.  Based on their review, the panels recommend to FDA that the
agency classify individual biological products in one of three categories: Category I – safe,
effective, and not misbranded; Category II – unsafe, ineffective, or misbranded; or Category III –
insufficient information to classify, further testing required.  21 CFR 601.25(e).  After reviewing
the Panel's recommendations and conclusions, FDA publishes a proposed order that proposes to
classify the biological products under review.  21 CFR 601.25(f).  After an opportunity for public
comment, FDA then issues a final order with final product classifications.[3]  21 CFR 601.25(g).

The Panel reviewed the safety, effectiveness, and labeling of anthrax vaccine manufactured by
MDPH.  Based on its review of the available data (the Brachman study and the CDC studies), the
Panel concluded that the anthrax vaccine is safe, effective, and not misbranded and, accordingly,
recommended that FDA place anthrax vaccine in Category I.  FDA issued a proposed rule
proposing to adopt the Panel's recommendations.[4]  50 Fed. Reg. 51002 (December 13, 1985).
FDA has not yet issued any final rule for anthrax vaccine.

The current approved labeling for anthrax vaccine states that it is indicated for the active
immunization of individuals between 18 and 65 years of age who come in contact with animal
products such as hides, hair, or bones that come from anthrax endemic areas, and that may be
contaminated with *Bacillus anthracis* spores.  The labeling further states that the anthrax vaccine
is also indicated for individuals at high risk of exposure to *Bacillus anthracis* spores such as

---

1. In late 1995, MDPH became the Michigan Biologic Products Institute (MBPI).  In September 1998, BioPort
purchased MBPI.
2. 37 Fed. Reg. 4004 (February 25, 1972).  HEW later became the Department of Health and Human Services
(HHS).
3. FDA would then initiate license revocation proceedings for those products in Category II.  21 CFR 601.25(f)(2).
4. 21 CFR 601.25 states that FDA shall, after reviewing the conclusions and recommendations of the advisory
review panel, issue a proposed order.  The Federal Register document that contained FDA's proposals concerning
the Panel report for anthrax vaccine was called a proposed rule because it proposed to amend certain existing
biologics regulations.  50 Fed. Reg. 51002 (December 13, 1985).

Mr. Dingle                                                                                          3

veterinarians, laboratory workers and others whose occupation may involve handling potentially infected animals or other contaminated materials.[5] According to the approved labeling, the vaccination schedule consists of six 0.5 ml doses administered subcutaneously. After the first dose is administered, the subsequent doses are administered two weeks, four weeks, six months, 12 months, and 18 months thereafter, followed by annual boosters.

      B.    *The Evidence of Effectiveness*

          1.    *The Biologics Review and Anthrax Vaccine*

You requested that FDA "[i]ssue a Final Rule on the drug category placement of anthrax vaccine as Category II (unsafe, ineffective, or misbranded) amending the as yet to be finalized proposed rule as published in the Federal Register 13 December 1985." Petition at pp. 1, 2. FDA has reviewed your petition carefully. We agree that FDA should complete the Biologics Review for anthrax vaccine by issuing a final rule pursuant to 21 CFR 601.25. Although we cannot say precisely when this final rule will issue, FDA's Center for Biologics Evaluation and Research (CBER) is working to complete this rulemaking as soon as possible.

As you know, the Panel determined anthrax vaccine to be safe, effective, and not misbranded. One reason why the Biologics Review rulemaking for anthrax vaccine has not been completed is that FDA has focused on removing Category II products from the market and completing the final classification of the Category III products, which, unlike anthrax vaccine, could not initially be classified because of insufficient data. See, e.g., 65 Fed. Reg. 31003 (May 15, 2000); 52 Fed. Reg. 11123 (April 4, 1987).

At this stage of the 601.25 rulemaking process, it would be premature for FDA to evaluate the adequacy of the Panel recommendation as you have requested, and the agency declines to do so. Given the pendency of this rulemaking, FDA believes that the proper vehicle to respond to the issues you have raised is the final rule that will classify anthrax vaccine. We reiterate, however, that the Panel recommended that anthrax vaccine be classified in Category I, and that FDA adopted the Panel recommendation in its proposed rule.[6] 50 Fed. Reg. 51104 (December 13, 1985).

This response to your petition represents FDA's position <u>at this time</u> on the issues that you have raised. This response does not constitute FDA's final decision in the Biologics Review for anthrax vaccine. The Agency will issue its final decision concerning the classification of anthrax vaccine in its final rule.

---

5. The package insert (PI) for BioPort's anthrax vaccine was amended in January 2002. The prior version of the PI stated that immunization was recommended for individuals who may come in contact with animal products that may be contaminated with *Bacillus anthracis* spores and for individuals engaged in diagnostic or investigational activities which may bring them into contact with *Bacillus anthracis* spores. Immunization was also recommended for persons at high risk, such as veterinarians and others handling potentially infected animals.

6. As described below in sections I B 2 b ii and I B 2 b iii, FDA does not agree with the Panel report for anthrax vaccine in every respect.

**Mr. Dingle**                                                                                                    4

2.    *The Effectiveness of the Anthrax Vaccine*

One basis for your request that FDA place anthrax vaccine in Category II is your assertion that
the Panel's recommendation to place anthrax in Category I "clearly conflicts with the guidelines
established by the Commissioner and with the evaluation criteria used by the Panel." Petition at
p. 3. You argue that the Panel's recommendation is deficient because there was no controlled
clinical investigation of the anthrax vaccine as required by FDA's regulations.

We disagree with your assertion. As we describe below, there is ample evidence to demonstrate
that the Brachman study was an adequate and well-controlled clinical investigation that met the
applicable requirements.

*(a) 21 CFR 601.25*

21 CFR 601.25(d) provides, in pertinent part, that

[t]he advisory review panel, in reviewing the submitted data and preparing the
panel's conclusions and recommendations, and the Commissioner of Food and
Drugs, in reviewing and implementing the conclusions and recommendations of
the panel, shall apply the following standards to determine that a biological
product is effective ...

(2)       ... Proof of effectiveness shall consist of controlled clinical investigations
as defined in § 314.126 of this chapter, unless this requirement is waived
on the basis of a showing that it is not reasonably applicable to the
biological product or essential to the validity of the investigation, and that
an alternative method of investigation is adequate to substantiate
effectiveness. Alternate methods, such as serological response evaluation
in clinical studies and appropriate animal and other laboratory assay
evaluations, may be adequate to substantiate effectiveness where a
previously accepted correlation between data generated in this way and
clinical effectiveness already exists. Investigations may be corroborated
by partially controlled or uncontrolled studies, documented clinical studies
by qualified experts, and reports of significant human experience during
marketing ...

*(b) The Brachman Study*

(i) *Study Design*

Philip S. Brachman *et al.,* conducted an adequate and well-controlled clinical trial on anthrax
vaccine in the 1950s. This controlled field study involved workers in four textile mills that
processed imported animal hides and hair in the northeastern United States. This selected
population was at risk because the mill workers routinely handled anthrax-infected animal

**Mr. Dingle**                                                                                                    5

materials. Prior to vaccination, the yearly average number of human anthrax infections among workers in these mills was 1.2 cases per every 100 employees.

The Brachman study design permitted a valid comparison of the vaccine with a placebo control group to provide a quantitative assessment of effectiveness. 21 CFR 314.126(b)(2). For this trial, employees with no known history of anthrax disease were selected and divided into two groups, treatment and placebo. The groups were balanced with regard to subjects' age, length of employment, department, and job. The participants were not told whether they received anthrax vaccine or a placebo. Overall, 909 out of 1,249 mill workers participated in the controlled part of the study. The dose administration schedule in the trial was the same as the currently licensed vaccine dose administration schedule: 0, 2, and 4 weeks: 6, 12, and 18 months, followed thereafter by annual boosters.[7]

Individuals who were not part of the controlled study, either because they were ineligible or chose not to participate, were also monitored for anthrax. These individuals were referred to as the observational group. As described below, the observational group was not used to calculate the level of effectiveness. However, data from the observational group was used to corroborate results of the controlled study under 21 CFR 601.25(d)(2).

You argue that the Brachman study did not meet the definition of a well-controlled field trial because "a large percentage of the employees at the various mills were non-volunteers, yet their numbers were considered in the effectiveness calculations." Petition at p. 5, fn. 6. That is incorrect. As we described above, in the Brachman study, mill employees volunteered to participate in the study, and the volunteers were allocated into treatment and placebo control groups. Individuals who decided not to participate or who were ineligible were followed by the study investigators as members of an untreated observational group. The Brachman study's efficacy analysis included only the cases that occurred in the treatment and placebo groups. The Brachman study report described cases from the observational group (your so-called "non-volunteers"), but did not include such cases in the efficacy analysis.

You also claim that the Brachman study was deficient because it "had no means to identify the strain of, or determine, regulate, or calculate the exposure to either the vaccinated or the control group of *Bacillus anthracis.*" Petition at p. 5, fn. 6. We disagree. The features you suggest, such as the ability to determine, regulate, or calculate exposure to *Bacillus anthracis*, would be found in an immunization-challenge study but not in a field study. In a field study, the product's effectiveness is evaluated in the context of natural routes of exposure in various natural or field settings. Thus, the Brachman study did not need to focus on identifying a particular *Bacillus anthracis* strain or strains. Instead, the study focused properly on the extent of exposure (e.g., spore content of the various animal products entering the facility or aerosolized spore content in various working sections or areas of the woolen mill), to assess the anthrax vaccine's risk-benefit

---

7. The immunization schedule used in the trial consisted of a "primary" series of three injections given at two week intervals, followed by three "booster" doses given at six month intervals. The schedule is the same as the currently licensed schedule. See infra section I C.

**Mr. Dingle**                                                                            6

ratio for potential recipients. In general, it is not possible or expected to quantify environmental exposures in vaccine field efficacy trials.

(ii)    *Study Results*

During the Brachman trial, 26 cases of anthrax infection were reported – 21 cutaneous and five inhalation.

Of the 21 cutaneous cases, 15 individuals had received the placebo, three individuals were in the observational group, and three individuals were in the vaccine group. No cases were reported in individuals receiving the complete vaccination schedule of six doses.[8]

Of the five inhalation cases, two individuals had received the placebo, while three individuals were in the observational group. Four of the five people who developed inhalation anthrax died. Not a single case of inhalation anthrax occurred in subjects who received the anthrax vaccine.

In a comparison of total anthrax cases between the placebo and vaccine groups, the calculated vaccine efficacy level against all reported cases of anthrax combined was 92.5% (lower 95% confidence interval = 65%). This calculation did not include the number of cases in the observational group.

The Panel report states "the vaccine was calculated to give 93 percent (lower confidence limit = 65%) protection against cutaneous anthrax based on comparison with the control group." 50 Fed. Reg. 51058 (December 13, 1985). However, the efficacy analysis actually conducted in the Brachman study includes all cases of anthrax disease regardless of the route of exposure or manifestation of the disease.

There were five cases of inhalation anthrax reported in the course of the Brachman study, which were too few to support an independent statistical analysis. Of these cases, two occurred in the placebo group, three occurred in the observational group, and no cases occurred in the vaccine group. This descriptive information is reflected in the labeling statement for anthrax vaccine, which states that the vaccine is indicated for individuals at high risk of exposure to *Bacillus anthracis* spores. The indication section of the labeling does not specify the route of exposure and thus includes both cutaneous and inhalation exposure.[9]

Finally, the Panel noted that it would be very difficult, if not impossible, to clinically study the efficacy of any anthrax vaccine. 50 Fed. Reg. 51058 (December 13, 1985). Indeed, due to ethical considerations and the low incidence and sporadic occurrence of anthrax disease, further adequate and well-controlled clinical studies of effectiveness are not possible.

---

8. See infra section I C concerning labeling and the terminology concerning what constitutes a "full" or "complete" vaccination schedule.

9. Although the Panel states that inhalation anthrax occurred too infrequently to assess the protective effect of vaccine against this form of the disease, as stated above, the overall effectiveness rate of 92.5% applies to both cutaneous and inhalation exposure. See 50 Fed. Reg. 51058 (December 13, 1985). This effectiveness rate did not include the cases of inhalation or cutaneous anthrax from the observational group.

**Mr. Dingle**                                                                                                          7

(iii)     <i>The Vaccine Studied</i>

You state in your petition that the Brachman study was conducted with a "similar, but different" vaccine to BioPort's anthrax vaccine, and that this violates 21 CFR 601.25 and undermines any determination of effectiveness of the anthrax vaccine based on the Brachman study. Petition at p. 4. It is true that the Brachman study results were gathered with a version of the anthrax vaccine other than BioPort's.[10] The records in the Biologics License Application (BLA) for the anthrax vaccine indicate that this initial version was provided to Dr. Brachman by Dr. G. Wright of Fort Detrick, U.S. Army, Department of Defense (DOD). The DOD anthrax vaccine used in the Brachman study (the DOD vaccine) can be seen as a precursor to a Merck, Sharp & Dohme (Merck) experimental vaccine mentioned in the Panel report, 50 Fed. Reg. 51059 (December 13, 1985), and as a precursor to the BioPort vaccine.

As further described below, the DOD vaccine and the Merck vaccine figured in DOD's development of the anthrax vaccine leading up to the anthrax vaccine made by MDPH. And, as we explain below, the Brachman study does, in fact, demonstrate that BioPort's anthrax vaccine is effective because the BioPort vaccine is comparable to the DOD vaccine used in the Brachman study.[11]

Under FDA's comparability policy, a manufacturer may make manufacturing changes in a product without performing additional clinical studies to demonstrate the safety and efficacy of the "successor" product. Put another way, a manufacturer may use data gathered with a previous version of its product to support the efficacy of a comparable version of the same product after a manufacturing change. See FDA Guidance Concerning Demonstration of Comparability of Human Biological Products, Including Therapeutic Biotechnology-derived Products (1996) (http://www.fda.gov/cber/gdlns/comptest.txt) (Comparability Guidance Document). FDA's Comparability Guidance Document envisions a continuum of categories of tests. Depending upon the product and the nature of the manufacturing change, a manufacturer may be able to

---

10. For the purposes of this section, the BioPort anthrax vaccine can be seen as the same product as the MDPH anthrax vaccine and the MBPI anthrax vaccine. See infra fn. 13.

11. The Panel report states that:

> [t]he vaccine manufactured by the Michigan Department of Public Health has not been employed in a controlled field trial. Brachman employed a similar vaccine prepared by Merck Sharp & Dohme in a placebo-controlled field trial in mills processing imported goat hair .... The Michigan Department of Public Health vaccine is patterned after that of Merck Sharp & Dohme with various minor production changes ... This product appears to offer significant protection against cutaneous anthrax in fully immunized subjects. This is adequately established by the controlled field trial of the very similar Merck Sharp & Dohme experimental vaccine....

50 Fed. Reg. 51059 (December 13, 1985). Although it appears that the Brachman study apparently did not use the very vaccine manufactured by Merck, this excerpt from the Panel report is relevant because the Merck vaccine can be seen as the second version of the anthrax vaccine that DOD developed, a second version that ultimately led to the development of the MDPH vaccine.

001382

Mr. Dingle                                                                                     8

demonstrate comparability between its products on the basis of analytical testing, bioassays, and preclinical testing without having to resort to full safety or efficacy studies. For the anthrax vaccine, the DOD or precursor version is comparable in terms of formulation and manufacturing process to the BioPort vaccine. There are some differences in formulation and manufacturing process between the DOD vaccine and the BioPort vaccine, but the preclinical and clinical data described below provide assurance that these differences do not result in any meaningful difference in safety or effectiveness.

In the 1950s, DOD first developed a version of the anthrax vaccine using an aerobic culture method.[12] This was the vaccine used in the Brachman study. Subsequent to the Brachman trial, DOD modified the vaccine's manufacturing process to, among other things, optimize production of a stable and immunogenic formulation of vaccine antigen and to increase the scale of manufacture. In the early 1960s, DOD entered into a contract with Merck to standardize the manufacturing process for large scale production of the anthrax vaccine and to produce anthrax vaccine using an anaerobic culture method. This contract resulted in Merck producing a number of lots of the Merck experimental vaccine that the Panel report references. See 50 Fed. Reg. 51059 (December 13, 1985). Thereafter, in the 1960s, DOD entered into a similar contract with MDPH to further standardize the manufacturing process and to scale up production for further clinical testing and immunization of persons at risk of exposure to anthrax spores. Under the contract MDPH pursued pre-market approval of the vaccine. This DOD-MDPH contract resulted in the production of the anthrax vaccine that NIH licensed in 1970, that FDA now regulates, and that BioPort presently manufactures.

Therefore, the DOD vaccine used in the Brachman trial can been seen as a prototype or precursor product to the MDPH anthrax vaccine.[13] DOD was involved in the development of the Merck vaccine and the MDPH vaccine; indeed, DOD has been significantly involved in developing the formulation and manufacturing process of all three versions of the anthrax vaccine: The DOD vaccine, the Merck vaccine, and MDPH's vaccine.

DOD's continuous involvement with, and intimate knowledge of, the formulation and manufacturing processes of all of these versions of the anthrax vaccine provide a foundation for a determination that BioPort's anthrax vaccine is comparable to the original DOD vaccine. See Berlex Laboratories, Inc. v. FDA, 942 F. Supp. 19 (D.D.C. 1996) (It is permissible for FDA to license a biological product based upon data generated with the same manufacturer's or related manufacturer's comparable product); FDA Comparability Guidance Document. DOD was involved in developing the three versions of the anthrax vaccine and had knowledge of the manufacturing processes of each version. DOD is thus similar to a manufacturer that made manufacturing changes to its product as contemplated by FDA's Comparability Guidance.

Furthermore, there are animal and clinical data that demonstrate that the current BioPort vaccine is comparable to the DOD vaccine studied in the Brachman trial. The Berlex decision and the

---

12. Dr. G. Wright of DOD's Fort Detrick developed this version.
13. We reiterate that, for the purposes of this discussion, the MDPH anthrax vaccine is the same product as the MBPI anthrax vaccine and the BioPort anthrax vaccine.

**Mr. Dingle**                                                                                                    9

Comparability Guidance Document make clear that, based on such information, FDA may determine that a product is comparable to a precursor product and thus decide that additional clinical trials for the successor product are not necessary. The comparability of BioPort's anthrax vaccine to the DOD vaccine has been verified through potency data that demonstrate the ability of all three vaccines to protect guinea pigs and rabbits against challenge with virulent *Bacillus anthracis* spores. In addition, there are data comparing the safety and immunogenicity of BioPort's anthrax vaccine with the DOD vaccine. These data, while limited in the number of vaccinees and samples evaluated, reveal that the serological responses to the BioPort vaccine and the DOD vaccine were similar with respect to peak antibody response and serum conversion. Finally, there are ample clinical data and information from the CDC observational safety study, conducted under IND in the 1960s, which demonstrate that the MDPH vaccine is safe. All these data taken together demonstrate that BioPort's anthrax vaccine is safe and effective and is comparable to the vaccine used in the Brachman study.

### (c) The CDC Studies

The CDC epidemiological data provide corroborative evidence that supports the Brachman study's findings. 21 CFR 601.25(d)(2). The Panel report, in its section on the evidence of efficacy for the anthrax vaccine, described the CDC epidemiological data as follows:

> The Center [sic] for Disease Control has continued to collect data on the occurrence of anthrax in at-risk industrial settings. These data were summarized for the period 1962 to 1974. Twenty-seven cases were identified. Three cases were not mill employees, but worked in or near mills; none of these cases were vaccinated. Twenty-four cases were mill employees; three were partially immunized (one with 1 dose, two with 2 doses); the remainder (89 percent) being unvaccinated. Therefore, no cases have occurred in fully vaccinated subjects while the risk of infection has continued. These observations lend further support to the effectiveness of this product.

50 Fed. Reg. 51058 (December 13, 1985).

These epidemiological data, also called surveillance data, consist of anthrax disease case reporting and support the Brachman study results. These data provide confirmation that the risk of disease still existed for those persons who were not vaccinated. These data also demonstrate that those persons who had not received the full vaccination series (six doses) were susceptible to anthrax infection, while no cases were reported in those who had received the full vaccination series.

During the period in which these surveillance data were collected, either the MDPH vaccine or the Merck vaccine described above were being administered. The CDC data from 1967 on involved surveillance of persons receiving the MDPH vaccine and thus constitutes results actually generated with BioPort's anthrax vaccine. The CDC epidemiological data corroborate the Brachman study. See 21 CFR 601.25(d)(2).

Mr. Dingle                                                                                          10

You argue that the Panel erroneously cited CDC safety data, collected under CDC IND 180, in the *Critique* section of the Panel report to support the effectiveness of the anthrax vaccine. Petition at p. 4, fn. 4. In this section of its report, the Panel states that "significant protection" is "adequately established" by the CDC surveillance data. 50 Fed. Reg. 51059 (December 13, 1985). First, if the Panel intended to indicate that the CDC data, standing alone, established the effectiveness of the anthrax vaccine, we would agree with you. But since the Panel regarded the CDC data as corroborative or supportive of the Brachman study findings, we therefore disagree with your assertion that the Panel's reliance on these data is misplaced. Secondly, the CDC surveillance data refers to the epidemiological data described above, rather than to the safety data collected under IND 180. They support the effectiveness of the anthrax vaccine and were correctly relied upon by the Panel.[14]

     C.    *Labeling*

You claim that the anthrax vaccine is "improperly labeled". Petition at p. 6. You cite the Panel report, which states the following: "The labeling seems generally adequate. There is conflict, however, with additional standards for anthrax vaccine. Section 620.24(a) (21 CFR 620.24(a)) defines a total primary immunizing dose as 3 single doses of 0.5 mL. The labeling defines a primary immunization as 6 doses (0, 2, and 4 weeks plus 6, 12, and 18 months)." 50 Fed. Reg. 51059 (December 13, 1985).

We disagree with your assertion that the anthrax vaccine is misbranded. First, FDA revoked 21 CFR 620.24 in 1996 as part of a final rule that revoked 21 CFR 620 and other biologics regulations because they were obsolete or no longer necessary. 61 Fed. Reg. 40153 (August 1, 1996). Secondly, the labeling of the anthrax vaccine, from at least 1978 on, has described the vaccination schedule as three "primary" doses followed by three additional doses and annual boosters thereafter. This labeling was not inconsistent with 21 CFR 620.24(a), before FDA revoked that regulation. 21 CFR 620.24(a) simply did not mention the additional three doses. However, it is clear that the Brachman study and the CDC observational study under IND 180 contemplated a total of six doses. Therefore, there is and was no real difference between referring to the primary immunization as three or six doses, because in either case the total number of doses is six, followed by an annual booster.

II.    *The Anthrax Vaccine is Safe and Effective*

You requested that FDA "[d]eclare as adulterated all stockpiles of anthrax vaccine adsorbed in the possession of BioPort Corporation and all doses in private, public, U.S. or foreign government possession." Petition at pp. 1, 11. You argue that FDA should declare the anthrax vaccine to be adulterated for the following reasons:

---

14. You are correct that the CDC conducted an open-label safety study and submitted the results under IND 180. However, these safety data are separate and distinct from the CDC epidemiological or surveillance data that supports the effectiveness of the anthrax vaccine.

Mr. Dingle                                                                                    11

- "All anthrax vaccine adsorbed (AVA) produced since 1991 is adulterated by virtue of its' [sic] having been produced using unapproved procedures in unapproved equipment." Petition at p. 12.

- "The manufacturer of AVA has been found to be in violation of current Good Manufacturing Practice during every FDA inspection since 1988." Petition at p. 14.

- "AVA has been redated without an FDA approved procedure and has been labeled improperly." Petition at p. 18.

- "The equipment used to manufacture AVA has not been used exclusively for the production of AVA." Petition at p. 19.

We deny your request to "declare" the anthrax vaccine adulterated for several reasons. FDA has no policy or procedure by which it "declares" a product adulterated. There is no provision in the Federal Food, Drug, and Cosmetic Act or the Public Health Service Act, no regulation, and no guidance document under which FDA simply "declares" that a product is adulterated.[15] In any case, and as we describe below, several of your above-listed assertions are factually inaccurate. As we also make clear, other claims that you make, such as those involving current good manufacturing practice (cGMP) inspectional observations, do not necessarily render the anthrax vaccine unsafe or ineffective.

It is important to note that currently there is no FDA-lot released anthrax vaccine, which was manufactured during the timeframes you cite in your petition (1988-1998), available for military or civilian use. In January 1998, MBPI halted production of anthrax vaccine, prior to the sale of MBPI to BioPort, in order to begin comprehensive renovations of the anthrax vaccine production facilities. These renovations required FDA approval in the form of a license supplement before BioPort could resume shipping licensed anthrax vaccine made in the renovated facilities. BioPort, therefore, did not ship any licensed finished product anthrax vaccine, made after January 1998, until FDA approved two BLA supplements related to the renovations. FDA approved one BLA supplement in December 2001 for the anthrax vaccine production facility and another in January 2002 for a contract filling facility. FDA approved these supplements after the agency inspected BioPort and determined that the firm appeared to be in compliance with cGMP for the manufacture of anthrax vaccine.

Moreover, after an FDA inspection in 1998, MBPI quarantined 11 lots of anthrax vaccine. Also, BioPort currently has an additional number of lots of anthrax vaccine, manufactured prior to 1998, in storage. FDA does not intend to lot release these additional lots. The agency, therefore, does not intend to release the quarantined or additional lots of anthrax vaccine that MBPI manufactured during the period of time that you cite in your petition.

---

15. To the extent that you are asking that FDA initiate enforcement action against BioPort or the anthrax vaccine, FDA declines to do so for the reasons set forth in this response. See Heckler v. Chaney, 470 U.S. 821 (1985); Community Nutrition Institute v. Young; 818 F.2d 943 (D.C. Cir. 1987).

001386

**Mr. Dingle**                                                                                    12

A.      *FDA Approved or Did Not Need to Approve Fermentation Train Changes in the
Manufacturing Process; the Filter Change Did Not Adversely Affect the Safety,
Purity, or Potency of the Anthrax Vaccine*

You argue that MDPH made significant changes in the manufacturing process of anthrax vaccine
without first obtaining FDA approval. You specifically refer to MDPH's change in fermentation
trains and to a change in filters. You contend that these changes adversely affected the anthrax
vaccine. For the following reasons, we disagree.

Fermenters are used in the production process of anthrax vaccine to grow the bacterial cell
culture. In 1990, MDPH submitted a supplement to FDA for approval to change from a glass-
lined fermentation train to stainless steel fermentation trains. FDA approved the supplement in
1993. FDA did not lot release any lots manufactured in the stainless steel fermenters until the
agency had approved the supplement.

After BioPort purchased the MBPI facility, it discovered that MDPH had not submitted a
supplement to FDA for additional fermentation trains 3 and 4, which MDPH had added to the
production process. In July 1999, BioPort submitted a supplement to FDA to cover the addition
of trains 3 and 4, and FDA approved the supplement in May 2001. Fermentation trains 3 and 4
were identical to fermentation trains 1 and 2, for which FDA had previously approved a
supplement in 1993.

Certain lots of anthrax vaccine were manufactured using fermentation trains 3 and 4 and were lot
released by FDA prior to the agency's approval of the supplement in May 2001. However under
FDA's regulations, MDPH did not have to obtain prior FDA approval for the change to
fermenters 3 and 4 because fermenters 3 and 4 are identical to fermenters 1 and 2. FDA
therefore considered this change to be one that required a supplement but not prior approval by
the agency. 21 CFR 601.12(c).[16]

In many vaccine production processes, manufacturers use filters to remove cell debris from the
cell culture after fermentation. When MDPH changed the filter in use at the time of licensure
from a ceramic to a nylon filter in 1990, it did not notify FDA of the change. We learned about
the change after a former BioPort employee in Michigan filed a lawsuit claiming, among other
things, that BioPort had made changes to the anthrax vaccine production process. The U.S.
General Accounting Office investigated the claim and asked FDA about the effect of the change
in filters. In February 2001, FDA sent a letter to BioPort requesting specific information about
the changes in filters, and BioPort responded in April 2001. We reviewed BioPort's response

---

16. 21 CFR 601.12(c) requires a manufacturer to submit a supplement for certain manufacturing changes at least 30
days prior to distribution of the product made using the change. Prior to the agency's amendment of 21 CFR 601.12
in 1997, FDA interpreted 601.12 as permitting a manufacturer to implement certain changes without prior approval.
See Changes to be Reported for Product and Establishment License Applications; Guidance, FDA Guidance
Document. 60 Fed. Reg. 17535 (April 6, 1995). The Food and Drug Administration Modernization Act of 1997
(FDAMA) codified this scheme in the Federal Food, Drug, and Cosmetic Act. 21 USC 356a. The current 21 CFR
601.12 reflects FDAMA's statutory change.

**Mr. Dingle**                                                                                          13

and found that it adequately addressed FDA's questions and concerns. In addition, we reviewed the lot release protocols, which include product release test results, for all lots of anthrax vaccine released between 1978 and 2001. Based on this information, we concluded that the filter change did not adversely affect the product's safety, purity, or potency.

> B.    *Inspectional Observations Concerning cGMP Did Not Necessarily Cause Anthrax Vaccine To Be Unsafe or Ineffective*

In your petition you list various cGMP inspectional observations that FDA recorded between 1988 and 1998. You cite a Warning Letter that FDA issued to MDPH in 1995 and a subsequent Notice of Intent to Revoke (NOIR) letter to MBPI in 1997. Petition at pp. 14-17.

These cGMP observations are largely irrelevant to the anthrax vaccine that is currently available. At this time there is no FDA-lot released anthrax vaccine, that was manufactured during the timeframes you cite in your petition (1988-1998), available for military or civilian use. In January 1998, MBPI halted production of anthrax vaccine, prior to the sale of MBPI to BioPort, in order to renovate the anthrax vaccine production facilities. It was necessary for FDA to approve these renovations before BioPort could resume shipping licensed anthrax vaccine made in the renovated facilities. BioPort, therefore, did not ship any licensed finished product anthrax vaccine, made after January 1998, until FDA subsequently approved two BLA supplements related to the renovations. FDA approved one BLA supplement in December 2001 for the anthrax vaccine production facility and another in January 2002 for a contract filling facility. FDA approved these supplements after the agency inspected BioPort and the contract filling facility and determined that they appeared to be in compliance with cGMP for the manufacture of anthrax vaccine.

Through an NOIR, FDA notifies a biologics manufacturer that the grounds exist for FDA to revoke the manufacturer's license. 21 CFR 601.5(b)(1). Although the NOIR that FDA sent to MBPI stated that if MBPI's corrective actions proved to be inadequate, MBPI would risk losing its license, the NOIR did not require closure of the MBPI facility.

MBPI responded to the NOIR in April 1997, by presenting a "Strategic Plan for Compliance." The plan called for periodic submissions of data to FDA to demonstrate MBPI's progress towards achieving compliance with FDA requirements. FDA agreed to review the data and monitor and verify MBPI's progress through follow-up inspections.

As mentioned previously, in January 1998, MBPI halted production of anthrax vaccine, prior to the sale to BioPort, in order to begin comprehensive renovations of the anthrax vaccine production facilities. In February 1998, FDA inspected the MBPI facility to evaluate the implementation and effectiveness of MBPI's corrective actions and make an assessment of the overall compliance status. Our inspection revealed deviations from FDA's regulations and led to the agency's request that MBPI quarantine 11 lots of anthrax vaccine held in storage, pending our review of additional information from MBPI.

**Mr. Dingle**                                                                                14

We communicated with MBPI and later with BioPort to resolve these issues. FDA inspections in October 1998, and later in October 2000, disclosed that BioPort had made continued progress toward meeting the objectives of the strategic plan and bringing the facility into compliance. We did not initiate license revocation proceedings against BioPort because the firm had implemented corrections and demonstrated its commitment to comply with all applicable FDA requirements.[17] BioPort did this by, among other things, renovating its manufacturing facility, discontinuing the manufacture and distribution of all non-anthrax related products, closing its aseptic filling facility, and moving the anthrax vaccine filling operations to a contract manufacturer.

BioPort's corrective measures resulted in FDA approving a BLA supplement for the firm's anthrax vaccine manufacturing facility in December 2001. FDA also approved another supplement for the contract filling operation in January 2002. As we mentioned above, in addition to the 11 quarantined lots, BioPort has, in storage, a number of lots of additional anthrax vaccine manufactured prior to 1998. FDA has not and does not intend to lot release these lots.

    C.    *All Lots of Anthrax Vaccine Have Had a Valid Expiration Date*

Your petition claimed that the manufacturer re-dated anthrax vaccine without FDA's approval and failed to give new lot numbers to the re-dated product. Petition p. 18. You assert that this caused certain lots of anthrax vaccine to be misbranded. *Id.* at 18.

Under 21 CFR 610.53(b), a product's expiration date is determined, in part, by the date of manufacture. Under 21 CFR 610.50(a), the date of manufacture is determined by "the date of initiation by the manufacturer of the last valid potency test."

From approximately 1994 through 1998, MDPH and MBPI had certain lots of FDA-lot released anthrax vaccine in inventory for which the expiration dates had expired. MDPH and MBPI, respectively, then conducted potency tests to extend the dating period. On the basis of these tests, FDA extended the dating period of these lots and lot released them again.

However, when FDA so extended the dating period on the previously released lots of anthrax vaccine, the agency's computer-based tracking system for the released lots would not accept the same lot number a second time. Therefore, when FDA sent the lot release notification to the manufacturer, we assigned an additional number to the existing lot number. For example, a lot identified as FAVxxx, when redated, would have been assigned an additional (-1) or (-2) resulting in lot number FAVxxx-1 (or -2). However, we did not specifically notify BioPort or its predecessors that they needed to place the "-1" or " -2" additional number on the labeling of lots for which dating had been extended.

The manufacturer (MDPH, MBPI, and BioPort) and FDA permissibly extended the expiration date of these lots of anthrax vaccine. There was no confusion on the part of FDA or the

---

17. Except in situations involving suspension of a license pursuant to 21 CFR 601.6, or in cases involving willfulness, FDA provides a licensee with the opportunity to demonstrate or achieve compliance before instituting proceedings to revoke a license. 21 CFR 601.5(b)(2). FDA provided MBPI and BioPort with such an opportunity.

**Mr. Dingle**                                                                                    15

manufacturer concerning which lots actually had their dating periods extended, and there would have been no difficulty tracing the complete manufacturing history of a particular lot, package, or vial. For these reasons, we do not consider this issue concerning the lot number on the vaccine's labeling sufficient to cause the anthrax vaccine to be misbranded.

      D.    *The Alleged Use of Equipment to Manufacture Other Products*

You assert that "[t]he manufacturer has, at times, used the equipment approved by FDA for the manufacture of anthrax vaccine to manufacture other biological products." Petition at p. 19. You also contend that if this were true, "a true safety hazard exists." *Id.* at 19. Based on inspectional information available to us, it is not evident that BioPort or its precursors used the same equipment to manufacture anthrax vaccine and other products.

Although information concerning the particular manufacturing processes of BioPort may constitute trade secret or confidential commercial information, we are able to provide the following information.[18] First, the suggestion that MDPH or MBPI produced a product other than anthrax vaccine in the same facility as the anthrax vaccine does not necessarily mean that the manufacturer used the same equipment to manufacture both products. Indeed, no documents from FDA inspections of BioPort record such activity. Secondly, if MDPH or MBPI did, in fact, alternate production runs of anthrax vaccine and another product on the same equipment, there is no evidence of any safety hazard. Your exhibit 8 indicates that MDPH/MBPI decontaminated and requalified the facility in September 1995 before resuming manufacture of anthrax vaccine in January 1996. In addition, MDPH's supplement for switching from glass to stainless steel fermenters contained a validated procedure for sterilizing the equipment between production runs. FDA approved this supplement in 1993. FDA is thus not aware of any related evidence that would raise concerns regarding the safety of the anthrax vaccine.

III.    *There Are No Pending Drug Marketing Applications or Government Contracts For FDA To Disapprove Pursuant To FDA Compliance Policy Guide 400.200*

You cited FDA Compliance Policy Guide (CPG) 400.200, "Consistent Application of CGMP Determinations." CPG 400.200 states that

> the issuance of a warning letter or initiation of other regulatory action based upon cGMP deficiencies must be accompanied by disapproval of any pending drug marketing application, or government contract for a product produced under the same deficiencies.

Based on this CPG, a 1995 Warning Letter from FDA to MBPI, and the 1997 NOIR from FDA to MBPI, you request that we order all current and/or pending government contracts and drug marketing applications for anthrax vaccine adsorbed be disapproved and the appropriate government agencies informed in accordance with Sec. 400.200. Petition at p. 23. You

---

18. FDA is prohibited from publicly disclosing trade secret or confidential commercial information. <u>See</u> 21 USC 331(j); 18 USC 1905.

reference DOD contracts for anthrax vaccine and refer to a DOD Investigational New Drug Application (IND) as a pending drug application.

First, a CPG is not a regulation and thus does not legally bind FDA. See Professional and Patients For Customized Care v. Shalala, 56 F.3d 592 (5th Cir. 1995). Second, FDA does not have the authority to disapprove a contract between DOD and BioPort for the anthrax vaccine. As you request, over the last several years FDA has informed DOD and the Department of Health and Human Services (HHS) about the inspectional history of BioPort, MBPI, and MDPH. DOD and HHS are well aware of FDA investigators' observations during inspections of BioPort. FDA has had many meetings with DOD and HHS and has worked closely with DOD and HHS concerning the anthrax vaccine. Third, an IND is not a "drug marketing application" because it does not permit commercial distribution of the product. See 21 CFR 312.7(a).

IV.    *The Grounds Do Not Exist for FDA to Revoke BioPort's License for Anthrax Vaccine*

You argue that FDA should revoke the license for anthrax vaccine because (a) the anthrax vaccine license was improperly issued, and (b) even with a newly renovated production facility, BioPort is incapable of complying with cGMP and of producing anthrax vaccine of consistent safety, purity, potency, and quality. Petition at pp. 24 and 28. As discussed below, we do not agree and do not find that any grounds currently exist to revoke BioPort's license under 21 CFR 601.5.

A.    *The Anthrax Vaccine Was Properly Licensed*

NIH licensed the anthrax vaccine in 1970. The clinical evidence supporting licensure consisted of the Brachman study and the CDC data, described above in section I. You cite statements from the chairperson of the committee that reviewed the license application. Petition at p.25. You claim that these statements may have raised questions concerning the evidence of efficacy.[19]

Notwithstanding any such questions, the chairperson and the committee recommended that NIH issue a license for the anthrax vaccine, and NIH did so. Furthermore, as discussed above in section I B, the Panel in the Biologics Review evaluated this evidence and concluded that it demonstrated the effectiveness of the anthrax vaccine. FDA, based on the Panel report, proposed that anthrax vaccine be classified in Category I.

B.    *FDA Approved BioPort's Manufacturing Facility in December 2001 and Approved BioPort's Contract Filling Facility in January 2002*

On December 27, 2001, FDA approved BioPort's manufacturing facility in Lansing, Michigan after an extensive inspection. As you know, MBPI, BioPort's predecessor, had halted production of the anthrax vaccine in 1998 in order to comprehensively renovate the manufacturing facility. FDA's most recent pre-approval inspection, conducted in December 2001, determined that

---

19. You also cited the committee chairperson's comments earlier on p. 5 of your Petition.

**Mr. Dingle**                                                                                          17

BioPort appeared to be in compliance with applicable cGMP requirements for the manufacture of anthrax vaccine.

On January 31, 2002, FDA, by approving a supplement to BioPort's BLA, approved Hollister-Stier Laboratories in Spokane, Washington as a contract filling facility for the anthrax vaccine. The agency approved this supplement after an FDA inspection of the contract filling facility.

You also argue that FDA should immediately suspend BioPort's license. Petition at pp. 30-31. We disagree. There are no grounds to suspend BioPort's license. The standard for suspension of a biological product's license under 21 CFR 601.6(a) is that the Commissioner has reasonable grounds to believe that any of the grounds for revocation exist and that by reason thereof there is a danger to health. Currently, there are no grounds for the revocation of BioPort's license to manufacture anthrax vaccine, and furthermore, there is no evidence of a danger to health.

V.     *Conclusion*

This response represents FDA's current position concerning the issues you raise in your petition. This response does not constitute FDA's final decision in the Biologics Review for anthrax vaccine. FDA will complete the Biologics Review administrative process for the anthrax vaccine as soon as practicable. The Advisory Panel in the Biologics Review evaluated the evidence upon which the anthrax vaccine was licensed. The Panel concluded that the anthrax vaccine is safe and effective. FDA adopted the Panel conclusion and recommendation in the Biologics Review proposed rule.

BioPort has implemented comprehensive renovations and a cGMP compliance program in order to comply with FDA's cGMP regulations. From a recent pre-approval inspection, FDA determined that BioPort appeared to be in compliance with cGMP for the manufacture of anthrax vaccine. FDA then approved a license supplement for BioPort's anthrax vaccine manufacturing facility and a license supplement for a contract filling facility. After FDA approved these supplements, BioPort resumed manufacturing and shipping licensed anthrax vaccine.

Sincerely yours,

Margaret M. Dotzel
Associate Commissioner
For Policy

cc:  Docket No 01P-0471

001392

FDA Guidance Concerning Demonstration of Comparability of Human
Biological Products, Including Therapeutic Biotechnology-derived
Products

Center for Biologics Evaluation and Research (CBER)
Center for Drug Evaluation and Research (CDER)

APRIL 1996

I.    INTRODUCTION..........................................1

II.   BACKGROUND............................................1

III.  PRODUCT COMPARABILITY TESTING.....................4

      A.    Analytical Testing............................5

      B.    Bioassays.....................................5

      C.    Preclinical Animal Studies....................6

      D.    Clinical Studies..............................6

      E.    Additional Considerations.....................7

001399

IV.   DOCUMENTATION OF PRODUCT COMPARABILITY...............7

V.    CONCLUSION.........................................8

VI.   REFERENCES.........................................9□

April 1996

FDA Guidance Concerning Demonstration of
Comparability of Human Biological Products,
Including Therapeutic Biotechnology-derived
Products

I.    Introduction

FDA is issuing this guidance document as part of its on-going initiatives
to provide manufacturers with increased
flexibility to bring important and improved human
biological  products to market more efficiently and
expeditiously.  This document addresses the concept of
product comparability and describes current FDA practice
concerning product comparability of  human biological
products regulated by the Center for Biologics Evaluation
and Research (CBER), including therapeutic biotechnology-derived products,
regulated by CBER,  and therapeutic
biotechnology-derived products regulated by the Center for
Drug Evaluation and Research (CDER).  It describes those
steps that manufacturers may perform and which FDA may
evaluate to  allow manufacturers to make manufacturing
changes without performing additional clinical studies to
demonstrate safety and efficacy.

As with other guidance documents FDA does not intend this
document to be all inclusive.  It  is intended to provide
information and does not set forth requirements.
Manufacturers may follow the procedures outlined in this
document or may choose to use alternative procedures that
are not provided in this document.  Prior to using
alternative procedures a manufacturer may wish to discuss
the matter with FDA to prevent expenditure of  resources
generating data that FDA may later determine to be
unacceptable.

Although this guidance document does not create or confer
any rights for or on any person and does not operate to
bind FDA or the public, it does represent the agency's
current thinking on  demonstration of product
comparability. Where this document reiterates a requirement
imposed by statute or regulation, the force and effect as
law of the requirement is not changed in any way by virtue
of its inclusion in this document.

II.   Background

Historically,  biological products  have been complex
mixtures of molecular species that were difficult to
characterize as individual entities.  In some cases, the
specific active moiety could not be identified, or the
active moiety existed in a milieu of other components that

001400

had the potential to affect many of its characteristics.
In other cases, the source materials had the potential for
transmitting infectious agents. Because of the limited
ability to characterize the identity and structure and
measure the activity of the clinically-active component(s),
a biological product was often defined by its manufacturing
process. The manufacturing process for a biological
product encompassed manufacturing methods, equipment, and
facilities, and was a reason for the current establishment
license application (ELA) requirement for biologics. FDA
recognized that changes in the manufacturing process,
equipment or facilities could result in changes in the
biological product itself and sometimes required additional
clinical studies to demonstrate the product's safety,
identity, purity and potency.

Improvements in production methods, process and control
test methods, and test methods for product characterization
have led to the evolution of the regulation of biological
products. For example, when a biologics manufacturer
institutes a change in its manufacturing process, before
FDA approval of its product but after completion of a
pivotal clinical study, it may not be necessary for the
manufacturer to perform additional clinical studies to
demonstrate that the resulting product is still safe,
pure, and potent. A sponsor may be able to demonstrate
product comparability between a biological product made
after a manufacturing change and a product made before
implementation of the change through different types of
analytical and functional testing, with or without
preclinical animal testing, described in this document. FDA
may determine that two products are comparable if the
results of the comparability testing demonstrate that the
manufacturing change does not affect safety, identity,
purity, or potency.

FDA recognizes that a manufacturer may seek to make changes
in the manufacturing process used to make a particular
product for a variety of reasons, including improvement of
product quality, yield, and manufacturing efficiency. FDA
has examined proposed manufacturing changes on a case-by-case
basis to determine the type of data, including
clinical data, that were necessary to determine product
comparability. FDA's evaluations were based, in part, upon
the type of manufacturing change and the type of biological
product involved. In 1990, in the "Cytokine and Growth
Factor Pre-Pivotal Trial Information Package," FDA stated
that "significant changes in the manufacturing
process...between the time of pivotal clinical studies and
submission of the PLA may result in the need to conduct
additional validation, animal and in vitro studies, and/or
clinical studies". In the 1994 " Points to Consider in
the Manufacture and Testing of Monoclonal Antibody Products
for Human Use," FDA included a section entitled "Issues
Related to Manufacturing Changes (Demonstration of Product
Equivalence)." In discussing manufacturing changes during
clinical development in this document, FDA acknowledged
that such changes were frequent. FDA stated that
"depending on the type of in vitro assays and animal
studies and quality of the data, extensive clinical data

001401

demonstrating equivalence may not be necessary." Manufacturers were expected to document all manufacturing changes made during development so that the procedures and manufacturing changes used in the pivotal clinical trials could be validated and the relationship to the marketed product used in earlier trials could be determined.

In the past, FDA has approved manufacturing changes made during or after completion of clinical studies in situations where comparability data have provided assurance that the product would continue to be safe, pure, and potent (effective). Such manufacturing process changes, implemented before or after product approval, have included changes implemented during the expansion from pilot scale to full scale production, the move of production facilities from one legal entity to another legal entity, and the implementation of changes in different stages of the manufacturing process such as fermentation, purification, and formulation. In each case, FDA reviewers have used their collective scientific and regulatory experience to provide the best evaluation consistent with the applicable regulatory scheme and current knowledge.

For manufacturing changes prior to product approval, FDA interprets the phrase, "data derived from nonclinical laboratory and clinical studies which demonstrate that the manufactured product meets prescribed standards of safety, purity, and potency," in 21 CFR 601.2(a) to include clinical data generated from a precursor product, made prior to a manufacturing change, so that the manufacturer can demonstrate that the precursor product is comparable to the manufactured product. Therefore, a manufacturer may demonstrate comparability between a product made before a manufacturing change and a product made after a manufacturing change. If a manufacturer is able, in FDA's judgement, to demonstrate comparability, FDA may permit the manufacturer to implement the changes without conducting an additional clinical trial(s) to demonstrate efficacy.

FDA recognizes that improvements in production methods, process and control test methods, and test methods for product characterization have allowed manufacturers of biological products to readily identify and assess the impact of changes made to production processes and production facilities. For example, techniques for isolation of macromolecules, product and process related, have improved greatly in recent years. The manufacturer's ability to establish sensitive and validated assays for characterizing the product and biological activity and to evaluate the significance of differences noted in such assays can provide the basis for FDA to assess product comparability without the necessity of repeating clinical efficacy studies.

FDA has reviewed its existing guidance documents in order to clarify inconsistency or ambiguity that could potentially arise from this document and existing guidance. FDA has not found past guidance that it considers inconsistent with the guidance set forth here. However, to

001402

the extent that there is any prior guidance from FDA that is interpreted by manufacturers or others as inconsistent with this document, such guidance is superseded. To the extent that a manufacturer may have found or interpreted previous guidance to be ambiguous concerning the issue of manufacturing changes, FDA now clarifies that the comparability guidance described in this document and currently employed by FDA is FDA's operative policy for these products. See, e.g., 1983 Interferon Test Procedures: Points to Consider in the Production and Testing of Interferon Intended for Investigational Use in Humans; 1990 Cytokine Pre-Pivotal Trial Information Package (including reference that a product used in a pivotal clinical trial should be manufactured in a manner which is essentially identical to the manufacturing process that the manufacturer intends to use after approval); and 1995 FDA Guidance Document Concerning Use of Pilot Manufacturing Facilities for the Development and Manufacture of Biological Products (including reference that certain aspects of pilot production should be identical to those applied to a full commercial scale).

III.    Product Comparability Testing

This document addresses comparability testing for manufacturing changes made prior to product approval and after product approval. For manufacturing changes prior to product approval, under currently applicable laws and regulations, the manufacturer must fully describe the change in any license application or investigational new drug application (IND). FDA urges manufacturers to consult with FDA prior to implementing changes that may result in comparability testing, in order to avoid delay in the review of applications.

Manufacturing changes may result in no observed alteration in a product. Alternatively, a minor alteration in one or more product characteristics, with no previously documented effect, can have either no effect or a substantial effect on the pharmacology of the product. Likewise, a major alteration in one or more product characteristics with no documented effects on the pharmacology of the product, can have either no effect or a substantial effect on the pharmacology of the product. The most important factor to FDA as it assesses product comparability is whether it is anticipated that any of any of these manufacturing changes will translate into significant changes in clinical safety or efficacy.

Manufacturers should carefully assess manufacturing changes and evaluate the product resulting from these changes for comparability to the pre-existing product. Determinations of product comparability may be based on chemical, physical, and biological assays and, in some cases, other non-clinical data. If a sponsor can demonstrate comparability, additional clinical safety and/or efficacy trials with the new product will generally not be needed. FDA will determine if comparability data are sufficient to demonstrate that an additional clinical study(ies) is unnecessary.

001403

Knowledge of the process involved in the manufacture of the product is an integral component in determining the design of an appropriate comparability assessment program. In determining the types of tests needed, FDA may consider the extent of the manufacturing change(s) and the stage of manufacturing at which the change(s) occurs. Comparability testing programs may include a combination of analytical testing, biological assays (in vitro or in vivo), assessment of pharmacokinetics and/or pharmacodynamics and toxicity in animals, and clinical testing (clinical pharmacology, safety, efficacy), with the usual progression of complexity from analytical to animal studies to human pharmacokinetics and/or pharmacodynamics to clinical safety and efficacy studies. However, comparability testing is not simply a hierarchical system in which a particular test result necessitates the next level of testing. In fact sometimes many of the tests performed are complementary. For example, analysis of the pharmacokinetics profile often suggests biological events not reflected in other types of analyses, e.g., in vitro assays.

Manufacturers should provide to FDA extensive chemical, physical and bioactivity comparisons with side-by-side analyses of the "old" product and qualification lots of the "new" product. When available, fully characterized reference standards for drug substance and final container material should also be used. Tests should include those routinely used for release of the bulk drug substance and final drug product in addition to tests specifically directed at fully evaluating the impact of the change on the product. Additional testing usually includes in-process assays at the manufacturing step(s) which are most likely affected by the manufacturing change(s).

Manufacturers may use the following categories of tests:

A.   Analytical Testing

Analytical testing includes both chemical and physical assays. Tests should be selected which are sensitive to the full range of differences which might result from the process change. The sensitivity and breadth of analytical testing is an important determinant of the nature and extent of additional testing which should be done. These tests should include tests routinely done on all production lots, those initially used to fully characterize product structure and identity and establish product consistency from one production lot to another, and new tests if applicable.

B.   Bioassays

Bioassays are functional tests which sponsors should use to assess the activity/potency of the product. These tests may also serve as measurements of the biological integrity (e.g., correct conformation) of the product and thus complement other analytical measurements. Sponsors should validate these assays and have a specific range of

001404

acceptable values for defining product activity.  They may
include appropriate in vitro tests (e.g. cell growth,
enzymatic activity, anti-viral assays, infectivity assays)
or in vivo tests in relevant animal models.  If the in vivo
mechanism of action of the product is known, the bioassay
(when possible) should reflect this activity.
Consideration should be given to in vivo and/or in vitro
models as predictors of the biological effects in humans.
For example, with vaccines, sponsors should evaluate the
degree of correlation of the test(s) performed (e.g.,
assessment of immunogenicity) with clinical protection and
submit such information to FDA so that it may be determined
if a clinical study should be conducted following
manufacturing changes.  In cases where a product has
multiple activities which are not completely correlated or
the mechanism of action for clinical usage is unknown,
manufacturers may need to consider performing more than one
functional assay.  When a drug substance has more than one
form and a manufacturing change shifts the distribution of
forms, determination of the bioactivity of the various
forms may be of value in assessing the impact of the
change.

The combined precision of the analytical and functional
tests and their ability to assess significant aspects of
the product are important.  Both sponsors and FDA should
evaluate data from both types of testing modalities to
determine the extent of additional tests needed.

C.    Preclinical Animal Studies

In addition to the various in vitro studies, in vivo
studies in animals may be used in comparability evaluations
to determine pharmacokinetics parameters, pharmacodynamic
activity, or toxicity endpoints.  Animal pharmacokinetics
data may be needed to assess comparability even in the
absence of demonstrated differences in the analytical
testing or the functional assays for the product.  This is
because analytical testing may be insensitive to changes
affecting pharmacokinetics, and in vitro functional tests
may not reflect the time-dependent aspects of distribution.
Differences in  in vivo exposure originating from
differences in pharmacokinetics may lead to differences in
therapeutic activity.  Therefore, assessment of
pharmacokinetics is often considered complementary to the
functional assay.  For hormones however, in vivo potency
assays often take into account potential pharmacodynamics
and pharmacokinetics profiles in animals.  For these
hormone products, when bioavailability is in question,
clinical pharmacology studies may be needed to demonstrate
comparability.

Adequate pharmacokinetics measurements may include
determination of Cmax, Tmax, AUC and t « in either
parallel or cross-over study designs.  In cases where
complications may arise from immune responses to
heterologous proteins, cross-over design may be
inappropriate.  In other cases, sponsors should consider
complicating factors related to binding proteins and levels
of endogenous protein.  In cases where animal studies may

001405

not be relevant, clinical pharmacology studies may be
needed to show comparability.

Prior to product approval, manufacturers generally should
not need to repeat all toxicology studies that were
performed with the product manufactured by the previous
manufacturing process in order to demonstrate product
comparability. In some cases, additional animal studies
may only be needed if immunogenicity is the major safety
concern. The necessity and extent of additional toxicity
studies may depend upon the safety profile of the pre-existing
product and on the magnitude of the manufacturing
process change and/or effect on the product. Situations in
which additional studies may be needed include those where
the product has a narrow therapeutic range or where
specific safety concerns are present, e.g., when the
manufacturing process change raises concerns about possible
toxic impurities or adventitious agents which cannot be
assessed by analytical testing.

D.   Clinical Studies

Clinical studies include human pharmacology studies,
immunogenicity, safety, and/or efficacy trials. Although
comparability testing can include some form of clinical
efficacy studies, usually one of the purposes of
comparability testing, not including efficacy studies, is
so FDA may determine on the basis of such comparability
data that additional clinical efficacy studies, of a
sufficiency to support initial licensure or approval, are
unnecessary. Human pharmacology studies, generally, may be
needed to evaluate changes which may affect product
pharmacokinetics or pharmacodynamics, e.g., change in
product formulation.

In cases where a manufacturing change(s) results in a
product with structural and/or bioactivity differences,
and/or differences in pharmacokinetics patterns, and those
differences are meaningful with respect to potential impact
on the product's safety, purity, or potency (efficacy), an
additional clinical study(ies) usually may be needed to
evaluate the product's safety and/or efficacy.
Additionally, when the analytical and other preclinical
testing is not sufficiently sensitive or broad enough to
detect such meaningful differences, additional clinical
study(ies) may be needed.

E.   Additional considerations

In terms of comparability testing, manufacturers should
generally perform extensive analytical testing complemented
by functional testing if manufacturing changes occur in the
process of producing the bulk drug substance. Examples of
such changes include the following: a change in
manufacturing site; modifications to cell or seed strains,
including changes to the master cell bank; fermentation;
and isolation or purification. In some cases,
complementary pharmacology data or biologic response data
(e.g., antibody titers for vaccines) may be needed.

001406

*PACKAGE INSERT*

Michigan Department of Public Health
Bureau of Laboratories

## ANTHRAX VACCINE, ADSORBED

### DESCRIPTION OF PRODUCT

This product is prepared from microaerophilic cultures of an avirulent, non-encapsulated strain of <u>Bacillus anthracis</u>. The cultures are grown in a synthetic medium and elaborate the protective antigen during the growth period. The potency of this product is standardized according to the U.S. Public Health Service Regulations, Part 73: Additional Standards for Anthrax Vaccine, Adsorbed. The final product contains no more than 2.4 mg aluminum hydroxide (equivalent to 0.83 mg aluminum) per 0.5 cc dose. The preservative is 0.0025% benzethonium chloride. Formaldehyde is added as a stabilizer in a final concentration not to exceed 0.0037%.

This product should be stored at 5°C ($\pm$ 3°C). Do not freeze. Do not use after the expiration date given on the package.

### RECOMMENDATIONS FOR USE

These recommendations are prepared by the Bureau of Laboratories, Michigan Department of Public Health, only for the guidance of the physician. They do not replace the experience and judgment of the physician, who should be familiar with the recent pertinent medical literature before administering any biologic preparation.

Since the risk of exposure to anthrax infection in the general population is slight, routine immunization is not recommended. Immunization with this antigen is recommended for individuals who may come in contact with imported animal hides, furs, bonemeal, wool, hair (especially goat hair), and bristles; for all personnel in factories handling these materials, and for individuals contemplating investigational studies involving <u>Bacillus anthracis</u> (Ref. 1).

Primary immunization consists of six subcutaneous injections of vaccine; 0.5 ml for each injection. Three injections, two weeks apart, are given first; then three more doses, six, twelve, and eighteen months after the initial injection.

003291

Case 1:06-cv-02131-RMC     Document 22-3     Filed 05/23/2007     Page 17 of 48

Vaccine, Adsorbed                                                                2.

If immunity is to be maintained, a booster injection of 0.5 ml of vaccine at
         intervals is recommended.

## PRECAUTIONS

Antibody response and reactions thus far have been conducted exclusively in men
and women 18 to 65 years of age. The effect of administration of the antigen
in younger or older subjects as well as in pregnant women has not been studied.
Epinephrine solution, 1:1000 should always be available for immediate use in
case an anaphylactic reaction should occur, even though such reactions are rare.

## DIRECTIONS FOR USE

### (Do Not Syringe-Mix With Any Other Product)

Use a separate heat sterilized needle and syringe (or sterile disposable needle
and syringe) for each patient to avoid transmission of viral hepatitis and other
infectious agents.

Shake the bottle thoroughly to ensure that the suspension is homogeneous during
withdrawal. The rubber stopper should be treated with 2% iodine and allowed to
    before inserting the needle.

This preparation must be given subcutaneously after cleansing the overlying skin
    an antiseptic.

Follow the usual precautions to avoid intravenous injection.

5. After withdrawing the needle, the injection site may be massaged briefly and
   gently to promote dispersal of the vaccine.

6. The same site should not be used for more than one injection of this vaccine.

## CONTRAINDICATIONS

1. A history of clinical anthrax infection is an absolute contraindication to
   immunization with this vaccine.

   If a person has not previously been immunized against anthrax, an injection of
   this product will not protect against infection following exposure to anthrax bacilli.

003292

Anthrax Vaccine, Adsorbed                                                    3.

3.  Severe systemic reactions with marked chills and fever have been reported in only
    a few cases over the 5 year period that this vaccine has been in use; in
    such instances, immunization should be discontinued

4.  Any acute respiratory disease or other active infection is generally considered
    to be adequate reason for deferring an injection.

5.  Persons receiving cortico-steroid therapy or other agents which would tend to
    depress the immune response may not be adequately immunized with the dosage
    schedule recommended.  If the therapy is short termed, immunization should be
    delayed.  If the therapy is long termed, an extra dose should be given a month
    or more after therapy is discontinued.

## REACTIONS TO INJECTION

Mild local reactions consisting of a small zone of erythema with slight local
tenderness or a small area of induration with pruritus have occurred in approximately
6 percent of all injections.  Moderate local reactions have occurred after approxi-
mately one percent of injections.  These generally appeared within 24 hours and
subsided within 48 to 72 hours.  A few subjects developed small, firm, painless
nodules at the injection site which persisted for several weeks.

A small number of severe local reactions consisting of edema, moderate erythema,
induration, and considerable local warmth, tenderness, and pruritus have occurred.
Except for the ulceration and subsequent eschar these reactions were similar to
those observed in cutaneous anthrax.  Rarely, an individual demonstrated extensive
edema of the arm lasting 3 to 5 days.  All local reactions have been completely
reversible.

Severe systemic reactions with marked chills and fever have been reported in only
a few cases over the 5 year period that this vaccine has been in use for both primary
and booster immunization; hence their occurrence is extremely rare (see CONTRAINDICATIONS).

003293

Anthrax Vaccine, Adsor.

## REFERENCE

1. Brachman, P.S. et al. Field Evaluation of a Human Anthrax Vaccine. Amer. J. Pub.

   Health, 52: 632-645 (1962).

Prepared by Bureau of Laboratories
Michigan Department of Public Health
Lansing, Michigan 48914
U.S. License No. 99

This vaccine is distributed by the Center for Disease Control.  Inquiries should

be directed to:

Center for Disease Control
Atlanta, Georgia 30333
Attention:  Investigational Vaccines Activities
Laboratory Program

F-483                                                              Rev. 1-71

003294

Anthrax Vaccine Adsorbed
Michigan Department of Public Health (MDPH)

II.  <u>Representative advertising used during the past five years</u>.

Not applicable to MDPH.

003295

Anthrax Vaccine Adsorbed
Michigan Department of Public Health (MDPH)

Page 3.

III.  The complete quantitative composition of the biologic product.

   A.  Major constituents of product.

      1.  Aluminum hydroxide, up to 2.4 mg per 0.5 ml dose.
      2.  Cell-free bacterial products* adsorbable on aluminum hydroxide (non-quantifiable).
      3.  Sodium chloride, 0.85%
      4.  Formaldehyde, not over 0.0037%
      5.  Benzethonium chloride, 0.0025%

   B.  Constituents of culture medium; probably present in product in trace amounts.

      1.  Biotin
      2.  Thiamine hydrochloride
      3.  Adenosine
      4.  L-Alanine
      5.  L-Tryptophane
      6.  DL-Serine
      7.  L-Arginine hydrochloride
      8.  L-Proline
      9.  Glycine
      10.  DL-Methionine
      11.  DL-Threonine
      12.  DL-Valine
      13.  DL-Aspartic acid
      14.  DL-Isoleucine
      15.  DL-Phenylalanine
      16.  L-Histidine hydrochloride
      17.  DL-Leucine
      18.  L-Glutamic acid
      19.  $MnSO_4 \cdot H_2O$
      20.  $MgSO_4 \cdot 7H_2O$
      21.  $CaCl_2 \cdot 2H_2O$
      22.  Glucose
      23.  Guanine hydrochloride
      24.  $KHPO_4$
      25.  $K_2HPO_4$
      26.  $FeSO_4 \cdot 7H_2O$
      27.  Pyridoxal hydrochloride
      28.  $NaHCO_3$

* Products of an avirulent, nonproteolytic, and non-encapsulated strain of B. anthracis.

003296

Anthrax Vaccine Adsorbed
Michigan Department of Public Health (MDPH)

Page 4.

IV.  Animal Safety Data

The standard general safety test is employed (Title 21, Part 273.720), involving mice and guinea pigs.  The information that is gained from this test (freedom from toxicity) complements the separately gathered test data on the purity of the culture employed, freedom from contaminants, freedom from B. anthracis cells in the culture filtrate prior to aluminum hydroxide adsorption, consistency of manufacture; all such data contribute to the assurance of animal safety.

Anthrax Vaccine Adsorbed                                            Page 5.
Michigan Department of Public Health (MDPH)

V.  Human Safety Data

   A.  Total doses MDPH vaccine distributed 1966 to 1971.
       (see Appendix, Table #1)

   B.  Reports of reactions (Reactogenicity).

       In the developmental (pre-licensing) stages of Anthrax Vaccine, all
       vaccine released for clinical trial was handled exclusively by the
       Center for Disease Control, Atlanta, Georgia, under DBS-IND #180.
       The full, available information on the use of this vaccine in humans
       is contained in five progress reports under DBS-IND #180, beginning
       with report #1, dated October 20, 1967, submitted by ██████████
       The last report, #5, was issued in November 1971.

   C.  Literature References

       1.  Field Evaluation of a Human Anthrax Vaccine.  Brachman, P.S., et al.
           Am. J. Public Health 52: 632-645 (1962).  (Note, however, that this
           report concerns earlier work by others on the Anthrax Vaccine prepared
           as an alum-precipitated product.)

003298

Anthrax Vaccine Adsorbed                                                    Page 6.
Michigan Department of Public Health (MDPH)

VI.   Human Efficacy Data

        The available data on human efficacy, as with human safety, is contained
in the five progress reports on the field use of Anthrax Vaccine Adsorbed
(prepared by MDPH) submitted by the Center for Disease Control, under DBS-IND
#180.  The reports cover the available information on the use of this vaccine
both in primary and booster immunizations.

        Information on the probable role of the use of anthrax vaccine on the
incidence of clinical anthrax among workers at risk in goat hair processing
plants is only slowly emerging.  Analysis by the Center for Disease Control
of one field trial of an earlier lot of this antigen in man, occupationally
at risk of contracting anthrax, has indicated 92% effectiveness in prevention
of cutaneous anthrax.  Because of the infrequency of human inhalation of
anthrax, it is not possible at this time to provide a quantitative estimate
of the efficacy of the MDPH vaccine in conferring protection in man against
either form of the disease.  We are operating with at least the assurance
from laboratory potency testing, in guinea pigs, that current lots of vaccine
are as potent as the vaccine employed in the reported field trial.

Literature References.

1.   Field Evaluation of a Human Anthrax Vaccine.  Brachman, P.S., et al.
     Am. J. Public Health 52: 632-645 (1962).  (Note, however, that this
     report concerns earlier work by others on the anthrax vaccine prepared
     as an alum-precipitated product.)

003299

Anthrax Vaccine Adsorbed                                Page 7.
Michigan Department of Public Health (MDPH)

VII. <u>Summary</u>

Anthrax vaccine was developed under special impetus and financial support from both the U.S. Army Biological Laboratories, Fort Detrick, Md. and the Investigational Vaccines Program of the Center for Disease Control.

The initial material was alum-precipitated and was produced by Fort Detrick; then, on contract, Merck, Sharp & Dohme produced a vaccine which was identified initially as Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed. The third manufacturer was the Michigan Department of Public Health and this group subsequently received a product license for Anthrax Vaccine Adsorbed on November 4, 1970. Since we are the sole source of this vaccine in the United States, and since textile manufacturers must vaccinate their workers in order to obtain insurance to cover liability, continuous use of this product is assured. Thus, documentation on the human safety of this product continues to expand and valid information on the human efficacy of this vaccine will slowly emerge from the use of this vaccine in workers in the textile (goat-hair) industry.

003300

Anthrax Vaccine Adsorbed
Michigan Department of Public Health (MDPH)

Page 8.

VIII.    <u>Statement of Responsible Head</u>

To the best of my knowledge and belief this submission includes relevant information favorable and unfavorable, pertinent to an evaluation of the safety, effectiveness, and labeling of the product, including information derived from investigations, marketing, or published literature.

George R. Anderson, D.V.M.
Responsible Head
Michigan Department of Public Health

003301

Anthrax Vaccine
Michigan Department of Public Health (MDPH)

TABLE 1

Distribution of Anthrax Vaccine
Aug. 1966 to Aug. 1971

| Period | No. of Vials | Total Volume (Ml.) |
|--------|-------------|---------------------|
| 1966-1967 | | |
| 1967-1968 | | |
| 1968-1969 | | |
| 1969-1970 | | |
| 1970-1971 | | |

The above data includes <u>all</u> Anthrax Vaccine, including MDPH vaccine,
distributed to physicians; all distribution was handled and controlled
by the Center for Disease Control.

003302

# THE ANTHRAX VACCINE

## Is It Safe? Does It Work?

Lois M. Joellenbeck, Lee L. Zwanziger,
Jane S. Durch, and Brian L. Strom, *Editors*

Committee to Assess the Safety and Efficacy of the Anthrax Vaccine

Medical Follow-up Agency

INSTITUTE OF MEDICINE

NATIONAL ACADEMY PRESS
Washington, D.C.

003303

NATIONAL ACADEMY PRESS • 2101 Constitution Avenue, N.W. • Washington, DC 20418

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

Support for this project was provided by the Department of Defense (Contract No. DASW01-00-6-3045). The views presented in this report are those of the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine and are not necessarily those of the funding agency.

International Standard Book Number 0-309-08309-5
Library of Congress Control Number 2002104241

Additional copies of this report are available for sale from the National Academy Press, 2101 Constitution Avenue, N.W., Box 285, Washington, DC 20055. Call (800) 624-6242 or (202) 334-3313 (in the Washington metropolitan area), or visit the NAP's home page at www.nap.edu. The full text of this report is available at www.nap.edu.

For more information about the Institute of Medicine, visit the IOM home page at www.iom.edu.

Copyright 2002 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America.

The serpent has been a symbol of long life, healing, and knowledge among almost all cultures and religions since the beginning of recorded history. The serpent adopted as a logotype by the Institute of Medicine is a relief carving from ancient Greece, now held by the Staatliche Museen in Berlin.

003304

*"Knowing is not enough; we must apply.*
*Willing is not enough; we must do."*
—Goethe



# INSTITUTE OF MEDICINE

**Shaping the Future for Health**

003305

# THE NATIONAL ACADEMIES

National Academy of Sciences
National Academy of Engineering
Institute of Medicine
National Research Council

The National Academy of Sciences is a private, nonprofit, self-perpetuating society of distinguished scholars engaged in scientific and engineering research, dedicated to the furtherance of science and technology and to their use for the general welfare. Upon the authority of the charter granted to it by the Congress in 1863, the Academy has a mandate that requires it to advise the federal government on scientific and technical matters. Dr. Bruce M. Alberts is president of the National Academy of Sciences.

The National Academy of Engineering was established in 1964, under the charter of the National Academy of Sciences, as a parallel organization of outstanding engineers. It is autonomous in its administration and in the selection of its members, sharing with the National Academy of Sciences the responsibility for advising the federal government. The National Academy of Engineering also sponsors engineering programs aimed at meeting national needs, encourages education and research, and recognizes the superior achievements of engineers. Dr. Wm. A. Wulf is president of the National Academy of Engineering.

The Institute of Medicine was established in 1970 by the National Academy of Sciences to secure the services of eminent members of appropriate professions in the examination of policy matters pertaining to the health of the public. The Institute acts under the responsibility given to the National Academy of Sciences by its congressional charter to be an adviser to the federal government and, upon its own initiative, to identify issues of medical care, research, and education. Dr. Kenneth I. Shine is president of the Institute of Medicine.

The National Research Council was organized by the National Academy of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and advising the federal government. Functioning in accordance with general policies determined by the Academy, the Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in providing services to the government, the public, and the scientific and engineering communities. The Council is administered jointly by both Academies and the Institute of Medicine. Dr. Bruce M. Alberts and Dr. Wm. A. Wulf are chairman and vice chairman, respectively, of the National Research Council.

003306

### COMMITTEE TO ASSESS THE SAFETY AND EFFICACY OF THE ANTHRAX VACCINE

BRIAN L. STROM (*Chair*), Professor and Chair, Biostatistics & Epidemiology, University of Pennsylvania School of Medicine

WILLIAM E. BARLOW, Senior Scientific Investigator, Center for Health Studies, Group Health Cooperative, and Research Professor, Biostatistics Department, University of Washington

DAN G. BLAZER II, J. P. Gibbons Professor of Psychiatry, Duke University Medical Center

LINDA D. COWAN, Professor of Biostatistics and Epidemiology, University of Oklahoma College of Public Health

KATHRYN M. EDWARDS, Professor of Pediatrics, Division of Infectious Diseases, Vanderbilt University School of Medicine

DENISE L. FAUSTMAN, Associate Professor of Medicine, Harvard Medical School, and Director, Immunobiology Laboratory, Massachusetts General Hospital

EMIL C. GOTSCHLICH, Vice President for Medical Sciences and R. Gwin Follis-Chevron Professor, The Rockefeller University

DENNIS L. KASPER, Executive Dean for Academic Programs, William Ellery Channing Professor of Medicine, and Professor of Microbiology and Molecular Genetics, Harvard Medical School

DON P. METZGAR, Scientific Consultant

HUGH H. TILSON, Clinical Professor of Epidemiology and Health Policy and Senior Adviser to the Dean, University of North Carolina School of Public Health

#### Consultants

STANLEY A. PLOTKIN, Medical and Scientific Consultant, Aventis Pasteur, and Emeritus Professor of Pediatrics, University of Pennsylvania

GEORGE A. ROBERTSON, Senior Manager of Biological Quality Control, Wyeth-Ayerst Pharmaceuticals

#### Staff

LOIS JOELLENBECK, Senior Program Officer (Study Director)

LEE ZWANZIGER, Senior Program Officer (until January 2002)

JANE DURCH, Freelance Writer and Editor

KAREN KAZMERZAK, Research Assistant

PHILLIP BAILEY, Project Assistant

RICHARD MILLER, Director, Medical Follow-up Agency

*v*

003307

# Preface

The Institute of Medicine convened the Committee to Assess the Safety and Efficacy of the Anthrax Vaccine in October 2000 to prepare a congressionally mandated report for the Department of Defense. The committee was charged with reviewing data regarding the efficacy and safety of the currently licensed anthrax vaccine—Anthrax Vaccine Adsorbed (AVA)—and assessing the efforts to resolve manufacturing issues and resume production and distribution of the vaccine. This report is a summary of the committee's deliberations.

As the committee completed its work, the nation experienced the traumas of not only the attacks of September 11, 2001, but also the distribution of potent anthrax spores through the U.S. mail, which resulted in 5 deaths, at least 13 nonfatal confirmed cases, and the exposure of more than 30,000 other people. The nation and public health and health care professionals found themselves with much new but hard-won knowledge about anthrax, as well as many new questions about the disease and its prevention and treatment, including the merits of vaccination following exposure.

These events lent urgency to the committee's work. However, the study charge already reflected concerns that arose in the context of discussions of the risk of exposure to anthrax spores and the merits of vaccination for military personnel, given the perceived threat of battlefield exposure to anthrax. The Department of Defense had begun to implement a plan to vaccinate all military personnel, but some service members were sufficiently concerned about the efficacy or safety of AVA that they chose to resign or even undergo court-martial to avoid vaccination. Some have also questioned whether the vaccine might be related to the health problems experienced by some Gulf War veterans. In addition, the manufacturing plant

*vii*

003308

producing the vaccine failed to pass Food and Drug Administration inspection until very recently. As a result of the limited supply of the vaccine, the Department of Defense's Anthrax Vaccine Immunization Program was proceeding at a very reduced rate. These manufacturing issues further accentuated the questions about the vaccine.

Vaccines are critically important tools for the prevention of serious infectious diseases. As with any pharmaceutical product or medical procedure, however, the use of vaccines carries a risk of adverse health effects, which must be weighed against the expected health benefit. Safety expectations for vaccines are especially high because they are usually given to healthy people to protect them against a disease that they may not be exposed to in the future.

In approaching its task, the committee recognized that it was dealing with difficult issues, both scientifically and politically. Scientifically, it was dealing with a series of questions on which the published data were limited. Politically, it was operating in a charged arena, where strong positions had been taken and strong emotions expressed, even in the absence of convincing data. In response, the committee chose to embark on a process that would be as open as possible while maintaining maximum scientific rigor. It elected to hear from all who had anything to contribute, whether the contributions were concerns, complaints, or data. All available data were sought and reviewed and were then weighed in the committee's scientific assessment. Through its questions and initiatives the committee even triggered the development of significant new data on these questions.

Of course, upon starting its work, the committee never foresaw how timely its efforts would be. In the wake of the attacks of September 11 and especially the subsequent use of anthrax as a bioterrorist weapon, the committee debated how and when to accelerate the release of its findings and recommendations, whether through an abbreviated interim report or through normal channels. In the end, it chose to complete its full report but to accelerate the timetable. We are grateful to the Institute of Medicine for providing us the extra staff support necessary to achieve this.

Recent events, including the deployment of U.S. troops to Afghanistan and surrounding areas and contamination of the U.S. mail with items containing anthrax spores, all strongly suggest not only the possibility of resumption of anthrax vaccination for military personnel but also the possibility of expanding vaccination to newly recognized high-risk persons in the civilian population. To the degree that our efforts will assist in these future decisions, we are grateful for having had the opportunity to help.

Brian L. Strom
*Chair*

# Acknowledgments

The committee has been honored and privileged to be able to contribute to this important effort and wishes to acknowledge the valuable contributions and assistance from many individuals who shared their experiences and their expertise. We are especially grateful for the perspectives provided by individuals who took their own time to provide information to the committee through presentations or testimony. Personal and written testimony from members of the military, former members of the military, and family members of those who had been vaccinated with Anthrax Vaccine Adsorbed (AVA) provided important information to the committee. The committee also appreciates the extra work and efforts of many scientific investigators, both military and civilian, who shared their work with the committee both through scientific presentations and through their manuscripts. (Agendas for the committee's information-gathering sessions are found in Appendix C, which also includes the names of the many individuals who generously provided testimony and presentations.) The Department of Defense (particularly the Anthrax Vaccine Immunization Program Agency, the Army Medical Surveillance Activity, and the U.S. Army Medical Research Institute of Infectious Diseases) and the Department of Health and Human Services (particularly the Food and Drug Administration and the Centers for Disease Control and Prevention) provided valuable information throughout the study, as well as technical review of some background portions of the report. As our study contact with the Department of Defense, LTC John Grabenstein was very helpful and responsive in his efforts to provide information to the committee. BioPort Corporation also

*ix*

003310

provided a tremendous amount of information to the committee in the form of reports and correspondence relevant to its product, AVA; technical review of some background information for the report; and last-minute information about the newly approved license supplement.

The committee also appreciates the valuable contributions of two un-paid consultants. Stanley Plotkin shared some of his wisdom and experi-ence in vaccinology with the group, and George Robertson provided useful expertise in the area of biologics manufacture. We are also grateful to John Treanor who furthered our study with a very helpful commissioned paper on adverse events associated with adult vaccines.

We also would like to thank our tireless staff, who made this possible. Lois Joellenbeck was terrific to work with as our project director, providing guidance and assistance as we gathered data and then enormous assistance as we crafted our final language. We were particularly delighted, as well, when our committee's family was increased in size with the arrival of her first child. Lee Zwanziger was generous as she stepped in while Lois was on maternity leave, taking on our work along with that of our sister commit-tee, the Committee to Review the CDC Anthrax Vaccine Safety and Effi-cacy Research Program. We also appreciated her continued assistance, along with the skilled assistance of Jane Durch, as we moved to accelerate our timetable. Karen Kazmerzak was extremely helpful in gathering and keep-ing track of the array of references, handouts, and other materials used during the study. Phillip Bailey was always a great help, assisting with the myriad logistical arrangements needed for the committee's meetings. In addition, IOM staff Andrea Cohen, Bronwyn Schrecker, Paige Baldwin, Jennifer Otten, Hallie Wilfert, and Clyde Behney provided important assis-tance in the report review, preproduction, and dissemination processes. Finally, we would like to thank our peer reviewers and our review coordi-nator and monitor for their useful and constructive suggestions.

003311

# Reviewers

This report has been reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise, in accordance with procedures approved by the National Research Council's Report Review Committee. The purpose of this independent review is to provide candid and critical comments that will assist the institution in making its published report as sound as possible and to ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study charge. The review comments and draft manuscript remain confidential to protect the integrity of the deliberative process. We wish to thank the following individuals for their review of this report:

KEN ALIBEK, President, Advanced Biosystems, Inc.

R. JOHN COLLIER, Presley Professor of Microbiology and Molecular Genetics, Department of Microbiology and Molecular Genetics, Harvard Medical School

DOUGLAS T. GOLENBOCK, Chief, Division of Infectious Diseases and Immunology, University of Massachusetts Medical School

HARRY A. GUESS, Vice President, Epidemiology, Merck Research Laboratories

FLORENCE P. HASELTINE, Director, Center for Population Research, National Institute of Child Health and Human Development, National Institutes of Health

SAMUEL L. KATZ, Wilburt C. Davison Professor Emeritus, Department of Pediatrics, Duke University Medical Center

*xi*

003312

**MYRON M. LEVINE**, Professor and Director, Center for Vaccine
Development, School of Medicine, University of Maryland at
Baltimore

**PAUL PARKMAN**, Parkman Associates

**RICHARD PLATT**, Professor of Ambulatory Care and Prevention,
Harvard Medical School and Harvard Pilgrim Health Care

**ART REINGOLD**, Epidemiology Department, University of California,
Berkeley

**RONALD J. SALDARINI**, President, Wyeth Lederle Vaccines and
Pediatrics (Retired)

**FRANKLIN H. TOP, JR.**, Executive Vice President and Medical
Director, MedImmune, Inc.

Although the reviewers listed above have provided many constructive
comments and suggestions, they were not asked to endorse the conclusions
or recommendations, nor did they see the final draft of the report before its
release. The review of this report was overseen by Leslie Z. Benet, profes-
sor, Department of Biopharmaceutical Sciences, School of Pharmacy, Uni-
versity of California, San Francisco, and Enriqueta C. Bond, Burroughs
Wellcome Fund. Appointed by the National Research Council and Institute
of Medicine, they were responsible for making certain that an independent
examination of this report was carried out in accordance with institutional
procedures and that all review comments were carefully considered. Re-
sponsibility for the final content of this report rests entirely with the
authoring committee and the institution.

003313

# Contents

**EXECUTIVE SUMMARY**                                                    1
    Abstract, 1
    Study Process and Information Sources, 3
    Anthrax and Anthrax Vaccine, 5
    Anthrax Vaccine Efficacy, 5
    Anthrax Vaccine Safety, 10
    Anthrax Vaccine Manufacture, 14
    Future Needs, 15
    References, 28

**1    INTRODUCTION**                                                   33
    Study Process and Information Sources, 34
    Related Reports, 35
    General Principles Regarding Use of Vaccines, 37
    Organization of the Report, 38
    References, 39

**2    BACKGROUND**                                                    40
    The Disease, 41
    Anthrax Vaccine Development, 48
    Use of Anthrax Vaccine, 49
    Concerns About Use of AVA, 50
    Available Data on AVA, 51
    References, 53

*xiii*

003314

3   ANTHRAX VACCINE EFFICACY                                          56
    Evaluating Efficacy of AVA for Inhalational Anthrax, 57
    Efficacy of AVA Against All Known *B. anthracis* Strains, 69
    Correlation of Protection: Animal Models and Human
        Immunity, 72
    Postexposure Use of Anthrax Vaccine, 75
    Conclusions Regarding Efficacy, 76
    References, 78

4   SAFETY: INTRODUCTION                                              83
    Safety Concerns About the Anthrax Vaccine, 84
    Identifying Vaccine-Related Adverse Events, 85
    Gaining Perspective on Adverse Events Following Vaccination, 88
    Sources of Information Regarding the Safety of AVA, 93
    Testing for Vaccine Contamination, 95
    References, 97

5   SAFETY: CASE REPORTS                                             102
    Vaccine Adverse Event Reporting System, 102
    DoD and VAERS, 107
    Reports to VAERS Related to AVA, 112
    References, 115

6   SAFETY: EPIDEMIOLOGIC STUDIES                                    118
    Ad Hoc Studies, 119
    Record-Linkage Studies, 155
    Preliminary Information on Analysis of Data on Birth Defects, 171
    Conclusions Regarding AVA Vaccination and Adverse Events, 172
    Findings and Recommendations, 175
    References, 176

7   ANTHRAX VACCINE MANUFACTURE                                      180
    Committee's Interpretation of the Charge, 180
    Regulatory Oversight of Vaccine Manufacture, 181
    Anthrax Vaccine Development, 183
    Regulatory Actions Concerning AVA Manufacture, 190
    Findings and Recommendations, 194
    References, 195

003315

8    **FUTURE NEEDS**                                                      198
     Future Use of AVA, 199
     Surveillance for Adverse Events, 201
     New Anthrax Vaccine Development, 207
     References, 210

**APPENDIXES**
A    Statement of Task, 213
B    Biographical Sketches, 214
C    Information-Gathering Meeting Agendas, 218
D    Anthrax Vaccine Adsorbed Package Inserts, 227
E    Vaccine Adverse Event Reporting System (VAERS) Form, 239
F    Anthrax Vaccine Expert Committee (AVEC) Case Assessment
     Form, 243
G    DMSS Analyses Requested by the IOM Committee to
     Assess the Safety and Efficacy of the Anthrax Vaccine, 245
H    *An Assessment of the Safety of the Anthrax Vaccine:*
     *A Letter Report,* 251

003316

# Figures, Tables, and Boxes

## FIGURES

ES-1   Model of anthrax toxin action, 8

2-1   Cutaneous anthrax lesion, 43
2-2   Chest radiograph characteristic of inhalational anthrax, 45
2-3   Hemorrhagic meningitis caused by anthrax, 45
2-4   Model of anthrax toxin action, 47

5-1   VAERS information flowchart. AVEC is unique to the anthrax vaccine, 104

7-1   Changes to parameters of the Anthrax Vaccine Adsorbed manufacturing process, 191

## TABLES

4-1   Local and Systemic Event Rates Reported in Selected Prospective Vaccine Trials, 90

5-1   AVEC Classification of Hospitalizations Reported to VAERS (as of October 2, 2001) Following Anthrax Vaccination and Not Classified as "Very Likely/Certainly" or "Probably" Caused by Anthrax Vaccine Adsorbed, 113

*xvii*

003317

*xviii*                                              *FIGURES, TABLES, AND BOXES*

5-2    Adverse Events Reported to VAERS (as of October 2, 2001)
       Involving Loss of Time from Duty of 24 Hours or More and
       Considered by AVEC as Certainly or Probably Caused by Anthrax
       Vaccine Adsorbed, 114

6-1    Ad Hoc Studies of Immediate-Onset Adverse Events Following
       Anthrax Vaccination: Local Events, 120
6-2    Ad Hoc Studies of Immediate-Onset Adverse Events Following
       Anthrax Vaccination: Systemic Events, 128
6-3    Ad Hoc Studies of Later-Onset Adverse Events Following Anthrax
       Vaccination, 134
6-4    Record-Linkage Studies of Adverse Events Following Anthrax
       Vaccination, 136

7-1    Events in AVA Development and Manufacture, 184
7-2    Comparison of AVA and Merck Vaccine, 185
7-3    Timeline for Production of AVA, 189

8-1    Functions of AVEC and Post-AVEC Panels, 203

## BOXES

ES-1   Chapter 3 Findings and Recommendations, 22
ES-2   Chapter 5 Findings and Recommendations, 23
ES-3   Chapter 6 Findings and Recommendations, 24
ES-4   Chapter 7 Findings, 25
ES-5   Chapter 8 Findings, 26
ES-6   Chapter 8 Recommendations, 27

8-1    Goals of Anthrax Vaccine Development, 209

003318

# Abbreviations and Acronyms

| | |
|---|---|
| ACCA | Advisory Committee on Causality Assessment |
| ACIP | Advisory Committee on Immunization Practices |
| AMSA | Army Medical Surveillance Activity |
| ATR | anthrax toxin receptor |
| AVA | Anthrax Vaccine Adsorbed |
| AVEC | Anthrax Vaccine Expert Committee |
| AVIP | Anthrax Vaccine Immunization Program |
| | |
| BLA | Biologics License Application |
| | |
| CBER | Center for Biologics Evaluation and Research |
| CDC | Centers for Disease Control and Prevention |
| C.F.R. | Code of Federal Regulations |
| CI | confidence interval |
| cm | centimeter |
| | |
| DBS | Division of Biologics Standards, National Institutes of Health |
| DEERS | Defense Enrollment Eligibility Reporting System |
| DHHS | Department of Health and Human Services |
| DMSS | Defense Medical Surveillance System |
| DNA | deoxyribonucleic acid |
| DoD | Department of Defense |
| DTaP | diphtheria and tetanus toxoid and acellular pertussis |

*xix*

003319

*xx*                                    *ABBREVIATIONS AND ACRONYMS*

| | |
|---|---|
| EF | edema factor |
| E/I | erythema and/or induration |
| EIR | Establishment Inspection Report |
| ELISA | enzyme-linked immunosorbent assay |
| | |
| FDA | Food and Drug Administration |
| | |
| GAO | General Accounting Office |
| GMPs | good manufacturing practices |
| | |
| ICD-9-CM | *International Classification of Diseases, Ninth Revision, Clinical Modification* |
| IgG | immunoglobulin G |
| IND | Investigational New Drug |
| IOM | Institute of Medicine |
| | |
| kDa | kilodalton |
| | |
| LF | lethal factor |
| | |
| MBPI | Michigan Biologic Products Institute |
| MDPH | Michigan Department of Public Health |
| ml | milliliter |
| | |
| NCDC | National Communicable Disease Center |
| NIH | National Institutes of Health |
| NOIR | Notice of Intent to Revoke |
| | |
| OR | odds ratio |
| | |
| PA | protective antigen |
| PBT | pentavalent botulinum toxoid |
| PCR | polymerase chain reaction |
| | |
| ROTC | Reserve Officer Training Corps |
| | |
| SDS-PAGE | sodium dodecyl sulfate-polyacrylamide gel electrophoresis |
| SWA | Southwest Asia |
| | |
| Td | tetanus and diphtheria toxoid |
| TNA | toxin neutralizing antibody |
| | |
| μg | microgram |

003320

*ABBREVIATIONS AND ACRONYMS*                                          *xxi*

| | |
|---|---|
| μm | micrometer |
| USAMRIID | U.S. Army Medical Research Institute of Infectious Diseases |
| VA | Department of Veterans Affairs |
| VAERS | Vaccine Adverse Event Reporting System |
| VNTR | variable-nucleotide tandem repeat |

003321

# Executive Summary

## ABSTRACT

*Anthrax Vaccine Adsorbed (AVA) was licensed in 1970 to provide protection against infection with Bacillus anthracis. AVA was initially administered on a limited basis, primarily to protect veterinarians and workers processing animal products such as hair or hides that could be contaminated with anthrax spores. In the 1990s, with growing concerns about the possible use of anthrax as a biological weapon, use of the vaccine was substantially expanded. The Department of Defense (DoD) vaccinated some of the military personnel deployed for the Gulf War in 1991 and in 1998 initiated the Anthrax Vaccine Immunization Program, calling for mandatory vaccination of all U.S. service members. By late 2001, roughly 2.1 million doses of AVA had been administered. Production of AVA was suspended in 1998 when the facility manufacturing the vaccine was closed for renovations, which were undertaken to meet regulatory requirements of the Food and Drug Administration (FDA).*

*Concerns about the efficacy and safety of AVA, and about vaccine production, led Congress to direct the DoD to support an independent examination of AVA by the Institute of Medicine. In October 2000, the Institute of Medicine convened the Committee to Assess the Safety and Efficacy of the Anthrax Vaccine. The committee reviewed all available data, both published and unpub-*

1

003322

*lished, and heard from representatives of DoD, FDA, and other federal agencies; from the vaccine manufacturer BioPort; from researchers studying the efficacy and safety of the vaccine; and from service members and others with concerns about the safety or efficacy of the vaccine. After the bioterrorism of fall 2001, the committee accelerated its original timetable for its review.*

*As indicated by evidence from studies in both humans and animals, the committee concluded that AVA, as licensed, is an effective vaccine to protect humans against anthrax, including inhalational anthrax. Moreover, because the vaccine exerts its protection via an antigen crucial to the action of the bacterium's toxins, AVA should be effective against anthrax toxicity from all known strains of B. anthracis, as well as from any potential bioengineered strains.*

*After examining data from numerous case reports and especially epidemiologic studies, the committee also concluded that AVA is reasonably safe. Within hours or days following vaccination, it is fairly common for recipients to experience some local events (e.g., redness, itching, swelling, or tenderness at the injection site), while a smaller number of vaccine recipients experience some systemic events (e.g., fever and malaise). But these immediate reactions, and the rates at which they occur, are comparable to those observed with other vaccines regularly administered to adults. The committee found no evidence that vaccine recipients face an increased risk of experiencing life-threatening or permanently disabling adverse events immediately after receiving AVA, when compared with the general population. Nor did it find any convincing evidence that vaccine recipients face elevated risk of developing adverse health effects over the longer term, although data are limited in this regard (as they are for all vaccines).*

*Regarding manufacture of AVA, the committee reviewed and evaluated the steps taken by BioPort to win FDA approval of its production process. With the newly validated manufacturing process being used in a renovated facility, AVA will be produced under strict controls according to current FDA requirements. The newly produced vaccine is expected to have greater assurance of consistency than the vaccine produced at the time of its original licensure.*

*It remains important to continue and improve monitoring efforts to detect any adverse health effects caused by AVA and other vaccines. Also needed are studies to establish a quantitative correlation of protective levels of antibodies in animals with antibody levels in humans after full immunization. Direct tests of the efficacy of AVA are neither feasible nor ethical in humans. However, corre-*

003323

*lates of protection in animal models can be used to test the efficacy of AVA, as well as new vaccines against anthrax. The production, testing, and licensure of a new vaccine requiring fewer doses and producing fewer local reactions are needed.*

Anthrax Vaccine Adsorbed[1] (AVA) was licensed in 1970. More than 2 million doses have been administered, and most of those doses have been given since 1998 to U.S. military personnel to protect them against possible exposure to anthrax spores used as biological weapons. The terrorist attacks of September 11, 2001, and the subsequent distribution through the U.S. mail of potent doses of anthrax spores drew new attention to the risks of anthrax exposure and to questions about the anthrax vaccine.

Until the 1990s, AVA had primarily been used by a small population with a risk of occupational exposure to anthrax (e.g., textile mill workers and veterinarians). In 1990, concerns that Iraq had biological weapons containing anthrax spores motivated the U.S. military to administer AVA to an estimated 150,000 service members deployed for the Gulf War. The existence of an Iraqi biological weapons program was confirmed in the mid-1990s (Henderson, 1999; Zilinskas, 1997), and in 1997 the Department of Defense (DoD) announced a plan to vaccinate all U.S. service members with the licensed anthrax vaccine. DoD's Anthrax Vaccine Immunization Program (AVIP) began in March 1998 with personnel scheduled for deployment to higher-risk areas (e.g., Korea and Southwest Asia). In 2000 a limited vaccine supply, the result of delays in federal approval for release of newly manufactured vaccine lots, began slowing plans to vaccinate all military personnel. As more service members were vaccinated under the mandatory AVIP, some raised concerns about the safety or the efficacy of AVA, and more than 400 personnel refused vaccination (Weiss, 2001). Some had also suggested a link between vaccination with AVA and illnesses in Gulf War veterans.

## STUDY PROCESS AND INFORMATION SOURCES

Responding to the concerns about the anthrax vaccine and AVIP, the U.S. Congress directed DoD to enter into a contract with the National Research Council for a study of the vaccine's efficacy and safety.[2] In October 2000 the Institute of Medicine (IOM) convened the Committee to

---

[1] As of January 31, 2002, AVA will be manufactured under the name Biothrax.
[2] The study was called for in the conference report accompanying the 2000 DoD appropriations act P. L. No. 106-79 (1999).

Assess the Safety and Efficacy of the Anthrax Vaccine to carry out that study. Committee members were selected for their expertise in microbiology; vaccine research, development, manufacture, and evaluation; postmarketing surveillance of adverse events; regulatory and licensing procedures; epidemiology; biostatistics; immunology; and health surveillance.

The charge to the committee included consideration of the types and severity of adverse reactions, sex differences in adverse reactions, long-term health implications, the efficacy of AVA against inhalational exposure to all known anthrax strains, and the correlation of the safety and efficacy of the vaccine in animal models to its safety and efficacy in humans. The study was also to address the issue of validation of the manufacturing process, with consideration of discrepancies identified by the Food and Drug Administration (FDA) in February 1998, the definition of vaccine components, and identification of gaps in existing research. (See Appendix A for the Statement of Task.) The charge did not include evaluation of the DoD policy to vaccinate all service members, so the committee did not include an evaluation of the threat from biological warfare agents in its purview. Similarly, the committee was not asked to address the challenges in bioweapons vaccine development and procurement generally, which have recently been discussed in a statement from the Council of the Institute of Medicine (http://www.iom.edu/IOM/IOMHome.nsf/Pages/Vaccine+ Development) and in reports by the Gilmore Commission (http://www.rand.org/nsrd/terrpanel/) and DoD (http://www.defenselink.mil/pubs/Reporton BiologicalWarfareDefenseVaccineRDPrgras-July2001.pdf ).

Since the terrorist attacks of September 11, 2001, and subsequent mail distribution of anthrax spores, interest in AVA has greatly increased. Consideration of the full range of topics concerning civilian use of the anthrax vaccine was beyond the purview of this report. However, some of the issues that the committee did address should also be of interest for civilians.

The committee held eight deliberative meetings plus four public workshops. At those workshops, the committee heard from representatives of DoD, FDA, and other federal agencies; from the manufacturer of AVA, BioPort; from researchers studying the efficacy and safety of the vaccine; and from service members and others with concerns about the safety or efficacy of the vaccine. The committee also commissioned a review of the available literature on adverse events associated with other vaccines routinely administered to adults.

The committee examined both published and unpublished data from studies of the safety and efficacy of AVA. The investigators involved in many of those studies presented their data and discussed their findings at committee workshops. In addition, several analyses of existing data were carried out at the committee's request.

## ANTHRAX AND ANTHRAX VACCINE

Anthrax is caused by infection with *Bacillus anthracis*, a gram-positive, nonmotile, spore-forming organism (Brachman and Friedlander, 1999; Dixon et al., 1999). It is primarily a disease of wild and domestic animals. Historically, humans have contracted the disease through contact with infected animals or animal products, such as hair or hides, contaminated with anthrax spores. Depending on the site of infection, anthrax can occur in a cutaneous, gastrointestinal, or inhalational form. The disease had become extremely uncommon in any form in the United States until the bioterrorist incidents of the autumn of 2001 caused an outbreak of both cutaneous and inhalational cases of the disease. As of November 28, 2001, there had been 11 cases of inhalational anthrax, 5 of which were fatal, and 7 confirmed and 5 suspected cutaneous anthrax infections (CDC, 2001b). More than 30,000 people may have been exposed to anthrax spores (CDC, 2001a,b).

The virulence of *B. anthracis* derives from the production of a capsule and three toxin proteins: protective antigen (PA), edema factor (EF), and lethal factor (LF). To produce active toxins, PA must bind to cellular receptors and then to either EF or LF. AVA, the vaccine currently licensed for human use in the United States, is a cell-free filtrate containing PA as the principal immunogen. It is administered in six subcutaneous injections of 0.5 milliliters each. The first three doses are given 2 weeks apart, and the following doses are given 6, 12, and 18 months after administration of the first dose. Annual booster doses are required.

## ANTHRAX VACCINE EFFICACY

The committee's observations and findings addressed the efficacy of immunization with the licensed vaccine, AVA, against inhalational anthrax and all known anthrax strains (see Chapter 3). Of particular concern is exposure to anthrax spores processed for use in biological weapons. The committee also examined what is known and what must still be established regarding the correlation of protection in animal models with immunity in humans.

It is important to note that efficacy is relative, not absolute. The degree of protection provided by a vaccine is determined by a variety of factors, which can include the size of the inoculum of exposure, the strain of the pathogen, and the host response. Even a vaccine considered highly effective may fail to protect some individuals under some circumstances.

### Evaluating Efficacy of AVA

The efficacy of a PA-containing anthrax vaccine similar to AVA against anthrax infection was established by a randomized controlled field study of

003326

textile mill workers (Brachman et al., 1962). Subsequent data from the Centers for Disease Control and Prevention (CDC) support the results of that study (FDA, 1985). The small number of inhalational cases in those studies provides insufficient information to establish the vaccine's efficacy against inhalational infection, but the data suggest that the vaccine has a protective effect.

Animal studies are essential for further investigation of the efficacy of AVA and other anthrax vaccines against inhalational anthrax disease because studies with humans are neither feasible nor ethical. Cases of inhalational anthrax are very rare, even where anthrax occurs naturally in the environment or as an occupational hazard. Moreover, human research subjects cannot be deliberately exposed to potentially lethal agents, such as anthrax spores, for no therapeutic reason and without the availability of a proven treatment.

> **Finding:** Because additional clinical trials to test the efficacy of AVA in humans are not feasible and challenge trials with volunteers are unethical, by necessity animal models represent the only sources of the supplementary data needed to evaluate AVA's efficacy.

Animal models with pathological and immunological characteristics similar to those of humans could be considered the most appropriate ones for the evaluation of vaccine efficacy. The pathophysiology of anthrax in nonhuman primates, such as the macaque, most closely resembles the pathophysiology of anthrax in humans. Among the smaller and more available laboratory animals, rabbits most closely resemble nonhuman primates in terms of the pathology of anthrax and their response to the anthrax vaccine.

> **Finding:** The macaque and the rabbit are adequate animal models for evaluation of the efficacy of AVA for the prevention of inhalational anthrax.

### Efficacy of AVA Against All Known *B. anthracis* Strains

Several different *B. anthracis* strains are found in nature worldwide (Fellows et al., 2001; Keim et al., 2000), and analysis of tissue samples from victims of the release of anthrax spores from the Soviet biological weapons facility at Sverdlovsk in 1979 indicated the presence of several *B. anthracis* strains (Grinberg et al., 2001; Jackson et al., 1998). It is important to establish whether AVA can afford protection against the full range of naturally occurring or engineered *B. anthracis* strains.

Studies have shown that the protection that AVA affords guinea pigs differs by bacterial strain (Auerbach and Wright, 1955; Fellows et al., 2001; Ivins et al., 1994; Little and Knudson, 1986; Turnbull et al., 1986),

but AVA and a predecessor vaccine protected rabbits and monkeys against the numerous strains tested (Auerbach and Wright, 1955), including those that defeated the vaccine in guinea pigs (Fellows et al., 2001). No AVA-resistant strains have been demonstrated in nonhuman primates. Observational data from studies with humans also support the efficacy of AVA against a variety of strains, though exposure strains were not evaluated in the studies (Brachman et al., 1962; CDC, 1967–1971).

PA is the principal immunogen in AVA, and the efficacy of AVA against a broad spectrum of *B. anthracis* strains is consistent with the critical role of PA in the pathogenesis of anthrax (Bhatnagar and Batra, 2001; Cataldi et al., 1990; Smith and Keppie, 1954). As shown in Figure ES-1, PA must be competent to carry out multiple complicated tasks: it must bind to its receptor, form a heptamer, and bring EF and LF into the cell.

There is concern that natural mutations or bioengineered alterations of the PA component of anthrax could result in vaccine-resistant strains. Studies (Sellman et al., 2001; see also Mogridge et al., 2001) have shown, however, that a PA heptamer is deactivated by the presence of even a few mutant subunits. A deactivated heptamer is unlikely to be able to deliver EF and LF to the cytosol. The committee considers it improbable that a mutant PA that retains its function yet escapes the vaccine-elicited protective antibodies directed to the wild-type PA could be constructed at this time.

The likely difficulty of successfully altering PA is supported by evidence that the *B. anthracis* genome is highly conserved among strains isolated across a wide geographical area (Jackson, 2001; Keim et al., 1997) and that PA is also highly conserved (Jackson, 2001; Price et al., 1999). Because PA is critical to virulence and because its structure is so highly conserved, it appears likely that changing its structure would alter and thus eliminate its toxic action.

> **Finding:** It is unlikely that either naturally occurring or anthrax strains with bioengineered protective antigen could both evade AVA and cause the toxicity associated with anthrax.

### Establishing Animal Model Correlates of Anthrax Vaccine Efficacy

Several recent studies have used passive protection to demonstrate a relationship between levels of circulating anti-PA antibody and protection from challenge with anthrax spores (Barnard and Friedlander, 1999; Beedham et al., 2001; Little et al., 1997; McBride et al., 1998; Pitt et al., 2001; Reuveny et al., 2001).

> **Finding:** The available data indicate that immunity to anthrax is associated with the presence of antibody to protective antigen.

003328

8                    *THE ANTHRAX VACCINE: IS IT SAFE? DOES IT WORK?*



**FIGURE ES-1**  Model of anthrax toxin action. (1) PA binds to cellular receptor. (2–3) The protein is cleaved and activated to form a heptameric prepore. (4) LF, EF, or both bind to the heptamer, and the resulting complex is taken into an acidic compartment in the cell through endocytosis. (5–6) The acidic pH initiates the heptamer to pierce the membrane of the cell and translocate LF, EF, or both into the cytosol, where the toxins lead to damage. [Reprinted, with permission, from *Biochemistry* 38:10432–10441 (1999). Copyright 1999 by American Chemical Society.]

The information reviewed by the committee demonstrates that both humans and certain laboratory animals manifest the same disease after infection with the same anthrax organism and that both are protected by immunization with AVA, which elicits the production of antibodies to PA. This information establishes a *qualitative* correlation between protection in animal models and protection in humans. To move forward with research on the current anthrax vaccine or any new vaccines, however, a *quantitative* correlation of the protective levels of antibodies in animals with the antibody titers obtained after full immunization in humans is needed. Those correlates in animal models can then be used to test new vaccines for efficacy with confidence that the data from studies with animals will be predictive of the clinical results for immunized humans. The data from animal studies already developed suggest that serological correlates of human immunity can be developed in appropriate animal models. The committee commends this work and encourages its further development.

Recommendation: Additional passive protection studies with rabbits

003329

and monkeys including the transfer of animal and human sera are urgently needed to quantify the protective levels of antibody in vivo against different challenge doses of anthrax spores.

Recommendation: Additional active protection studies should be conducted or supported to develop data that describe the relationship between immunity and both specific and functional quantitative antibody levels, including studies of

- the relationship between the vaccine dose and the resulting level of antibody in the blood of test animals that protects the animals from challenge;
- the relationship between the level of antibody that protects animals from challenge and the level of antibody present in humans vaccinated by the regimen currently recommended for the licensed product; and
- the vaccine dose that results in a level of antibody in the blood of human volunteers similar to that in the blood of protected animals.

### Postexposure Use of Anthrax Vaccine

As a result of the inhalational exposure to anthrax spores from letters mailed in the autumn of 2001, questions about the postexposure efficacy of AVA have arisen. No data from studies with humans are available, but two papers provide information from studies with rhesus monkeys.

These limited data suggest that use of the vaccine in combination with an appropriate antibiotic for 30 days could provide excellent postexposure protection against inhalational anthrax. Although the additional benefit from receiving the vaccine after a prolonged period of antibiotic use is not proven, reliance on the vaccine alone after exposure is clearly insufficient, as some protection is needed during the time required for an immune response to develop. Additional studies on the postexposure use of AVA with antibiotics are needed.

Recommendation: DoD should pursue or support additional research with laboratory animals on the efficacy of AVA in combination with antibiotics administered following inhalational exposure to anthrax spores. Studies should focus on establishment of an appropriate duration for antibiotic prophylaxis after vaccine administration.

### Conclusions Regarding Efficacy

A vaccine similar to AVA was shown to be effective against cutaneous anthrax in humans in the field trial supporting the original application for

licensure of AVA (Brachman et al., 1962). Although that study had too few cases to evaluate the vaccine's efficacy for the prevention of inhalational disease, the five inhalational cases observed during the trial occurred only among nonvaccinated or placebo recipients. Data from CDC on cases reported between 1962 and 1974 also indicated that the vaccine offered protection against the cutaneous form of the disease (FDA, 1985). Furthermore, laboratory experiments indicate that AVA provides effective protection against inhalational challenge in rabbits and macaques, the animal models in which the disease is most reflective of the disease in humans (Fellows et al., 2001; Ivins et al., 1996, 1998; Pitt et al., 2001). Because PA is critical to the virulence of *B. anthracis* and because PA's structure is so highly conserved, it appears likely that changing its structure would alter and thus eliminate its toxic action. Data from studies with animals suggest that AVA will offer protection against strains with PA-based toxicity. Finally, the available data indicate that immunity to anthrax is associated with the presence of antibodies to PA, such as those stimulated by the anthrax vaccine.

> Finding: The committee finds that the available evidence from studies with humans and animals, coupled with reasonable assumptions of analogy, shows that AVA as licensed is an effective vaccine for the protection of humans against anthrax, including inhalational anthrax, caused by any known or plausible engineered strains of *B. anthracis*.

## ANTHRAX VACCINE SAFETY

As with any pharmaceutical product or medical procedure, the use of vaccines carries a risk of adverse health effects that must be weighed against the expected health benefit. Expectations for the safety[3] of vaccines are especially high because, in contrast to therapeutic agents, which are given when a disease is known to be present (or at least suspected), vaccines are usually given to people who are healthy to protect them against a disease that they may not be exposed to in the future.

The committee evaluated case reports and epidemiologic studies providing information about the safety of the anthrax vaccine. Case reports can help to generate hypotheses about possible associations but are rarely sufficient by themselves to confirm such associations. Formal epidemiologic studies are usually needed to determine whether those adverse events iden-

---

[3]For this report, safety reflects expectations of relative freedom from harmful effects when a product is used prudently, considering the condition of the recipient and the health risk the product is directed against.

tified in case reports occur in exposed populations at a rate that exceeds the background rate in unexposed populations.

The case reports relating to AVA come primarily from the Vaccine Adverse Event Reporting System (VAERS), a passive surveillance system that collects reports on adverse events following the use of any vaccine licensed in the United States (see Chapter 5). A subset of the committee reviewed each of 120 VAERS reports on serious adverse events associated with AVA. The committee also heard testimony regarding adverse events following vaccination with AVA. These statements, some of which concerned cases reported to VAERS, added valuable insight into the conditions that some military personnel are experiencing.

In evaluating the epidemiologic studies of adverse events following receipt of AVA (see Chapter 6), the committee gave additional weight to those that (1) used active surveillance rather than self-reports of post-immunization events; (2) included sufficiently large numbers of subjects; (3) had clearly specified, objective criteria for the definition of adverse events; and (4) had sufficiently long postimmunization follow-up intervals to allow identification of later-onset events. Those studies that included a suitable unimmunized comparison group or in which evaluators were blinded to vaccination status were especially useful to the committee.

### Conclusions Regarding AVA Vaccination and Adverse Events

Substantial data are now available from VAERS, epidemiologic studies with data from the Defense Medical Surveillance System (DMSS), and other epidemiologic studies for assessments of the health outcomes following vaccination with AVA. Immediate-onset health events are observable within hours or days following vaccination; later-onset events would be observable only months or years following vaccination.

Epidemiologic studies that have used either active surveillance (Brachman et al., 1962; Pittman, 2001b,c; Pittman et al., 1997, 2002, in press) or passive surveillance (Hoffman et al., submitted for publication; Pittman, 2001a; Pittman et al., 2001a,b; Wasserman, 2001) have consistently found local injection-site reactions, including redness, induration, edema, itching, or tenderness (see Table 6-1 for details). Systemic events, such as fever, malaise, and myalgia, are also associated with vaccination with AVA but are generally less common than injection-site reactions. The types of local and systemic reactions associated with AVA and the rates at which they were observed are comparable to those observed with other vaccines regularly administered to adults, such as diphtheria and tetanus toxoids and influenza vaccines (Treanor, 2001). Although these immediate-onset health effects can result in brief limitation of activities or the loss of time from work (Hoffman et al., submitted for publication; Wasserman,

2001), they are self-limited and result in no serious, permanent health impairments (AMSA, 2001a,b,c; Grabenstein, 2000; Lange et al., 2001a,b; Rehme, 2001; Rehme et al., 2002; Mason et al., 2001, submitted for publication; Sato, 2001a,b; Sato et al., 2001).

Finding: The data available from VAERS, DMSS, and epidemiologic studies indicate the following regarding immediate-onset health events following receipt of AVA:

- Local events, especially redness, swelling, or nodules at the injection site, are associated with receipt of AVA, are similar to the events observed following receipt of other vaccines currently in use by adults, and are fairly common.
- Systemic events, such as fever, malaise, and myalgia, are associated with receipt of AVA, are similar to the events observed following receipt of other vaccines currently in use by adults but are much less common than local events.
- Immediate-onset health effects can be severe enough in some individuals to result in brief functional impairment, but these effects are self-limited and result in no permanent health impairments.
- There is no evidence that life-threatening or permanently disabling immediate-onset adverse events occur at higher rates in individuals who have received AVA than in the general population.

Sex differences are seen in local injection-site reactions. Women are more likely than men to experience and report erythema, local tenderness, subcutaneous nodules, itching, and edema (Hoffman et al., submitted for publication; Pittman, 2001a,b; Pittman et al., 2001a,b, 2002; Wasserman, 2001). In addition, some systemic effects, including fever, headache, malaise, and chills, were sometimes more often reported by women than by men (Hoffman et al., submitted for publication; Pittman, 2001a; Pittman et al., 2001a,b), but rates of clinically observed systemic reactions generally did not differ substantially between men and women (Pittman, 2001b; Pittman et al., 2002). For female service members, reactions following vaccination against anthrax may be more likely to have an adverse effect on their ability to perform their duties (Hoffman et al., submitted for publication; Wasserman, 2001). Studies of other vaccines have also generally found higher rates of local reactions among women but similar rates of systemic reactions between men and women (Treanor, 2001). The factors that account for these sex differences are not known, but they could be a function of differences in muscle mass, differences in the doses per unit of body mass, physiologic factors, or differences in care-seeking behavior. Future studies of vaccination against anthrax should continue to analyze data for men and women separately.

Finding: The available data from both active and passive surveillance indicate that there are sex differences in local reactions following vaccination with AVA, as there are following administration of other vaccines. For female service members, reactions following vaccination with AVA can have a transient adverse impact on their ability to perform their duties. The factors that account for these sex differences are not known.

Recommendation: Future monitoring and study of health events following vaccination(s) with AVA (and other vaccines) should continue to include separate analyses of data for men and women.

Some of the data reviewed by the committee showed lot-to-lot differences in the reactogenicities of AVA doses (CDC, 1967–1971; Pittman, 2001a; Pittman et al., 2001a,b).

Unlike most vaccines, AVA is licensed for subcutaneous rather than intramuscular administration. The limited evidence from a small study that tested changes in the AVA dosing schedule and route of administration (Pittman, 2001b; Pittman et al., 2002) suggests that subcutaneous administration contributes to the local reactions but not systemic reactions associated with AVA. With other vaccines, subcutaneous administration is also associated with higher rates of local erythema or induration (Treanor, 2001), reactions commonly reported following the administration of AVA.

Finding: The currently licensed subcutaneous route of administration of AVA and the six-dose vaccination schedule appear to be associated with a higher incidence of immediate-onset, local effects than is intramuscular administration or a vaccination schedule with fewer doses of AVA. The frequencies of immediate-onset, systemic events were low and were not affected by the route of administration.

Recommendation: DoD should continue to support the efforts of CDC to study the reactogenicity and immunogenicity of an alternative route of AVA administration and of a reduced number of vaccine doses.

Some have expressed concerns about potential later-onset and chronic health effects resulting from AVA use. The available information regarding later-onset health effects is limited, as for all vaccines, but provides no convincing evidence of elevated risks of later-onset health events (AMSA, 2001a,b,c; Grabenstein, 2000; Lange et al., 2001a,b; Mason et al., 2001, submitted for publication; Peeler et al., 1958, 1965; Rehme, 2001; Rehme et al., 2002; Sato, 2001a,b; Sato et al., 2001; White et al., 1974). DMSS, which provides the best source of data for studying later-onset health effects, provides data on service personnel who have documented histories of vaccination with AVA and who have been observed for up to 3 years.

003334

Although AVA has been administered to military personnel for more than 3 years, unreliable documentation of vaccinations before 1998 limits analysis of DMSS data for observation of potential vaccine-related health effects over longer periods.

> Finding: The available data are limited but show no convincing evidence at this time that personnel who have received AVA have elevated risks of later-onset health events.

> Recommendation: DoD should develop systems to enhance the capacity to monitor the occurrence of later-onset health conditions that might be associated with the receipt of any vaccine; the data reviewed by the committee do not suggest the need for special efforts of this sort for AVA.

The studies reviewed did not examine the use of AVA in children, the elderly, or individuals with chronic illnesses. In addition, information regarding the outcomes of pregnancy following use of the vaccine is limited. These limitations should be taken into account if AVA is considered for use in the general population.

## ANTHRAX VACCINE MANUFACTURE

The committee was charged with addressing "validation of the manufacturing process focusing on, but not limited to, discrepancies identified by the Food and Drug Administration in February 1998." The committee could not directly validate the manufacturing process and did not wish to second-guess FDA's inspection and determination of validity. It was possible, however, to review and evaluate the steps by which BioPort worked to validate the AVA manufacturing process (see Chapter 7).

Documents that BioPort provided to the committee gave detailed information about findings from FDA inspections conducted since 1998, the company's responses to those findings, and FDA's evaluation of BioPort's progress. The committee paid special attention to materials on product characterization and process validation. It also considered the recent and increasing investments by BioPort and DoD in facility renovations and improvements in documentation of the manufacturing process, as well as the transfer, with approval from FDA's Center for Biologics Research (CBER), of filling operations to a contractor meeting Good Manufacturing Practices standards. The committee noted BioPort's access to technical support and assistance from CBER and DoD research and development resources. The results of these efforts were reflected in BioPort's reports of progress in correcting deficiencies previously noted by FDA, as reported at the committee's July 2001 meeting. This progress was confirmed by FDA.

003335

On January 31, 2002, FDA approved BioPort's supplements to its Biologics License Application covering facility renovations, changes to the package label, and the contracted filling operations.

In evaluating BioPort's efforts to meet the manufacturing requirements for AVA, the committee noted FDA's changes and modernizations and improvements in the regulation of biologics, as well as the continuing effort at constructive criticism and response between the agency and the manufacturer. The committee also considered the history of the AVA manufacturer—in particular, the switch from a state-owned to a privately owned and operated interstate commercial venture—and the coincident changes in FDA oversight and validation requirements. Finally, the committee was mindful of the scientific and technical advances in vaccine manufacture and characterization that have occurred since the original licensure of the AVA product.

> Finding: FDA's process of plant inspection and FDA's validation of the vaccine manufacturing process have changed and have become more stringent with time.

> Finding: With high-priority efforts by the manufacturer and FDA, the manufacturing process for AVA has been validated so that vaccine manufactured postrenovation has been approved for release and distribution.

BioPort has responded to numerous specific citations from FDA regarding the manufacturing process and equipment and has now received FDA approval of its license supplements. In the committee's judgment, the cumulative effects of the changes in materials, equipment, and processes in response to FDA citations, as well as the changes in the regulatory climate and in scientific knowledge, are likely to result in greater assurance of consistency in the final AVA product.

> Finding: AVA will now be produced by a newly validated manufacturing process under strict controls, according to current FDA requirements. As a result, the postrenovation product has greater assurance of consistency than that produced at the time of original licensure.

## FUTURE NEEDS

Despite recent FDA approval of the license supplement for AVA manufacturing renovations, package insert, and contract filler, the committee is convinced that relying on AVA and the current specifications for its use is far from satisfactory. There is a need for research toward the development of a different and better anthrax vaccine, as well as a need for improvements in monitoring the safety of the current vaccine.

003336

### Future Use of AVA

**Finding:** Current events in both the military and civilian arenas highlight and confirm the importance of ensuring both the availability and the quality of the nation's anthrax vaccine.

With the deployment of U.S. troops to Afghanistan and surrounding areas and domestic bioterrorism incidents involving exposure to *B. anthracis* spores, vaccination against anthrax is likely to resume and possibly expand. This means that AVA is likely to be given to a much larger population than was anticipated at the time that the vaccine was licensed.

Meanwhile, the current supply of AVA is limited because of manufacturing difficulties, which have now been overcome. On the basis of information provided by BioPort and FDA, the committee notes that the AVA manufacturing process has been modified to incorporate more modern technology and procedures. These changes are expected to increase assurance of the consistency of the final product, which remains a relatively crude vaccine by current standards.

Although greater assurance of product consistency will occur, the levels of immunogenicity, safety, and stability of the postrenovation AVA product must be characterized. The committee emphasizes that the surveillance methods recommended below are the same as those that would be expected for any widely used vaccine and are not unique to AVA.

**Finding:** The AVA product produced in a renovated facility by a newly validated manufacturing process could differ from the prerenovation product in terms of its reactogenicity, immunogenicity, and stability. The information available to the committee suggests that AVA lots manufactured postrenovation may show less variation in reactogenicity because of greater consistency in the production process, and there is no a priori basis to believe that the postrenovation product will be more reactogenic or less immunogenic than the older vaccine.

**Recommendation:** As with all vaccines, AVA lots produced postrenovation should be monitored for immunogenicity and stability, and individuals receiving these lots should be monitored for possible acute or chronic adverse events of immediate or later onset.

### Surveillance for Adverse Events

DoD has supported an independent civilian advisory panel called the Anthrax Vaccine Expert Committee (AVEC) to review each VAERS report associated with AVA.

*The Future and AVEC*

The committee found AVEC's expert scrutiny of VAERS reports for signals that might require further action to be an important component of surveillance for the safety of AVA. However, the value of such a review process may not be limited to AVA. Furthermore, the IOM committee is generally skeptical about attribution of causality, such as those that AVEC makes, from reports to a surveillance system like VAERS, especially given the potential for misclassification of reported events when considering them as possibly related or unrelated to vaccination. The committee emphasizes that a review of case reports to VAERS is appropriate only for the generation of hypotheses. More emphasis should therefore be placed on the use of AVEC-derived hypotheses to trigger additional analyses, such as those that can be performed with data from DMSS. Toward that end, AVEC and the Army Medical Surveillance Activity (the office responsible for DMSS) should maintain regular and frequent communication, with signals from the former leading to analyses by the latter. "Signals" are the earliest indication of a possible causal relationship between an exposure and a health event. Such signals can come from the anecdotal experiences of patients with an adverse event after the exposure or from preliminary analyses of data. A signal does not mean that a causal relationship exists, as there may be other explanations for the apparent association. Instead, a signal is merely an indication that further investigation is needed.

Although AVA appears to be associated with certain undesirable but self-limited or easily treated adverse events, the committee saw no indication from the currently available data of a need to continue special monitoring programs for AVA. Nevertheless, monitoring of vaccine safety in general and the safety of vaccines for use by members of the military in particular must be a priority. The committee observed several areas in which surveillance for the safety of vaccines in general and AVA in particular might be improved.

> Finding: Given the concerns raised by some service members about the safety of the anthrax vaccine, the creation of AVEC was an appropriate complement to other resources in FDA, CDC, and DoD for the monitoring of vaccine safety concerns. The results of the extra monitoring did not indicate the existence of any sentinel events that were not detected in the existing FDA and CDC reviews. The committee finds no scientific reason for the continued operation of AVEC in its present form.

The IOM committee's observations about AVEC reflect no fault with the members of AVEC or its performance as that committee is constituted; rather, the IOM committee observes that AVEC was designed to pay extra

attention to safety concerns regarding the safety of AVA and that the data do not warrant the continuation of such exceptional attention. The resources supporting AVEC activities related to AVA alone could be more wisely invested in improved monitoring of the safety of vaccines in general.

> **Recommendation:** DoD should disband AVEC in its current form and instead assist FDA and CDC in establishing an independent advisory committee charged with overseeing the entire process of evaluating vaccine safety. The proposed advisory committee can also assist on an ad hoc basis in the interpretation of potential signals detected in VAERS or other sources regarding the safety of any vaccine. The newly established FDA drug safety committee might be an appropriate model.

Should DoD choose to continue AVEC, the committee urges DoD to recommend a shift in AVEC's focus from making attributions of causality in individual cases to seeking any patterns or rate thresholds that have been crossed in terms of the serious adverse events reported to VAERS. AVEC could then develop criteria for signals from VAERS data for any vaccine that warrants additional follow-up and could in general further systematize its processes by developing standard operating procedures and a regular schedule for examination of aggregate VAERS data. Background rates of illnesses as well as the biological plausibility of hypothesized effects must be taken into consideration as part of the method used to identify signals of possible safety concerns.

> **Recommendation:** If DoD chooses to continue AVEC, DoD should consider redefining the panel's role so that it serves as an independent advisory committee that responds on an ad hoc basis to specific requests to assist in the interpretation of potential signals detected by others (e.g., CDC and FDA) and reported to VAERS or other sources regarding the safety of all vaccines administered to service personnel rather than continuing the panel's current role of rereviewing each VAERS report related to AVA.

### Additional Sources of Data on Adverse Events

Ensuring the best use and interpretation of VAERS reports requires complementary information from other sources that can be used to help analyze the signals that may be suggested by VAERS reports. One such resource is DMSS. DMSS can be used both to generate and test hypotheses. If VAERS raises a hypothesis, it can be further evaluated in DMSS. DMSS data can also be used to generate hypotheses (as in its quarterly screening reports); these then need to be evaluated in more detail within DMSS, including more detailed data analyses and efforts that might involve review

of medical records, for example. Formal testing of these hypotheses would require additional studies, however, in separate data sets.

Finding: DMSS is a unique and promising population-based resource for monitoring the emergence of both immediate-onset and later-onset (perhaps up to 5 years) health concerns among military personnel and for testing hypothesized associations between such health concerns and exposures resulting from military service, including vaccines.

Because DMSS is designed to record all medical encounters without depending on the decision of a patient or a physician to report a particular encounter, DMSS data may be cross-checked with the more open-ended but much less complete case reports collected through VAERS.

Recommendation: DoD should develop a capability for the effective use of DMSS to regularly test hypotheses that emerge from VAERS and other sources regarding vaccine-related adverse events.

Finding: DoD personnel have used DMSS to conduct valuable analyses in response to concerns about health effects that might be associated with vaccination with AVA. Yet DoD personnel working with DMSS data are necessarily limited in time and focus. DMSS data could therefore yield valuable insights in the hands of civilian researchers.

Recommendation: DoD should actively support and advance the development of DMSS data resources and the staffing of units that will allow the continuing rapid and careful analysis of these data, including but not limited to the proposed collaboration between CDC and the Army Medical Surveillance Activity.

Recommendation: DoD should investigate mechanisms that can be used to make DMSS data available to civilian researchers, as is done by civilian agencies, with appropriate controls and protections for privacy.

As discussed in Chapter 6, data on the later-onset adverse effects of vaccines are available for few, if any, vaccines. Although the committee found no data indicating that vaccination with AVA is associated with any later-onset adverse events or with any severe or lasting adverse events, some service members have had serious concerns about possible links between AVA and such adverse events. To make it possible to conduct studies of later-onset health concerns, DoD could take steps to improve access to data on the chronic or later-onset effects, if any, of vaccines in general.

Recommendation: DoD should carefully evaluate options for longer-term follow-up of the possible health effects of vaccination against

003340

anthrax (and other service-related exposures). The committee recommends consideration of the following specific steps:

- Encourage participation in the Millennium Cohort Study[4] as part of a program to ensure adequate monitoring for any possible later-onset health effects that might be associated with vaccination with AVA or other service-related exposures.
- Collaborate with the Department of Veterans Affairs (VA) to monitor service members who receive medical care through VA facilities after separation from military service. Linking of data from DMSS to data from VA is a possible tool. Even though those who receive their medical care through VA may be an unrepresentative minority of all former military personnel, valid comparisons may be possible between those within that population who received a vaccine or other exposure and those who did not.
- Collaborate with VA to obtain fact-of-death information from the Beneficiary and Records Locator System and with the Social Security Administration to obtain death files. Data on the cause of death should be obtained from the National Death Index as needed.
- Ensure the long-term maintenance of DMSS and other relevant paper and electronic records so that retrospective studies will be feasible if health concerns are identified in the future.

### New Anthrax Vaccine Development

Although AVA appears to be sufficiently safe and effective for use, it is far from optimal.

Finding: The current anthrax vaccine is difficult to standardize, is incompletely characterized, and is relatively reactogenic (probably even more so because it is administered subcutaneously), and the dose schedule is long and challenging. An anthrax vaccine free of these drawbacks is needed, and such improvements are feasible.

Initially, the committee urges that improvements to the currently licensed vaccine, AVA, be made as quickly as possible. The committee welcomes anticipated improvements in the assurance of lot-to-lot consis-

---

[4]The Millennium Cohort Study is a survey recommended by the U.S. Congress and sponsored by DoD. The study will monitor a total of 140,000 U.S. military personnel during and after their military service for up to 21 years to evaluate the health risks of military deployment, military occupations, and general military service (see http://www.millenniumcohort.org/about.html).

003341

tency in the postrenovation vaccine. The committee also believes that it is likely that the rates of adverse events and the general acceptability of AVA will improve with a change in the route of administration (from the subcutaneous to the intramuscular route) and with a reduction in the total number of injections required and that such improvements would be desirable. Research to assess the effects of those changes in vaccine administration was under way as this report was being written.

The committee concluded, however, that a new vaccine, developed according to more modern principles of vaccinology, is urgently needed. The committee did not comment on any particular new vaccine development program, and a review of research related to the development of a new vaccine was beyond its charge. The committee recognizes that research on new vaccines against anthrax is under way at DoD, the National Institutes of Health, and various university laboratories and strongly encourages continued and further support of work on promising new vaccines. Further research with AVA on topics such as correlates of immunity in animals, the components necessary to stimulate protective immunity, and the best way to administer the vaccine should aid in the development of new and improved vaccine products for protection against anthrax.

Recommendation: DoD should continue and further expedite its research efforts pertaining to anthrax disease, the *B. anthracis* organism, and vaccines against anthrax. Research related to anthrax should include, in particular, efforts such as the following:

- DoD should pursue and encourage research to develop an anthrax vaccine product that can be produced more consistently and that is less reactogenic than AVA;
- DoD should pursue and encourage research regarding the *B. anthracis* capsule;
- DoD should pursue and encourage research on the mechanisms of action of the anthrax toxins; such research could lead to the development of small-molecule inhibitors;
- DoD should pursue and encourage research to map the epitopes of the protective antigen that correlate with specific functional activities;
- DoD should pursue and encourage research to test the therapeutic potential of antitoxin proteins or antibodies; and
- DoD should pursue and encourage research into additional potential virulence factors in *B. anthracis,* and into other possible vaccine candidates.

003342



003343





003345





003346





## REFERENCES

AMSA (Army Medical Surveillance Activity). 2001a. *Quarterly Report—January 2001. Surveillance of Adverse Effects of Anthrax Vaccine Adsorbed.* Washington, D.C.: Army Medical Surveillance Activity, U.S. Army Center for Health Promotion and Preventive Medicine.

AMSA. 2001b. *Quarterly Report—April 2001. Surveillance of Adverse Effects of Anthrax Vaccine Adsorbed.* Washington, D.C.: Army Medical Surveillance Activity, U.S. Army Center for Health Promotion and Preventive Medicine.

AMSA. 2001c. *Surveillance of Adverse Effects of Anthrax Vaccine Adsorbed: Results of Analyses Requested by the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine.* Washington, D.C.: Army Medical Surveillance Activity, U.S. Army Center for Health Promotion and Preventive Medicine.

Auerbach BA, Wright GG. 1955. Studies on immunity in anthrax. VI. Immunizing activity of protective antigen against various strains of *Bacillus anthracis. Journal of Immunology* 75:129–133.

003349

Barnard JP, Friedlander AM. 1999. Vaccination against anthrax with attenuated recombinant strains of *Bacillus anthracis* that produce protective antigen. *Infection and Immunity* 67(2):562–567.

Beedham RJ, Turnbull PC, Williamson ED. 2001. Passive transfer of protection against *Bacillus anthracis* infection in a murine model. *Vaccine* 19(31):4409–4416.

Bhatnagar R, Batra S. 2001. Anthrax toxin. *Critical Reviews in Microbiology* 27(3):167–200.

Brachman PS, Friedlander AM. 1999. Anthrax. In: Plotkin SA, Orenstein WA, eds. *Vaccines*, 3rd ed. Philadelphia, Pa.: W. B. Saunders Co. Pp. 629–637.

Brachman PS, Gold H, Plotkin S, Fekety FR, Werrin M, Ingraham NR. 1962. Field evaluation of a human anthrax vaccine. *American Journal of Public Health* 52:632–645.

Cataldi A, Labruyere E, Mock M. 1990. Construction and characterization of a protective antigen-deficient *Bacillus anthracis* strain. *Molecular Microbiology* 4(7):1111–1117.

CDC (Centers for Disease Control and Prevention). 1967–1971. *Application and Report on Manufacture of Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed (DBS-IND 180). Observational Study.* Atlanta, Ga.: Centers for Disease Control and Prevention.

CDC. 2001a. Update: investigation of bioterrorism-related anthrax and adverse events from antimicrobial prophylaxis. *MMWR (Morbidity and Mortality Weekly Report)* 50(44): 973–976.

CDC. 2001b. Update: investigation of bioterrorism-related inhalational anthrax—Connecticut, 2001. *MMWR (Morbidity and Mortality Weekly Report)* 50(47):1049–1051.

Dixon TC, Meselson M, Guillemin J, Hanna PC. 1999. Anthrax. *New England Journal of Medicine* 341(11):815–826.

FDA (Food and Drug Administration). 1985. Biological products: bacterial vaccines and toxoids: implementation of efficacy review. Proposed rule. *Federal Register* 50(240): 51002–51117.

Fellows PF, Linscott MK, Ivins BE, Pitt ML, Rossi CA, Gibbs PH, Friedlander AM. 2001. Efficacy of a human anthrax vaccine in guinea pigs, rabbits, and rhesus macaques against challenge by *Bacillus anthracis* isolates of diverse geographical origin. *Vaccine* 19(23–24):3241–3247.

Grabenstein JD. 2000. The AVIP: status and future. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting I, Washington, D.C.

Grinberg LM, Abramova FA, Yampolskaya OV, Walker DH, Smith JH. 2001. Quantitative pathology of inhalational anthrax. I. Quantitative microscopic findings. *Modern Pathology* 14(5):482–495.

Henderson DA. 1999. The looming threat of bioterrorism. *Science* 283(5406):1279–1282.

Hoffman K, Costello C, Engler RJM, Grabenstein J. Submitted for publication. Using a patient-centered structured medical note for aggregate analysis: determining the side-effect profile of anthrax vaccine at a mass immunization site.

Ivins BE, Fellows PF, Nelson GO. 1994. Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* spore challenge in guinea pigs. *Vaccine* 12(10):872–874.

Ivins BE, Fellows PF, Pitt MLM, Estep JE, Welkos SL, Worsham PL, Friedlander AM. 1996. Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* aerosol spore challenge in rhesus monkeys. *Salisbury Medical Bulletin* 87(suppl):125–126.

Ivins BE, Pitt ML, Fellows PF, Farchaus JW, Benner GE, Waag DM, Little SF, Anderson GW Jr, Gibbs PH, Friedlander AM. 1998. Comparative efficacy of experimental anthrax vaccine candidates against inhalation anthrax in rhesus macaques. *Vaccine* 16(11–12): 1141–1148.

Jackson PJ. 2001. Genetic diversity in *B. anthracis*. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting III, Washington, D.C.

Jackson PJ, Hugh-Jones ME, Adair DM, Green G, Hill KK, Kuske CR, Grinberg LM, Abramova FA, Keim P. 1998. PCR analysis of tissue samples from the 1979 Sverdlovsk anthrax victims: the presence of multiple *Bacillus anthracis* strains in different victims. *Proceedings of the National Academy of Sciences USA* 95(3):1224–1229.

Keim P, Kalif A, Schupp J, Hill K, Travis SE, Richmond K, Adair DM, Hugh-Jones M, Kuske CR, Jackson P. 1997. Molecular evolution and diversity in *Bacillus anthracis* as detected by amplified fragment length polymorphism markers. *Journal of Bacteriology* 179(3): 818–824.

Keim P, Price LB, Klevytska AM, Smith KL, Schupp JM, Okinaka R, Jackson PJ, Hugh-Jones ME. 2000. Multiple-locus variable-number tandem repeat analysis reveals genetic relationships within *Bacillus anthracis*. *Journal of Bacteriology* 182(10):2928–2936.

Lange JL, Lesikar SE, Brundage JF, Rubertone MV. 2001a. Screening for adverse events following anthrax immunization using the Defense Medical Surveillance System. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting II, Washington, D.C.

Lange JL, Lesikar SE, Brundage JF, Rubertone MV. 2001b. Update: surveillance of adverse events of Anthrax Vaccine Adsorbed. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting IV, Washington, D.C.

Little SF, Knudson GB. 1986. Comparative efficacy of *Bacillus anthracis* live spore vaccine and protective antigen vaccine against anthrax in the guinea pig. *Infection and Immunity* 52(2):509–512.

Little SF, Ivins BE, Fellows PF, Friedlander AM. 1997. Passive protection by polyclonal antibodies against *Bacillus anthracis* infection in guinea pigs. *Infection and Immunity* 65(12):5171–5175.

Mason KT, Grabenstein JD, McCracken LR. 2001. Hearing loss after anthrax vaccination among US Army aircrew members. Unpublished manuscript.

Mason KT, Grabenstein JD, McCracken LR. Submitted for publication. US Army Aviation Epidemiology Data Register: physical findings after anthrax vaccination among US Army aircrew members, a prospective matched-pair, case-control study.

McBride BW, Mogg A, Telfer JL, Lever MS, Miller J, Turnbull PC, Baillie L. 1998. Protective efficacy of a recombinant protective antigen against *Bacillus anthracis* challenge and assessment of immunological markers. *Vaccine* 16(8):810–817.

Mogridge J, Mourez M, Lacy B, Collier RJ. 2001. Role of protective antigen oligomerization in anthrax toxin action. In: *Program and Abstracts of the Fourth Annual Conference on Anthrax*. Washington, D.C.: American Society for Microbiology.

Peeler RN, Cluff LE, Trever RW. 1958. Hyper-immunization of man. *Bulletin of the Johns Hopkins Hospital* 103:183–198.

Peeler RN, Kadull PJ, Cluff LE. 1965. Intensive immunization of man: evaluation of possible adverse consequences. *Annals of Internal Medicine* 63(1):44–57.

Pitt ML, Little SF, Ivins BE, Fellows P, Barth J, Hewetson J, Gibbs P, Dertzbaugh M, Friedlander AM. 2001. In vitro correlate of immunity in a rabbit model of inhalational anthrax. *Vaccine* 19(32):4768–4773.

Pittman PR. 2001a. Anthrax vaccine: an analysis of short-term adverse events in an occupational setting—the Special Immunization Program experience over 30 years. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting II, Washington, D.C.

003351

Pittman PR. 2001b. Anthrax vaccine: dose reduction/route change pilot study. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting II, Washington, D.C.

Pittman PR. 2001c. Anthrax vaccine: the Fort Bragg Booster Study. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting II, Washington, D.C.

Pittman PR, Sjogren MH, Hack D, Franz D, Makuch RS, Arthur JS. 1997. *Serologic Response to Anthrax and Botulinum Vaccines*. Protocol No. FY92-5, M109, Log No. A-5747. Final report to the Food and Drug Administration. Fort Detrick, Md.: U.S. Army Medical Research Institute of Infectious Diseases.

Pittman PR, Gibbs PH, Cannon TL, Friedlander AM. 2001a. Anthrax vaccine: short-term safety experience in humans. Manuscript.

Pittman PR, Gibbs PH, Cannon TL, Friedlander AM. 2001b. Anthrax vaccine: short-term safety experience in humans. *Vaccine* 20(5–6):972–978.

Pittman PR, Kim-Ahn G, Pifat DY, Coon K, Gibbs P, Little S, Pace-Templeton J, Myers R, Parker GW, Friedlander AM. 2002. Anthrax vaccine: safety and immunogenicity of a dose-reduction, route comparison study in humans. *Vaccine* 20(9–10):1412–1420.

Pittman PR, Hack D, Mangiafico J, Gibbs P, McKee KT Jr., Friedlander AM, Sjogren MH. In press. Antibody response to a delayed booster dose of anthrax vaccine and botulinum toxoid. *Vaccine*.

Price LB, Hugh-Jones M, Jackson PJ, Keim P. 1999. Genetic diversity in the protective antigen gene of *Bacillus anthracis*. *Journal of Bacteriology* 181(8):2358–2362.

Rehme P. 2001. Ambulatory medical visits among anthrax-vaccinated and unvaccinated personnel after return from Southwest Asia. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting IV, Washington, D.C.

Rehme PA, Williams R, Grabenstein JD. 2002. Ambulatory medical visits among anthrax-vaccinated and unvaccinated personnel after return from Southwest Asia. *Military Medicine* 167(3):205–210.

Reuveny S, White MD, Adar YY, Kafri Y, Altboum Z, Gozes Y, Kobiler D, Shafferman A, Velan B. 2001. Search for correlates of protective immunity conferred by anthrax vaccine. *Infection and Immunity* 69(5):2888–2893.

Sato PA. 2001a. DoD-wide surveillance of hospitalizations for long-term adverse events potentially associated with anthrax immunization. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting IV, Washington, D.C.

Sato PA. 2001b. Questions on updated data. E-mail to Joellenbeck L, Institute of Medicine, Washington, D.C., November 21.

Sato PA, Reed RJ, Smith TC, Wang LZ. 2001. *DoD-wide medical surveillance for potential long-term adverse events associated with anthrax immunization: hospitalizations. Provisional report for IOM of data from January 1998 to March 2000*. San Diego, Calif.: U.S. Department of Defense Center for Deployment Health Research at the Naval Health Research Center.

Sellman BR, Mourez M, Collier RJ. 2001. Dominant-negative mutants of a toxin subunit: an approach to therapy of anthrax. *Science* 292(5517):695–697.

Smith H, Keppie J. 1954. Observations on experimental anthrax: demonstration of a specific lethal factor produced in vivo by *Bacillus anthracis*. *Nature* 173:869–870.

Treanor JJ. 2001. Adverse reactions following vaccination of adults. Commissioned paper. Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Institute of Medicine, Washington, D.C.

003352

Turnbull PC, Broster MG, Carman JA, Manchee RJ, Melling J. 1986. Development of anti-
    bodies to protective antigen and lethal factor components of anthrax toxin in humans
    and guinea pigs and their relevance to protective immunity. *Infection and Immunity*
    52(2):356–363.

Wasserman GM. 2001. Analysis of adverse events after anthrax vaccination in U.S. Army
    medical personnel. Presentation to the Institute of Medicine Committee to Assess the
    Safety and Efficacy of the Anthrax Vaccine, Meeting IV, Washington, D.C.

Weiss R. 2001, September 29. Demand growing for anthrax vaccine: fear of bioterrorism
    attack spurs requests for controversial shot. *Washington Post*. p. A16.

White CS, Adler WH, McGann VG. 1974. Repeated immunization: possible adverse effects.
    *Annals of Internal Medicine* 81(5):594–600.

Zilinskas RA. 1997. Iraq's biological weapons: the past as future? *JAMA* 278(5):418–424.

003353

# 1

# Introduction

In the autumn of 2001, following the terrorist attacks of September 11, anthrax and the anthrax vaccine became prominent national concerns. The deliberate distribution of anthrax spores through the U.S. mail resulted in 5 deaths from inhalational anthrax, 6 additional cases of inhalational anthrax that were successfully treated, 12 cutaneous anthrax infections (confirmed and suspected; CDC, 2001), and the treatment of thousands of others with known or suspected exposure to anthrax spores. Previously, concerns about anthrax had focused on its possible use as a biological weapon in a military context.

During the 1991 Gulf War, concerns that Iraq had prepared anthrax spores for use as a biological weapon motivated the U.S. military to administer the licensed anthrax vaccine to an estimated 150,000 service members. After the war, admission by Iraq that it had indeed produced weapons containing anthrax spores confirmed fears of the potential use of anthrax as a biological weapon (Henderson, 1999; Zilinskas, 1997). As a response to this threat, in December 1997 Secretary of Defense William Cohen announced a plan to vaccinate all U.S. service members for anthrax using the licensed anthrax vaccine. The universal vaccination plan was to be phased in gradually, starting with service members judged most likely to encounter the threat. Service members scheduled for deployment to areas considered to be "high risk" began to receive vaccinations through the Department of Defense's (DoD's) Anthrax Vaccine Immunization Program starting in March 1998. As more service members received the mandatory vaccines,

*33*

003354

however, some raised concerns about the safety and the efficacy of the vaccine being administered.

Responding to those concerns, the U.S. Congress included language in the conference report accompanying the 2000 DoD appropriations legislation directing DoD to enter into a contract with the National Research Council to study the effectiveness and safety of the anthrax vaccine.[1] Congress called for the study to examine the safety and efficacy of the licensed vaccine, including consideration of the types and severities of adverse reactions, differences in reactions by sex, long-term health implications, its efficacy against inhalational exposure to all known anthrax strains, and correlation of the safety and efficacy of the vaccine in animal models to its safety and efficacy in humans. The study was also to address the issue of the validation of the manufacturing process, with consideration of discrepancies identified by the Food and Drug Administration in February 1998, definition of vaccine components, and identification of gaps in existing research. (See Appendix A for the Statement of Task.)

In June 2000 a contract between DoD and the Institute of Medicine (IOM) was finalized to carry out the study requested by Congress. IOM convened the Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, and this report reflects the work of that committee.

## STUDY PROCESS AND INFORMATION SOURCES

Reflecting the components of the statement of task, the members of the Committee to Assess the Safety and Efficacy of the Anthrax Vaccine brought expertise in microbiology; vaccine research, development, manufacture, and evaluation; postmarketing surveillance of adverse events; regulatory and licensing procedures; epidemiology; biostatistics; immunology; and health surveillance (see Appendix B for biographical sketches of the committee members). The committee's charge did not include evaluation of the DoD policy to vaccinate all service members, so the committee did not include an evaluation of the threat from biological warfare agents in its purview. Similarly, the committee was not asked to address the challenges in bioweapons vaccine development and procurement generally, which have recently been discussed in a statement from the Council of the Institute of Medicine (http://www.iom.edu/IOM/IOMHome.nsf/Pages/Vaccine+ Development) and in reports by the Gilmore Commission (http://www.rand.org/nsrd/terrpanel/) and DoD (http://www.defenselink.mil/pubs/Reporton BiologicalWarfareDefenseVaccineRDPrgras-July2001.pdf ).

---

[1]Making Appropriations for the Department of Defense for the Fiscal Year Ending September 30, 2000, and for Other Purposes, P. L. No. 106-79 (1999).

003355

Since the terrorist attacks of September 11, 2001, and subsequent mail distribution of anthrax spores, interest in AVA has greatly increased. Consideration of the full range of topics concerning civilian use of the anthrax vaccine was beyond the purview of this report. However, some of the issues that the committee did address should also be of interest for civilians.

The committee gathered information for the study through several means. The committee held a total of four public workshops to collect relevant information; the dates and locations of these meetings are provided in Appendix C. At these meetings, researchers presented the committee with data gathered in studies of the safety of the vaccine. In addition, the committee heard from service members and others with concerns about the safety and efficacy of the vaccine, as well as additional information about the manufacture of the vaccine and the disease itself. The committee also commissioned a paper to review the available literature regarding the rates of adverse events associated with several vaccines routinely administered to adults. Information on the anthrax vaccine was obtained from DoD, the Food and Drug Administration, and BioPort, the current manufacturer. In addition to its four public workshops, the committee met in two additional meetings and two conference calls.

The committee sought access to all possible data, not just published data. Only a few studies on the safety of the anthrax vaccine had been published by the time the committee preparing this report began its work in October 2000. However, several studies had been conducted by DoD investigators, who were urged by IOM and DoD to publish their work. Over the course of this study, investigators made available to the committee several manuscripts submitted or planned for submission for publication. The investigators involved in many of the studies, published or unpublished, also attended open committee meetings to present their data and discuss their findings with the committee. In addition, several analyses of existing data were carried out at the committee's request, and these provided some of the most compelling information supporting the committee's findings on safety.

## RELATED REPORTS

### IOM Letter Report on Anthrax Vaccine

The conference report mandating the current study required that a preliminary report be submitted to Congress by April 1, 2000. At the time of the legislation, the IOM Committee on Health Effects Associated with Exposures During the Gulf War was active in its work to evaluate the published scientific literature concerning the agents to which Gulf War veterans may have been exposed. Since the anthrax vaccine was among these exposures, the committee had already reviewed the available database

003356

regarding the safety, but not the efficacy, of the vaccine. To be responsive to Congress and DoD, that committee issued a letter report on March 30, 2000 (see Appendix H).

The letter report summarized the IOM committee's review of the literature on the safety of the anthrax vaccine. After a review of only primary peer-reviewed literature, the committee concluded that there was inadequate or insufficient evidence to determine whether an association does or does not exist between vaccination against anthrax and long-term adverse health outcomes. The committee noted the large body of results that had not yet been published and strongly urged investigators conducting relevant studies to submit their results to peer-reviewed scientific journals for publication.

The same committee released the first volume of its full report in September 2000 (IOM, 2000). In its chapter on vaccines, the Committee on Health Effects Associated with Exposures During the Gulf War provided a review of the published studies available. In addition to the conclusion about long-term health outcomes noted above, the committee concluded that "there is sufficient evidence of an association between anthrax vaccination and transient acute local and systemic effects (e.g., redness, swelling, fever) typically associated with vaccination" (IOM, 2000, p. 16). Again, that committee urged publication of additional studies in peer-reviewed scientific journals.

### IOM Committee to Review the CDC Anthrax Vaccine Safety and Efficacy Research Program

In the 2000 Department of Health and Human Services appropriations legislation, Congress provided funding to the Centers for Disease Control and Prevention (CDC) for an effort to study the safety and efficacy of vaccines used against biological agents. The mandate was to (1) address risk factors for adverse events, (2) determine immunological correlates of protection and document vaccine efficacy, and (3) determine the optimal vaccination schedule and routes of administration.[2] CDC contracted with IOM to establish an expert panel to review the completeness and appropriateness of the CDC plan for responding to the congressional mandate. The IOM Committee to Review the CDC Anthrax Vaccine Safety and Efficacy Research Program began its work in October 2000. The committee's interim report, which provided preliminary findings and recommendations about the CDC research plans, was released to the public on July 2, 2001

---

[2]An Act Making Consolidated Appropriations for the Fiscal Year Ending September 30, 2000, and for Other Purposes, P. L. No. 106-113 (1999).

(IOM, 2001). Four members of the committee also serve on the IOM Committee to Evaluate the Safety and Efficacy of the Anthrax Vaccine, which carried out the study described in this report.

## ACIP Recommendations

In December 2000 a report regarding recommendations for use of the anthrax vaccine was released by the Advisory Committee on Immunization Practices (ACIP) (CDC, 2000). This committee consists of 15 experts selected to provide advice to the Secretary of Health and Human Services and CDC regarding the routine use of vaccines (http://www.cdc.gov/nip/ACIP/). In *Use of Anthrax Vaccine in the United States,* ACIP reviewed safety and efficacy data and recommended routine vaccination with Anthrax Vaccine Adsorbed (AVA) for those working with large quantities or concentrations of *Bacillus anthracis* and those conducting activities with a high potential for *B. anthracis* aerosol production (CDC, 2000). ACIP did not recommend preexposure vaccination for emergency first responders, federal responders, medical practitioners, or private citizens for bioterrorism preparedness because "the target population for bioterrorist release of *B. anthracis* cannot be predetermined, and the risk of exposure cannot be calculated. . . . For the military and other select populations or for groups for which a calculable risk can be assessed, pre-exposure vaccination may be indicated" (CDC, 2000, p. 12).

Since the release of that report, the intentional mailing of anthrax spores in letters in October 2001 and the subsequent illnesses and deaths from anthrax have heightened interest in the use of AVA for a wider population. At the time of this writing, however, ACIP had not altered its recommendations regarding the populations for whom vaccination would be indicated.

## GENERAL PRINCIPLES REGARDING USE OF VACCINES

Like all medical interventions, vaccines should be used only when the potential benefits from the intervention warrant the risks of adverse effects. Vaccines, however, differ from drugs used for treatment, and in the case of a vaccine against anthrax, some additional special considerations affect the trade-off.

First, vaccines share with other preventive interventions the burden of being used prophylactically for otherwise healthy individuals. Their use is intended for prevention rather than treatment. As such, they are given to healthy individuals, so it is less tolerable if they cause adverse effects in the course of promoting overall health. The burden of proof for the safety of vaccines is therefore even higher than the burden of proof for the safety of

other medical interventions. This makes it even more important that their risk-benefit balance be as favorable as possible.

Second, one must consider very carefully the appropriate target group that should receive the vaccine. For some vaccines, the target group is the entire population. Often, that is because of the phenomenon of "herd immunity"; that is, for diseases that can be transmitted from person to person (e.g., poliomyelitis), it benefits the entire population to have others protected from the disease, as it reduces the risk to the population as well as to the individual. For other vaccines (e.g., tetanus toxoid), the illness cannot be passed from person to person, but the vaccine is nevertheless recommended for use by everyone since everyone is at sufficiently high risk of the disease. For still other vaccines, there are clearly identifiable target groups at higher risk; for example, typhoid vaccine is recommended for use by travelers to developing countries.

In the case of a vaccine against anthrax, the situation is even more complex. The illness cannot be transmitted from person to person. Therefore, there is no possibility of herd immunity, nor is there a reason to vaccinate the entire population. Thus, the vaccine should be targeted to those at higher risk of disease. In light of recent events, however, that target population has become very fluid, whereas formerly it was definable. Historically, the licensed vaccine was recommended only for those at risk for occupational exposure to anthrax bacteria or spores. However, in recent years the risk of biological warfare led to a judgment that military personnel were at occupational risk of exposure and should receive the anthrax vaccine. Recent bioterrorist use of anthrax spores in the U.S. mail system has indicated that some civilian populations might even be considered at sufficient risk to warrant their use of an anthrax vaccine, if one were available, sufficiently safe, and sufficiently effective.

As noted earlier, this report does not address the military policy to vaccinate all service members, nor does it consider which other populations should be considered for vaccination. These questions were not part of the charge to the committee, nor is biological warfare or bioterrorist risk assessment part of its expertise. Rather, the report focuses on the efficacy and safety of the current licensed vaccine and provides information for those who must establish vaccination policy.

## ORGANIZATION OF THE REPORT

The varied components of the committee's statement of task (see Appendix A) fall into broad categories of efficacy, safety, manufacturing, and future needs. This report is organized into these categories as well. Chapter 2 provides background material about the disease known as anthrax, the licensed anthrax vaccine, and the data available for evaluation of its safety

003359

and efficacy. Information relevant to assessing the efficacy of the vaccine is presented in Chapter 3. The establishment of efficacy is crucial before one can consider the use of any such intervention, and no safety risk is tolerable in the absence of efficacy. Chapter 4 introduces the types of information available concerning the assessment of vaccine safety, whereas Chapters 5 and 6 review the safety data available on this vaccine from case reports and from epidemiologic studies, respectively. Issues related to manufacturing are reviewed in Chapter 7, and in Chapter 8 the committee discusses needs for future efforts, including gaps in research.

## REFERENCES

CDC (Centers for Disease Control and Prevention). 2000. Use of anthrax vaccine in the United States: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR (Morbidity and Mortality Weekly Report)* 49(RR-15):1–20.

CDC. 2001. Update: investigation of bioterrorism-related inhalational anthrax—Connecticut, 2001. *MMWR (Morbidity and Mortality Weekly Report)* 50(47):1049–1051.

Henderson DA. 1999. The looming threat of bioterrorism. *Science* 283(5406):1279–1282.

IOM (Institute of Medicine). 2000. *Gulf War and Health*. Washington, D.C.: National Academy Press.

IOM. 2001. *CDC Anthrax Vaccine Safety & Efficacy Research Program. Interim Report.* Washington, D.C.: National Academy Press.

Zilinskas RA. 1997. Iraq's biological weapons: the past as future? *JAMA* 278(5):418–424.

2

# Background

Anthrax is primarily a disease of animals, and historically, humans have generally contracted the disease through contact with infected animals or contaminated animal products. The disease had become extremely uncommon in any form in the United States until the intentional mailings of anthrax spores caused an outbreak in the autumn of 2001 that resulted in five deaths from the inhalational form of the disease.

Anthrax vaccines for use in animals were first developed in the late 19th century. Work on vaccines suitable for human use gained urgency in the 1940s, with fears that anthrax would be used as a biological warfare agent. The current vaccine, Anthrax Vaccine Adsorbed (AVA), was licensed in 1970 and was recommended for use by a small population of textile mill workers, veterinarians, laboratory scientists, and other workers with occupational risk of exposure to anthrax. In the 1990s, increased concern about the use of biological weapons led the Department of Defense (DoD) to begin vaccination of U.S. military personnel. Some troops were given anthrax vaccine in the 1991 Gulf War, and a large program to vaccinate all service members was begun in 1998. By 2001 a limited vaccine supply, the result of delays in federal approval for release of newly manufactured vaccine lots, had significantly slowed plans to vaccinate all military personnel. After the deliberate distribution of anthrax spores in bioterrorist incidents in the autumn of 2001, the vaccine was offered as part of the treatment for as many as 10,000 of the civilians who had been exposed.

This chapter summarizes the basic pathophysiology of anthrax, reviews the history of anthrax vaccine development, and outlines the concerns that

40

003360-B

have emerged on the part of some people about the adverse health outcomes that might be associated with use of the vaccine.

## THE DISEASE

Anthrax is caused by infection with *Bacillus anthracis*, a gram-positive, nonmotile, spore-forming organism (Brachman and Friedlander, 1999; Dixon et al., 1999). Exposure to the spores of this one organism can cause three different forms of disease—cutaneous, gastrointestinal, or inhalational anthrax—depending on the site of infection. Cutaneous anthrax is the most common and the most treatable form; inhalational anthrax is rare but poses a much greater risk of death.

### Epidemiology

Anthrax is found worldwide and is transmitted primarily through spores that are highly resistant to heat, drought, and many disinfectants (Dixon et al., 1999). It is primarily a disease of wild and domestic animals, especially herbivores such as cattle, sheep, and goats. Animals can be infected through exposure to spores in contaminated grazing areas, contaminated feed, or infected carcasses (Friedlander, 2000). Humans in agricultural settings can be infected through contact with infected animals or contaminated animal products. Human infections also occur in industrial settings where contaminated animal products such as wool, hair, hides, or meat are processed. Most human cases in either agricultural or industrial settings are cutaneous. Inhalational anthrax is generally seen only in industrial settings because conditions where a sufficiently large number of spores are aerosolized in an enclosed area do not generally occur naturally (Brachman and Friedlander, 1999). Person-to-person transmission is not known to occur with inhalational anthrax and has rarely been reported with other forms of the disease (Friedlander, 2000).

The worldwide incidence of anthrax in humans is difficult to determine, but the annual number of cases in the 1980s and 1990s is estimated to have been about 2,000, down from an estimated 20,000 to 100,000 cases in 1958 (Brachman and Friedlander, 1999). During the 19th century, "wool-sorters' disease," or inhalational anthrax, was fairly common among workers handling animal hides, hairs, or wools. Approximately 200 cases were reported in the United States before 1900 (Plotkin et al., 1960). Only 18 cases of inhalational anthrax were reported in the United States in the 20th century, despite evidence of extensive exposure of workers in goat hair-processing mills to aerosolized spores (Inglesby et al., 1999). In 1957, five cases of inhalational anthrax, four of them fatal, occurred at a goat hair-processing mill in New Hampshire. Vaccination did not become man-

003361

datory for these workers until the 1960s and so cannot account for the low rate of inhalational disease (Inglesby et al., 1999).

Other forms of anthrax are also rare in the United States. Until the bioterrorist events in the autumn of 2001, a total of 238 anthrax cases had been reported since 1955; of those, 95 percent were cutaneous infections (Brachman and Friedlander, 1999; CDC, 2001a). In 2000, one reported case of cutaneous anthrax occurred (CDC, 2001a) and possible cases of gastrointestinal infection were associated with the consumption of contaminated meat (CDC, 2000b).

In the autumn of 2001 the United States experienced an outbreak of anthrax due to bioterrorism. Exposure to letters containing *B. anthracis* spores sent through the U.S. mail resulted in seven confirmed and five suspected cutaneous cases and 11 confirmed inhalational cases (CDC, 2001e). The victims included postal workers (Gallagher and Strober, 2001), employees of print and broadcast media organizations, and at least one infant (Roche et al., 2001).

Anthrax has also been part of biological warfare programs in some countries. In 1979 in Sverdlovsk, Russia, an apparently accidental release of aerosolized spores from a military facility resulted in 68 deaths among 79 individuals with reported cases of inhalational anthrax (Meselson et al., 1994).

## Clinical Features

The outbreak of inhalational and cutaneous anthrax in the United States during the autumn of 2001 produced far more clinical and public health experience with the disease than had occurred in many decades. Both the outbreak and the outcomes of individual cases showed considerable differences from previous classic descriptions. The anthrax spores appeared to have been processed intentionally to enhance their most dangerous properties. They were finely milled and rendered nonpolar to maintain the very small particle size necessary for inhalation and to promote prolonged aerosolization. Naturally occurring spores tend to adhere quickly to each other and to surfaces.

Improvements in both the speed of diagnosis and clinical management resulted in the survival of at least some of those who contracted inhalational anthrax, which would not have been expected on the basis of earlier experience (Brown, 2001). Analysis of this new information on the clinical course of disease was continuing as the committee completed this report. In particular, both the inoculum associated with infection in different individuals and the duration of antibiotic treatment necessary for survival after infection remain uncertain. Although every effort was made to include

003362

current information, some of the information presented here will likely be incomplete or out of date when the report becomes available.

### Cutaneous Anthrax

Cutaneous anthrax results from the introduction of spores through the skin, generally at the site of a minor injury. After an incubation period, typically 2 to 5 days, a small pruritic (itchy) papule appears (Brachman and Friedlander, 1999). In 1 to 2 days, the site develops one or more vesicles filled with clear or serous fluid containing numerous anthrax bacilli. Within a week, the vesicle erodes, leaving a necrotic ulcer with a characteristic black eschar at the center (see Figure 2-1). The lesion then heals in another 2 to 3 weeks. Edema may develop around a lesion and can become extensive in some cases. Other symptoms including malaise, low-grade fever, and swelling of adjacent lymph glands may occur, but anthrax lesions are generally painless unless a secondary infection is present. Without antibiotic treatment, up to 20 percent of cutaneous anthrax infections are fatal, but with treatment the fatality rate is less than 1 percent (CDC, 2000c). A recent case report describes bioterrorist-related cutaneous anthrax in an infant (Freedman et al., 2002).



FIGURE 2-1  Cutaneous anthrax lesion.
SOURCE: Public Health Image Library, CDC.

003363

*Gastrointestinal Anthrax*

Eating meat contaminated with anthrax spores can result in gastrointestinal or oropharyngeal infection. Pathological examinations show ulcerations with edema and mucosal necrosis in the affected area (Dixon et al., 1999). A gastrointestinal infection initially produces nausea, vomiting, and fever, followed by often severe abdominal pain, bloody diarrhea, and ascites. As these symptoms are common to other acute abdominal conditions, gastrointestinal anthrax can be difficult to identify. Blood loss and fluid and electrolyte imbalances can lead to shock, and death may follow intestinal perforation or anthrax toxemia (Dixon et al., 1999). From 25 to 75 percent of cases may be fatal (Brachman and Friedlander, 1999). An oropharyngeal infection, which is milder than the gastrointestinal form, produces fever, visible ulcers, and local edema and swollen lymph glands that can interfere with swallowing and breathing (Dixon et al., 1999).

*Inhalational Anthrax*

Inhalational anthrax has been a rare disease because there are limited circumstances when spores whose particle sizes are sufficiently small (less than 5 micrometers [μm]) to be inhaled deep into the lung are suspended in air. When anthrax spores are inhaled, they are deposited in the alveolar spaces, where they are taken up by macrophages and transported to the mediastinal and peribronchial lymph nodes. In the lymph nodes, spores germinate to become vegetative, multiply, and cause hemorrhagic mediastinitis. They also move into the bloodstream and spread throughout the body. At Sverdlovsk, the modal incubation period from exposure to the onset of symptoms was 10 days, but some cases developed up to 6 weeks after the reported exposure (Dixon et al., 1999; Inglesby et al., 1999; Meselson et al., 1994).

The initial symptoms of inhalational anthrax, which resemble those of influenza and other common upper respiratory infections, include malaise, fatigue, and cough. In days, severe respiratory distress develops, with dyspnea, cyanosis, and strident cough. Other symptoms may include fever, chills, and subcutaneous edema of the chest and neck (Brachman and Friedlander, 1999). Radiographic examination of the chest usually shows a characteristic widening of the mediastinum and pleural effusions (see Figure 2-2). Shock may develop, and hemorrhagic meningitis (see Figure 2-3) may occur in about 50 percent of cases (Brachman and Friedlander, 1999). Death usually occurs within 24 hours following the onset of acute symptoms. At Sverdlovsk, the mean interval from the onset of initial symptoms to death was 3 days (Dixon et al., 1999). On the basis of previously limited observations, inhalational anthrax was fatal in 80 to 90 percent of cases

003364

*BACKGROUND*                                                45



FIGURE 2-2  Chest radiograph characteristic of inhalational anthrax.
SOURCE: Public Health Image Library, CDC.



FIGURE 2-3  Hemorrhagic meningitis caused by anthrax.
SOURCE: Public Health Image Library, CDC.

003365

(CDC, 2000c). Aggressive treatment early enough in the course of the disease appears to improve the rate of survival.

A review of the first 10 reported patients with inhalational anthrax resulting from the bioterrorism release of anthrax spores in the autumn of 2001 indicated that all 10 had abnormal chest X rays (Jernigan et al., 2001). Abnormalities included infiltrates, pleural effusion, and mediastinal widening. Mediastinal lymphadenopathy was observed in seven patients. Extensive sweating was a prominent feature in these 10 patients, although it had not been emphasized in reports of earlier cases. A brief period of improvement after the earliest symptoms noted in earlier cases was not seen in these patients. The median incubation period from exposure to the onset of symptoms was 4 days in the six patients for whom the time of exposure was known. Six of the 10 patients described in the paper survived with multidrug antibiotic regimens and aggressive supportive care (e.g., drainage of pleural effusions). Additional case reports describe clinical features of the tenth and eleventh cases of bioterrorism-related inhalational anthrax (Barakat et al., 2002; Mina et al., 2002).

### Treatment

Penicillin, doxycycline, and ciprofloxacin are the primary antibiotics recommended for treatment of all forms of anthrax (CDC, 2000c), although there are no formal studies of clinical treatment of inhalational anthrax in humans (Inglesby et al., 1999). Both doxycycline and ciprofloxacin were recommended as initial therapy for infections associated with the recent bioterrorist attack in the United States (CDC, 2001c). Mild cutaneous cases can be treated effectively with oral medication, but treatment does not alter the course of the skin lesion. Other forms of anthrax and more serious cutaneous cases must be treated with intravenous antibiotics. Additional supportive therapy may be needed to prevent septic shock, to maintain fluid and electrolyte balance, and to maintain a patent airway. If inhalational exposure to anthrax spores is known or suspected but symptoms have not developed, the Centers for Disease Control and Prevention (CDC) recommends a 60-day course of antibiotic treatment to protect against delayed germination of spores (CDC, 2001b). If available, at least three doses of anthrax vaccine can be administered.

### Pathogenesis

When anthrax spores are introduced into the body by any route, they are taken up by macrophages and germinate into vegetative bacteria with an antiphagocytic capsule that deters the host's immune response to the organism. The vegetative bacteria multiply and secrete toxins that produce

003366

local edema and necrosis. If bacteria are carried to regional lymph nodes, they multiply further and produce additional edema and necrosis and enter the bloodstream to produce a systemic infection (Brachman and Friedlander, 1999; Dixon et al., 1999).

The virulence of *B. anthracis* derives from the production of three toxin proteins and the capsule. The toxin proteins, encoded on the pXO1 plasmid, are protective antigen (PA), edema factor (EF), and lethal factor (LF). To produce active toxins, PA must bind to cellular receptors and then bind with either EF or LF (see Figure 2-4). The human cellular receptor for PA has recently been identified and characterized and named anthrax toxin receptor (Bradley et al., 2001). The resulting edema toxin or lethal toxin can then enter the cell. The effects of edema toxin appear to result from EF, an adenylate cyclase that increases intracellular levels of cyclic adenosine monophosphate, which upsets water homeostasis (Dixon et al., 1999). Edema toxin may also impair neutrophil function. LF is a zinc metalloprotease that cleaves two mitogen-activated protein kinase kinases. The mechanism by which it leads to death of the host remains unknown but



**FIGURE 2-4** Model of anthrax toxin action. (1) PA binds to cellular receptor. (2–3) The protein is cleaved and activated to form a heptameric prepore. (4) LF, EF, or both bind to the heptamer, and the resulting complex is taken into an acidic compartment in the cell through endocytosis. (5–6) The acidic pH initiates the heptamer to pierce the membrane of the cell and translocate LF, EF, or both into the cytosol, where the toxins lead to damage. [Reprinted, with permission, from *Biochemistry* 38:10432–10441 (1999). Copyright 1999 by American Chemical Society.]

003367

may involve suppression of the inflammatory response (Pellizzari et al., 1999, Erwin et al., 2001).

A second plasmid, pXO2, contains a gene that encodes the synthesis of a polyglutamyl capsule that inhibits phagocytosis of the vegetative bacteria.

Full virulence requires both plasmids. Attenuated spore vaccines have been developed with bacterial strains missing one or both plasmids. The livestock vaccine currently in use in the United States and other countries, known as the Sterne vaccine, is derived from a noncapsulated *B. anthracis* variant that lacks the pXO2 plasmid. The vaccine currently licensed for human use in the United States, AVA, however, is a cell-free filtrate containing PA as the principal immunogen.

## ANTHRAX VACCINE DEVELOPMENT

Early work on the development of a vaccine against anthrax in animals was carried out in the 1880s by W. S. Greenfield and by Louis Pasteur (Turnbull, 1991). What became known as Pasteur's vaccine used an encapsulating nontoxigenic strain of *B. anthracis* administered to animals in two doses that differed in their degrees of heat attenuation (Turnbull, 1991, 2000). A live spore vaccine developed by Sterne in the 1930s eventually supplanted Pasteur's vaccine and remains in use for livestock in many parts of the world. It is credited with marked reductions in the incidence of anthrax cases or in the absence of anthrax cases in vaccinated herds, reducing the devastating impact of the disease in both animals and humans in areas where vaccination is carried out. Analogous vaccines were developed in the former Soviet Union and China, where they are used for humans as well as in animals (Turnbull, 2000). Limited data regarding the safety and efficacy of the vaccine used in humans in the former Soviet Union have been reported (Demicheli et al., 1998; Shlyakhov and Rubenstein, 1994).

Live spore vaccines, such as the Sterne vaccine, have been associated with residual virulence that leads to occasional casualties in livestock and thus have not been considered appropriate for human use in the West. Therefore, when interest in the potential use of anthrax as a biological warfare agent arose after World War II, work to develop inactivated vaccines began in both the United States, at Fort Detrick, Maryland, and the United Kingdom, at Porton Down (Turnbull, 2000).

In the United States, the research to develop an anthrax vaccine used *B. anthracis* cultures in synthetic medium without proteins or other macromolecules (Turnbull, 2000). A production system was described in 1954 (Wright et al., 1954), including a chemically defined growth medium and a method of concentrating, stabilizing, and partially purifying protective antigen by precipitation. The safety and efficacy of this vaccine were evaluated in a controlled trial conducted between 1955 and 1959 at goat hair-

processing mills in the eastern United States (Brachman et al., 1962). The initial production method was soon modified for scale-up, with changes in the culture conditions, product purification method, and strain of the organism used (Auerbach and Wright, 1955; Puziss and Wright, 1963; Wright and Puziss, 1957; Wright et al., 1962).

The current vaccine, AVA,[1] was licensed in 1970 for manufacture by the Michigan Department of Public Health. Both the production plant and the product line were eventually sold to a private company, BioPort, which at the time of this report was the sole U.S. manufacturer of an anthrax vaccine. The product license for AVA calls for subcutaneous administration of a basic series of six doses of 0.5 milliliters each. After administration of the initial dose, subsequent doses are administered at 2 weeks, 4 weeks, 6 months, 12 months, and 18 months. Annual booster doses are required.

## USE OF ANTHRAX VACCINE

As was noted above, *B. anthracis* is a widespread organism, and anthrax disease has long been endemic in many agricultural areas. The disease was not, until quite recently, considered threatening outside certain industrial or agricultural settings that allowed exposure. The licensed anthrax vaccine had routinely been administered to the limited population of U.S. workers with occupational exposure to anthrax bacteria or spores. It is estimated that 68,000 doses of AVA were distributed between 1974 and 1989 (Ellenberg, 1999).

In the United States in recent years, however, AVA has been used primarily by the military to protect troops from weaponized *B. anthracis* (Brachman and Friedlander, 1999; Mazzuchi et al., 2000). At the time of the Gulf War, there were fears that Iraq had produced weapons containing anthrax spores. More than 300,000 doses of AVA were distributed during Operation Desert Storm, probably to more than 150,000 service members (Army Information Paper, 1991).

Although no biological weapons were used against U.S. or other coalition forces during the Gulf War, subsequent inspections of Iraq in 1995 and 1996 by the United Nations Special Commission and the International Atomic Energy Agency revealed that 8,000 liters of anthrax spore suspension had been produced and that during the Gulf War in 1991 Iraq had 200 bombs and 25 ballistic missiles containing biological agents (Henderson, 1999; Zilinskas, 1997). More recent information indicates that Iraq has

---

[1]The anthrax vaccine is adsorbed to aluminum hydroxide (Alhydrogel), which acts as an adjuvant. An adjuvant is a component that augments the immune response. Many vaccines require adjuvants for efficient elicitation of an immune response.

been renovating biological, chemical, and nuclear warfare research sites 3 years after barring international inspectors (Bohlen, 2001). In 1997, as a result of the concerns about biological weapons, then Secretary of Defense William Cohen initiated a plan to vaccinate all U.S. service members against anthrax. Immunizations began in March 1998 under DoD's Anthrax Vaccine Immunization Program (AVIP). As of November 29, 2001, 522,529 service members had received 2,098,544 of doses of AVA (http://www.anthrax.osd.mil/Flash_interface/default.html, accessed January 11, 2002).

Implementation of AVIP has been slowed by a limited supply of vaccine. Renovations were begun at the manufacturing plant in 1998, and BioPort, the sole manufacturer, did not receive approval from the Food and Drug Administration (FDA) for release of newly manufactured vaccine until January 31, 2002. DoD has been able to continue immunizations, despite the limited supply of vaccine, but not at the rate first planned. In July 2000, in November 2000, and again in June 2001, DoD slowed the anthrax immunization program, focusing only on troops thought to be at greatest potential risk (http://www.anthrax.osd.mil, accessed September 5, 2000; Marshall, 2000).

In the autumn of 2001, more than 30,000 civilians were potentially exposed to anthrax in bioterrorist incidents involving the distribution of highly infectious spores through the U.S. mail (CDC, 2001d,e). Beginning in December 2001, CDC began offering vaccination with AVA as a treatment option for selected exposed civilians. This therapeutic use of the vaccine following exposure was not included under the official vaccine license and is being monitored under the provisions of an Investigational New Drug application. As of February 25, 2002, the latest data available at the time that this report was completed, 192 people had begun receiving doses of AVA (Ashford, 2002).

The committee emphasizes that this report is addressed to DoD and focuses on the licensed use of AVA for immunization before exposure to anthrax spores.

## CONCERNS ABOUT USE OF AVA

AVIP and the product AVA have become focal points of great concern on the part of at least segments of the military and interested public. A few service members have refused the vaccine, at the risk of court-martial, because of their perception that it is particularly dangerous.[2] Among the

---

[2] Studies of service member's knowledge, attitudes, and beliefs regarding the anthrax vaccine are being planned by CDC to help DoD to better understand and respond to such concerns.

concerns are complaints among Gulf War veterans of chronic multisystem clinical conditions that still lack a definable relationship to the anthrax vaccine or to other events in their Gulf War experiences (IOM, 2000b).

The U.S. Congress has responded to these concerns, and hearings have been held in the U.S. House of Representatives and the U.S. Senate.[3] The hearings typically included several current or former service members (or family members of service personnel) who had raised concerns about the adverse events that they had experienced or observed or about the responses of military health care providers to these concerns. The witness list usually also included officials from DoD or a branch of the military service, FDA, and sometimes the manufacturer of AVA. As noted in Appendix C, the IOM Committee to Assess the Safety and Efficacy of the Anthrax Vaccine also held a public hearing to gather information from people with concerns about the vaccine. The IOM committee benefited from the perspective provided by the speakers, many of whom also provided testimony during congressional hearings. The witnesses described persistent and debilitating symptoms ranging from fever, headache, and malaise to swelling, joint pain, and tinnitus, which they ascribed to the anthrax vaccine. Several witnesses also described specific serious conditions including hypogonadism; Stevens-Johnson syndrome, which affected their vision as well as their skin; and aplastic anemia, which proved fatal. In addition, many witnesses observed that when they reported their symptoms to medical personnel, the health care providers seemed to be unaware of the Vaccine Adverse Event Reporting System (VAERS) or unwilling to file a report with VAERS and often seemed to doubt that the vaccine could have caused their symptoms.

## AVAILABLE DATA ON AVA

In its letter report of March 2000, *An Assessment of the Safety of the Anthrax Vaccine*, the IOM Committee on Health Effects Associated with Exposures During the Gulf War expressed regret over the lack of information about the vaccine in the peer-reviewed published literature (IOM,

---

[3]Christopher Shays, chair of the Subcommittee on National Security, Veterans Affairs, and International Relations of the Committee on Government Reform and Oversight convened a series of hearings in 1999 and 2000 on AVIP and on allegations that adverse event reporting to the Vaccine Adverse Event Reporting System does not adequately reflect the actual rate of adverse events. Congressman Steve Buyer, chair of the Subcommittee on Military Personnel of the House Committee on Armed Services, also held a hearing on AVIP, and the Committee on Appropriations chaired by Ted Stevens held a hearing on Gulf War illnesses, as had Congressman Shays. The Senate Committee on Armed Services, chaired by Senator John Warner, also held 3 days of hearings in 2000. Those hearings were on AVIP and DoD's antibiological warfare agent vaccine acquisition program.

003371

2000a). It listed an array of studies that were unpublished or ongoing that could contribute to the body of information on which conclusions regarding health effects could be based.

As the study presented in this report began, representatives of DoD provided assurances to IOM that all relevant information from DoD would be made readily available to the committee and that efforts would be made to publish the data from completed studies. DoD and its investigators have followed through on these assurances. Most of the studies that have been carried out by DoD investigators to assess the safety and efficacy of the anthrax vaccine have now been written up as manuscripts and submitted for publication. Additional studies have been published since the letter report was released (e.g., CDC, 2000a; Gunzenhauser et al., 2001; Pittman et al., 2001, 2002; Rehme et al., 2002). In addition, one of the most important contributions to the committee's evaluation was in the form of analyses of data from military databases carried out at the committee's request. In accordance with its charge, the earlier IOM committee (Committee on Health Effects Associated with Exposures During the Gulf War) reviewed only the published, peer-reviewed literature to reach its conclusions about safety. The current committee had a different purpose and as a result chose to review all the studies it was aware of and for which adequate descriptions of the study methods, data analyses, and results were made available. These studies are systematically reviewed in the chapters that follow.

Several previous IOM committees evaluating possible causal associations between vaccines or other exposures and specific health outcomes have chosen to describe their findings with a weight-of-evidence approach (IOM, 1991, 1994, 2000b). Their findings placed associations between the exposure of interest and the health outcome into categories such as sufficient evidence of a causal relationship, sufficient evidence of an association, limited or suggestive evidence of an association, inadequate or insufficient evidence to determine whether an association does or does not exist, and limited or suggestive evidence of no association. The current committee chose not to use that approach because it was not asked to evaluate exposure to AVA as a cause of specific health outcomes. Rather, the committee was asked to provide an overall evaluation of the anthrax vaccine's safety. In addition, its charge included addressing various aspects of the efficacy of AVA, as well as manufacturing issues, two topics for which a weight-of-evidence approach is not readily applicable.

003372

# REFERENCES

Army Information Paper (from an Army staff officer). 1991. Numbers of service members vaccinated during Operation Desert Storm. [Online]. Available: http://www.gulflink.osd.mil/va/va_refs/n46en087/0215_027_0000001.htm [accessed January 18, 2002].

Ashford D. 2002. Information on the number of participants enrolled in vaccine IND application. E-mail to Joellenbeck L, Institute of Medicine, Washington, D.C., February 25.

Auerbach BA, Wright GG. 1955. Studies on immunity in anthrax. VI. Immunizing activity of protective antigen against various strains of *Bacillus anthracis*. *Journal of Immunology* 75:129–133.

Barakat LA, Quentzel HL, Jernigan JA, Kirschke DL, Griffith K, Spear SM, Kelley K, Barden D, Mayo D, Stephens DS, Popovic T, Marston C, Zaki SR, Guarner J, Shieh WJ, Carver HW 2nd, Meyer RF, Swerdlow DL, Mast EE, Hadler JL. 2002. Fatal inhalational anthrax in a 94-year-old Connecticut woman. *JAMA* 287(7):863–868.

Bohlen C. 2001, December 20. Vanishing Taliban, a British force on deck, spilled Iraqi secrets. *New York Times*. p. B1.

Brachman PS, Friedlander AM. 1999. Anthrax. In: Plotkin SA, Orenstein WA, eds. *Vaccines*, 3rd ed. Philadelphia, Pa.: W. B. Saunders Co. Pp. 629–637.

Brachman PS, Gold H, Plotkin S, Fekety FR, Werrin M, Ingraham NR. 1962. Field evaluation of a human anthrax vaccine. *American Journal of Public Health* 52:632–645.

Bradley KA, Mogridge J, Mourez M, Collier RJ, Young JA. 2001. Identification of the cellular receptor for anthrax toxin. *Nature* 414(6860):225–229.

Brown K. 2001. Anthrax: a "sure killer" yields to medicine. *Science* 294(5548):1813–1814.

CDC (Centers for Disease Control and Prevention). 2000a. Surveillance for adverse events associated with anthrax vaccination—U.S. Department of Defense, 1998–2000. *MMWR (Morbidity and Mortality Weekly Report)* 49(16):341–345.

CDC. 2000b. Human ingestion of *Bacillus anthracis*–contaminated meat—Minnesota, August 2000. *MMWR (Morbidity and Mortality Weekly Report)* 49(36):813–816.

CDC. 2000c. Use of anthrax vaccine in the United States: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR (Morbidity and Mortality Weekly Report)* 49(RR-15):1–20.

CDC. 2001a. Human anthrax associated with an epizootic among livestock—North Dakota, 2000. *MMWR (Morbidity and Mortality Weekly Report)* 50(32):677–680.

CDC. 2001b. Update: investigation of bioterrorism-related anthrax and interim guidelines for exposure management and antimicrobial therapy, October 2001. *MMWR (Morbidity and Mortality Weekly Report)* 50(42):909–919.

CDC. 2001c. CDC health advisory: updated information about how to recognize and handle a suspicious package or envelope. [Online]. Available: http://www.bt.cdc.gov/Documents App/Anthrax/10312001/han50.asp [accessed January 18, 2002].

CDC. 2001d. Update: investigation of bioterrorism-related anthrax and adverse events from antimicrobial prophylaxis. *MMWR (Morbidity and Mortality Weekly Report)* 50(44): 973–976.

CDC. 2001e. Update: investigation of bioterrorism-related inhalational anthrax—Connecticut, 2001. *MMWR (Morbidity and Mortality Weekly Report)* 50(47):1049–1051.

Dixon TC, Meselson M, Guillemin J, Hanna PC. 1999. Anthrax. *New England Journal of Medicine* 341(11):815–826.

Demicheli V, Rivetti D, Deeks JJ, Jefferson T, Pratt M. 1998. The effectiveness and safety of vaccines against human anthrax: a systematic review. *Vaccine* 16(9-10):880–884.

Ellenberg SS. 1999. *Vaccine Adverse Events Reporting System*. Statement at the July 21, 1999, Hearing of the Subcommittee on National Security, Veterans Affairs, and International Relations, Committee on Government Reform, U.S. House of Representatives, Washington, D.C.

003373

Erwin JL, DaSilva LM, Bavari S, Little SF, Friedlander AM, Chanh TC. 2001. Macrophage-derived cell lines do not express proinflammatory cytokines after exposure to *Bacillus anthracis* lethal toxin. *Infection and Immunity* 69(2):1175–1177.

Freedman A, Afonja O, Chang MW, Mostashari F, Blaser M, Perez-Perez G, Lazarus H, Schacht R, Guttenberg J, Traister M, Borkowsky W. 2002. Cutaneous anthrax associated with microangiopathic hemolytic anemia and coagulopathy in a 7-month-old infant. *JAMA* 287(7):869–874.

Friedlander AM. 2000. Anthrax: clinical features, pathogenesis, and potential biological warfare threat. *Current Clinical Topics in Infectious Diseases* 20:335–349.

Gallagher TC, Strober BE. 2001. Cutaneous *Bacillus anthracis* infection. *New England Journal of Medicine* 345(22):1646–1647.

Gunzenhauser JD, Cook JE, Parker ME, Wright I. 2001. Acute side effects of anthrax vaccine in ROTC cadets participating in advanced camp, Fort Lewis, 2000. *MSMR (Medical Surveillance Monthly Report)* 7(5):4–14.

Henderson DA. 1999. The looming threat of bioterrorism. *Science* 283(5406):1279–1282.

Inglesby TV, Henderson DA, Bartlett JG, Ascher MS, Eitzen E, Friedlander AM, Hauer J, McDade J, Osterholm MT, O'Toole T, Parker G, Perl TM, Russell PK, Tonat K. 1999. Anthrax as a biological weapon: medical and public health management. *JAMA* 281(18):1735–1745.

IOM (Institute of Medicine). 1991. Howson CP, Howe CJ, Fineberg HV, eds. *Adverse Effects of Pertussis and Rubella Vaccines*. Washington, D.C.: National Academy Press.

IOM. 1994. Stratton KE, Howe CJ, Johnston RB, eds. *Adverse Events Associated with Childhood Vaccines: Evidence Bearing on Causality*. Washington, D.C.: National Academy Press.

IOM. 2000a. *An Assessment of the Safety of the Anthrax Vaccine: A Letter Report*. Washington, D.C.: National Academy Press.

IOM. Fulco CE, Liverman CT, Sox HC, eds. 2000b. *Gulf War and Health*. Washington, D.C.: National Academy Press.

Jernigan JA, Stephens DS, Ashford DA, Omenaca C, Topiel MS, Galbraith M, Tapper M, Fisk TL, Zaki S, Popovic T, Meyer RF, Quinn CP, Harper SA, Fridkin SK, Sejvar JJ, Shepard CW, McConnell M, Guarner J, Shieh WJ, Malecki JM, Gerberding JL, Hughes JM, Perkins BA. 2001. Bioterrorism-related inhalational anthrax: the first 10 cases reported in the United States. *Emerging Infectious Diseases* 7(6):933–944.

Marshall E. 2000. Bioterrorism. DOD retreats on plan for anthrax vaccine. *Science* 289(5478):382–383.

Mazzuchi JF, Claypool RG, Hyams KC, Trump D, Riddle J, Patterson RE, Bailey S. 2000. Protecting the health of U.S. military forces: a national obligation. *Aviation, Space, and Environmental Medicine* 71(3):260–265.

Meselson M, Guillemin J, Hugh-Jones M, Langmuir A, Popova I, Shelokov A, Yampolskaya O. 1994. The Sverdlovsk anthrax outbreak of 1979. *Science* 266(5188):1202–1208.

Mina B, Dym JP, Kuepper F, Tso R, Arrastia C, Kaplounova I, Faraj H, Kwapniewski A, Krol CM, Grosser M, Glick J, Fochios S, Remolina A, Vasovic L, Moses J, Robin T, DeVita M, Tapper ML. 2002. Fatal inhalational anthrax with unknown source of exposure in a 61-year-old woman in New York City. *JAMA* 287(7):858–862.

Pellizzari R, Guidi-Rontani C, Vitale G, Mock M, Montecucco C. 1999. Anthrax lethal factor cleaves MKK3 in macrophages and inhibits the LPS/IFN gamma-induced release of NO and TNFalpha. *FEBS Letters* 462(1-2):199–204.

Pittman PR, Gibbs PH, Cannon TL, Friedlander AM. 2001. Anthrax vaccine: short-term safety experience in humans. *Vaccine* 20(5–6):972–978.

Pittman PR, Kim-Ahn G, Pifat DY, Coon K, Gibbs P, Little S, Pace-Templeton J, Myers R, Parker GW, Friedlander AM. 2002. Anthrax vaccine: safety and immunogenicity of a dose-reduction, route comparison study in humans. *Vaccine* 20(9–10):1412–1420.

Plotkin SA, Brachman PS, Utell M, Bumford FH, Atchison MM. 1960. An epidemic of inhalation anthrax, the first in the twentieth century. *American Journal of Medicine* 29:992–1001.

Puziss M, Wright GG. 1963. Studies on immunity in anthrax. X. Gel adsorbed protective antigen for immunization of man. *Journal of Bacteriology* 85:230–236.

Rehme PA, Wiliams R, Grabenstein JD. 2002. Ambulatory medical visits among anthrax vaccinated and unvaccinated personnel after return from Southwest Asia. *Military Medicine* 167:205–210.

Roche KJ, Chang MW, Lazarus H. 2001. Cutaneous anthrax infection. *New England Journal of Medicine* 345(22):1611.

Shlyakhov EN, Rubinstein E. 1994. Human live anthrax vaccine in the former USSR. *Vaccine* 12(8):727–730.

Turnbull PC. 1991. Anthrax vaccines: past, present and future. *Vaccine* 9(8):533–539.

Turnbull PCB. 2000. Current status of immunization against anthrax: old vaccines may be here to stay for a while. *Current Opinion in Infectious Diseases* 13(2):113–120.

Wright GG, Puziss M. 1957. Elaboration of protective antigen of *Bacillus anthracis* under anaerobic conditions. *Nature* 179:916–917.

Wright GG, Hedberg MA, Slein JB. 1954. Studies on immunity in anthrax. III. Elaboration of protective antigen in a chemically-defined, non-protein medium. *Journal of Immunology* 72:263–269.

Wright GG, Puziss M, Neely WB. 1962. Studies on immunity in anthrax. IX. Effect of variations in cultural conditions on elaboration of protective antigen by strains of *Bacillus anthracis*. *Journal of Immunology* 83:515–522.

Zilinskas RA. 1997. Iraq's biological weapons: the past as future? *JAMA* 278(5):418–424.

003375

# 3

# Anthrax Vaccine Efficacy

Evaluating the efficacy of the Anthrax Vaccine Adsorbed (AVA), particularly against inhalational exposure to anthrax, was a crucial part of this committee's charge. The charge specifically calls for evaluation of (1) the efficacy of the anthrax vaccine (AVA) in protecting humans from inhalational anthrax, (2) the efficacy of AVA against all known strains of *Bacillus anthracis*, and (3) the correlation of the effectiveness of the vaccine in animal models to its ability to protect humans. This chapter presents the committee's observations and findings regarding the efficacy of AVA against inhalational anthrax and all known strains. The committee also examines what is known and what must still be established regarding the correlation of immune protection in animal models with immune protection in humans.

The term *efficacy* generally refers to the ability of a product to achieve its desired effect under ideal conditions, such as a controlled clinical trial in which the product is consistently administered as prescribed. The *effectiveness* of a product is its ability to achieve the desired effect under real-world conditions. The charge to the committee uses both terms, and in many situations the terms are used interchangeably, with the context showing whether the effects were observed under laboratory-controlled or real-world conditions. In this report the committee is concerned primarily with evaluating efficacy.

It is important to note that efficacy is relative, not absolute. A variety of factors can play a role in determining the degree of protection from a vaccine, which can include the size of the inoculum of exposure, the strain

56

003376

of the pathogen, and the host response. Even a vaccine considered highly effective may fail to protect some individuals under some circumstances.

## EVALUATING EFFICACY OF AVA FOR INHALATIONAL ANTHRAX

The data used to evaluate the efficacy of AVA come from three sources. Studies with textile mill workers tested the efficacy of AVA and a related vaccine against occupational exposures to anthrax spores. Serological studies with humans tested the ability of AVA to elicit antibodies to protective antigen (PA), an indication of an immune response to the vaccine. Studies with animals tested the efficacy of the vaccine in protecting the animals from inhalational exposure to anthrax spores.

### Human Efficacy Trials

Brachman and colleagues (1962) conducted the only randomized, placebo-controlled trial of the efficacy of a PA-containing anthrax vaccine. Although the safety information that it provides is reported separately in Chapter 6, here the committee describes the information on vaccine efficacy provided in that study. The vaccine studied was not AVA but was an earlier formulation produced from the R1-NP mutant of the Vollum strain of anthrax manufactured by Merck (see Chapter 7 for more details). The study was carried out from January 1955 through March 1959 in four textile mills in the northeastern United States that processed raw, imported goat hair for production into the interlinings of suit coats. The goat hair was typically contaminated with anthrax spores, and workers were exposed during handling of this material. Before receiving the vaccine, the average annual incidence of cutaneous anthrax among workers at these four mills ranged from 0.6 to 1.8 cases per 100 workers.

The worker population eligible for the study included 1,249 men and women with no history of prior anthrax infection. Approximately 47 percent of employees worked in high-risk areas within the mills, and about one-half of the eligible study subjects came from one of the four mills (Mill A). Rates of refusal to participate in the study among the four mills ranged from <1 to 45 percent, and refusals were approximately equally distributed between the placebo and vaccine groups.

Participating workers were randomly allocated by length of employment, age, department, and job to receive either vaccine or placebo. Inoculations of 0.5 milliliters (ml) of either vaccine or placebo (0.1 percent alum) were given; the first three inoculations were administered at 2-week intervals, followed by three injections at 6-month intervals and annual boosters thereafter. Those referred to as "complete" inoculees received at least the

first three injections and subsequent inoculations on schedule (personal communication, S. A. Plotkin, consultant to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, January 29, 2001). Otherwise, the inoculees were referred to as "incomplete." There were 379 complete vaccine recipients and 414 complete placebo recipients. Only data for those designated complete inoculees were included in the calculation of efficacy. Routine visits and environmental sampling were conducted throughout the study to confirm exposure and identify cases of anthrax.

Over the course of the study, 26 cases of anthrax occurred, including an outbreak of 9 cases over a 10-week period at one of the mills (Mill A). Twenty-one of the 26 cases were cutaneous anthrax and 5 were cases of inhalational anthrax, all of which occurred during the outbreak at Mill A. Of the 26 cases, 3 occurred among vaccine recipients (1 complete and 2 incomplete inoculees), 17 occurred among individuals in the placebo group (15 complete and 2 incomplete inoculees), and 6 cases occurred among individuals who were not inoculated with the vaccine or the placebo. None of the cases of inhalational anthrax occurred in persons who had received the vaccine.

The overall effectiveness of the vaccine against anthrax infection generally was 92.5 percent (lower 95 percent confidence interval = 65 percent): 91.4 percent in the high-risk group of workers and 100 percent in the low-risk group of workers. It was not possible to evaluate the efficacy of the vaccine against inhalational anthrax separately because of the small number of cases. (Given the definition of "complete" vaccination in the published paper, one of the cases counted in the incomplete vaccination group should have been included in the complete vaccination group. Doing so would have reduced the reported effectiveness somewhat. It is not possible to calculate the effectiveness after the addition of this case to the complete vaccination group since the necessary information is not provided in the paper.)

As part of another effort, the Centers for Disease Control and Prevention (CDC) collected observational data on the occurrence of anthrax in industrial settings like textile mills between 1962 and 1974 (FDA, 1985). During this period, both the Merck vaccine and AVA, produced by the Michigan Department of Public Health, were used and 27 cases of cutaneous anthrax were identified. No cases occurred in those who had received the full course of immunizations. Three cases occurred in persons who worked in or near mills but who were not mill employees and who were not vaccinated. The remaining 24 cases occurred among mill employees; 3 of these had received one or two doses of the vaccine, and the remaining 21 persons were unvaccinated. Thus, of the 27 cases observed, 2 occurred in persons who had received two doses of vaccine, 1 occurred in a person who

003378

had received one dose of the vaccine, and the other 24 occurred in persons who were completely unvaccinated.

> Finding: The randomized field study carried out by Brachman and colleagues (1962) provides solid evidence indicating the efficacy of a vaccine similar to AVA against *B. anthracis* infection. The subsequent CDC data are supportive. However, the small number of inhalational cases in those studies provides insufficient information to allow a conclusion to be made about the vaccine's efficacy against inhalational infection.

### Human Antibody Response to AVA

Information regarding the ability of AVA to elicit antibodies in human vaccinees is available from five studies.

An indirect hemagglutination assay and an enzyme-linked immunosorbent assay (ELISA) for antibodies to PA were carried out with serum specimens from 190 vaccinees (Johnson-Winegar, 1984). Serum samples were obtained 2 weeks after the third immunization in the vaccination series. By the indirect hemagglutination assay, 83 percent of vaccinees seroconverted (titer of 1:8 or above). Other data indicated that at 2 weeks after an annual booster immunization that follows the six-dose regimen, all 85 vaccinees evaluated had seroconverted.

Two retrospective serological studies evaluating the effect of the dosing interval on the human antibody response (Pittman et al., 2000) served as preliminary studies for the larger prospective study described later (Pittman et al., 2002). Increasing the interval between the first and second doses of vaccine from 2 to 4 weeks resulted in a statistically significant three- to fourfold increase in the geometric mean anti-PA immunoglobulin G (IgG) antibody titer measured several weeks after the administration of the second dose.

Data on the human antibody response to AVA were also provided by a study of volunteers from Ft. Bragg, North Carolina. Pittman and colleagues (Pittman, 2001; Pittman et al., 1997, in press) conducted a study to assess the persistence of antibodies against *B. anthracis* 18 to 24 months after initial vaccination during Operations Desert Shield and Desert Storm and to assess the safety and immunogenicity of a vaccine booster dose. Study participants were recruited from among active-duty personnel at Fort Bragg in 1992 and 1994. The study population consisted of 495 male Desert Shield or Desert Storm veterans who received one to three primary doses of AVA in 1990 or 1991. Serological analyses were performed for a subset of participants (20 participants who had received AVA only and 259 participants who had received both AVA and pentavalent botulinum toxoid)

003379

whose blood had been drawn prior to and 24 to 36 days after receipt of booster doses of vaccine.

Evaluation of anti-PA IgG levels indicated that roughly 2 years after their initial vaccinations, the proportion of volunteers (20 to 50 percent) with detectable anti-*B. anthracis* antibodies was low, and among those with detectable antibodies, persisting antibody levels were low. After receipt of booster doses, all but two volunteers had detectable anti-PA antibody responses. The geometric mean titers (ELISA) in those with detectable antibody responses ranged from roughly 4,500 in those who had received only one initial dose to 10,000 in those who had received three priming doses. Data on reactogenicity are reported in Chapter 6.

A pilot study carried out at the U.S. Army Medical Research Institute of Infectious Diseases examined immune responses to alternative AVA dosing schedules and routes of administration (Pittman et al., 2002). In that study, 173 U.S. military and civilian volunteers (109 men and 64 women) were randomized to one of seven groups, defined on the basis of dosing schedule and route of administration. Three experimental dosing schedules were tested: a single injection on day 0, injections on days 0 and 14, and injections on days 0 and 28. For each experimental dosing schedule, two groups were established: one group was inoculated subcutaneously and the other group was inoculated intramuscularly. A control group was administered AVA by the licensed six-dose schedule and subcutaneous administration.

The anti-PA IgG concentrations measured 2 weeks after the administration of two doses of AVA 4 weeks apart (either intramuscularly or subcutaneously) were comparable to those measured 2 weeks after the administration of three doses (given subcutaneously) 2 weeks apart (the licensed dosing schedule). The distribution of peak anti-PA IgG antibody concentration did not differ among those who received two doses (either intramuscularly or subcutaneously) 4 weeks apart and those who received three doses (subcutaneously) 2 weeks apart. Antibody response rates (>25 micrograms per milliliter [µg/ml]) for these groups were 96 to 100 percent (the reasons for the insensitivity of the ELISA described in that study were unclear to the committee). Similar results were obtained by a toxin neutralization antibody (TNA) assay. A single dose of AVA was not sufficient to elicit peak anti-PA antibody concentrations or seroconversion rates comparable to those achieved by the licensed dosing schedule.

These findings indicate that AVA administered by its licensed dosing schedule as well as by schedules that omit the dose administered at 2 weeks generates substantial antibody responses (at least 25 µg/ml) in 96 to 100 percent of recipients. CDC plans to conduct a larger randomized, controlled, multicenter trial to test the immunogenicity of AVA using a reduced number of doses administered intramuscularly.

The data presented above regarding the antibody responses generated

003380

by AVA in humans will be useful when future studies (passive protection studies, discussed later in this chapter) determine a likely protective level of anti-PA antibody on the basis of the results obtained from animal studies.

## Efficacy Data from Animal Models

### Extrapolation of Results from Animal Studies to Humans

Food and Drug Administration (FDA) regulations spell out the criteria required to prove "effectiveness" (meaning efficacy in the context of this report) through controlled clinical investigations and field trials.[1] However, for potentially lethal exposures such as inhalational exposure to anthrax spores, there is a serious problem in meeting these criteria. Field studies that rely on natural exposure to disease are not feasible as a means of evaluating the efficacy of the anthrax vaccine because inhalational anthrax is very rare, even in areas where anthrax occurs naturally or where it is an occupational hazard. Moreover, the particular concern regarding inhalational anthrax is exposure to anthrax spores processed for use as biological weapons. Controlled trials in which subjects are exposed to potentially lethal agents such as anthrax spores are simply not ethical. They would involve the administration of a potentially lethal substance to healthy human volunteers without a proven treatment that could be used if the vaccine or some other protective agent being tested failed.

Recognizing the need to provide for circumstances in which efficacy studies with humans cannot be ethically conducted, FDA published a proposed rule in October 1999 regarding the use of data from animal studies (FDA, 1999). In it FDA recommended the evidence needed to demonstrate the efficacy of new drugs for use against lethal or permanently disabling toxic substances. Although AVA is already a licensed vaccine, noting FDA's proposed requirements for the approval of such vaccines in the future can be helpful in evaluations of data from animal studies regarding the efficacy of AVA.[2] At the time this report was completed, the proposed rule for using data from animal studies had not yet been finalized. The committee

---

[1] The regulations are described in (a) Review Procedures to Determine that Licensed Biological Products Are Safe, Effective, and Not Misbranded Under Prescribed, Recommended, or Suggested Conditions of Use (21 C.F.R. § 601.25 [2001]) and (b) FDA Action on Applications and Abbreviated Applications: Adequate and Well-Controlled Studies (21 C.F.R. § 314.126 [2001]).

[2] In its proposed rule, FDA proposed that evidence from studies with animals be relied upon when controlled trials with humans cannot ethically be carried out. It would do so, however, only when "there is a reasonably well-understood pathophysiological mechanism of the toxicity of the substance and its prevention or substantial reduction by the product; the

003381

hopes that all parties involved continue to work toward finalization of the rule as quickly as possible.

> Finding: Because additional clinical trials to test the efficacy of AVA in humans are not feasible and challenge trials with volunteers are unethical, by necessity animal models represent the only sources of the supplementary data needed to evaluate AVA's efficacy.

### Choice Among Animal Models of Human Disease

Animal models inevitably have different strengths and weaknesses in representing human disease and immunity. Therefore, different models may be appropriate for different applications. Animal models with pathological and immunological characteristics similar to those of humans could be considered the most appropriate ones for evaluations of vaccine efficacy. This is not to say that other animal models might not be appropriate for certain screening purposes, but it is important to weigh the data obtained with those models accordingly. The sections below review and compare the pathological and immunological features of different animal models in relation to human anthrax disease and immunity.

#### Comparison of Anthrax Pathology in Humans and Animals

As described in Chapter 2, anthrax is a zoonotic disease (a disease in which the same organism infects and causes disease in both humans and animals) caused by *B. anthracis*. *B. anthracis* most commonly infects grazing animals, as *B. anthracis* spores are stable for long periods in soil and grazing animals are the most readily available hosts. Humans can also be infected, however, generally from contact with the products of infected animals such as hides, hair or wool, meat, or by-products. Also, as discussed earlier in this report, the same organism produces diseases with different clinical manifestations (cutaneous, gastrointestinal, or inhalational), depending on the site of exposure and infection.

**Pathology of Inhalational Anthrax in Humans**   As discussed in Chapter 2, inhaled anthrax spores are phagocytosed (taken up) by macrophages and transported from the lungs to the nearby peribronchial and mediastinal

---

effect is independently substantiated in multiple animal species, including species expected to react with a response predictive for humans; the animal study endpoint is clearly related to the desired benefit in humans, generally the enhancement of survival or prevention of major morbidity; and the data or information on the kinetics and pharmacodynamics of the product or other relevant data or information, in animals and humans, allows selection of an effective dose in humans."

003382

lymph nodes (Albrink, 1961; Ross, 1957). The spores germinate in the lymph nodes and produce the three toxin components: PA, edema factor (EF), and lethal factor (LF). The toxins damage the lymph nodes, with subsequent dissemination via the bloodstream to many distant sites.

Information about the characteristic features of inhalational anthrax has primarily been gained from autopsy studies. In 1957, five cases of inhalational anthrax occurred at a goat hair-processing mill in New Hampshire. Four cases were fatal, and three of these were examined by autopsy. Pathology findings in the three cases included hemorrhagic edema in the mediastinum, hemorrhagic lymph nodes, and pleural effusions (leaking of fluid from the lining of the lungs). Two of the three cases demonstrated enlarged spleen, and microscopic hemorrhages and inflammation of the meninges (the lining of the brain; Albrink et al., 1960; Plotkin et al., 1960).

In a 1966 case of human inhalational anthrax, the patient also had a hemorrhagic edematous mediastinum and mediastinal lymph nodes, as well as a pleural effusion. The outer membrane of the brain had microscopic hemorrhages and inflammation (LaForce et al., 1969). In a case of anthrax described in a weaver in 1978, the patient similarly had pleural effusion, hemorrhagic mediastinitis, and leptomeningitis, as well as an enlarged spleen (Suffin et al., 1978).

The 1979 release of anthrax spores from a military facility in the town of Sverdlovsk in the former USSR led to 68 deaths (Guillemin, 1999). Necropsies were performed and tissue samples and microscopic slides were preserved for 42 cases, providing a wealth of additional information demonstrating the pathological changes in human tissue that occur as a result of inhalational exposure to anthrax spores.

The most striking pathological features in the anthrax cases from Sverdlovsk were prominent and consistent lesions of hemorrhagic thoracic lymphadenitis and hemorrhagic mediastinitis (Abramova et al., 1993; Walker, 2001). These consist of bloody, inflamed lymph nodes in the chest and bleeding and inflammation of the tissues in the area between the lungs. In addition, disseminated infection was often noted, with bacteremia, meningitis, and involvement of the submucosa of the gastrointestinal tract, particularly the small intestine, stomach, and colon. Another noteworthy aspect was edema, particularly in the lungs, mediastinum, pleurae (lining of the lung), and brain. The vascular damage that led to the edema was thought to be consistent with the effects of the toxins secreted by *B. anthracis* (Abramova et al., 1993; Walker, 2001).

As noted in Chapter 2, review of the first 10 reported cases of inhalational anthrax resulting from the bioterrorism release of anthrax spores in the autumn of 2001 indicated that all 10 patients had abnormal chest X rays (Jernigan et al., 2001). Abnormalities included infiltrates, pleural effu-

003383

sion, and mediastinal widening. Mediastinal lymphadenopathy was observed in seven patients.

Pathophysiology of Anthrax in Potential Animal Models The pathophysiology of anthrax infections varies in different animal models, making the disease in some species more similar than that in others to the disease in humans. Also, the organism characteristics associated with virulence in various animal species differ.

*Mice and Rats* Mice are considered among the laboratory animals most susceptible to infection with *B. anthracis*. However, inbred mouse strains differ in their susceptibilities to lethal infection with different strains of *B. anthracis*. In contrast to humans, the pathophysiology of anthrax in mice depends upon the encapsulation of the bacillus rather than the toxins (Welkos, 1991). The degree of virulence in the mouse model is correlated with the presence of the polyglutamic acid capsule on the bacillus (Welkos, 1991). In contrast, rats are extremely sensitive to the effects of the toxins but are relatively resistant to infection (Young et al., 1946). Thus, neither mice nor rats are considered good models of human anthrax.

*Guinea Pigs* Guinea pigs are also highly sensitive to anthrax and have been used for many years to study the pathogenesis of *B. anthracis* infection (Ross, 1957). The pathological changes observed in guinea pigs after inhalational exposure to *B. anthracis* are characterized by widespread edema and hemorrhage, particularly in the spleen, lungs, and lymph nodes. As seen in other animal models, the cellular inflammatory response observed after inhalational exposure is limited, consistent with a fulminating septicemia rather than a primary pulmonary infection (Albrink and Goodlow, 1959; Ross, 1957).

*Rabbits* In rabbits the effects observed from inhalational infection with *B. anthracis* are similar to those seen in humans and rhesus monkeys. Substantial pathological lesions are consistently observed in the spleen, lymph nodes, lungs, gastrointestinal tract, and adrenal glands (Zaucha et al., 1998). Inflammation, hemorrhage, and edema are frequently observed in the mediastinum and the intrathoracic lymph nodes. Hemorrhage and edema are sometimes found in the meninges of the brain, but with less inflammation than that seen in humans and rhesus monkeys (Zaucha, 2001). Other differences between rabbits and humans or rhesus monkeys include milder mediastinal lesions and a lower incidence of lung lesions. The weaker inflammatory response in rabbits may be the result of the shorter observed survival time, limiting development of leukocytic infiltration (Zaucha et al.,

1998). Primary pneumonic foci were not observed in rabbits, although they have been observed in humans, perhaps as the result of preexisting pulmonary disease.

### Nonhuman Primates

*Chimpanzees.* At least one paper describes the effects of experimentally induced inhalational anthrax in chimpanzees (Albrink and Goodlow, 1959). Two of the four test animals in that study survived, despite evident bacteremia. They were later rechallenged with anthrax spore aerosols (only one animal survived rechallenge with a larger dose). The pathological changes resembled those observed in guinea pigs, mice, and monkeys, with widespread edema and hemorrhage, particularly in the spleen, lungs, and lymph nodes. Death appeared to result from fulminating sepsis rather than a primary pulmonary infection.

*Rhesus monkeys.* Most information about the pathology of inhalational anthrax in nonhuman primates is gleaned from studies carried out with rhesus monkeys (*Macaca mulatta*; also called macaques). The pathophysiology of anthrax in rhesus monkeys is similar to that in humans. Several studies have reported on the gross pathological changes observed in rhesus monkeys exposed to inhaled aerosolized anthrax spores (Berdjis et al., 1962; Fritz et al., 1995; Gleiser et al., 1963). Berdjis and colleagues (1962) described their findings from serial postmortem observation of young *M. mulatta* monkeys exposed to low and high doses of inhaled spores. They observed edema, hemorrhage, necrosis, and inflammatory infiltrates in the lungs, lymph nodes, spleen, and liver. Two autopsy studies of animals that died from inhalational exposure to anthrax (Fritz et al., 1995; Gleiser et al., 1963) had somewhat different findings. Both reported edema, hemorrhage, and necrosis of the lymph nodes in the monkeys; but in the first study (Gleiser et al., 1963), the affected lymph nodes were predominantly intrathoracic (hilar, mediastinal, and tracheobronchial), whereas in the more recent study (Fritz et al., 1995) the mesenteric lymph nodes were more commonly involved. Enlargement of the spleen was common in the study by Gleiser and colleagues but not in the study by Fritz and colleagues. Hemorrhagic meningitis was observed in a third of the animals in the study by Gleiser and colleagues and in half of the animals in the study by Fritz and colleagues. In addition, Dalldorf and colleagues (1971) described similar pathological effects of inhalational anthrax on cynomolgus monkeys (*Macaca fascicularis*), another type of macaque. Dalldorf and colleagues observed involvement of the mediastinal lymph nodes in all infected subjects, which led to edema and hemorrhage and which was accompanied by bacteremia.

### Conclusion

From what is known and from the information described above, it appears that the pathology of anthrax in nonhuman primates such as macaques best mimics that seen in humans after inhalational exposure to *B. anthracis*. However, nonhuman primates are available in only limited numbers and are very costly to study. Although guinea pigs and, to some extent, rabbits are more susceptible to the disease than monkeys and humans, they are much more readily available and therefore may be helpful for use in the screening of various interventions.

### Efficacy of AVA Against Anthrax in Animal Models

### Mice

It is difficult to immunize mice against anthrax. Different strains of mice differ dramatically in their susceptibilities to different *B. anthracis* strains and in the protection from challenge afforded by AVA and other anthrax vaccines (Welkos and Friedlander, 1988). In fact, the bacterial capsule rather than the toxin appears to be the primary virulence factor for mice, so that vaccines such as AVA based on the PA aspect of anthrax toxins (LF or EF) are of reduced efficacy (Welkos, 1991; Welkos et al., 1993). Only when PA was combined with a potent adjuvant was protection conferred (Welkos et al., 1990). Protection against strains fully virulent in the mouse may involve mechanisms in addition to humoral immunity (Welkos and Friedlander, 1988).

### Hamsters

Few data describing the efficacy of AVA in hamsters are available. However, Fellows and colleagues (2002) have demonstrated that AVA failed to protect Golden Syrian hamsters against parenteral challenge with virulent *B. anthracis* spores.

### Guinea Pigs

Guinea pigs have been used extensively in anthrax vaccine development and serve as the standard test system for evaluations of anthrax vaccine potency. In the potency test, guinea pigs are immunized parenterally and are challenged with 1,000 spores of the Vollum strain administered subcutaneously (FDA, 1973).

However, guinea pigs are difficult to protect by immunization with

003385

human anthrax vaccines. The guinea pig is considered susceptible to spore infection but relatively resistant to anthrax toxins (Lincoln et al., 1967). Several studies in which guinea pigs were administered anthrax spores intramuscularly have indicated that the anti-PA antibodies stimulated by AVA are not sufficient to protect guinea pigs from intramuscular challenge with all strains of *B. anthracis* (Fellows et al., 2001; Ivins et al., 1994; Little and Knudson, 1986; Turnbull et al., 1986). An intramuscular challenge of guinea pigs with 10,000 spores of 33 different strains of *B. anthracis* showed that AVA provided only limited or minimal protection against most of the strains (Fellows et al., 2001). Similarly, guinea pigs challenged with anthrax spore aerosols were not well protected (survival rate, 20 to 26 percent) by AVA (Ivins et al., 1995). In contrast, guinea pigs were protected from several challenge strains when they were given live vaccines, although these vaccines often induced lower titers of antibodies to PA than cell-free preparations did (Little and Knudson, 1986; Turnbull et al., 1986). These data suggest that antigens in addition to PA or antibodies to PA epitopes other than those elicited by exposure to the human vaccines play a role in guinea pig immunity.

Aluminum hydroxide (used in AVA) appears to drive the helper T cell 2 humoral response with little or no enhancement of the helper T cell 1 cellular response. When guinea pigs were administered PA vaccines in conjunction with certain adjuvants known to enhance the helper T cell 1-mediated immune response as well as the humoral immune response, the animals were substantially protected (up to 100 percent) from an intramuscular challenge (Ivins et al., 1992) and an aerosol challenge (Ivins et al., 1995) with spores of the Ames strain. Augmentation of protection by addition of adjuvants was also seen with the PA vaccine produced in the United Kingdom (Jones et al., 1996; Turnbull et al., 1988). These findings suggest that the relevant epitopes for induction of a protective immune response in the guinea pig are present in AVA but that the vaccine may not stimulate the full complement of immune mechanisms needed for protection in this animal model (Ivins et al., 1994; Turnbull et al., 1988).

## Rabbits

Studies of immunization of rabbits with AVA have recently shown that rabbits may show promise for use in the development of a correlate of protection from aerosol challenge with anthrax spores. Rabbits were given two doses of various dilutions of AVA and were then challenged with a lethal dose (roughly $1 \times 10^7$ spores, or 100 times the amount expected to kill half of the animals) of spores of the Ames strain of *B. anthracis*. Survival was correlated with the levels of anti-PA IgG and with TNA at the time of the peak antibody response and at the time of challenge (Pitt, 2001;

003386

Pitt et al., 1999, 2001). These results were confirmed with a second lot of AVA (Pitt, 2001; Pitt et al., 2001). Pitt and colleagues (2001) also found that two human doses of AVA (0.5 ml) from three different lots of the vaccine provided rabbits with substantial protection (survival rates of 90 to 100 percent) from both subcutaneous and aerosol exposures to the Ames strain. In another study, AVA was found to completely protect rabbits from four of six anthrax isolates[3] of diverse geographical origin found to be highly virulent in guinea pigs and protected 90 percent of the animals from the other two isolates (Fellows et al., 2001).

*Nonhuman Primates (Macaques)*

Several studies have evaluated the efficacy of AVA against aerosol challenge with anthrax spores in rhesus monkeys. In one study, all monkeys given two 0.5-ml doses (the same dose licensed for use in humans) of AVA intramuscularly survived challenge with spores of the Ames strain (roughly $1 \times 10^7$ to $4 \times 10^7$ spores, or 255 to 760 times the amount expected to kill half of the animals, respectively) at 8 or 38 weeks after vaccination, whereas 88 percent survived challenge after 100 weeks (Ivins et al., 1996). In another study, all 10 monkeys that received two 0.5-ml doses of AVA intramuscularly survived challenge with a lethal dose of spores of the Ames strain (899 times the amount expected to kill half of the animals) 3 months after immunization (Pitt et al., 1996). In a third study, a single 0.5-ml intramuscular dose of AVA protected all 10 monkeys from aerosol challenge with spores of the Ames strain (approximately $5 \times 10^6$ spores, or 93 times the amount expected to kill half of the animals) at 6 weeks. Two of the animals (20 percent) demonstrated transient bacteremia for 1 day (Ivins et al., 1998). A study challenging 10 monkeys each with large doses (400-1,000 times the amount expected to kill half of the animals) of two isolates virulent in guinea pigs and rabbits found AVA to provide complete protection from one isolate and 80 percent protection from the other (Fellows et al., 2001).

**Conclusions on the Efficacy of AVA Against Anthrax in Animal Models**

From what is known and described above about the immune protection against infection with *B. anthracis* offered by AVA in humans and animals, it appears that AVA is effective in protecting both macaques and rabbits

---

[3]An isolate is a living bacterium now in culture that has been isolated from a specific patient or other source. Other than its source, no other information may be available. A number of isolates may belong to a single strain.

003387

from inhalational exposure to the strains of anthrax tested. It affords incomplete protection in mice and guinea pigs.

As described earlier, the pathophysiology of anthrax in nonhuman primates most resembles that in humans. Among the smaller and more available laboratory animals, rabbits most closely resemble nonhuman primates in terms of the pathology of anthrax and their response to the anthrax vaccine. The guinea pig does not appear to be a good model because its response to the vaccine differs from that of the nonhuman primate. Although monkeys are consistently protected from anthrax challenge by a vaccine containing PA and alum, the protection of guinea pigs varies with the anthrax strain. For certain strains, protection in guinea pigs is enhanced by particular adjuvants known to stimulate cell-mediated immunity, although such adjuvants do not appear to be necessary for the protection of primates.

> Finding: The macaque and the rabbit are adequate animal models for evaluation of the efficacy of AVA for the prevention of inhalational anthrax.

## EFFICACY OF AVA AGAINST ALL KNOWN
## *B. ANTHRACIS* STRAINS

A variety of different *B. anthracis* strains are found in nature worldwide (Fellows et al., 2001; Keim et al., 2000), and the tissue samples analyzed from victims of the Sverdlovsk outbreak in 1979 that resulted from the release of spores from the Soviet biological weapons facility indicated the presence of several strains of *B. anthracis* (Grinberg et al., 2001; Jackson et al., 1998). It is important to establish whether AVA can afford protection against the full range of naturally occurring and engineered *B. anthracis* strains. This section reviews the evidence on the efficacy of AVA against all known anthrax strains.

Auerbach and Wright (1955) showed that rabbits immunized with protective antigen precipitated with alum from the R1-NP mutant of the Vollum strain of *B. anthracis* were protected against subcutaneous injections with 33 different virulent strains of *B. anthracis*. They similarly evaluated guinea pigs using 10 different challenge strains. The guinea pigs were protected from most strains, although they were partially susceptible to three of them.

Little and Knudson (1986) also showed that guinea pigs immunized with AVA are protected from many (18 out of 27), although not all, strains. Better protection was afforded by the live Sterne vaccine. (Live vaccines are not considered sufficiently safe for human use in the United States.) Turnbull and colleagues (1986) similarly found better protection from live spore vaccines but found AVA to provide very little (17 percent) protection against

003388

three strains other than Vollum. Ivins and colleagues (1994) confirmed that the level of protection afforded by AVA in guinea pigs differs depending on the challenge strain, although, in contrast to Turnbull's findings, in the majority of cases they found that protection was afforded against even the more vaccine-resistant strains. Fellows and colleagues (2001) also showed that the level of protection afforded by AVA in guinea pigs varied according to the *B. anthracis* isolate. Survival rates after intramuscular challenge with the spores of 33 geographically diverse *B. anthracis* isolates ranged from 6 to 100 percent.

The same study, however, established convincingly the efficacy of AVA in protecting macaques and rabbits from aerosol challenge with the spores of several virulent *B. anthracis* isolates shown to be lethal in AVA-immunized guinea pigs. Since macaques and rabbits appear to be the best available animal models of inhalational anthrax in humans, as discussed earlier in this chapter, the efficacy of AVA in protecting these species from aerosol challenge with a variety of virulent isolates is noteworthy. However, the relative virulence of strains does not necessarily correlate across species. Nonetheless, no AVA-resistant isolates have been demonstrated in nonhuman primates.

Observational data from human studies also support the efficacy of AVA against a variety of strains. The participants in the previously described study by Brachman and colleagues (1962), in which the Merck vaccine was effective against *B. anthracis* infection, were exposed to animal products from diverse geographical locations that had presumably been contaminated with multiple strains of *B. anthracis*. Similarly, the vaccinated participants in the CDC observational study were also at risk for exposure to a broad spectrum of *B. anthracis* strains. In neither instance, however, were the exposure strains evaluated.

A 1997 study published by Pomerantsev and colleagues proposed that novel strains of anthrax might be bioengineered to evade protection from current anthrax vaccines. However, the committee found serious flaws in the study. For example, the investigators provided no information regarding the levels of anti-PA antibody achieved following immunization. Hamsters were used as the challenge model, but little is known about them as an animal model. In addition, the engineered strains of *B. anthracis* used were poorly characterized genetically (i.e., it is not known how many copies of the cereolysin gene were inserted, where they were located in the genome, and whether polar effects were possible), which makes it difficult to interpret the results of the study. Recent news reports describe efforts of U.S. scientists to obtain samples of the strain described by Pomerantsev and colleagues (1997) and possible plans on the part of U.S. scientists to engineer a similar strain (Loeb, 2001). These efforts reflect concerns that AVA

003389

could be defeated by such engineered strains. For the reasons elaborated below, the committee believes that AVA should be effective against natural and plausible engineered strains of *B. anthracis*.

AVA is primarily a PA-based vaccine. The efficacy of AVA against a broad spectrum of *B. anthracis* strains is consistent with the critical role of PA in the pathogenesis of anthrax (Bhatnagar and Batra, 2001; Cataldi et al., 1990; Smith and Keppie, 1954). As described in Chapter 2, PA is necessary for the anthrax toxins to enter cells and cause damage. As shown in Figure 2-4, PA binds to a special cellular receptor and is activated to form heptamers at the cell surface. The heptamers bind to toxin proteins (EF and LF), and the resulting complexes are brought into an acidic compartment in the cell. In this acidic environment the PA heptamer inserts into the membrane and mediates the translocation of EF and LF into the cytosol, where the toxins do their damage. Therefore, for the anthrax toxins to create injury in the body, PA must be competent to carry out multiple complicated tasks: it must bind to its receptor, form a heptamer, and bring EF and LF into the cell. However, there is evidence that the ability of PA to perform these complex tasks is not robust. The quaternary structure of PA (see Petosa et al. [1997] for the crystallographic structure) is complex, requiring assembly of a heptamer, as noted above. Sellman and colleagues (2001; see also Mogridge et al. [2001]) have shown that the presence of even a few mutant subunits within a heptamer deactivates the ability of the heptamer to function. A deactivated heptamer likely would not be able to deliver EF and LF to the cytosol. The committee considers it highly unlikely that a mutant PA could be constructed at this time that would retain its function in these multiple steps yet escape protective antibodies directed against the wild-type PA, such as those generated by AVA.

Further evidence that it is difficult for changed versions of PA to function is found in the degree to which it has been conserved in nature. Recent research has established that the *B. anthracis* genome is highly conserved among strains isolated across a wide geographical area (Jackson, 2001; Keim et al., 1997). Furthermore, data presented at the 2001 International Anthrax Meeting show that PA is also very highly conserved (Jackson, 2001; Price et al., 1999). Because PA is critical to virulence and because its structure is so highly conserved, it appears likely that changing its structure would alter and thus eliminate its toxic action.

> Finding: It is unlikely that either naturally occurring or anthrax strains with bioengineered protective antigen could both evade AVA and cause the toxicity associated with anthrax.

## CORRELATION OF PROTECTION:
## ANIMAL MODELS AND HUMAN IMMUNITY

### Establishing Animal Model Correlates of Anthrax Vaccine Efficacy

Reuveny and colleagues (2001) recently published findings from studies with guinea pigs evaluating anti-PA antibody and TNA as correlates of protection from *B. anthracis*. Guinea pigs were immunized with single injections of various dilutions of PA vaccine or with PA vaccine inactivated to various extents by heat and were then challenged with an intradermal injection of Vollum strain *B. anthracis* spores. An additional study used passive immunization of the guinea pigs with various amounts of hyperimmune sera before challenge. The investigators reported associations between percent survival of the guinea pigs and both anti-PA IgG antibody titers and TNA titers. However, the TNA titers appeared to be a better correlate of protection in this model system, whereas the anti-PA IgG antibody titers determined by ELISA had a limited value in predicting protective immunity. The passive transfer studies showed similar results, and the fact that hyperimmune sera could protect the animals indicates that a humoral response alone may be sufficient to confer protection.

It must be noted that immunity to *B. anthracis* is complex. While anti-PA antibodies have been shown to be necessary and sufficient for protection in the studies reviewed below, other studies, while confirming the central role of anti-PA antibodies, suggest that other antigens may also contribute to the ability to confer protection from the disease in some animal models (Brossier et al., 2002; Cohen et al., 2000; Pezard et al., 1995). Indeed several studies indicate difficulty in establishing a direct correlation between PA-specific antibody titers and protection (Ivins et al., 1990, 1995; Turnbull, 1991; Turnbull et al., 1986, 1988) whereas others have succeeded (see Reuveny et al. [2001] discussed above and Barnard and Friedlander [1999] discussed below).

Efficacy studies have indicated that PA must be present in a cell-free anthrax vaccine or produced by a live vaccine to achieve protection (Ivins et al., 1986, 1992, 1998). Little and colleagues (1997) showed by passive transfer between guinea pigs that the serum of animals immunized against PA was protective for naïve recipients (but that anti-EF and anti-LF antibodies were not). McBride and colleagues (1998) showed that recombinant PA administered with an appropriate adjuvant would protect guinea pigs from aerosol challenge. Barnard and Friedlander (1999) demonstrated that the protective efficacy of recombinant PA vaccines correlated with the anti-PA antibody titers they elicited in vivo and the level of PA they produced in vitro. Beedham and colleagues (2001) showed that several susceptible strains of mice could be protected from challenge by immunization with recombi-

003391

nant PA with adjuvant. Furthermore, their study indicated that protection resulted from circulating antibody, as passively transferred lymphocytes were not protective.

As described earlier, Pitt and colleagues (2001) reported serological correlates of immunity against inhalational anthrax in rabbits. The animals were immunized with AVA, and the levels of antibody to PA and TNA associated with protection were quantified. The levels of either antibody at 6 and 10 weeks after immunization proved to be predictive of survival.

Efforts have been made to evaluate the relationship between levels of anti-PA antibody and protection from *B. anthracis* challenge in nonhuman primates. A study by Ivins and colleagues (1998) indicated that rhesus monkeys have a strong immune response to PA, as evidenced by high titers of antibody to PA and high TNA titers. A single dose of AVA protected the monkeys from aerosol challenge with anthrax spores (roughly $5 \times 10^6$ spores). The high level of protection provided made it difficult to correlate anti-PA IgG antibody titers or other measures with levels of protection. Fellows and colleagues (2001) showed that rhesus monkeys had strong anti-PA antibody responses to two doses of 0.5 ml of AVA and were protected (80 to 100 percent survival) from aerosol challenge with spores from two virulent isolates.

> Finding: The available data indicate that immunity to anthrax is associated with the presence of antibody to protective antigen.

The information reviewed by the committee shows that humans and certain laboratory animals both manifest the same disease after infection with *B. anthracis* and that both are protected by immunization with AVA, which elicits the production of antibodies to PA. This information establishes a *qualitative* correlation between antibodies to PA and protection in animal models and in humans. To move forward with research on the current anthrax vaccine or any new vaccines, however, a *quantitative* correlation of the protective levels of antibodies in animals with the antibody titers obtained after full immunization in humans is needed. Those correlates in animal models can then be used to test new vaccines for efficacy with confidence that the data from animal studies will be predictive of the clinical results obtained with immunized humans.

Correlating the protective level of antibody can, in principle, be accomplished either by active immunization or by passive immunization. In the first instance, animals would be vaccinated with various doses of vaccine and their antibody levels would be measured. They would then be challenged to determine the level of circulating antibody at which protection would no longer be reliable.

For passive immunization studies, it is necessary to immunize animals of the model species, collect the serum of the immunized animals, and

administer different concentrations of that antibody-containing serum to naïve animal hosts. The latter procedure provides passive immunity to the hosts. The hosts must then be challenged with aerosolized *B. anthracis* spores to determine which animals survive during the period of observation and hence what concentration of antibody must be present to protect the host. The period of observation of the animals will need to be limited (on the order of 2 weeks after challenge), in keeping with the half-life of immunoglobulin. It would be useful to determine a correlation between the inoculum size (the number of spores) and the antibody level associated with protection. An inoculum size sufficient to simulate or exceed the quantity of spores likely to be encountered during exposure must be established.

After the intraspecies passive transfer assay in animal models, the next step extends to the human vaccinee. Here, appropriate laboratory animals would receive different concentrations of antibody-containing serum from humans vaccinated with anthrax vaccine. Again, the passively immunized animals would be challenged with aerosolized spores of an appropriate inoculum size to determine the extent of survival.

In the case of immunity to anthrax, the concentration of antibody to PA is of particular interest because PA is necessary for the virulence of the different strains in both humans and animal models. A similar strategy might be applied by using toxin neutralization. The TNA assay is a functional test that evaluates the amount of antibody needed to inactivate the lethal *B. anthracis* toxin complex of LF and PA (together, lethal toxin). The ability of test serum samples to neutralize lethal toxin in vitro is compared with that of a standard serum sample by using cytotoxicity as the endpoint of the assay (Pittman et al., 2002). Antibodies to either protein might be expected to neutralize cytotoxicity, but the assay is principally used to quantify antibody to PA.

Once quantitative correlates (the amount of antibody or toxin neutralization activity necessary for full protection from *B. anthracis* challenge) are established, a new vaccine could be administered to naïve animals over a range of concentrations to determine the dose required to obtain a level of antibody known to be protective. Finally, the investigational product could be administered to healthy human volunteers to determine its ability to stimulate production of comparable quantities of antibody and thereby choose the appropriate dose regimen required for protection. Furthermore, the resulting human antibody would be collected and the serum would be administered to additional naïve laboratory animals to confirm transferable passive immunity by showing that the antibodies produced would protect the host animal.

The data from studies with animals already developed suggest that serological correlates of human immunity can be developed in appropriate

animal models. The committee commends this work and encourages its further development.

Recommendation: Additional passive protection studies with rabbits and monkeys, including the transfer of animal and human sera, are urgently needed to quantify the protective levels of antibody in vivo against different challenge doses of anthrax spores.

Recommendation: Additional active protection studies should be conducted or supported to develop data that describe the relationship between immunity and both specific and functional quantitative antibody levels, including studies of

- the relationship between the vaccine dose and the resulting level of antibody in the blood of test animals that protects the animals from challenge;
- the relationship between the level of antibody that protects animals from challenge and the level of antibody present in humans vaccinated by the regimen currently recommended for the licensed product; and
- the vaccine dose that results in a level of antibody in the blood of human volunteers similar to that in the blood of protected animals.

Measurements of anti-PA antibody titers will be crucial to the success of the research described above. Progress will be hampered if assay results are not comparable across laboratories.

Recommendation: The Department of Defense should support efforts to standardize an assay for quantitation of antibody levels that can be used across laboratories carrying out research on anthrax vaccines.

## POSTEXPOSURE USE OF ANTHRAX VACCINE

Evidence that postal workers and congressional staff were exposed to aerosolized anthrax spores from anthrax-laden letters sent through the U.S. mail in the autumn of 2001 resulted in questions about the efficacy of AVA in protecting people from infection when the vaccine is administered after exposure to anthrax spores. No data from studies with humans are available to evaluate the efficacy of AVA in these circumstances. However, two papers provide information from studies with rhesus monkeys.

Henderson and colleagues (1956) carried out studies in which penicillin, immune serum, and a PA-based vaccine (a predecessor of AVA) were administered after animals had been exposed to aerosolized anthrax spores. Their findings suggested that postexposure vaccination together with penicillin successfully protected animals after challenge with roughly $7.5 \times 10^5$

003394

spores (15 times the amount expected to kill half of the animals), whereas penicillin given alone for 5 or 10 days did not. Postexposure vaccination alone was not evaluated. The investigators estimated that 15 to 50 percent of the spores were still in the lungs of the animals 42 days after exposure and that traces of the spores remained even 100 days after exposure.

Friedlander and colleagues (1993) carried out similar studies with penicillin, ciprofloxacin, doxycycline, and AVA. Rhesus monkeys were exposed by inhalation to an initial challenge of roughly $4 \times 10^5$ spores. Animals given vaccine alone were not protected. Animals given antibiotics for 30 days were well protected during the time of treatment, but after antibiotics were discontinued in the group receiving antibiotics alone, 10 to 30 percent of the animals succumbed to anthrax. None of the animals treated with doxycycline for 30 days plus vaccination died of anthrax. The surviving animals treated with antibiotics alone did not have evidence of an antibody response to PA, whereas vaccinated animals made antibodies.

The survivors from the first experiment were rechallenged with roughly $3 \times 10^6$ spores (about 50 times the amount expected to kill half of the animals). Only those that had been vaccinated were significantly protected.

Administration of antibiotics for 30 days after exposure to aerosolized spores provided protection (70 to 90 percent survival) after antibiotics were discontinued. However, the data also indicated that spores can persist for long periods (up to 58 days in one animal). The protection offered by use of the combination of vaccination and antibiotics was complete but was not statistically different from that offered by the use of antibiotics only.

Taken together, these limited data suggest that the use of vaccine in combination with an appropriate antibiotic for 30 days could provide excellent postexposure protection against inhalational anthrax. Although the additional benefit from receiving the vaccine after a prolonged period of antibiotic use is not proven, reliance on the vaccine alone after exposure is clearly insufficient, as some protection is needed during the time required for an immune response to develop. Additional studies on the postexposure use of AVA with antibiotics are needed.

> Recommendation: The Department of Defense should pursue or support additional research with laboratory animals on the efficacy of AVA in combination with antibiotics administered following inhalational exposure to anthrax spores. Studies should focus on establishment of an appropriate duration for antibiotic prophylaxis after vaccine administration.

## CONCLUSIONS REGARDING EFFICACY

A vaccine similar to the licensed vaccine, AVA, was shown to be effective against cutaneous anthrax in humans in the field trial supporting the

original application for licensure of AVA (Brachman et al., 1962). Although that study had too few cases to evaluate the vaccine's efficacy for the prevention of inhalational disease, the five inhalational cases observed occurred only among nonvaccinated or placebo recipients, whereas none occurred among vaccinated workers. Data from CDC on cases reported between 1962 and 1974 also indicated that the vaccine offered protection against the cutaneous form of the disease (FDA, 1985). Furthermore, laboratory experiments indicate that AVA provides effective protection against inhalational challenge in rabbits and macaques, the animal models in which the disease is most reflective of the disease in humans (Fellows et al., 2001; Ivins et al., 1996, 1998; Pitt et al., 2001).

Again, such efficacy is relative. When macaques were exposed experimentally to doses of up to about 900 times the amount expected to kill half of the animals, 88 to 100 percent of the animals were protected, as described earlier. This can be considered very effective protection. However, simulation studies conducted by Canadian researchers suggest that a person opening a letter filled with anthrax spores and standing over it for 10 minutes could inhale up to 3,000 times, and perhaps as much as 9,000 times, the amount of spores expected to kill half of a group of exposed people (Brown, 2001, 2002). Exposures to anthrax spores released in public places or in most military encounters might be expected to be lower. Without experimental data from extremely high challenge doses, it is difficult to anticipate the potential limits of the vaccine's efficacy. For this reason the committee has recommended studies of vaccine protection as a function of challenge dose.

Because PA is critical to the virulence of *B. anthracis* and because PA's structure is so highly conserved, it appears likely that changing its structure would alter and thus eliminate its toxic action. Thus, it is unlikely that either naturally occurring anthrax strains or strains with bioengineered PA could both evade AVA and cause the toxicity associated with anthrax. Data from studies with animals suggest that AVA will offer protection against strains with PA-based toxicity. Finally, the available data indicate that immunity to anthrax is associated with the presence of antibodies to PA, such as those stimulated by the anthrax vaccine.

Finding: The committee finds that the available evidence from studies with humans and animals, coupled with reasonable assumptions of analogy, shows that AVA as licensed is an effective vaccine for the protection of humans against anthrax, including inhalational anthrax, caused by any known or plausible engineered strains of *B. anthracis*.

## REFERENCES

Abramova FA, Grinberg LM, Yampolskaya OV, Walker DH. 1993. Pathology of inhalational anthrax in 42 cases from the Sverdlovsk outbreak of 1979. *Proceedings of the National Academy of Sciences USA* 90(6):2291–2294.

Albrink WS. 1961. Pathogenesis of inhalation anthrax. *Bacteriological Reviews* 25:268–273.

Albrink WS, Goodlow RJ. 1959. Experimental inhalation anthrax in the chimpanzee. *American Journal of Pathology* 35(5):1055–1065.

Albrink WS, Brooks SM, Biron RE, Kopel M. 1960. Human inhalation anthrax: a report of three fatal cases. *American Journal of Pathology* 36(4):457–468.

Auerbach BA, Wright GG. 1955. Studies on immunity in anthrax. VI. Immunizing activity of protective antigen against various strains of *Bacillus anthracis*. *Journal of Immunology* 75:129–133.

Barnard JP, Friedlander AM. 1999. Vaccination against anthrax with attenuated recombinant strains of *Bacillus anthracis* that produce protective antigen. *Infection and Immunity* 67(2):562–567.

Beedham RJ, Turnbull PC, Williamson ED. 2001. Passive transfer of protection against *Bacillus anthracis* infection in a murine model. *Vaccine* 19(31):4409–4416.

Berdjis CC, Gleiser CA, Hartman HA, Kuehne RW, Gochenour WS. 1962. Pathogenesis of respiratory anthrax in *Macaca mulatta*. *British Journal of Experimental Pathology* 43:515–524.

Bhatnagar R, Batra S. 2001. Anthrax toxin. *Critical Reviews in Microbiology* 27(3):167–200.

Brachman PS, Gold H, Plotkin S, Fekety FR, Werrin M, Ingraham NR. 1962. Field evaluation of a human anthrax vaccine. *American Journal of Public Health* 52:632–645.

Brossier F, Levy M, Mock M. 2002. Anthrax spores make an essential contribution to vaccine efficacy. *Infection and Immunity* 70(2):661–664.

Brown D. 2001, December 12. Canadian study shows anthrax's easy spread: one letter could cause many deaths. *Washington Post*. p. A27.

Brown D. 2002, February 11. Agency with most need didn't get anthrax data: CDC unaware of Canadian study before attacks. *Washington Post*. p. A3.

Cataldi A, Labruyere E, Mock M. 1990. Construction and characterization of a protective antigen-deficient *Bacillus anthracis* strain. *Molecular Microbiology* 4(7):1111–1117.

Cohen S, Mendelson I, Altboum Z, Kobiler D, Elhanany E, Bino T, Leitner M, Inbar I, Rosenberg H, Gozes Y, Barak R, Fisher M, Kronman C, Velan B, Shafferman A. 2000. Attenuated nontoxinogenic and nonencapsulated recombinant *Bacillus anthracis* spore vaccines protect against anthrax. *Infection and Immunity* 68(8):4549–4558.

Dalldorf FG, Kaufmann AF, Brachman PS. 1971. Woolsorters' disease. An experimental model. *Archives of Pathology* 92(6):418–426.

FDA (Food and Drug Administration). 1973. Subpart C—Anthrax Vaccine, Adsorbed. *Federal Register* 38(223):32067–32068.

FDA. 1985. Biological products: bacterial vaccines and toxoids: implementation of efficacy review. Proposed rule. *Federal Register* 50(240):51002–51117.

FDA. 1999. New drug and biological drug products; evidence needed to demonstrate efficacy of new drugs for use against lethal or permanently disabling toxic substances when efficacy studies in humans ethically cannot be conducted. *Federal Register* 64(192):53960–53970.

Fellows PF, Linscott MK, Ivins BE, Pitt ML, Rossi CA, Gibbs PH, Friedlander AM. 2001. Efficacy of a human anthrax vaccine in guinea pigs, rabbits, and rhesus macaques against challenge by *Bacillus anthracis* isolates of diverse geographical origin. *Vaccine* 19(23–24):3241–3247.

Fellows PF, Linscott MK, Little SF, Gibbs P, Ivins BE. 2002. Anthrax vaccine efficacy in golden Syrian hamsters. *Vaccine* 20(9–10):1421–1424.

003397

Friedlander AM, Welkos SL, Pitt ML, Ezzell JW, Worsham PL, Rose KJ, Ivins BE, Lowe JR, Howe GB, Mikesell P, Lawrence WB. 1993. Postexposure prophylaxis against experimental inhalation anthrax. *Journal of Infectious Diseases* 167(5):1239–1243.

Fritz DL, Jaax NK, Lawrence WB, Davis KJ, Pitt ML, Ezzell JW, Friedlander AM. 1995. Pathology of experimental inhalation anthrax in the rhesus monkey. *Laboratory Investigation; a Journal of Technical Methods and Pathology* 73(5):691–702.

Gleiser CA, Berdjis CC, Hartman HA, Gochenour WS. 1963. Pathology of experimental respiratory anthrax in *Macaca mulatta*. *British Journal of Experimental Pathology* 44:416–426.

Grinberg LM, Abramova FA, Yampolskaya OV, Walker DH, Smith JH. 2001. Quantitative pathology of inhalational anthrax. I. Quantitative microscopic findings. *Modern Pathology* 14(5):482–495.

Guillemin J. 1999. *Anthrax: the Investigation of a Deadly Outbreak*. Berkeley and Los Angeles, Calif.: University of California Press.

Henderson DW, Peacock S, Belton FC. 1956. Observations on the prophylaxis of experimental pulmonary anthrax in the monkey. *Journal of Hygiene* 54:28–36.

Ivins BE, Ezzell JW Jr, Jemski J, Hedlund KW, Ristroph JD, Leppla SH. 1986. Immunization studies with attenuated strains of *Bacillus anthracis*. *Infection and Immunity* 52(2):454–458.

Ivins BE, Welkos SL, Knudson GB, Little SF. 1990. Immunization against anthrax with aromatic compound-dependent (aro⁻) mutants of *Bacillus anthracis* and with recombinant strains of *Bacillus subtilis* that produce anthrax protective antigen. *Infection and Immunity* 58(2):303–308.

Ivins BE, Welkos SL, Little SF, Crumrine MH, Nelson GO. 1992. Immunization against anthrax with *Bacillus anthracis* protective antigen combined with adjuvants. *Infection and Immunity* 60(2):662–668.

Ivins BE, Fellows PF, Nelson GO. 1994. Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* spore challenge in guinea pigs. *Vaccine* 12(10):872–874.

Ivins B, Fellows P, Pitt L, Estep J, Farchaus J, Friedlander A, Gibbs P. 1995. Experimental anthrax vaccines: efficacy of adjuvants combined with protective antigen against an aerosol *Bacillus anthracis* spore challenge in guinea pigs. *Vaccine* 13(18):1779–1784.

Ivins BE, Fellows PF, Pitt MLM, Estep JE, Welkos SL, Worsham PL, Friedlander AM. 1996. Efficacy of a standard human anthrax vaccine against *Bacillus anthracis* aerosol spore challenge in rhesus monkeys. *Salisbury Medical Bulletin* 87(Suppl):125–126.

Ivins BE, Pitt ML, Fellows PF, Farchaus JW, Benner GE, Waag DM, Little SF, Anderson GW Jr, Gibbs PH, Friedlander AM. 1998. Comparative efficacy of experimental anthrax vaccine candidates against inhalation anthrax in rhesus macaques. *Vaccine* 16(11–12):1141–1148.

Jackson PJ. 2001. Genetic diversity in *B. anthracis*. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting III, Washington, D.C.

Jackson PJ, Hugh-Jones ME, Adair DM, Green G, Hill KK, Kuske CR, Grinberg LM, Abramova FA, Keim P. 1998. PCR analysis of tissue samples from the 1979 Sverdlovsk anthrax victims: the presence of multiple *Bacillus anthracis* strains in different victims. *Proceedings of the National Academy of Sciences USA* 95(3):1224–1229.

Jernigan JA, Stephens DS, Ashford DA, Omenaca C, Topiel MS, Galbraith M, Tapper M, Fisk TL, Zaki S, Popovic T, Meyer RF, Quinn CP, Harper SA, Fridkin SK, Sejvar JJ, Shepard CW, McConnell M, Guarner J, Shieh WJ, Malecki JM, Gerberding JL, Hughes JM, Perkins BA. 2001. Bioterrorism-related inhalational anthrax: the first 10 cases reported in the United States. *Emerging Infectious Diseases* 7(6):933–944.

003398

Johnson-Winegar A. 1984. Comparison of enzyme-linked immunosorbent and indirect he-
    magglutination assays for determining anthrax antibodies. *Journal of Clinical Microbi-
    ology* 20(3):357–361.

Jones MN, Beedham RJ, Turnbull PCB, Fitzgeorge RB, Manchee RJ. 1996. Efficacy of the
    UK human anthrax vaccine in guinea pigs against aerosolised spores of *Bacillus anthracis*.
    *Salisbury Medical Bulletin* 87(Suppl):123–124.

Keim P, Kalif A, Schupp J, Hill K, Travis SE, Richmond K, Adair DM, Hugh-Jones M, Kuske
    CR, Jackson P. 1997. Molecular evolution and diversity in *Bacillus anthracis* as detected
    by amplified fragment length polymorphism markers. *Journal of Bacteriology*
    179(3):818–824.

Keim P, Price LB, Klevytska AM, Smith KL, Schupp JM, Okinaka R, Jackson PJ, Hugh-Jones
    ME. 2000. Multiple-locus variable-number tandem repeat analysis reveals genetic rela-
    tionships within *Bacillus anthracis*. *Journal of Bacteriology* 182(10):2928–2936.

LaForce FM, Bumford FH, Feeley JC, Stokes SL, Snow DB. 1969. Epidemiologic study of a
    fatal case of inhalation anthrax. *Archives of Environmental Health* 18(5):798–805.

Lincoln RE, Walker JS, Klein F, Rosenwald AJ, Jones WI. 1967. Value of field data for
    extrapolation in anthrax. *Federation Proceedings* 26(5):1558–1562.

Little SF, Knudson GB. 1986. Comparative efficacy of *Bacillus anthracis* live spore vaccine
    and protective antigen vaccine against anthrax in the guinea pig. *Infection and Immu-
    nity* 52(2):509–512.

Little SF, Ivins BE, Fellows PF, Friedlander AM. 1997. Passive protection by polyclonal
    antibodies against *Bacillus anthracis* infection in guinea pigs. *Infection and Immunity*
    65(12):5171–5175.

Loeb V. 2001, September 5. U.S. seeks duplicate of Russian anthrax: microbe to be used to
    check vaccine. *Washington Post*. p. A16.

McBride BW, Mogg A, Telfer JL, Lever MS, Miller J, Turnbull PC, Baillie L. 1998. Protective
    efficacy of a recombinant protective antigen against *Bacillus anthracis* challenge and
    assessment of immunological markers. *Vaccine* 16(8):810–817.

Mogridge J, Mourez M, Lacy B, Collier RJ. 2001. Role of protective antigen oligomerization
    in anthrax toxin action. In: *Program and Abstracts of the Fourth Annual Conference on
    Anthrax*. Washington, D.C.: American Society for Microbiology.

Petosa C, Collier RJ, Klimpel KR, Leppla SH, Liddington RC. 1997. Crystal structure of the
    anthrax toxin protective antigen. *Nature* 385(6619):833–838.

Pezard C, Weber M, Sirard JC, Berche P, Mock M. 1995. Protective immunity induced by
    *Bacillus anthracis* toxin-deficient strains. *Infection and Immunity* 63(4):1369–1372.

Pitt MLM. 2001. Animal models for anthrax vaccine efficacy. Presentation to the Institute of
    Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting
    III, Washington, D.C.

Pitt MLM, Ivins BE, Estep JE, Farchaus J, Friedlander AM. 1996. Comparison of the efficacy
    of purified protective antigen and MDPH to protect non-human primates from inhala-
    tion anthrax. *Salisbury Medical Bulletin* 87(Suppl):130.

Pitt ML, Little S, Ivins BE, Fellows P, Boles J, Barth J, Hewetson J, Friedlander AM. 1999. In
    vitro correlate of immunity in an animal model of inhalational anthrax. *Journal of
    Applied Microbiology* 87(2):304.

Pitt ML, Little SF, Ivins BE, Fellows P, Barth J, Hewetson J, Gibbs P, Dertzbaugh M, Fried-
    lander AM. 2001. In vitro correlate of immunity in a rabbit model of inhalational
    anthrax. *Vaccine* 19(32):4768–4773.

Pittman PR. 2001. Anthrax vaccine: the Fort Bragg Booster Study. Presentation to the Insti-
    tute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine,
    Meeting II, Washington, D.C.

003399

Pittman PR, Sjogren MH, Hack D, Franz D, Makuch RS, Arthur JS. 1997. Serologic Response to Anthrax and Botulinum Vaccines. Protocol No. FY92-5, M109, Log No. A-5747. Final report to the Food and Drug Administration. Fort Detrick, Md.: U.S. Army Medical Research Institute of Infectious Diseases.

Pittman PR, Mangiafico JA, Rossi CA, Cannon TL, Gibbs PH, Parker GW, Friedlander AM. 2000. Anthrax vaccine: increasing intervals between the first two doses enhances antibody response in humans. Vaccine 19(2–3):213–216.

Pittman PR, Kim-Ahn G, Pifat DY, Coon K, Gibbs P, Little S, Pace-Templeton J, Myers R, Parker GW, Friedlander AM. 2002. Anthrax vaccine: safety and immunogenicity of a dose-reduction, route comparison study in humans. Vaccine 20(9–10):1412–1420.

Pittman PR, Hack D, Mangiafico J, Gibbs P, McKee KT, Jr, Friedlander AM, Sjogren MH. In press. Antibody response to a delayed booster dose of anthrax vaccine and botulinum toxoid. Vaccine.

Plotkin SA, Brachman PS, Utell M, Bumford FH, Atchison MM. 1960. An epidemic of inhalation anthrax, the first in the twentieth century. American Journal of Medicine 29:992–1001.

Pomerantsev AP, Staritsin NA, Mockov YuV, Marinin LI. 1997. Expression of cereolysine AB genes in Bacillus anthracis vaccine strain ensures protection against experimental hemolytic anthrax infection. Vaccine 15(17–18):1846–1850.

Price LB, Hugh-Jones M, Jackson PJ, Keim P. 1999. Genetic diversity in the protective antigen gene of Bacillus anthracis. Journal of Bacteriology 181(8):2358–2362.

Reuveny S, White MD, Adar YY, Kafri Y, Altboum Z, Gozes Y, Kobiler D, Shafferman A, Velan B. 2001. Search for correlates of protective immunity conferred by anthrax vaccine. Infection and Immunity 69(5):2888–2893.

Ross JM. 1957. The pathogenesis of anthrax following the administration of spores by the respiratory route. Journal of Pathology and Bacteriology 73:485–494.

Sellman BR, Mourez M, Collier RJ. 2001. Dominant-negative mutants of a toxin subunit: an approach to therapy of anthrax. Science 292(5517):695–697.

Smith H, Keppie J. 1954. Observations on experimental anthrax: demonstration of a specific lethal factor produced in vivo by Bacillus anthracis. Nature 173:869.

Suffin SC, Carnes WH, Kaufmann AF. 1978. Inhalation anthrax in a home craftsman. Human Pathology 9(5):594–597.

Turnbull PC. 1991. Anthrax vaccines: past, present and future. Vaccine 9(8):533–539.

Turnbull PC, Broster MG, Carman JA, Manchee RJ, Melling J. 1986. Development of antibodies to protective antigen and lethal factor components of anthrax toxin in humans and guinea pigs and their relevance to protective immunity. Infection and Immunity 52(2):356–363.

Turnbull PC, Leppla SH, Broster MG, Quinn CP, Melling J. 1988. Antibodies to anthrax toxin in humans and guinea pigs and their relevance to protective immunity. Medical Microbiology and Immunology 177(5):293–303.

Walker D. 2001. Quantitative pathology of inhalational anthrax. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting III, Washington, D.C.

Welkos SL. 1991. Plasmid-associated virulence factors of non-toxigenic (pXO1⁻) Bacillus anthracis. Microbial Pathogenesis 10(3):183–198.

Welkos SL, Friedlander AM. 1988. Comparative safety and efficacy against Bacillus anthracis of protective antigen and live vaccines in mice. Microbial Pathogenesis 5(2):127–139.

Welkos S, Becker D, Friedlander A, Trotter R. 1990. Pathogenesis and host resistance to Bacillus anthracis: a mouse model. Salisbury Medical Bulletin 63(Suppl):49–52.

Welkos SL, Vietri NJ, Gibbs PH. 1993. Non-toxigenic derivatives of the Ames strain of Bacillus anthracis are fully virulent for mice: role of plasmid pXO2 and chromosome in strain-dependent virulence. Microbial Pathogenesis 14(5):381–388.

003400

Young GA Jr, Zelle MR, Lincoln RE. 1946. Respiratory pathogenicity of *Bacillus anthracis* spores. I. Methods of study and observations on pathogenesis. *Journal of Infectious Diseases* 79:233–246.

Zaucha GM. 2001. The pathology of experimental inhalational anthrax in rabbits and rhesus monkeys. Presentation to the Institute of Medicine Committee to Assess the Safety and Efficacy of the Anthrax Vaccine, Meeting III, Washington, D.C.

Zaucha GM, Pitt LM, Estep J, Ivins BE, Friedlander AM. 1998. The pathology of experimental anthrax in rabbits exposed by inhalation and subcutaneous inoculation. *Archives of Pathology and Laboratory Medicine* 122(11):982–992.

003401

CLINICAL TRIALS OUTLI[NE]    FOR DBS-IND 180    10-13-69

1

| Trial No. | Time Trial Initiated | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Brugger - McFarland Clinic, Ames, Iowa | Lot 3 (Lot 3 produced by the Bur. of Labs, Mich. Dept. Publ. Hlth) Lot 2 | | 178 | | | | 2 | 3 7 | Lab workers |
| | | Fish - Dept. Publ. Health, Philadelphia, Penna. | Lot 3 Lot 2 | | 24 | | | | 2 | 3 7 | Textile employees |

003607

CLINICAL TRIALS OUTL1    FOR DBS-IND 180

| Trial No. | Time Initiated | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hartwick - Talladege, Ala. | Lot 3, Lot 2 | | 1,576 | | | | 2 | 3 7 | Textile employees |
| | | Jones - Shelby, N.C. | Lot 3, Lot 2 | | 436 | | | | 2 | 3 7 | textile employees |

003608

## CLINICAL TRIALS OUTLI.  FOR DBS-IND 180

3

| Time Trial Initiated | Investigator – Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Key – USPHS, Cincinnati, Ohio | Lot 3 |  | 7 |  |  |  | 2 | 3 | Occupational health |
|  | Langlois – Manchester, N.H. | Lot 3 Lot 2 | adults | 277 |  |  |  | 2 | 3 7 | Textile employees |

003609

## CLINICAL TRIALS OUTLI. FOR DBS-IND 180

| Trial No. | Time Trial Initiated | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | Rickenbacker- Dillon, S.C. | Lot 3 | adults | 229 | | | | 2 | 3 | Textile employees |
| | | Sullivan - USPHS-CDC, Atlanta, Ga. | Lot 3 | adults | 81 | | | | 2 | 3 | Lab workers |

003610

## CLINICAL TRIALS OUTLINE   FOR DBS-IND   180

| Trial No. | Time Trial Initiated | Investigator – Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | Taylor – Peace Corps, Cali, Colombia | Lot 3 | adults | 3 | | | | 2 | 3 | Research workers |
| | | Van Buren – Liberty Mutual Insurance Company, Atlanta, Ga. | Lot 3 | adults | 1 | | | | 2 | 3 | Occupational Health |

003611

CLINICAL TRIALS OUTLINE FOR DBS-IND 180

6

| Trial No. | Time Trial Initiated | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1967 | ? - Ft. Detrick, Maryland | Lot 3 | adults | 1,983 | 0.5 ml x 3; 0.25 ml at 6 mo. intervals | | | | 2 6 | 180/6: 50 received lot F-484-3 31 received lot 79826 Both lots were given in 1966-68 |
| | 1968 | Beymer - University of Georgia, Athens, Ga. | -- & Lot 2 | adults | | | | | 3 | 3 7 | Students |

003612

CLINICAL TRIALS OUTLINE FOR DBS-IND 180.

7

| Trial No. | Time Trial Initiated | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1968 | Billings - USPHS, Atlanta, Ga. | -- Lot 2 | adults | | | | | 3 | 3 7 | Lab workers |
| | 1968 | Page - Montgomery, Ala. | | adults | | | | | 3 | | Lab workers |

003613

## CLINICAL TRIALS OUTLINE FOR DBS-IND 180

| Trial No. | Time Trial Initiated | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 1968 | Chartock - Philadelphia, Penna. | | adults | | | | | 3 | | Textile workers |
| | 1968 | Gold - Chester, Penna. | -- Lot 2 | adults | | | | | 3 | 3 7 | Textile workers |

003614

## CLINICAL TRIALS OUTLINE   OR DBS-IND 180

| al Time Trial Initiated | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1968 | Gudas - Needham, Mass. | Lot 2 | | | | | | 7 | 7 | Textile workers |
| 1968 | Hiott - York, S.C. | Lot 2 | | | | | | 7 | 7 | Textile employees |

9

003615

CLINICAL TRIALS OUTLINE .JR DBS-IND 180

10-20-70

10

| al Time Trial Initiated Reported | Investigator - Trial Location | Product Lot No. | Subject Age Range | No. Inoc. | Dose, Route | No. Cont. | Type of Controls | Prop. Trial Suppl. No. | Prog. Rept. Suppl. Nos. | Comments (e.g., other products used, serious adverse reactions, substantial trial changes) |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct. 1970 | Fourteen investigators | lot 2 (1966) | | 3127 | received one injection | | | | 9 | Lot 7 (1968) manufactured by the Michigan State Health Department, 1969 to October 1, 1969. As described in the addition to be satisfactory. Completed in October 1970 by the Michigan State Health Department by the more potent Lot 8. |
| | | lot 7 (1968) | | 1323 | received booster injections | | | | | |
| | | Michigan State Dept. of Health | | 362 | 9 ml vials were distributed | | | | | |

The material distributed during this period consisted of Lot 2 (1966) and Lot 7 (1968) manufactured by the Michigan Department of Public Health. Lot 2 was distributed only from August 1, 1969, and then was withdrawn from further use since it did not meet potency standards. As described in the addition to Progress Report #3, Lot 7 was tested for potency on September 25, 1969, and found to be satisfactory. However, repeat potency testing was recently completed in October 1970 by the Michigan State Health Department and lot 7 has dropped in potency and will be replaced on January 1, 1971, by the more potent Lot 8.

003616

NIH-1770  4-71

## CLINICAL TRIALS OUTLINE FOR UDS-IND 180

| TRIAL NUMBER | TIME TRIAL REPORTED | INVESTIGATOR TRIAL LOCATION | PRODUCT LOT NUMBER | SUBJECT AGE RANGE | NUMBER INOCULATED | DOSE, ROUTE | NUMBER OF CONTROLS | TYPE OF CONTROLS | PROPOSED TRIAL SUPPLEMENT NUMBER | PROGRESS REPORT SUPPLEMENT NUMBERS | COMMENTS (e.g., other products used, serious adverse reactions, substantial trial charges) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov. 1971 | 12 investigators - See Table 1 of 180/10 | Lot 7 Michigan Department of Health | | 1057 primary 1025 booster | | - | -- | | 10 | |

003617

UNITED STATES GOVERNMENT

*Memorandum*

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

TO      :  Dr. Joseph P. O'Malley

DATE: September 30, 1969

DBS—IND—180

FROM   :  Margaret Pittman, Ph. D., Chief, LBP

SUBJECT:  NCDC Anthrax Protective Antigen, Adsorbed

Reports 180/6 and 180/7 were reviewed. The clinical reaction data indicate that Michigan Lot 3 was more reactive than 2 other lots manufactured by Ft. Detrick and Merck, Sharp & Dohme, respectively. Lot 3 was also less antigenic than the MSD lot as demonstrated by gel diffusion tests. However, the Michigan product is a fractionated antigen, hence the significance of the difference is not known. The test results do show that there was a serological response.

Lot 2 was less reactive than Lot 3. Each lot has apparently an acceptable level of reactivity. Lot 7 will be put into use before the end of the year.

There still remains no controlled evidence of efficacy. The only evidence is that no case of Anthrax has occurred in the textile mills where personnel have been vaccinated. Apparently there is no chance that controlled data will be forthcoming.



003629



HELP ELIMINATE WASTE    COST REDUCTION PROGRAM

Dr. Sam T. Gibson, Assistant Director, L & I          September 30, 1969

Ref. No. 67-70

Margaret Pittman, Ph. D., Chief, LBP
Chairman, Ad Hoc Committee

Michigan Department of Public Health, visit by Dr. George B. Anderson
    and Dr. J. R. Mitchell

Anthrax Vaccine
(DBS personnel: Drs. J. C. Feeley and M. Pittman)

The recent information submitted by MCDC and Ft. Detrick for DBS-IND-180
was discussed.  It was emphasized that the epidemiological study did not
provide control data, whereby the effectiveness of the vaccine could be
evaluated.  The fact that the vaccine has been used in a number of textile
mills and that there has been no case of Anthrax was substantive but not
conclusive evidence of efficacy.

It was also noted that Michigan Lot 3 was more reactive than one lot
prepared by Ft. Detrick and one lot prepared by Merck, Sharp & Dohme.
With gel diffusion tests it was demonstrated that the first two lots
induced antibodies that were lower in titer and of shorter duration than
did the MSD product.  However, the first two lots were fractionated antigens
and a true comparison could not be made.

Michigan Lot 2 now in current use was less reactive than Lot 3.  Lot 7 will
be put into use by the end of this year.

Dr. Anderson was informed that all requirements for filing the application
for Anthrax Vaccine had been fulfilled but that license could not be issued
until the Additional Standards: Anthrax Vaccine had been published.  A
nontechnical block was delaying their publication.  Dr. Anderson was
appreciative of the information.

MP:hmy

cc: Dr. Feeley
    Dr. Hanclark
    Dr. O'Malley ✓

003630

UNITED STATES GOVERNMENT

## *Memorandum*

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

TO    :    Dr. J. P. O'Malley

DATE: February 10, 1969

DBS-IND-180

FROM  :    M. Pittman, Ph. D., Chief, LBP

SUBJECT:    NCDC: Anthrax Vaccine.  Progress Report, January 22, 1969

In view of the lack of controlled data that establish the efficacy of the product I suggest that NCDC be requested to obtain such data during their continued use of the product.

003632

HELP ELIMINATE WASTE    COST REDUCTION PROGRAM

Mr. Sam T. Gibson, Assistant Director, L & I          February 10, 1969

Chief, LBP and
Chairman, Ad Hoc Committee

Michigan Department of Health:  Application for license for Anthrax Vaccine —67-7.

On June 21, 1968 the Ad Hoc Committee recommended that license be granted following publication of Additional Standards: Anthrax Vaccine.  It was noted also that clinical data establishing efficacy of the product had not been submitted and that data be requested from NCDC.

No comments were received on the Proposed Notice of Rule Making published December 16, 1968, and it is understood that these standards have been forwarded with request for publication in the Federal Register.

DELIBERATIVE PROCESS

Safety data appear to be satisfactory.

Michigan has filed with the Division all required information and material for license except the results of an adequately controlled clinical investigation that establishes efficacy.  No cases of anthrax have occurred among vaccinees.  Laboratory data have been submitted that show that the product does have specific ability to protect guinea pigs.  Therefore, it is recommended that license be granted and that NCDC (TSD-180) be requested to obtain data with a view to determine human efficacy of the product.



Margaret Pittman, Ph. D.

MP:lcn

cc:  Dr. Mazalark
     Dr. Feeley
     Dr. O'Malley ✓
     Mr. Kolb

003633

Dr. Margaret Pittman, Chief, LBP                     February 6, 1969

                                                     Ref. No. 67-70

Ad Hoc Committee


Michigan Department of Health Anthrax Vaccine, Evaluation of
   Clinical Data submitted under IND-180 on January 22, 1969

As requested, we have reviewed the clinical data contained in Dr.
Kokko's letter of January 22, 1969 and its attached report.  Our
comments are as follows:

        1.  The lack of cases of anthrax in an uncontrolled population
    of approximately 600 persons in the Talladega mill can hardly
    be accepted as scientific evidence for efficacy of the vaccine.
    There is no indication of the frequency or the detail with which
    the bacteriological studies on goat hair were conducted during
    this period.  We do not question that there might be up to 10
    cases of expected anthrax per 600 workers, but without evidence
    of actual exposure in this mill during this time, and the
    apparently unpredictable incidence and distribution of anthrax
    in various mills (see Fig. 1, Brachman et al, Am. J. Pub. Hlth
    52:632, 1962),  ———— DELIBERATIVE PROCESS

        2.  It was noted that site of inoculation reaction rates were
    higher, presumably due to closer follow-up.  The nature and
    degree of reactions is not well defined.
                              TRADE SECRET

        3.  The results from the
    technique are not clear.  We cannot evaluate the data without
    details for performing and interpreting the test.

        4.  It would be helpful if any stored human sera from the
    earlier study with the Merck Sharp & Dohme product could be
TRADE SECRET  compared by the        technique with sera from persons receiving
    the Michigan product.  Since no simultaneous animal potency
    comparison of the MSD and Michigan products has been possible,
    this would provide at least some evidence of a comparable response
    in man.


_____        _____
John C. Feeley, Ph. D.             Charles M. Manclark, Ph. D.


_____        _____
Joseph P. O'Malley, M. D.          Robert W. Kolb

JCF:hmy                                                    003634

UNITED STATES GOVERNMENT

*Memorandum*

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

TO    :   Dr. J. P. O'Malley

FROM  :   M. Pittman, Ph. D., Chief, LBP

DATE: January 6, 1969

DBS-IND-180

SUBJECT:   NCDC: Anthrax Vaccine, Adsorbed, Second Progress Report, October 1, 1968.

1. **Safety.** Report on clinical reactivity indicates as did the First Progress report that untoward reactions were few, and that the product is satisfactory from this standpoint. Lot 3 was used during the period covered by the First Report. Lot 3 has been exhausted and it is not clear if Lot 2 was introduced before the end of period covered by Second Report. I suggest that records reflect the lots used in clinical investigation. It is important for purpose of license that manufacturer consistently produces a product that is clinically safe.

2. **Potency.** In neither report has information been given on efficacy. The earlier study by Dr. Brachman which showed good protective activity was performed using the Merck, Sharp & Dohme product. This latter product was prepared by a different method of manufacture from that used by Michigan.

    Since the Michigan product has been in use for more than two years, I suggest that NCDC be requested to furnish data on number of cases that have occurred in the vaccinees. The IND design did not include use of a placebo for evaluation of relative efficacy but a report of the incidence in the textile plants as compared with prior incidence would be valuable information. An early report would be helpful in determining clinical efficacy prior to license. Lot number(s) used should be specified.

3. **Labeling.** I suggest that label of new lots carry the name of the manufacturer to conform with Dr. Murray's comment in paragraph 5 of Memorandum (Dr. Tepper) dated August 15, 1966. Also, see my Memorandum dated December 7, 1967.

003635


HELP ELIMINATE WASTE    COST REDUCTION PROGRAM

UNITED STATES GOVERNMENT

*Memorandum*

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

TO      : Dr. J. P. O'Malley

DATE: December 7, 1967

DBS-IND 180

FROM   : M. Pittman, Ph. D., Chief, LBP

SUBJECT: NCDC:  Anthrax Vaccine

We appreciated the opportunity to review the progress report of November 1, 1967.  It provided more data for us to evaluate the "Potency requirement" statement in the draft of Additional Standards:  Anthrax Vaccine Adsorbed. No inconsistencies were noted.

The licensing and distribution of this product presents an unusual situation. The lot, no. 3, which was submitted in support of license application had been distributed by NCDC for a year.  Apparently an extension of dating has been assumed on the basis of tests performed at Michigan and at Fort Detrick. There is no objection to this as the potency data of the manufacturer was submitted in support of license.  However, the dating or extension of dating, § 73.83, would be applicable to material kept in manufacturer's storage.

Two points have come up, of which we are uncertain about the legality.

1.  Labeling

    Page 1 of Report, Nov. 1, 1967 (also p. 1 Enclosure 3).  The label for 1966-67 distribution showed that the product was manufactured by Mich. Dept. of Pub. Health.  However, a facsimile label, p. 14, for 1967-68 distribution does not carry the manufacturer's name.  It will carry the name of NCDC.

2.  Potency tests for extension of dating or stability of potency will be conducted by Fort Detrick (p. 13) and apparently not by the manufacturer.

The Report gave no information on efficacy.  It does indicate that the product (Lot 3) is satisfactory from the standpoint of clinical safety. No excessive untoward reactions were reported.

cc:  Dr. Feeley
     Dr. Manclark

003636



HELP ELIMINATE WASTE     COST REDUCTION PROGRAM

| NEGOTIATED CONTRACT | DEPARTMENT Army | EFFECTIVE DATE 30 Jun 1965 | SHEET NO. 1 | NO. OF SHEETS 53 |
|---|---|---|---|---|

| REQ. NO. OR OTHER PURCHASE AUTH. RDR 10-65-161 | NEGOTIATED PURSUANT TO 10 U.S.C. 2304 (a) ( 11 ) | DISCOUNT TERMS Net | CONTRACT NO. DA 18-064-AMC-429(A) | |

| ISSUED BY | MAIL INVOICES TO |
|---|---|
| U. S. Army Biological Laboratories<br>Fort Detrick<br>Frederick, Maryland  21701 | Contracting Officer<br>Fort Detrick<br>Frederick, Maryland  21701 |

| CONTRACTOR (Name and Address) | PAYMENT WILL BE MADE BY |
|---|---|
| State of Michigan<br>Department of Health<br>Division of Laboratories<br>Lansing, Michigan | Finance and Accounting Officer<br>Fort Detrick<br>Frederick, Maryland  21701 |

| XXXXXXXXXXXXXXXXXXXXX | DELIVERY F.O.B. | N/A ☐ DESTINATION    ☐ OTHER (See Schedule) |
|---|---|---|

XXXXXXXXXXXXXX  Contract No. DA 18-064-AMC-429(A)  must appear on the face of all papers, packages, letters and reports relating to this contract.

**ACCOUNTING AND APPROPRIATION DATA**
*(Departmental Overprinting Will Be Authorized)*

XO 4374/5310
7550343        $25,000

21X2040    565-8253    P5625-25    S18-035
XO 4301    CC 5310        $54,650

**CONTRACTOR REPRESENTS**          (Paragraphs 1, 2, and 4 are inapplicable)

1. That it ☐ IS ☐ IS NOT, a small business concern. Generally, a small business concern for the purpose of Government procurement is a concern that (1) is not dominant in its field of operation and, with its affiliates, employs fewer than 500 employees, or (2) is certified as a small business concern by the Small Business Administration. (See Code of Federal Regulations, Title 13, Part 103, as amended, which contains the detailed definition and related procedures.) If Contractor is a small business concern and is not the manufacturer of the supplies covered by this contract, it also represents that all supplies to be furnished hereunder ☐ WILL, ☐ WILL NOT, be manufactured or produced by a small business concern in the United States, its Territories, its Possessions, or The Commonwealth of Puerto Rico.

2. That it is a ☐ REGULAR DEALER IN, ☐ MANUFACTURER OF, the supplies covered by this contract.

3. (a) That it ☐ HAS, ☒ HAS NOT, employed or retained any company or person (other than a full-time bona fide employee working solely for the contractor) to solicit or secure this contract, and (b) that it ☐ HAS, ☒ HAS NOT, paid or agreed to pay any company or person (other than a full-time bona fide employee working solely for the contractor) any fee, commission, percentage or brokerage fee, contingent upon or resulting from the award of this contract; and agrees to furnish information relating to (a) and (b) above as requested by the Contracting Officer. (For interpretation of the representation, including the term "bona fide employee", see Code of Federal Regulations, Title 44, Part 150.)

4. That it operates as ☐ INDIVIDUAL ☐ PARTNERSHIP ☐ CORPORATION incorporated in the State of Michigan

The Contractor agrees to furnish and deliver all the supplies and perform all the services set forth in the attached Schedule, for the consideration stated therein. The rights and obligations of the parties to this contract shall be subject to and governed by the Schedule and the General Provisions. To the extent of any inconsistency between the Schedule or the General Provisions and any specifications or other provisions which are made a part of this contract, by reference or otherwise, the Schedule and the General Provisions shall control. To the extent of any inconsistency between the Schedule and the General Provisions, the Schedule shall control.

The total amount of this contract is $  79,650          DO Rating C-9 certified under
                                                          DMS Reg. 1

| STATE OF MICHIGAN<br>DEPARTMENT OF HEALTH<br>NAME OF CONTRACTOR | UNITED STATES OF AMERICA |
|---|---|
| BY  /s/ C. D. Cummings, M.D.      6/18/65<br>        SIGNATURE                    DATE<br><br>        C. D. Cummings, M.D.<br>        TYPED NAME    Associate Commissioner<br>Title    Director of Laboratory Services | BY  /s/ Samuel Marrone   30 Jun 1965<br>SIGNATURE OF CONTRACTING OFFICER   DATE<br>        SAMUEL MARRONE<br>        TYPED NAME OF CONTRACTING OFFICER<br><br>                          SENT BACK<br>BY<br>DATE |

**DD** FORM 1 DEC 56 **1261**   REPLACES DD FORMS 351, 351-1 AND 351-2, WHICH ARE OBSOLETE AFTER 1 JUL 58.

003647

STATE OF MICHIGAN                    CONTRACT NO. DA 18-064-AMC-429(A)
DEPARTMENT OF HEALTH

SCHEDULE

I. STATEMENT OF WORK

A. Scope:  The Contractor, as an independent Contractor and not as an
agent of the Government, shall furnish the necessary services, personnel,
labor, materials, tools, machinery and equipment, facilities and supplies
not furnished by the Government, and shall do all things necessary to
perform experimental, developmental, and/or research work to develop
and evaluate improved procedures for large-scale preparation of purified
anthrax protective antigen for immunization of man.  Such efforts shall
be based on the procedure set forth in the article "Large-scale Production
of Protective Antigen of Bacillus Anthracis in Anaerobic Cultures",
Puziss, M., L. C. Manning, J. W. Lynch, E. Barclay, I. Abelow, and G. G.
Wright, Applied Microbiology, 11:  330-334, 1963, and on laboratory scale
investigations described in a certain manuscript prepared by G. G. Wright
and A. Lukaas.  The proposed work and services shall include:

1.  Production of protective antigen under anaerobic conditions
in tanks will be accomplished essentially as described in "Large-scale
Production of Protective Antigen of Bacillus Anthracis in Anaerobic
Cultures", Puziss, M., L. C. Manning, J. W. Lynch, E. Barclay, I. Abelow,
and G. G. Wright, Applied Microbiology, 11:330-334, 1963, except that a
lot size as small as 50 liters will be acceptable.  Minor modifications
in methods, such as control of pH and addition of trace metals to the
medium, will be incorporated in the production procedure if current
studies at Fort Detrick establish that they produce higher or more con-
sistent yields of antigen.

2.  Three or more lots of antigen that meet applicable standards
of antigenicity shall be sterilized by filtration, combined with aluminum
hydroxide gel, and finished as described by Puziss et al.  A commercially
available aluminum hydroxide gel suitable for human biologicals may be
used.  The suspension of gel adsorbed antigen shall be placed in vials,
tested for sterility and safety for use in antigenicity tests and for
clinical trial in man.

3.  Develop a process suitable for large-scale purification of
antigen, aseptic combination with aluminum hydroxide gel, and addition
of preservatives and stabilizers to yield a product suitable for human
immunization on the basis of experimental data supplied by Immunology
Branch, Fort Detrick, on column chromatographic purification of pro-
tective antigen.

4.  Upon development of the process (paragraph 3 above), at least
four separate lots of final antigen shall be prepared, each derived from
a separate tank culture.  Each shall meet applicable standards for the
purity of the isolated antigen and for the antigenicity of the final

2

003648

STATE OF MICHIGAN                         CONTRACT NO. DA 18-064-AMC-429(A)
DEPARTMENT OF HEALTH

product as set forth in "Specifications for Manufacture of Anthrax Protective
Antigen Fort Detrick Technical Study" being prepared by Fort Detrick. Finally,
each lot shall be finished, filled into appropriately labeled vials, tested
for safety and sterility according to PHS regulations for human biologicals,
and be provided to the Contracting Officer in final form suitable for anti-
genicity tests and clinical trial in man.

    5.  Develop information required for the establishment of standards
for the product by the Division of Biologics Standards of the National
Institutes of Health.

    6.  Submit to the Division of Biologics Standards, National Institutes
of Health an application for a product license for the anthrax antigen, to-
gether with the required supporting data.

    B.  Items to be Furnished to the Government:

        1.  Reports:

            a.  Quarterly Letter Report (10 copies):  Beginning on or about
15 October 1965, and quarterly thereafter, the Contractor shall furnish a
technical letter report summarizing the periods technical progress, including
appropriate data.

            b.  Comprehensive Final Report (40 copies):  A complete and com-
prehensive final report presenting a detailed summary of the work performed
and results obtained, and such other information as the Project Officer may
request.  The Contractor shall submit in draft form, a copy of the final
report, prior to any publication or dissemination of the information contained
therein to the Government's Project Officer.  Thirty (30) days shall be allowed
for the Contracting Officer's approval, unless a longer period is agreed upon.
Following approval of the draft, the Contractor shall submit the final report
in final form within thirty (30) days.

    C.  Cooperation by the Government:  The Contractor and the Government
Project Officer shall maintain continuous and close liaison and the Govern-
ment shall furnish, as may be available and considered necessary by the
Government's Project Officer, for contract performance pertinent literature,
data, technical reports, and test materials, including the following:

        1.  Anthrax cultures as necessary for contract performance.

II.  CONSIDERATION

    In consideration of its undertaking under this contract and for the
full and faithful performance thereof, the Government shall pay to the

3

003649

STATE OF MICHIGAN                        CONTRACT NO. DA 18-064-AMC-429(A)
DEPARTMENT OF HEALTH

Contractor as full compensation therefor a fixed amount of $79,650.  This
fixed amount is based on the approximate time for accomplishing the work,
set forth in paragraph I.A. of the SCHEDULE, as follows:

| | |
|---|---|
| Biochemist IV | 18 Man Months |
| Laboratory Aide A | 18 Man Months |
| Laboratory Technician B | 18 Man Months |

It is agreed that the efforts of the technical personnel and assistants
for the total number of man months specified herein, including the items
called for under paragraph I.B. above, shall constitute full performance of
the work required under this contract.  Partial payments may be authorized
by the Contracting Officer on a monthly basis, commensurate with the per-
formance accomplished, taking into consideration the level of effort as set
forth above, in accordance with the terms of this contract, after certifica-
tion of such performance by the Contractor, together with any other proof of
such performance or expenditure of effort as may be required by the Contract-
ing Officer.  Such monthly payments may be authorized for the first fifteen
(15) months of effort only.  Before the Contractor shall receive final pay-
ment, a certification shall be made to the Contracting Officer setting forth
the total level of effort expended in performance of the work.

III.  TERM OF PERFORMANCE

The Contractor shall commence such work and services on or about 1 July
1965 and shall exercise diligent efforts to complete same by 31 December
1966.

IV.  PURCHASE AND ACQUISITION OF EQUIPMENT AND PROPERTY

For the performance of this contract, it is understood and agreed that
the Contractor will procure, for the account of the Government, the following
equipment, to wit, title to which shall vest in the Government, pursuant to
General Provision No. 32 of this contract, entitled "Government Property
(Fixed-Price, Nonprofit)".  It is agreed that the contract price includes
the sum of $23,200 for such purchase and acquisition of equipment and property;
and that in the event the total cost of such equipment and property is less
than $23,200, appropriate reduction in the contract price will be made to
conform therewith.  Such equipment and property is generally described as
follows:

4

003650

STATE OF MICHIGAN                          CONTRACT NO. DA 18-064-AMC-429(A)
DEPARTMENT OF HEALTH

> 2 Pfaudler glass lined fermenters, 50 gal. each
> 1 Nitrogen regulator
> 1 Autoclave, American Sterilizer
> 1 PR2 centrifuge, with 2 heads, and accessories
> 1 Laboratory cart, stainless steel
> 1 Platform truck, low pneumatic tires
> 1 Refrigerated bath
> 1 Deep freezer, 20 cu. ft.
> 2 large household refrigerators, 20 cu. ft.
> 1 Balance, Ohaus, complete with weights
> 2 Stirring motors
> 2 Millipore filter assemblies
> 1 Fraction collector, 2 turntables
> 1 Analytical Balance
> 1 Corning all glass water still, 10 L/hr
> 1 Set of sterilizing filters, Chem Flow —
> 1 Kettle compressor
> 3 Exhaust fans
> 1 Air handling unit, $7\frac{1}{2}$ ton and accessories

V. PUBLICATIONS

    The Contractor agrees that it will furnish to the Government Project Officer, or his successor, for review with respect to security classification, an advance or courtesy copy of all proposed written publications arising out of the research performed under this contract. Such advance copies shall be furnished not less than three (3) weeks prior to the submission of the same to a publisher or any other person or concern for publication.

VI. PROJECT OFFICER

    The Contracting Officer may designate a representative to act as Project Officer under this contract. Such representative as may be appointed will be specifically designated in a letter from the Contracting Officer to the Contractor. The Project Officer will represent the Contracting Officer in the technical phases of the work. The Project Officer will not be authorized to change any of the terms and conditions of this contract.

VII. UNAUTHORIZED INSTRUCTIONS FROM GOVERNMENT PERSONNEL

    a. The Contractor will not accept any instructions issued by any person employed by the U. S. Government or otherwise, other than the Contracting Officer or the Contracting Officer's representative or Project

STATE OF MICHIGAN                    CONTRACT NO. DA 18-064-AMC-429(A)
DEPARTMENT OF HEALTH

Officer acting within the limits of his authority. Contracting Officer's representative or Project Officer will be so designated in writing to the Contractor, and the scope of his authority will be set forth therein.

b.  No information, other than that which may be contained in an authorized amendment to this Purchase Instrument duly issued by the Contracting Officer, which may be received from any person employed by the U. S. Government or otherwise, will be considered as grounds for deviation from any stipulations of this Purchase Instrument or referenced drawings or specifications hereto.

6

003652

APR 2 0 1966

Dr. U. Pentti Kokko
Chief, Laboratory Branch
Communicable Disease Center
Atlanta, Georgia 30333

Dear Dr. Kokko:

Your "Notice of Claimed Investigational Exemption for a New Drug" submitted April 14, 1966 under the name "Anthrax Protective Antigen Aluminum Hydroxide Adsorbed" has been received and assigned the code number DBS-IND 180. The designation of an IND number is for identification only and does not imply endorsement or otherwise. In all future correspondence concerning this "Notice," please use our reference number.

The interstate distribution of this product for investigational use is subject to all the conditions in §130.3 of the Food and Drug Regulations and may be terminated under the conditions stated in §130.3(d).

Should we have any comments following detailed review of the submission we shall contact you.

Sincerely yours,


Roderick Murray, M.D., Director
Division of Biologics Standards


HLTepper/eik

003665



**DEPARTMENT OF THE ARMY**
FORT DETRICK
FREDERICK, MARYLAND 21701

IN REPLY REFER TO:

SMUFD-MSL-M                                                  2 September 1969

Dr. Joseph P. O'Malley
Division of Biologics Standards          re: DBS-IND 180
National Institutes of Health
Bethesda, Maryland  20014


Dear Dr. O'Malley:

In March of this year Dr. Morris Suggs asked me to provide you with our
available data on the response of man to anthrax antigen produced at the
Michigan Department of Public Health.  This request was referred to Dr. Paul
Kadull, Chief, Medical Investigation Division.  Dr. Kadull has prepared the
enclosed report, comparing results obtained with Michigan lot 3 and two
earlier preparations.  I hope these data are satisfactory for your purpose;
if I can be of assistance in explaining or interpreting the report, please
let me know.  My phone number is IDS Code 1625, extension 4112.


                              Yours sincerely,

                              *George G. Wright*

1 Encl                        GEORGE G. WRIGHT
as stated

CF:
Dr. Morris Suggs

003698

ANTHRAX VACCINE

A Comparative Evaluation                                    August 1969

Anthrax vaccine was evaluated in three groups of vaccinees who received different lots of the vaccine.  Fifty (50) individuals (Group I) received Lot F-484-3 in 1966-1968 (prepared by Bureau of Labs., Michigan Dept. of Public Health, Lansing, Mich); 121 individuals (Group II) received Lot 2379 in 1958 (a product prepared by Medical Investigation Division, Fort Detrick by the original aerobic process and precipitated with alum; and 31 individuals (Group III) received Lot 79826-1 in 1966-1968 (prepared by Merck, Sharpe and Dohme Division of Merck and Co, Inc., West Point, Pennsylvania.

## Schedules

Basic series of injections consisted of three (3) 0.5 ml subcutaneous inoculation at zero (0), two (2) and four (4) weeks.  The majority of individuals conformed to the proposed schedule with only one to two day variations in intervals; specifically 88% in Group I, 67% in Group II, and 94% in Group III (See Tables I to III).

## Reactions   (See Tables I, II, and III and Fig. I)

Reactions were categorized as follows:

$L_1$ (mild local): edema a/o induration,  3 to 30 mm. diameter;

$L_2$ (moderate local): edema a/o induration  30 to 60 mm. diameter;

$L_3$ (marked local): edema a/o induration  60 to 120 mm. diameter;

$S_1$ (mild systemic)

Local reactions in all categories were highest among individuals receiving Lot F-484-3; reaction rates among individuals receiving Lot 79826 were relatively equivalent, and with Lot 2379, reaction rates were considerably less.  Higher incidence with Lots F-484-3 and 79826 may reflect more intensive surveillance of these groups.  Increased local reaction rates associated with Lot F-484-3 confirms previous observations.

Excluding mild reactions, local reaction rates associated with Lots 79826 and 2379 were essentially equivalent and considerably less than those observed with Lot F-484-3.

Mild systemic ($S_1$) reactions (no incapacitation) were noted only with Lot F-484-3.

Modified (50% reduction) and Ba2 and/or Ba3 dosages were required with Lots F-484-3 and 79826, again probably reflecting the more stringent precautions in effect at the time these individuals received their inoculations.

<u>Serological Response</u> (See Tables I, II and III and Fig. II)

Antibody assays were conducted utilizing the agar-gel, precipitin-inhibition (AGPI) test. While the test procedure might be criticized for lack of sensitivity it has been used for several years because of economy and the absence of a suitable substitute method to date. Assays were conducted whenever sufficient numbers of sera were accumulated; no effort was made to test serial serum specimens from any one individual at any one time.

None of the pre-vaccination sera had demonstrable AGPI titers.

Patterns of response were similar with Lots F-484-3 and 2379. Peak antibody response and serum conversion appeared to occur somewhat later (5.5 to 6.1 w) with Lot 2379 than with Lot F-484-3 (3.1 to 3.3 w). Thereafter the mean titer level gradually subsided and per cent reversion to negative gradually increased for both lots; at 5 to 6 months only a few sera demonstrated low-level titers.

Antibody response to Lot 79826 might be termed enigmatic. No serum specimens were available prior to the three (3)-month interval after basic vaccination. The total numbers of sera tested at each interval are small; however each serum specimen at each interval represents a different individual and in no instance were two serum specimens available on any one individual during the period between 3.0 months and 7.8 months. As will be noted, mean titers are quite substantial and per cent of sera reverting to negative remains at approximately the 40% level. A possible explanation might be the fact that the lot in question was 5 to 7 years old and that the aging has altered the antigen in some unknown way to provide a sustained stimulus for antibody levels detectable by the AGPI test.

PAUL J. KADULL, M.D.
Chief, Medical Investigation Division

2

003700



Fig. II

ANTHRAX VACCINE
Serologic/(Agar-gel, precipitin inhibition (AGPI) Response
(Basic Series; 0.5ml, Subcutaneous, at 0-2-4 weeks)

## TABLE I

## ANTHRAX VACCINE

Basic Series: 0.5 ml, subcutaneously
at 0-2-4 weeks

Lot. F-484-3

TOTAL No. Vaccinees = 50 (Group I)

| Schedule: Ba1 → Ba2; Ba2 → Ba3 (in weeks) | No. | % |
|---|---|---|
| 2-2 | 44 | 88 |
| 2-3 | 2 | 4 |
| 2-4 | 2 | 4 |
| 3-2 | 1 | 2 |
| 5-2 | 1 | 2 |

### REACTIONS   (Figures in parentheses = %)

| | Bal | | | Ba2 | | | | Ba3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $L_1$ | $L_2$ | $S_1$ | $L_1$ | $L_2$ | $L_3$ | $S_1$ | $L_1$ | $L_2$ | $L_3$ | Mod.dose |
| | 5 (10) | 3 (6) | 1 (2) | 9 (18) | 8 (16) | 4 (8) | 3 (6) | 9 (18) | 5 (10) | 1 (2) | 3 (6) |
| TOTALS | 8 (16) | | 1 (2) | 21 (42) | | | 3 (6) | 15 (30) | | | 3 (6) |

### SEROLOGICAL RESPONSE

| | Pre Bal | Post-Ba3 (Average Intervals) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 3.1 w | 6.1 w | 2.3 m | 3.3 m | 4.7 m | 6.2 m |
| Interval Range | -- | 2.9-4.4w | 5.1-7.1w | 2.0-2.4m | 2.6-3.5m | 4.4-4.9m | 5.6-7.0m |
| Geometric Mean Titer | 0 | 1.30 | 0.85 | 0.70 | 0.47 | 0.66 | 0.33 |
| Equivalent Titer | 0 | 1:2.5 | 1:1.8 | 1:1.6 | 1:1.4 | 1:1.6 | 1:1.3 |
| Total No. Sera Tested | 29 | 30 | 26 | 30 | 30 | 29 | 36 |
| % Negative | 100 | 40 | 54 | 63 | 70 | 72 | 81 |

NOTE:  Bal, Ba2, Ba3 = First, second, or third inoculation in basic series of
injection of Anthrax vaccine.

$L_1$ = mild local reaction

$L_2$ = moderate local reaction

$L_3$ = marked local reaction

$S_1$ = mild systemic reaction

w = weeks

m = months

Mod. dose = 50% dose reduction (to 0.25 ml)

003703

TABLE II

ANTHRAX VACCINE

Basic Series: 0.5 ml, subcutaneously
at 0-2-4 weeks

Lot. - 2379

Total No. Vaccinees = 121 (Group II)

| | | No. | % |
|---|---|---|---|
| Schedule: Ba1→Ba2; Ba2→Ba3 (in weeks) | 2-2 | 81 | 67 |
| | 2-3 | 11 | 9.1 |
| | 2-4 | 4 | 3.3 |
| | 2-6 | 2 | 1.7 |
| | 2-5 | 4 | 3.3 |
| | 3-1 | 3 | 2.4 |
| | 3-2 | 7 | 5.7 |
| | 4-2 | 3 | 2.4 |
| | 4-7 | 2 | 1.7 |
| | 5-1 | 2 | 1.7 |
| | 9-2 | 2 | 1.7 |

REACTIONS   (Figures in parentheses = %)

| | Ba2 | | Ba3 | |
|---|---|---|---|---|
| | $L_1$ | $L_2$ | $L_1$ | $L_2$ |
| | 1  (0.8) | 1  (0.8) | 1  (0.8) | 3  (2.5) |
| TOTALS | 2  (1.6) | | 4  (3.3) | |

SEROLOGICAL RESPONSE

| | Pre Ba1 | Post Ba3   (Average Intervals) | | | | |
|---|---|---|---|---|---|---|
| | | 3.3 w | 5.5 w | 3.1 m | 5.0 m | 6.5m |
| Interval Range | -- | 2.4to4.9w | 5.1to6.0w | 2.8to40.m | 4.1-5.5m | 6.4to6.5 |
| Geometric Mean Titer | 0 | 0.6 | 1.4 | 0.26 | 0.069 | -- |
| Equivalent Titer | 0 | 1:1.52 | 1:2.64 | 1:1.2 | 1:1.05 | -- |
| Total No. Sera Tested | 119 | 115 | 5 | 39 | 73 | 2 |
| % Negative | 100 | 59 | 40 | 82 | 93 | 100 |

NOTE:  Ba1, Ba2, Ba3 = First, second, or third inoculation in basic series of
Anthrax vaccine.

$L_1$ = mild local reaction

$L_2$ = moderate local reaction

w  = weeks

m  = months

003704

TABLE III

ANTHRAX VACCINE

Basic Series: 0.5 ml, subcutaneous,
at 0-2-4 weeks

Lot. - 79826-1

Total No. Vaccinees = 31 (Group III)

| | | No. | % |
|---|---|---|---|
| Schedule: Ba1 → Ba2; Ba2 → Ba3 (in weeks) | 2-2 | 29 | 94 |
| | 4-2 | 1 | 3 |
| | 3-2 | 1 | 3 |

REACTIONS (Figures in parentheses = %)

| Ba1 | Ba2 | | | Ba3 | | |
|---|---|---|---|---|---|---|
| $L_1$ | $L_2$ | Mod. dose | $L_1$ | $L_2$ | Mod. dose |
| 7 (23) | 4 (13) | 2 (6) | 8 (26) | 1 (3) | 3 (10) |
| TOTALS 7 (23) | 4 (13) | 2 (6) | 9 (29) | | 3 (10) |

SEROLOGICAL RESPONSE

Post Ba3 (Average Intervals)

| | 3.0 m | 4.9 m | 6.3 m | 7.8 m |
|---|---|---|---|---|
| Interval Range | 2.5-4.0 m | 4.1-5.4 m | 5.8-7.0 m | 7.2-8.4 m |
| Geometric Mean Titer | 1.2 | 1.5 | 2.0 | 1.4 |
| Equivalent Titer | 1:2.3 | 1:2.8 | 1:4 | 1:2.6 |
| Total No. Sera Tested | 5 | 11 | 5 | 5 |
| % Negative | 40 | 45 | 40 | 40 |

NOTE: Ba1, Ba2, Ba3 = First, second, or third inoculation in basic series of injections
of anthrax vaccine

$L_1$ = mild local reaction

$L_2$ = moderate local reaction

m = months

Mod. dose = 50% dose reduction (to 0.25 ml.)

003705

Reprinted from AMERICAN JOURNAL OF PUBLIC HEALTH, Vol. 52, No. 4, April, 1962
Copyright by the American Public Health Association, Inc., 1790 Broadway, New York, N. Y.

*An anthrax vaccine was evaluated clinically and epidemiologically in an exposed, susceptible, and supervised population. Findings are reported and the authors suggest exposed populations for whom the vaccine is recommended.*

# FIELD EVALUATION OF A HUMAN ANTHRAX VACCINE

*Philip S. Brachman, M.D.; Herman Gold, M.D.; Stanley A. Plotkin, M.D.; F. Robert Fekety, M.D.; Milton Werrin, D.V.M., F.A.P.H.A.; and Norman R. Ingraham, M.D., F.A.P.H.A.*

IN A SERIES of papers published from 1951-1955,[1-6] Wright and colleagues, reported on the development of an anthrax vaccine. This vaccine was shown to be an effective immunizing agent for laboratory animals and its safety for human use was demonstrated by the successful injection of 600 scientific personnel at Fort Detrick. Its value for human immunization could be established through a field study of a susceptible industrial population known to be chronically exposed to anthrax. This communication reports the data collected in such a study over a four-year period.

## Material—Methods

The necessary requirements of a well defined, exposed, susceptible population among whom cases of anthrax were reported with some regularity could only be met, in this country, in an industrial area; and, thus, epidemiological studies were conducted in various mills where Bacillus anthracis-contaminated raw materials were handled and clinical infections occurred. Four mills located in northeastern United States qualified for inclusion in the evaluation program. All processed raw imported goat hair into a hair cloth interlining used in suit coats. The average yearly incidence of anthrax per 100 employees for these mills was 1.2 cases with a range of from 0.6 to 1.8 as shown in Table 1.

The vaccine was supplied by Dr. G. G. Wright and associates of the U. S. Army Chemical Corps, Fort Detrick, Frederick, Md. It was produced by growth of the Rl-NP strain in 599 medium. Rl-NP is a nonencapsulated, nonproteolytic mutant of the Vollum strain of B. anthracis. Protective antigen in the sterile culture filtrates was precipitated and concentrated by addition of 0.1 per cent aluminum potassium sulfate (alum). The immunizing properties of various lots of antigen were established by immunization and challenge of rabbits; lots with poor activity were not used in the human evaluation. Details of methods for preparation and testing of the antigen have been presented by Wright, et al.[6]

The employees who had not had anthrax were divided into two numerically equal groups according to their length of employment, age, the department in which they were employed, and the specific job performed. One group received the antigenic material and the other a placebo that consisted of 0.1 per cent alum. The employees were not told which material they received. Voluntary cooperation of the employees was solicited and those who refused

003732

were removed from the lists. Refusals were distributed in approximately equal proportions among the two groups so that of those initially cooperating, 48 per cent were in the vaccine group and 52 per cent in the placebo control group.

The immunization schedule used was based upon the results of animal immunization studies. Inoculations consisted of 0.5 ml of either vaccine or placebo given subcutaneously in the deltoid area. The initial series of inoculations consisted of three injections given at two-week intervals, followed by three 0.5 ml booster doses given at six-month intervals. Thereafter, booster inoculations were given at yearly intervals.

The employees of two mills were examined at 24 and 48 hours after each inoculation, and evidence of local or systemic reactions were noted.

A close surveillance was maintained at each mill by means of routine visits and regular environmental sampling programs throughout the study period. The management at each mill was aware of the advantage of a reduced incidence of anthrax infections so that they had an incentive to report all suspicious cases as they occurred. In spite of this close surveillance, one probable case of cutaneous anthrax in a placebo inoculated individual did occur that was not reported. This case is not included in this analysis.

## Results

### Population

The total populations at the four mills were divided into high- and low-risk groups as defined by the degree of contact with the raw materials. It has been shown that the incidence of cutaneous anthrax is highest in the bale opening department and gradually decreases through successive departments.[7] The total eligible population at the initiation of the program in each mill was 1,249 individuals, with 47 per cent working in high-risk areas and 53 per cent working in low-risk areas (Table 2).

The total eligible population continuing through successive inoculations is summarized in Table 3, and shows an initial marked decrease (61 per cent) between the intial series and the first booster inoculation. Most of this decrease was the result of the termination of the program at the largest mill (A) midway between the initial series and the first booster, because of an outbreak of inhalation anthrax. All employees were then immunized, which removed from the controlled study 49 per

Table 1—Incidence of Anthrax in Four Mills Prior to Initiation of Vaccination Program

| Mill | Average Total Employment | Cases of Anthrax, 1948 to Initiation of Study* | Cases per 100 Mill Employees Per Year |
|------|-------------------------|-----------------------------------------------|---------------------------------------|
| A | 655 | 63 | 1.0 |
| M | 227 | 23 | 1.4 |
| P | 148 | 6 | 0.6 |
| S | 300 | 38 | 1.0 |
| | 1,330 | 130 | 1.2 |

* Mill A, May, 1957    Mill P, May, 1956
Mill M, June, 1955    Mill S, Feb., 1955

003733

Table 2—Participation of Employees in Anthrax Vaccine Evaluation Program

| | High Risk | | | | | Low Risk | | | | | Total | | | | |
| | Inoculated | | | | | Inoculated | | | | | Inoculated | | | | |
| Mill | Vacc.* | Plac.* | Inc.* | Refusal | Total | Vacc. | Plac. | Inc. | Refusal | Total | Vacc. | Plac. | Inc. | Refusal | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 59 | 60 | 11 | 70 | 200 | 90 | 104 | 24 | 214 | 432 | 149 | 164 | 35 | 284 | 632 |
| M | 42 | 49 | 8 | 8 | 107 | 31 | 42 | 4 | 16 | 93 | 73 | 91 | 12 | 24 | 200 |
| P | 19 | 22 | 15 | 10 | 66 | 22 | 22 | 13 | 21 | 78 | 41 | 44 | 28 | 31 | 144 |
| S | 89 | 95 | 31 | 1 | 216 | 27 | 20 | 10 | – | 57 | 116 | 115 | 41 | 1 | 273 |
| Total | 209 | 226 | 65 | 89 | 589 | 170 | 188 | 51 | 251 | 660 | 379 | 414 | 116 | 340 | 1,249 |

* Vaccinated—Placebo—Incomplete

cent of the total eligible population. Subsequently there was a gradual decline (13 per cent to 20 per cent) following each successive booster inoculation, partly because of the changing nature of the textile business and partly because of the withdrawal of some of the employees from the program. Since the mills entered the program at different times, the respective personnel had received varied numbers of inoculations when the program was terminated at the end of four years.

The inoculees referred to as complete include all those employees who received the prescribed inoculations at the scheduled times; incomplete inoculees include those who missed one or more of the scheduled inoculations, whether placebo or vaccine.

### Clinical Data

A total of 26 cases of anthrax were reported among the employees of the four mills during the evaluation program. The occurrence of the cases by month for each mill is summarized in Figure 1. In mills M, P, and S, the cases were reported essentially throughout the entire evaluation period. At mill A, the occurrence of nine cases during a ten-week period clearly indicates an epidemic.[8,9]

Twenty-one of the cases were cutaneous, and five were of the inhalation type; four of the latter were fatal. The cases are individually summarized in Table 4. Three of these cases occurred among individuals who had received the vaccine, and the remaining 23 cases occurred among individuals who either had received the placebo inoculations or had not received any inoculations at all (Table 5). Seventeen of these unvaccinated cases received the alum control inoculations and are referred to as placebo control cases, and six were uninoculated employees.

The diagnoses of anthrax were based on clinical, bacteriological, pathological,

634

003734

and epidemiological data and are summarized in Table 6. Subcultures of recovered B. anthracis organisms were studied and confirmed in the Anthrax Investigations Unit Laboratory.

Three cases of cutaneous anthrax without bacteriological confirmation are included because in each case the clinical diagnosis was made by a physician who had previously diagnosed many cases which were subsequently confirmed by bacteriological methods. The single case of fatal inhalation anthrax without laboratory confirmation is a patient whose clinical course paralleled that of three other confirmed cases of fatal inhalation anthrax that occurred at the same time at the same mill.[8,9]

The clinical courses, age distributions, sex ratio, length of employment prior to developing anthrax, location of lesions, and over-all departmental attack rates reflect human industrial anthrax as seen in this country.[7,10,11] Twenty-three of the cases occurred among individuals who worked in the high-risk areas, and three occurred in individuals in the low-risk areas.

The immunization histories of the 26 patients are summarized in Table 7. The "complete" vaccinated case was a 33-year-old female spinner who developed a mild cutaneous lesion five months after receiving the last inoculation of the initial series and just before the regularly scheduled first booster inoculation was due. A smear and culture from the lesion were positive for B. anthracis. Her clinical course was not different from many others previously seen among employees of this mill.

One of the "incomplete" vaccinated cases developed a "typical" cutaneous anthrax a day or two before the scheduled third inoculation of the initial series. A smear and culture were positive for B. anthracis. Since this employee had not received the full complement of the initial series, the failure in protection cannot be charged to the vaccine, therefore, the case is considered to represent an "incomplete" vaccinated case.

The other "incomplete" vaccinated case, a 25-year-old male, had received his initial series in proper order but had not received any subsequent booster inoculations and developed a "typical" cutaneous lesion 13 months after his initial series. A smear and culture from his lesion were positive for B. anthracis.

Two "incomplete" placebo individuals developed anthrax: A 62-year-old female who worked in the drawing department

Table 3—The Population Remaining in the Evaluation Program Following Successive Inoculations

| | Inoculations | | | | Total Eligible | |
| | Complete | | Incomplete | None | | |
| | No. | Per cent Decrease | | | No. | Per cent Decrease |
|---|---|---|---|---|---|---|
| Primary Series | 793 | | 116 | 340 | 1,249 | |
| | | 51 | | | | 61 |
| Booster: 1 | 390 | | 56 | 47 | 493 | |
| | | 16 | | | | 16 |
| 2 | 327 | | 65 | 23 | 415 | |
| | | 19 | | | | 13 |
| 3 | 265 | | 69 | 24 | 358 | |
| | | 28 | | | | 20 |
| 4 | 190 | | 73 | 24 | 287 | |

003735

Table 4—Summary of Cases of Anthrax in the Evaluation Population

| | Date of Onset | Name | Age | Employer | Department | Length of Employment (Years) | Vaccine Status* | Site of Lesion |
|---|---|---|---|---|---|---|---|---|
| 1. | 3-14-55 | A.C. | 24 | S | Spinning | 4½ | V-I | hand |
| 2. | 3-30-55 | J.K. | 36 | S | Carding | 4 | P-C | nose |
| 3. | 5-19-55 | G.W. | 30 | S | Spinning | 4 | P-C | finger |
| 4. | 5-27-55 | V.V. | 48 | S | Spinning | 16 | P-C | hand |
| 5. | 9-4-55 | M.S. | 33 | S | Spinning | 9½ | V-C | leg |
| 6. | 11-1-55 | E.S. | 27 | S | Spinning | 3 | P-C | forearm |
| 7. | 11-18-55 | M.G. | 53 | S | Spinning | 10 | P-C | cheek |
| 8. | 1-31-56 | M.V. | 33 | S | Spinning | 4 | U | finger |
| 9. | 6-15-56 | H.K. | 38 | S | Carding | 6 | P-C | wrist |
| 10. | 8-10-56 | C.P. | 55 | M | Spinning | 8½ | P-C | finger |
| 11. | 12-18-56 | E.S. | 43 | S | Spinning | 7 | P-C | forearm |
| 12. | 2-15-57 | N.J. | 40 | S | Carding | 6 | P-C | neck |
| 13. | 2-18-57 | S.W. | 62 | P | Drawing | † | P-I | arm |
| 14. | 5-20-57 | A.I. | 63 | P | Carding | † | P-C | cheek |
| 15. | 8-27-57 | T.T. | 60 | A | Carding | 6 | U | inhalation |
| 16. | 9-1-57 | A.J. | 49 | A | Carding | 1½ | U | inhalation |
| 17. | 9-2-57 | E.C. | 65 | A | Weaving | 11 | P-C | inhalation |
| 18. | 9-9-57 | L.L. | 46 | A | Carding | 2 | P-C | inhalation |
| 19. | 10-3-57 | V.K. | 64 | A | Weaving | 7 | P-C | finger |
| 20. | 10-10-57 | H.T. | 35 | A | Carding | 7 | U | forehead |
| 21. | 10-15-57 | R.P. | 50 | A | Weaving | 2 | P-I | wrist |
| 22. | 10-30-57 | A.L. | 33 | A | Carding | (2½ mo) | U | inhalation |
| 23. | 11-5-57 | C.S. | 61 | A | Carding | (2½ mo) | U | chest |
| 24. | 11-11-58 | M.G. | 55 | M | Combing | 5 | P-C | cheek |
| 25. | 3-31-59 | D.J. | 39 | M | Spinning | 6 | P-C | forearm |
| 26. | 3-27-59 | J.W. | 25 | P | Picking | 1½ | V-I | forearm |
| | Median | | 45 | | | 5½ | | |

* P—placebo       † Not known
  V—vaccine
  U—uninoculated
  C—complete
  I—incomplete

developed her lesion eight months after receiving the last inoculation of her initial series, and a 50-year-old female weaver developed anthrax three months after the last inoculation of an "incomplete" initial series.

The "complete" inoculated placebo cases (15) occurred at all stages of vaccination in decreasing numbers, reflecting the decreasing population for successive inoculations. No cases of anthrax occurred in individuals known to have recovered from a previously confirmed anthrax infection.

The statistical analysis was performed by Dr. R. E. Serfling, chief of the Statistics Section, Epidemiology Branch, Communicable Disease Center. It consisted of calculating the person-months exposure by inoculation status, for each mill, for both the high- and low-risk groups, including only those with "complete" inoculations. The cases of anthrax that occurred in the "complete"

003736

HUMAN ANTHRAX VACCINE



Figure 1—Occurrence of Cases of Anthrax in Four Mills During Vaccine Evaluation Studies, January, 1955-March, 1959

inoculated group only were grouped in a similar manner, and the attack rates calculated per 1,000 person-months. Using the attack rates in the placebo groups, the expected numbers of cases in the vaccinated groups were calculated. The total expected cases for the entire vaccinated group was 13.35. Considering that only one case was actually observed, the effectiveness of the vaccine is calculated to be 92.5 per cent (13.35−1) ÷ (13.35) (Table 8).

"Determination of the confidence limit for the estimated effectiveness involved the following computations. Allowing $\pi_i$, $\tau_i$ to represent, respectively, the risk of infection and the number of person-months exposure in the $i^{th}$ (plant, risk-group, time-period) subgroup, and letting $\rho$ represent the relative risk of infection if vaccinated, the expected number of vaccinated cases over all subgroups will equal $\rho\Sigma\pi_i\tau_i$. Taking the sum of expected cases in

Table 5—Cases of Anthrax Occurring at Each Mill During Evaluation Program

| Mill | Complete Inoculations | | Incomplete Inoculations | | No Inoculations | Total |
|------|---------|---------|---------|---------|---------|-------|
|      | Vaccine | Placebo | Vaccine | Placebo |         |       |
| A    | –       | 3       | –       | 1       | 5       | 9     |
| M    | –       | 3       | –       | –       | –       | 3     |
| P    | –       | 1       | 1       | 1       | –       | 3     |
| S    | 1       | 8       | 1       | –       | 1       | 11    |
| Total | 1      | 15      | 2       | 2       | 6       | 26    |

003737

Table 6—Diagnostic Criteria for the 26 Cases of Anthrax that Occurred During the Evaluation Period

| | Clinical Data | Smear | Culture | Pathology |
|---|---|---|---|---|
| **Vaccinated Cases: (3)** | | | | |
| Cutaneous | | | | |
| Complete  1 | + | + | + | |
| Incomplete 2 | + | + | + | |
| **Placebo Control Cases: (17)** | | | | |
| Cutaneous (15) | | | | |
| 12 | + | + | + | |
| 3 | + | ND | ND | |
| Inhalation (2) | | | | |
| Fatal  1 | + | ND | ND | ND |
| Recovery 1 | +* | — | — | |
| **Uninoculated Control Cases (6)** | | | | |
| Cutaneous (3) | | | | |
| 2 | + | — | — | |
| 1 | + | + | + | |
| Inhalation (all fatal) | | | | |
| 2 | + | + | + | + |
| 1 | + | — | — | + |

+  Positive
—  Negative
ND  Not done
*  Serological data also positive

the vaccinated as calculated from the data to be an estimate of $\rho \Sigma \pi_i \gamma_i$ with $\rho = 1$, and considering the observed cases in the vaccinated to be a Poisson variable, the probability of obtaining at least as many vaccinated cases as were observed may be calculated for various values of $\rho$." This procedure leads to an estimate of 65 per cent as a lower 95 per cent confidence limit for effectiveness of the vaccine.[17]

A similar analysis of 81 individuals in the study population who had previously had anthrax was made. By calculating the person-months exposure during the evaluation period and utilizing the attack rates observed for the placebo group (Table 8), 5.73 cases would have been expected in this group; however, no cases were observed. This data suggests that a previous anthrax infection provides some protection against a second anthrax infection.

Reactions

Objective criteria for evaluation of local reactions are summarized in Table 9. These consisted of the determination of two indexes based upon observations following inoculations of employees at two of the mills. The first index is the erythema value based upon the measured area of local erythema observed, and the second is the reaction index based upon all objective findings, including erythema, induration, and edema.

The average erythema value and the average reaction index for all vaccinated persons, following successive inoculations is summarized in Figure 2 and shows that both values gradually rose through the fifth inoculation and then declined. This decline was not related to the withdrawal from the program of those who had the more severe local reactions.

003738

HUMAN ANTHRAX VACCINE



Figure 2—Average Erythema Factor and Reaction Index per Person Following Anthrax
    Vaccination

The typical reaction was mild and did not cause any interruption of work. A small ring of erythema 1 to 2 cm in diameter, with slight local tenderness, was noted commonly within 24 hours after vaccination. In general, all signs and symptoms disappeared within the next 24 to 48 hours. In many of the cases, this minimal degree of local reaction would not have been noticed by the inoculee had not his arm been examined at 24 and 48 hours after inoculation. In a few instances, the area of erythema increased between 24 and 48 hours to an area of from 3 to 5 cm in diameter which then disappeared. Pruritus and a small area of induration were the next most common local reaction. More severe local reactions were characterized by edema, erythema

Table 7—Occurrence of Anthrax Cases During the Evaluation Program by Immunization Status

|  | Complete Inoculations | | Incomplete Inoculations | | No Inoculations* |
| --- | --- | --- | --- | --- | --- |
|  | Vaccine | Placebo | Vaccine | Placebo |  |
| 1st Series | 1 | 6 | 2 | 2 | 5 |
| 1st Booster | – | 4 | – | – | 1 |
| 2nd Booster | – | 1 | – | – | – |
| 3rd Booster | – | 2 | – | – | – |
| 4th Booster | – | 2 | – | – | – |
| Total | 1 | 15 | 2 | 2 | 6 |

* Listed according to what their inoculation status would have been, had they entered the inoculation program.

003739

greater than 5 x 5 cm, induration, and considerable local warmth, tenderness, and pruritus. A few inoculees developed small, firm, painless nodules at the site of injections which persisted for several weeks. It was our impression that antihistamines were effective in giving relief from the symptoms, especially pruritus.

The total incidence of the more moderate local reactions is summarized in Figure 3. The most prominent local reactions were those associated with the development of local edema (4+). Figure 3 shows that 21 individuals experienced 29 such reactions. None of these reactions were noted following the

first inoculation but 4 per cent of the vaccinees developed this degree of reaction after the second inoculation. Following a decline, the incidence rose to a peak of 7 per cent after the sixth inoculation, and then fell to 2 per cent after the seventh inoculation.

Half of these edema-producing reactions were maximum at 24 hours, and the remainder at 48 hours. Three individuals experienced edema extending from the deltoid to the mid-forearm and, in one case, to the wrist, with a definite collection of fluid in the bursa of the elbow. This extensive edema disappeared within three to five days. Once an in-

### Table 8—Calculation of Effectiveness of the Anthrax Vaccine

Person-Months Exposure by Vaccine Status and Mill

| Period Number* | Risk Group | Length of Exposure (Months) | Vaccinated | | | | | Not Vaccinated (Placebo) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mill A | Mill M | Mill P | Mill S | Sub-Total | Mill A | Mill M | Mill P | Mill S | Sub-Total |
| 1 | High | 6 | 372 | 231 | 99 | 483 | 1,185 | 384 | 270 | 120 | 513 | 1,287 |
| 2 | | 6 | – | 189 | 63 | 423 | 675 | – | 237 | 87 | 429 | 753 |
| 3 | | 6 | – | 150 | 42 | 381 | 573 | – | 216 | 54 | 366 | 636 |
| 4 | | 12 | – | 240 | 42 | 588 | 870 | – | 390 | 42 | 588 | 1,020 |
| 5 | | 12 | – | 204 | – | 306 | 510 | – | 306 | – | 306 | 612 |
| | Subtotal | | 372 | 1,014 | 246 | 2,181 | 3,813 | 384 | 1,419 | 303 | 2,202 | 4,308 |
| 1 | Low | 6 | 450 | 177 | 120 | 144 | 891 | 534 | 243 | 114 | 96 | 987 |
| 2 | | 6 | – | 156 | 84 | 117 | 357 | – | 219 | 75 | 72 | 366 |
| 3 | | 6 | – | 138 | 54 | 87 | 279 | – | 186 | 39 | 63 | 288 |
| 4 | | 12 | – | 234 | 48 | 132 | 414 | – | 312 | 24 | 90 | 426 |
| 5 | | 12 | – | 180 | – | 120 | 300 | – | 264 | – | 66 | 330 |
| | Subtotal | | 450 | 885 | 306 | 600 | 2,241 | 534 | 1,224 | 252 | 387 | 2,397 |
| | Grand Total | | 822 | 1,899 | 552 | 2,781 | 6,054 | 918 | 2,643 | 555 | 2,589 | 6,705 |

Anthrax Cases by Vaccine Status and Mill

| Period Number | Risk Group | Length | Vaccinated | | | | | Not Vaccinated (Placebo) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mill A | Mill M | Mill P | Mill S | Sub-Total | Mill A | Mill M | Mill P | Mill S | Sub-Total |
| 1 | High | 6 | – | – | – | 1 | 1 | 1 | – | – | 3 | 4 |
| 2 | | 6 | – | – | – | – | – | – | 1 | 1 | 2 | 4 |
| 3 | | 6 | – | – | – | – | – | – | – | – | 1 | 1 |
| 4 | | 12 | – | – | – | – | – | – | – | – | 2 | 2 |
| 5 | | 12 | – | – | – | – | – | – | 2 | – | – | 2 |
| | Subtotal | | – | – | – | 1 | 1 | 1 | 3 | 1 | 8 | 13 |
| 1 | Low | 6 | – | – | – | – | – | 2 | – | – | – | 2 |
| 2 | | 6 | | | | | | | | | | |
| 3 | | 6 | | | | | | | | | | |
| 4 | | 12 | | | | | | | | | | |
| 5 | | 12 | | | | | | | | | | |
| | Subtotal | | – | – | – | – | – | 2 | – | – | – | 2 |
| | Grand Total | | – | – | – | 1 | 1 | 3 | 3 | 1 | 8 | 15 |

* Represents sequential periods of exposure between inoculations except that period 5 is the 12-month interval following the last inoculation.

003740

HUMAN ANTHRAX VACCINE

Table 8—(Continued)

| | | | Attack Rate per 1,000 Person-Months by Vaccine Status and Mill | | | | | | | |
| | | | Vaccinated | | | | Not Vaccinated (Placebo) | | | |
| Period Number | Risk Group | Length of Exposure (Months) | Mill A | Mill M | Mill P | Mill S | Mill A | Mill M | Mill P | Mill S |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | High | 6 | – | – | – | 2.07 | 2.60 | – | – | 5.85 |
| 2 | | 6 | – | – | – | – | – | 4.22 | 11.49 | 4.66 |
| 3 | | 6 | – | – | – | – | – | – | – | 2.73 |
| 4 | | 12 | – | – | – | – | – | – | – | 3.40 |
| 5 | | 12 | – | – | – | – | – | 6.54 | – | – |
| 1 | Low | 6 | – | – | – | – | 3.75 | – | – | – |
| 2 | | 6 | – | – | – | – | – | – | – | – |
| 3 | | 6 | – | – | – | – | – | – | – | – |
| 4 | | 12 | – | – | – | – | – | – | – | – |
| 5 | | 12 | – | – | – | – | – | – | – | – |

| | | | Expected Cases in Vaccinated by Comparison Group and Mill | | | | |
| | | | Not Vaccinated | | | | |
| | | | Mill A | Mill M | Mill P | Mill S | Sub-Total |
|---|---|---|---|---|---|---|---|
| 1 | High | 6 | 0.97 | – | – | 2.83 | 3.80 |
| 2 | | 6 | – | 0.80 | 0.72 | 1.97 | 3.49 |
| 3 | | 6 | – | – | – | 1.04 | 1.04 |
| 4 | | 12 | – | – | – | 2.00 | 2.00 |
| 5 | | 12 | – | 1.33 | – | – | 1.33 |
| Subtotal | | | 0.97 | 2.13 | 0.72 | 7.84 | 11.66 |
| 1 | Low | 6 | 1.69 | – | – | – | 1.69 |
| 2 | | 6 | – | – | – | – | – |
| 3 | | 6 | – | – | – | – | – |
| 4 | | 12 | – | – | – | – | – |
| 5 | | 12 | – | – | – | – | – |
| Subtotal | | | 1.69 | – | – | – | 1.69 |
| Grand Total | | | 2.66 | 2.13 | 0.72 | 7.84 | 13.35 |

$$\text{Estimated effectiveness} = \frac{\text{Expected Cases Minus Observed Cases}}{\text{Expected Cases}}$$

High-risk group only $\quad \dfrac{11.66-1}{11.66} = 91.4\%$

Low-risk group only $\quad \dfrac{1.69-0}{1.69} = 100\%$

High-risk and low-risk groups combined $\quad \dfrac{13.35-1}{13.35} = 92.5\%$

dividual had an edema-producing local reaction, he had an 88 per cent chance of having a less severe reaction following subsequent inoculations. These individuals were scattered throughout all departments in the mill and had worked for varying periods of time before being immunized. A total of six working days were lost as a result of these edema-producing reactions.

Confirmed systemic reactions were not seen except for two individuals who experienced, along with the edema-producing local reactions, some malaise of 24 hours' duration. Reactions to the alum material were seen in three individuals. These reactions, however, were mild as compared to the edema-producing reactions in vaccinated individuals.

The development of local reactions was not related to the particular batch of vaccine used or to the length of employment of the individual, the depart-

003741



Figure 3—Per cent of Immunized Persons Who Had Significant Reactions Following Inoculations

ment in which he was employed, or the type of work in which he engaged. There were two individuals who inadvertently received the first injection of the vaccine, even though they had had clinical cutaneous anthrax 7 and 14 years previously. Both of these individuals experienced severe local reactions at 24 and 48 hours, with edema, induration, erythema, and pruritus. They received no further inoculations. The patient in mill A who had inhalation anthrax and recovered was vaccinated several months later without any untoward reaction. These are the only three individuals in this series who received the vaccine following a clinical anthrax infection.

## Discussion

In 1946, Gladstone reviewed the literature on the characterization of immunizing antigens extracted from Bacillus anthracis cultures or anthrax lesions.[12] He described the elaboration of the protective antigen from B. anthracis organisms grown in serum. In 1947, Watson, et al., reported on the separation of two factors from the edema fluid of anthrax lesions; one of these factors was used for successful immunization of animals.[13] Heckly and Goldwasser (1949) and Boor (1955) recovered the protective antigen after incubation of B. anthracis in special culture media.[14,15] All of these preparations of the protective antigen were used to successfully immunize laboratory animals (including sheep).

Wright's protective antigen was elaborated by the growth of a selected B. anthracis strain in a chemically defined medium. Darlow, Belton, and Henderson reported the development of a similar vaccine in 1956.[16]

The evaluation of the Wright vaccine demanded a susceptible population that was exposed to B. anthracis and that was under adequate medical supervi-

003742

sion. These criteria were satisfied in the four goat hair processing mills selected for this study. The statistical analysis of the data indicates that the vaccine was effective in protecting against cutaneous anthrax infections. When inhalation anthrax is considered, the limited experience with this form of the disease makes the data less significant in showing effectiveness of the vaccine.

The occurrence of the single vaccinated case five months after the initial series may indicate that the immunity resulting from the initial three inoculations had fallen significantly by that time. This possibility is further substantiated by a report that the only cases of anthrax among the immunized people in the Biological Laboratories of the U. S. Army Chemical Corps at Fort Detrick occurred in two employees, five months after the initial series.[18] It appears that a booster response occurs after the first booster inoculation, raising immunity to protective levels which are stable for at least six months. The single case in the incompletely immunized individual, 13 months after the initial series, further supports the importance of the first booster inoculations in securing adequate protective levels. Serological investigations of antibody titers utilizing the agar-gel precipitin method are currently in progress.[19] Darlow and colleagues, using their own vaccine, immunized human subjects by giving two subcutaneous inoculations ten days apart followed by a booster inoculation one year later.[16] They then demonstrated a booster response by using the rabbit-skin toxin-neutralization method.

Systemic or local reactions following vaccination were a minor problem. The incidence of 0.2 per cent systemic reactions, representing malaise in two individuals, compares favorably with that found by Wright[5] and Darlow.[16]

The detection of local reactions was overemphasized because of the close surveillance maintained for 48 hours after vaccination. A gradual increase in the severity of local reactions was noted through the fifth inoculation followed by a decline. The edema reaction, however, peaked after the sixth inoculation and then decreased in incidence. The total incidence of all local reactions from the mildest to the most severe was 35 per cent; however, the most severe or edema-producing local reactions occurred in only 2.8 per cent of the vaccinations. The latter figure corresponds to that reported by Wright. Although Wright noted some increased reactivity associated with certain lots of vaccine, the same correlation could not be made in this study.

In Darlow's series, the reactions seen were mild with an over-all reaction rate of 20 per cent. Darlow states that six different batches of vaccine were used without evidence of variation in potency or reactivity among them. Darlow also

Table 9—Criteria for Evaluation of Local Reactions

Erythema Value

| | | |
|---|---|---|
| 1(+)—1 to 99 | $\frac{2}{mm}$ | |
| 2(+)—101 to 399 | $\frac{2}{mm}$ | |
| 3(+)—400 to 1,599 | $\frac{2}{mm}$ | |
| 4(+)—1,600+ | $\frac{2}{mm}$ | |

Reaction Index*

| | | |
|---|---|---|
| 0—No reaction | | |
| 1—1-2 (+) E or I alone | Minimal | |
| 2—3-4 (+) E or 1-2+E & I | Mild | |
| 3—3-4 (+) E & I or Ed | Moderate | |
| 4—3-4 (+) E & I & Ed | Marked reaction | |

* E—Erythema
I—Induration
Ed—Edema

003743

noted the development of lymphadenopathy and lymphangitis in several individuals, signs that were not encountered in our series. He also described the development of small, painless persistent nodules, of doubtful significance, at the site of inoculation. Similar nodules were noted in some of the inoculees in this series but were not recorded.

The increase in incidence and severity of the local reactions indicates an allergic component. Wright and Darlow came to the same conclusion. Treatment of the severe local reactions, especially of pruritus, with antihistamines was followed by fairly prompt relief. The decline in reactivity following the sixth and seventh inoculations may indicate some desensitization of the recipients. Darlow also noted in some people the development of mild local reactions at the site of a previous inoculation even though given in the opposite arm; we did not encounter this phenomenon.

There are various occupational groups in whom use of the vaccine is indicated. In this country immunization should be recommended for people who work with imported wool, hair (especially goat hair), bristles, hides, bone meal, and any materials reclaimed from animal products industries. Anthrax is rare among stevedores and truckers who have brief and sporadic but intimate contact with these materials. The cases that do occur, however, are not uncommonly quite severe, so that immunization of these groups is desirable but would be more difficult to accomplish. Veterinarians practicing in certain "anthrax districts" in this country should be vaccinated just as they recommend vaccination of cattle in these areas. Laboratory workers who have contact with B. anthracis should also be protected by vaccination.

The world incidence of human anthrax has recently been estimated to range from 20,000 to 100,000 cases annually.[20] The majority of these cases are agriculturally associated, and are reported from southern European, African, and Asian countries. It would be difficult to vaccinate the rural susceptibles in many of these countries because of the prevalent nomadic conditions and the inadequate medical facilities available. The necessity of giving multiple inoculations is also a factor that would contribute to the difficulties of implementing an anthrax vaccination program. Currently, an improved vaccine prepared by Dr. Wright is being evaluated through serological testing and by use in an exposed, susceptible population. If the new vaccine should prove more potent, a less strenuous immunization schedule may be applicable.

## Summary

An anthrax vaccine was clinically and epidemiologically evaluated in an exposed, susceptible, supervised population. Twenty-six cases occurred among the population during the evaluation period. Four cases occurred in individuals who had incomplete inoculations. Of the remaining 22 cases, 15 occurred in placebo-inoculated employees, six in uninoculated employees, and one in a vaccine-inoculated employee. The data indicate that the vaccine has an effectiveness of 92.5 per cent with a lower 95 per cent confidence limit of 65 per cent.

Individual reactions to the vaccine was a relatively minor problem. Edema-producing local reactions occurred following 2.8 per cent of all inoculations. There was evidence that the local reactions had an allergic basis, with reactivity increasing through the fifth inoculation, following which they decreased. Systemic reactions were rare with only 0.2 per cent of inoculations followed by noticeable symptoms.

003744

There are various exposed population groups in whom use of the vaccine is recommended. Specifically, these include persons who handle imported hair, wool, hides, or bone meal, in addition to veterinarians in "anthrax districts." Selected use in other countries is also recommended, though implementation would be difficult.

ACKNOWLEDGMENTS—The authors would like to acknowledge the assistance of the following persons: Dr. William D. Schrack, Jr., and Dr. Ernest J. Witte, Pennsylvania State Department of Health; the public health nurses, Philadelphia Department of Public Health; Dr. Joseph S. Pagano, former Epidemic Intelligence Service officer, Communicable Disease Center, Atlanta, Ga.; Dr. Harold Glassman and Dr. A. G. Wedum, Chemical Corps, Fort Detrick, Md.; Dr. Alexander D. Langmuir, chief, Epidemiology Branch, Communicable Disease Center, Atlanta; Mr. H. Forrest Bumford, New Hampshire State Bureau of Occupational Health; Dr. Lewis T. Bennett and Mrs. Bertha Myhr, R.N., Manchester, N. H.; Mrs. Herman Gold, Chester, Pa.; and the management of the cooperating mills.

REFERENCES

1. Wright, G. G., and Slein, J. B. Studies on immunity in Anthrax. I. Variation in the Serum T-Agglutinin During Anthrax Infection in the Rabbit. J. Exper. Med. 93:99, 1951.
2. Wright, G. G.; Hedberg, M. A.; and Feinberg, R. J. Studies on immunity in Anthrax. II. In vitro Elaboration of Protective Antigen by Nonproteolytic Mutants of Bacillus anthracis. Ibid. 93:523, 1951.
3. Wright, G. G.; Hedberg, M. A.; and Slein, J. B. Studies on Immunity in Anthrax. III. Elaboration of Protective Antigen in a Chemically-Defined Nonprotein Medium. J. Immunol. 72:263, 1954.
4. Puziss, M., and Wright, G. G. Studies on Immunity in Anthrax. IV. Factors Influencing Elaboration of the Protective Antigen of Bacillus anthracis in Chemically Defined Media. J. Bact. 68:474, 1954.
5. Wright, G. G.; Green, T. W.; and Kanode, R. G., Jr. Studies on Immunity in Anthrax. V. Immunizing Activity of Alum-Precipitated Protective Antigen. J. Immunol. 73:387, 1954.
6. Auerbach, S., and Wright, G. G. Studies on Immunity in Anthrax. VI. Immunizing Activity of Protective Antigen Against Various Strains of Bacillus anthracis. Ibid. 75:129, 1955.
7. Brachman, P. S., and Fekety, F. R. Industrial Anthrax. Ann. New York Acad. Sc. 70:574, 1958.
8. Plotkin, S. A.; Brachman, P. S.; Utell, M.; Bumford, F. H.; and Atchison, M. M. An Epidemic of Inhalation Anthrax. the First in the Twentieth Century. I. Clinical Features. Am. J. Med. 29:992, 1960.
9. Brachman, P. S.; Plotkin, S. A.; Bumford, F. H.; and Atchison, M. M. An Epidemic of Inhalation Anthrax: The First in the Twentieth Century. II. Epidemiology. Am. J. Hyg. 72:6, 1960.
10. Gold, H. Anthrax. A.M.A. Arch. Int. Med. 96:387, 1955.
11. Pagano, J. S.; Brachman, P. S.; and Plotkin, S. A. (Manuscript in preparation.)
12. Gladstone, G. P. Immunity to Anthrax: Protective Antigen Present in Cell-Free Culture Filtrates. Brit. J. Exper. Path. 27:394, 1946.
13. Watson, D. W.; Cromartie, W. J.; Bloom, W. C.; Kegeler, G.; and Heckly, R. J. Studies on Infection with Bacillus anthracis. III. Chemical and Immunological Properties of the Protective Antigen in Crude Extracts of Skin Lesions of B. anthracis. J. Infect. Dis. 80:28, 1947.
14. Heckly, R. J., and Goldwasser, E. Studies on Infection with Bacillus anthracis. VIII. The Production of an Immunizing Antigen in vitro. Ibid. 84:92, 1949.
15. Boor, A. K. An Antigen Prepared in vitro Effective for Immunization Against Anthrax. I. Preparation and Evaluation of the Crude Protective Antigen. Ibid. 97:194, 1955.
16. Darlow, H. M.; Belton, F. C.; and Henderson, D. W. Use of Anthrax Antigen to Immunize Man and Monkey. Lancet 2:476, 1956.
17. Serfling, R. Personal communication.
18. Glassman, H. N. Personal communication.
19. Norman, P. Personal communication.
20. Glassman, H. N. World Incidence of Anthrax in Man. Pub. Health Rep. 73:22, 1958.

Dr. Brachman is chief, Investigations Section, Epidemiology Branch, Communicable Disease Center, Public Health Service, DHEW, Atlanta, Ga.; Dr. Gold is chief of medicine, Chester Hospital, Chester, Pa.; Dr. Plotkin, formerly Epidemic Intelligence Service officer, Communicable Disease Center, Atlanta, is now associated with the Children's Hospital of Philadelphia, Philadelphia, Pa.; Dr. Fekety, formerly Epidemic Intelligence Service officer, Communicable Disease Center, Atlanta, is now associated with the Department of Medicine, Johns Hopkins Hospital, Baltimore, Md.; and Drs. Werrin and Ingraham are, respectively, chief, Veterinary Public Health Section, and deputy health commissioner, Department of Public Health, Philadelphia, Pa.

This paper was presented before the Epidemiology Section of the American Public Health Association at the Eighty-Eighth Annual Meeting in San Francisco, Calif., November 2, 1960.

Report from the Communicable Disease Center, Public Health Service, U. S. Department of Health, Education, and Welfare, Atlanta, Ga.

This work was supported by a contract with the U. S. Army Chemical Corps, Fort Detrick, Frederick, Md.

003745

## INTRODUCTION

During 1965, it became apparent to many investigators at the National Communicable Disease Center (NCDC) and elsewhere than an anthrax vaccine was needed for human immunization - no such vaccine was available from commercial sources. At the suggestion of the Surgeon General's Advisory Committee on Immunization Practices, the Investigational Vaccines Program, NCDC, was formed. With the cooperation of the U. S. Army Biological Laboratories (USABL), Fort Detrick, Frederick, Maryland, a supply of Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed, was obtained; a "Notice of Claimed Investigational Exemption for a New Drug" was filed with the Division of Biologics Standards (DBS); and in August 1966, the first bottles of the vaccine were made available.

Initially, Vaccine Lot 9 was distributed. This was produced by Merck, Sharp & Dohme for the USABL. (See Form FD-1571, "Notice of Claimed Investigational Exemption for a New Drug," for Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed.) Thirty bottles, 20 ml each, were distributed to three investigators, and a surveillance of reactions to the vaccine has been maintained.

In November 1966, a new lot of vaccine, Lot 3, was obtained from USABL. Lot 3 was produced by the Bureau of Laboratories, Michigan Department of Public Health, Lansing, Michigan 48914. The methods used in the production and potency testing of this vaccine are given in Enclosure I, "Application and Report on Manufacture of Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed," submitted to the DBS by Michigan Department of Public Health in July 1967.

The Michigan produced vaccine was dispensed in 9 ml aliquots, and the bottles and containers were labeled as follows:



Two hundred twenty-eight bottles, 9 ml each, of the Lot 3 material, were distributed to 10 investigators, and a surveillance of reactions has been maintained.

1

003764

INSTRUCTIONS FOR THE USE OF
ANTHRAX PROTECTIVE ANTIGEN, ALUMINUM HYDROXIDE ADSORBED

### Composition

Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed is prepared by the anaerobic growth of an avirulent, nonencapsulated strain of Bacillus anthracis in a chemically defined medium. The immunologically active component, protective antigen, is elaborated during the growth. After filtration, the antigen is adsorbed on aluminum hydroxide gel. Benzethonium chloride (Phemerol) 1:40,000 is added as a preservative. Formalin is added for stability in a final concentration of 0.0087%.

### Dosage and Administration

Shake well before withdrawing each dose.

   Initial Series:  0.5 ml subcutaneously at 0-2-4 weeks.

   Booster Series:  (1) 0.5 ml subcutaneously every 6 months for 3 doses,
                        beginning 6 months after the first injection of the
                        initial series, then

                    (2) 0.5 ml subcutaneously every year.

The first injection is represented by 0 week. There is a 2-week interval between the first and second injections and a 2-week interval between the second and third injections.

### Precautions

1. Anthrax Protective Antigen is a new drug and is limited to investigational use.

2. The antigen must be administered by or under the supervision of the physician who requested the antigen and completed Form PHS 3.547 (CDC), "Statement of Physician."

3. A Form PHS 3.548 (NCDC), "Response to Investigational Vaccine – Initial Series," or Form PHS 3.548-1 (CDC), "Response to Investigational Vaccine – Booster Injections," must be completed for each recipient.

4. The antigen should be administered only to healthy men and women in the age range from 18 to 65 years since investigations so far have been conducted exclusively in that population. The effects of administration of the antigen during pregnancy have not been studied.

5. If the antigen is given to anyone who has a history of anthrax infection in the past, a severe local reaction may result.

15

Storage

Refrigerate at 35.6° to 50° F (2° to 10° C).  Do not freeze.

Reactions

Approximately 20% of all recipients have had a mild local reaction.  This has consisted of a small ring of erythema with slight local tenderness or a small area of induration with pruritus.  Moderate local reactions have occurred after approximately 2% of injections.  These generally appeared within 24 hours and subsided within 48 to 72 hours.  A few inoculees developed small, firm, painless nodules at the injection site, persisting for several weeks.

A small number of severe local reactions have occurred and were characterized by edema, moderate erythema, induration, and considerable local warmth, tenderness, and pruritus.  Their characteristics were similar to those observed in cutaneous anthrax, without the ulcer and subsequent eschar.  Rarely, an individual demonstrated extensive edema of the arm lasting 3 to 5 days.  All local reactions have been completely reversible.

If a person has experienced a moderate or severe reaction to an injection, future reactions may be minimized by decreasing the quantity of antigen in subsequent injections.  Antihistamines may alleviate the symptoms associated with the reaction, especially pruritus.  Preliminary results indicate that as the number of booster doses per person increases, the incidence of moderate local reactions may increase.  Significant systemic reactions have not occurred, although occasionally malaise has accompanied an edema-producing reaction.  A classification of local reactions can be found on the Response to Investigational Vaccine Form, PHS 3.548 (NCDC).

16

Efficacy

The efficacy of the antigen in protecting experimental animals has been demonstrated with challenge either by the intracutaneous or respiratory routes.  The antigen is less effective in protecting guinea pigs when certain strains of Bacillus anthracis are used for challenge.  Analysis of one field trial of the antigen in man occupationally at risk of contracting anthrax has indicated 92% effectiveness in prevention of cutaneous anthrax.  Because of the infrequency of human inhalation anthrax, it is not possible at this time to provide a quantitative estimate of the efficacy of the antigen in conferring protection against this form of the disease.

Supplier

The antigen is supplied by the National Communicable Disease Center.

Inquiries should be directed to:

        Investigational Vaccines Activities
        Laboratory Program
        National Communicable Disease Center
        Atlanta, Georgia   30333

003780

OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN. REG. NO. 27

UNITED STATES GOVERNMENT

# *Memorandum*

TO      :  Roderick Murray, M.D., Director          DATE:  April 14, 1966
           Division of Biologics Standards
           National Institutes of Health
FROM    :  Chief, Laboratory Branch
           Communicable Disease Center

SUBJECT:   Anthrax Protective Antigen Aluminum Hydroxide Adsorbed


The Laboratory Branch, Communicable Disease Center, submits this notice
of claimed investigational exemption for a new drug under the provisions
of Section 505 (i) of the Federal Food, Drug, and Cosmetic Act and Para-
graph 130.3 of Title 21 of the Code of Federal Regulations.

We welcome your comments or questions.  Thank you for your consideration.


                                           U. Pentti Kokko
                                           Medical Director

2

003829

1. The new drug is identified as:

   <u>Anthrax Protective Antigen</u>

   <u>Aluminum Hydroxide Adsorbed</u>

   Method of Administration:

   <u>Initial Series</u>: 0.5 ml subcutaneously at 0-2-4 weeks.

   <u>Booster Series</u>:  (1) 0.5 ml subcutaneously every 6 months for 3 doses,
   beginning 6 months after the first injection of the initial
   series, then
   (2) 0.5 ml subcutaneously every year.

   The first injection is represented by 0 week.  There is a 2 week interval between
   the first and second injections and a 2 week interval between the second and
   third injections.

2. List of components:

   <u>Protective Antigen</u> - a filtrate factor, readily separable from the bacterial
   cells, elaborated during anaerobic growth of an avirulent, nonencapsulated
   strain of <u>Bacillus</u> <u>anthracis</u> in a chemically defined medium.  (Method des-
   cribed by Puziss <u>et al</u>. - See Enclosure 2)

   <u>Adsorbent</u>:  <u>Aluminum Hydroxide Gel</u> - prepared according to the method recom-
   mended by Dr. Albert Hansen, Director, Statens Serumsinstitut, Copenhagen,
   Denmark.  (Method described in Appendix III of Enclosure 1.)

   <u>Preservative</u>:  <u>Benzethonium chloride</u> (Phemerol; Parke, Davis and Co.,
   Detroit, Michigan).

   <u>Stabilizer</u>:  <u>Formalin</u>.

3

3. Quantitative composition of drug:

   <u>Protective Antigen</u> - See pp. 41-44 of Enclosure 1, (final report of the con-
   tract between Ft. Detrick and Merck, Sharp & Dohme for production of the
   antigen). The present investigations shall be conducted with antigen from
   Lot #9 (79826).

   <u>Aluminum:</u>  0.17%

   <u>Aluminum oxide:</u>  0.32%

   <u>Benzethonium chloride</u> (Phemerol):  1:40,000

   <u>Formalin:</u>  0.009%

4. Description of Drug Source:

   The vaccine was produced in 1961 under the terms of a contract between the U. S.
   Army Biological Laboratories, Ft. Detrick, Frederick, Maryland, and Merck, Sharp
   & Dohme, Division of Merck & Company, Inc., West Point, Pennsylvania.

   The production was supervised by Dr. Eugene Barclay (Merck, Sharp & Dohme),
   Dr. George G. Wright (Chief, Immunology Branch, Medical Investigation Division,
   Ft. Detrick) and Dr. Milton Puziss (Immunology Branch, Ft. Detrick).

4

003831

5. A statement of the methods, facilities, and controls used for the manufacturing, processing, and packing of the new drug can be found in Enclosure 1 (final report of the contract between Ft. Detrick and Merck, Sharp & Dohme for production of the antigen). This manuscript describes the standardization of a mass-production process for the manufacture of an improved anthrax immunizing antigen.

   Ten lots of vaccine were produced; the present investigations shall be conducted with vaccine from Lot #9 (79826). Details of manufacture of Lot #9 can be found on pp. 41-44 of Enclosure 1.

6. The information available to the sponsor from preclinical investigations and clinical studies and experience with the drug is summarized in the following pages.

   Clinical trials with Anthrax Protective Antigen have also been conducted by Dr. Paul J. Kadull at the U. S. Army Biological Laboratories, Ft. Detrick, Frederick, Maryland. The results of his studies will be available in the near future and will be submitted to the Division of Biologics Standards as an amendment.

003832

ANTHRAX PROTECTIVE ANTIGEN

Aluminum Hydroxide Adsorbed

## COMPOSITION

Anthrax Protective Antigen Aluminum Hydroxide Adsorbed is prepared by the anae-
robic growth of an avirulent, nonencapsulated strain of <u>Bacillus anthracis</u> in a
chemically defined medium (1). The immunologically active component. protective
antigen, is elaborated during the growth. After filtration, the antigen is adsorbed
on aluminum hydroxide gel. Benzethonium chloride (Phemerol) 1:40,000 is added as a
preservative. Formalin is added for stability in a final concentration of 0.0097

## DESCRIPTION

Classical studies on the mechanism of acquired immunity in anthrax demonstrated
that the non-living bacterial cells or their components play no appreciable role in
the production of acquired resistance in man. Protective antigen, a filtrate factor
readily separable from the bacterial cells, was found to be the immunologically active
component. Attempts to produce it <u>in vitro</u> were unsuccessful until Gladstone (2) in
1946 demonstrated the elaboration of the protective antigen during growth of the organ-
ism in whole serum under critical conditions. In 1954, Wright <u>et al</u>.(3), Puziss and
and Wright (4), and Wright <u>et al</u>. (5) first demonstrated the elaboration of protec-
tive antigen in a chemically defined, non-protein medium. They described a method for
alum precipitation of the antigen, showed the effectiveness of the product in protect-
ing animals against oral challenge with <u>B</u>. <u>anthracis</u>, and studied its tolerance in
man. In 1962, Brachman <u>et al</u>. (6) evaluated the alum-precipitated product over a
period of 4 years in a field trial of 1200 goat hair-processing mill workers with
potential exposure to anthrax. They reported a decreased incidence of cutaneous
anthrax in immunized employees and gave a statistical evaluation of the effectiveness
of the antigen. The data indicated that the vaccine was 92% effective in preventing

18

003845

cutaneous anthrax.  In 1963, in an effort to obtain filtrates of greater antigenic activity, a new method of production of antigen was developed (1,7,8).  Since that time, the antigen has been produced under anaerobic conditions in a new medium with adsorption on aluminum hydroxide replacing alum precipitation.  Since 1961, clinical trials with Anthrax Protective Antigen Aluminum Hydroxide Adsorbed have been conducted by Kadull (9) and Brachman (10).  Several cases of cutaneous anthrax have occurred among individuals who have been in the process of receiving their initial series; however, cutaneous anthrax has not occurred among any individuals who have completed the full immunization schedule and maintained their booster inoculations. In a total of 10,000 injections, the incidence of systemic reactions, all of them mild, has been less than 0.5%.  The incidence of significant local reactions has been approximately 3%, although one-third of all recipients experience a minimal local reaction.

Although the effectiveness of the antigen in protecting animals against oral and intracutaneous challenge with B. anthracis has been demonstrated, attempts to confirm its effectiveness in man are limited by the lack of sensitivity of serologic tests specific for anthrax antibody.  This limitation, however, may soon be overcome.

Results of the studies reported indicate that Anthrax Protective Antigen may be effective in preventing cutaneous anthrax; the efficacy of the antigen in preventing inhalation anthrax is under investigation.

The present supply of Anthrax Protective Antigen, although distributed by the Communicable Disease Center (CDC), has been made available through the generosity of the U. S. Army Biological Laboratories, Ft. Detrick, Frederick, Maryland.

19

003846

DOSAGE AND ADMINISTRATION

Shake well before withdrawing each dose.

Initial Series:  0.5 ml subcutaneously at 0-2-4 weeks.

Booster Series:  (1)  0.5 ml subcutaneously every 6 months for 3 doses,

beginning 6 months after the first injection of the

initial series, then

(2)  0.5 ml subcutaneously every year.

The first injection is represented by 0 week.  There is a 2 week interval between

the first and second injections and a 2 week interval between the second and third

injections.

PRECAUTIONS

(1)  Anthrax Protective Antigen is a new drug and is limited to investigational use.

(2)  The antigen must be administered by or under the supervision of the physician

who requested the antigen and completed Form PHS 3.547 (CDC), "Statement of

Physician Form."

(3)  A "Response to Investigational Vaccine Form" must be completed for each recip-

ient.

(4)  The antigen should be administered only to healthy men and women in the age

range from 18 to 65 years since investigations so far have been conducted

exclusively in that population.  The effects of administration of the antigen

during pregnancy have not been studied.

(5)  The antigen should not be given to anyone who has a history of anthrax infection

in the past; otherwise a severe local reaction may result.

20

003847

REACTIONS

A small ring of erythema 1 to 2 cm in diameter, with slight local tenderness, may be noted commonly at the site of injection within 24 hours after vaccination. In a few instances, the area of erythema may increase to 5 cm in diameter. A small area of induration with pruritus is the second most common reaction. A few inoculees will develop small, firm, painless nodules, which persist for several weeks, at the site of injections. Marked local reactions are characterized by edema; moderate erythema; induration; and considerable local warmth, tenderness and pruritus. In some respects the marked local reactions have characteristics similar to those observed in cutaneous anthrax, excluding the ulcer and subsequent eschar. Brawny edema and induration with inflammation are dominant. Rarely, an individual will have extensive edema lasting 3 to 5 days.

Moderate local reactions can be anticipated after 2 to 3% of injections. Approximately one-third of all recipients will have a very mild local reaction. At 48 hours or, at the most, 72 hours, the reaction is expected to completely subside. Such reactions can be alleviated by decreasing the quantity of antigen of subsequent injections. Antihistamines may give some relief from the symptoms, especially pruritus. As the number of booster doses increases for any one individual, the incidence of moderate local reactions may increase.

Systemic reactions are not anticipated. Rarely, an individual may experience malaise lasting approximately 24 hours in association with an edema-producing reaction.

STORAGE

Refrigerate at ($2^\circ$ to $10^\circ$C) ($35.6^\circ$ to $50^\circ$F). Do not freeze.

003848

## SUPPLIER

The antigen is supplied by the Communicable Disease Center.  Inquiries should be directed to:

> Investigational Vaccines Program
> Laboratory Branch
> Communicable Disease Center
> Atlanta, Georgia  30333

## REFERENCES

(1)  Puziss, M., Manning, L. C., Lynch, J. W., Barclay, E., Abelow, I., and Wright, G. G.  Large-scale production of protective antigen of Bacillus anthracis in anaerobic cultures.  Appl. Microbiol. 11:330-334, 1963.

(2)  Gladstone, G. P.  Immunity to anthrax:  Protective antigen present in cell-free culture filtrates.  Brit. J. Expt. Path. 27:394, 1946.

(3)  Wright, G. G., Hedberg, M. A., Slein, J. B.  Studies on Immunity in Anthrax. III.  Elaboration of protective antigen in a chemically defined non-protein medium.  J. Immunol. 72:263-269, 1954.

(4)  Puziss, M. and Wright, G. G.  Immunity in Anthrax, IV.  Elaboration of the protective antigen of Bacillus Anthrax in chemically defined media.  J. Bact. 68: 474-482, 1954.

(5)  Wright, G. G., Green, T. and Kanode, R.  Studies on Immunity in Anthrax, V. Immunizing activity of alum-precipitated protective antigen.  J. Bact. 73:387-391, 1954.

(6)  Brachman, P. S., Gold, H., Plotkin, S. A., Fekety, F. R., Werrin, M., and Ingraham, N. R.  Field evaluation of a human anthrax vaccine.  Am. J. Pub. Health 52:632-645, 1962.

(7)  Wright, G. G., Puziss, M., and Neely, W. B.  Studies on Immunity in Anthrax, IX. Effect of variations in cultural conditions on elaboration of protective antigen by strains of Bacillus anthracis.  J. Bact. 83:515-522, 1962.

003849

(8)  Puziss, M. and Wright, G. G.  Studies on Immunity in Anthrax, X.  A gel-adsorbed protective antigen for immunization of man.  *J. Bact.* 85:230-236, 1963.

(9)  Kadull, P. J.  Personal communication.

(10)  Brachman, P. S.  Personal communication.

23

003850

Introduction

Shortly after World War II there was a renewed interest in immunization of man against the disease anthrax. In 1946 Gladstone* in England had demonstrated that a protective antigen could be isolated from cultures of <u>Bacillus anthracis</u> grown <u>in vitro</u> in a complex medium. Based on these and other observations, personnel of Immunology Branch, Medical Investigation Division, Fort Detrick, Maryland, undertook an intensive study of the factors involved in order to produce a safe, effective, nonviable immunizing product suitable for human use. These studies, reported in the scientific literature in a series of papers, culminated in a method for the production of an alum-precipitated nonviable protective antigen suitable for human immunization against anthrax. This method, called the "multiple bottle" or "shallow-culture" method, was further studied in collaboration with Parke, Davis & Company in 1955 under Contract No. DA-18-064-CML-2339.

During the field trial period, further research by MI Division personnel had shown that the protective antigen could be produced in <u>much larger yield</u>, and with greater potency, by submerged culture under <u>anaerobic growth conditions</u>. Continued research on this "deep-culture" method resulted in the production of a clinically acceptable gel-adsorbed protective antigen of considerably increased potency. In addition, the deep-culture method was more reproducible and better adapted to modern large-scale methods of biologics production than was the shallow-culture production method. The laboratory process was scaled-up for mass production by BW Plants Division, Directorate for BW Systems Engineering, Fort Detrick, Maryland, using the deep tank culture process. A contract for production proving and standardization of the mass-production process was awarded to Merck Sharp & Dohme, Division of Merck & Company, Inc.

This report describes the work done under that contract (Contract No. DA-18-064-404-CML-498) and presents the essential descriptions necessary for product specification, quality-control requirements, and process design. The vaccine produced is to be used for clinical testing and immunization as required.

Field trials undertaken in cooperation with the U. S. Public Health Service ending in 1959 showed the alum-precipitated shallow-culture antigen to be clinically acceptable, safe, and effective in immunizing man against anthrax.

*Gladstone, G. P., "Immunity to anthrax; protective antigen present in cell-free culture filtrates," <u>Brit</u>. <u>J</u>. <u>Exptl</u>. <u>Pathol</u>., 27, 394-419, 1946.

003862

*See Memo ... um dated 11/2/70*

June 21, 1968

M.P.   Ref no 67-70

Chief, Laboratory of Bacterial Products

_____: Anthrax Vaccine, Adsorbed

☐ Establishment License Application
☒ Product License _____ for _____
☐ Amendment to Established License
☐ Amendment ... to such bit License for

Michigan Department of Health _____ Through _____

Bureau of Laboratories

3500 N. Logan, Lansing, Michigan  48914

The Committee, as indicated by the signatures below, _____
(Retention) that the above licensing action(s) be taken _____ ___ ___
This recommendation is based upon the following:

☒ Review of the application(s) which consist(s) of _____
   attachment
☒ Review of the labels and instruction circuls.
☒ Review of protocol(s) for lot number(s) _____ 2 and 3 _____
☒ Satisfactory test results for sample of lot no. ___ 2 and 3 ____    *
☐ Inspection of establishment on _____

  *  Sterility, safety, and chemical
Comments: It is recommended that issue of license be coordinated with the
publication of the standards for the product in the Federal Register. See attachmer
  This product was prepared under contract from NCDC and Fort Detrick. The two l
manufactured have been delivered to NCDC and are being used for clinical investiga
(DBS-IND-180).  The labeling of product for the second year of investigation does
carry the name of the manufacturer.  Fort Detrick is testing the material periodic
for stability and extension of dating.  Question: Labeling after product is license
**
  The letter of notification should include the following:

☐ Request for complete set of labels
☒ Request for circular (package enclosure)  Only if not received previously
☒ Other:  See attachment.

Committee:

(1) Robt W. Koll                        (3) _____

(2) Charles R. Manclark                 (4) Joseph P. O'Malley M.D.

  _____                              (5) M. Pittman, Chairman

** Clinical data.  Limited to reactivity.  Animal tests indicate that Mich. prod
is equal or slightly more potent than the M.S.D. product which was efficacious.
M.S.D. production method differed somewhat from Mich. method.

003930

Attachment.

Since the samples submitted in support of license contained
0.0933% and 0.1307% aluminum, subsequent lots should contain
not less than 0.04 mg aluminum per single human dose.

Please collect data on Lots 2 and 3 to determine the stability
of the product through the dating period, that is, three years
after manufacture and submit to the Division when available.

License Action.  Pending publication of Additional Standards, it is
recommended that NCDC be requested to provide data relative to clinica
efficacy.

Bureau of Laboratories
Michigan Department of Public Health

July 11, 1967
BHO:lea

### APPLICATION AND REPORT ON MANUFACTURE OF
### ANTHRAX PROTECTIVE ANTIGEN, ALUMINUM HYDROXIDE ADSORBED

1. **Name of establishment:** Bureau of Laboratories, Michigan Department of Public Health.

2. **Location:** 3500 North Logan Street, Lansing, Michigan 48914.

3. **General sources of strains used and age in artificial cultivation:** Nonencapsulated, nonproteolytic, avirulent mutants of B. anthracis are used exclusively. We have employed B. anthracis strain TRADE SECRET This strain was isolated initially by Wright and Puziss (1962) from the Vollum strain. The bacterium is maintained as a spore suspension in TRADE SECRET

4. **Tests for identity of the organism and its immunological type and criteria for its acceptance:**

   a) Gram stained smears show gram positive bacilli occurring in long chains.

   b) Capsule stained smears indicate the absence of capsules.

   c) The bacteria are nonmotile.

   d) The organism must produce an antigen capable of protecting guinea pigs against challenge with a virulent strain (Vollum) of B. anthracis.

5. **How are the cultures transplanted – frequency, medium, temperature:** The organism is retained as a spore suspension in TRADE SECRET at 4°C. Under these conditions, the spores were viable for a number of years.

6. **General virulence of cultures and method of maintaining the virulence:** In the production of this vaccine, we are primarily concerned with maintaining an avirulent strain. To be acceptable, stock spore suspensions must exhibit avirulent characteristics under the following conditions: Spores streaked on Petri plates containing TRADE SECRET are incubated at 37°C in air and in an atmosphere of carbon dioxide. Grown in the presence of air, the colonies of both virulent and avirulent strains are rough. In a $CO_2$ atmosphere, colonies of virulent strains are mucoid, while those of avirulent strains are rough. This procedure serves as a test for purity as well.

7. **Method of growing the organisms for inoculation; medium, flasks, aerobiosis, temperature, duration of growth:** The inoculum is prepared by adding 5 ml stock spore suspension to 10 liters of TRADE SECRET (Wright, et al., 1962) in a three gallon Pyrex bottle. The ingredients of TRADE SECRET and its preparation are as follows:

|  | g/10 1 medium |
|---|---|
| **AB-G Stock** | |
| Biotin, crystalline | 0.005 |
| Thiamine·HCl | 0.004 |
| Adenosine | 0.010 |

003943

Application and ort o Manufacture of                                    Page 2
Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed

|  | g/10 l medium |
|---|---|
| **AB-G Stock (cont.)** | |
| L-Alanine | 0.090 |
| L-Tryptophan | 0.104 |
| DL-Serine | 0.208 |
| L-Arginine·HCl | 0.208 |
| L-Proline | 0.292 |
| Glycine | 0.292 |
| DL-Methionine | 0.300 |
| DL-Threonine | 0.600 |
| DL-Valine | 0.600 |
| DL-Aspartic acid | 0.640 |
| DL-Isoleucine | 0.640 |
| DL-Phenylalanine | 0.680 |
| L-Histidine·HCl | 0.960 |
| DL-Leucine | 1.280 |
| L-Glutamic acid | 1.680 |
| $MnSO_4·H_2O$ | 0.040 |
| $MgSO_4·7H_2O$ | 0.100 |
| $CaCl_2·2H_2O$ | 0.148 |
| Glucose | 10.000 |

TRADE SECRET

**C Stock**

| $KH_2PO_4$ | 6.800 |
|---|---|
| $K_2HPO_4$ | 8.700 |

**D Stock**

$FeSO_4·7H_2O$

*TRADE SECRET*

**E Stock**

Pyridoxal·HCl

**F Stock**

$NaHCO_3$

TRADE SECRET

003944

Application and Report of Manufacture of                              · Page 3
Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed

8.  <u>Are isolated colonies giving typical reactions selected prior to each planting
    for production?</u>  Not applicable.

*Revised*
*4/26/68*

9.  <u>Is the purity of growth in each flask controlled by smears?  What stain is used?</u>
    Both the inoculum and large-scale fermentation are tested for purity by streak-
    ing samples on blood agar plates.  Plates exhibiting typical colonies only of
    the avirulent <u>B. anthracis</u> strain are acceptable.

10. <u>Detailed method of killing:</u>  The organism is removed by sterile filtration.

11. <u>Detailed method of preparation of the product, including method used for
    determining the bacterial count, culture medium, incubation temperature,
    length of incubation, and whether organisms are washed:</u>  Large-scale pro-
    duction of the anthrax protective antigen is accomplished by culturing the
    organism in glass-lined fermentation tanks.  The following procedure pro-
    duces ⌐ liters of  vaccine.  Ratios are applicable to greater or lesser
    amounts.



TRADE SECRET

*New paragraph*
*4/26/68*

Application and Report of manufacture of                                    . Page 4
Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed

12.  **What preservative is used, when is it added, and in what proportion?**  To
     _____ TRADE SECRET _____ ), both sterilized by
     filtration, are added and thoroughly mixed with the suspension.

13.  **What is the range of the original strength of the product (e.g. of stock
     suspension)?** TRADE SECRET — times the concentration of the final product.

14.  **Under what commercial or other names is this product distributed?** None.

15.  **Composition of each mixture of completed product of which this product forms
     a part:** Aluminum: calculated as potassium alum, shall not exceed 15 mg per
     single human dose. Benzethonium chloride: 1:40,000. Formaldehyde: 0.0092%.

16.  **How are the containers and stoppers sterilized?** The bottles are dry-heat
     sterilized for — hours at TRADE SECRET — Stoppers are placed in racks
     or bottles and autoclaved — hour at —— pressure, temperature of ——

17.  **How are they filled, and under what precautions?** Final containers are filled
     by means of a hand-operated or automatic filling machine connected to a
     pressurized bulk bottle or tank. All filling is performed in a "sterile
     cubicle" equipped with positive pressure, "Precipitron" filtered air venti-
     lation. The filling room ceiling, walls, furnishings, and floors are washed
     prior to each filling. After cleaning, the room is sprayed with antiseptic
     such as ~TRADE SECRET —— All operators wear sterilized caps, gowns, masks,
     and gloves. The product is mixed continuously throughout the filling period
     to keep the product homogeneous.

18.  **Describe the sterility test of the product in bulk container:** From each
     bulk container, at least 20 ml are planted; 10 ml in Fluid Thioglycollate
     Medium and 10 ml in Fluid Sabouraud Medium,* N.I.H. formulas. One milli-
     liter aliquots are planted in 40 ml (or more) of Fluid Thioglycollate Medium
     and 1 ml aliquots are planted in 300 ml of Fluid Sabouraud Medium. The
     Thioglycollate cultures are incubated at ————— and the Sabouraud cultures
     TRADE SECRET for a minimum of — days. During this period, they are in-
     spected four times for evidence of growth. Should the inoculum cause
     cloudiness in the medium, sub-cultures are made after the third or fourth
     or fifth day of incubation, transferring the 1 ml from each tube to a fresh
     tube of medium. The sub-cultures are incubated for seven days at 30° - 32°C
     for Fluid Thioglycollate Medium and at 20° - 25°C for Fluid Sabouraud Medium.
     If any contamination occurs, a repeat test is allowed. If the same
     contaminating organism occurs on retest, the product is reported as
     unsatisfactory.

19.  **Describe the sterility test of the product in the final container:** Twenty
     or more samples, representing all stages of the filling, are submitted for
     sterility testing. One ml from each bottle is planted in 40 ml (or more)
     of Fluid Thioglycollate Medium and 1 ml in 300 ml Fluid Sabouraud Medium.

*Fluid Sabouraud Medium prepared according to the formula specified in Biologic
 Products, Public Health Service Regulations, Title 42, Part 73, Section 73.73
 (e) (1) (ii).

003946

Application and Report on Manufacture of                    .    . Page 5
Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed

19.  (Continued)

The cultures are incubated at          (except at       ¬
TRADE SECRET        ) for a minimum of    days and during this period are
inspected four times for evidence of growth.  Should the inoculum cause
cloudiness in the medium, sub-cultures are made as indicated for bulk
sterility testing.  If any contamination occurs, a repeat test is made,
using at least the same number of final containers.  A second repeat test
may be made on at least twice the number of final containers as for the
first repeat test.  ——— or more containers are tested from each filling.

20.  Describe the tests and requirements for potency:  The antigenicity of the
preparation shall be determined by comparison with a stable standard prep-
aration with respect to their relative activity in immunization of guinea
pigs against intracutaneous challenge with spores of a virulent strain of
B. anthracis.  The standard preparation is a lot of crude culture filtrate

               TRADE SECRET


               ) are prepared from the unknown.  Five-tenths milliliter
amounts of each dilution are injected into each of eight 325 to 350 gram
guinea pigs.  Injections are made subcutaneously on the left side of the
abdomen, about 2 cm from the midline.

The animals are held for two weeks and challenged by injection of  ——
spores of the virulent Vollum strain of B. anthracis.  A standard spore
suspension Lot 189 prepared at Fort Detrick is used.  The spore suspension
is diluted in sterile distilled water to contain 10,000 spores per ml, and
0.1 ml is injected intracutaneously into each animal on the right side of
the abdomen opposite the site of immunization.  At least four control
animals, identical with the immunized animals except that they are untreated,
are challenged at the same time and with the same suspension.

The animals are held for ten days, and the deaths are recorded daily.  (
               TRADE SECRET

               ) For the assay to be valid,
the AvRTD for the control group must not be less than 0.25, and no control
animal may survive ten days.  In addition, the standard antigen shall produce
a graded response with a significant level of protection at the 1:3 dilution.

A potency value reflecting the survival time of animals in all groups is
prepared by summing the AvRTD for the three dilutions.  The unknown shall be
considered satisfactory if this sum is not greater than the sum calculated
in the same way for the standard antigen.

Should the criteria established for a satisfactory test not be met, retests
are permissible.  For purposes of release, the average of (        ) tests
may be taken, provided the average satisfies the requirements.  Tests
exhibiting non-graded responses are to be disregarded.

003947

Application and Report on Manufacture of                                    Page 6
Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed

21.  Describe the safety test used:  Safety tests are made on each filling of
     each lot from final containers selected at random.  Two mice, each weighing
     18 to 20 gram are injected intraperitoneally with at least 0.25 ml, and two
     guinea pigs each weighing 300 to 350 gram are injected intraperitoneally
     with at least 1.5 ml, or subcutaneously with 5 ml, of the material to be
     tested.  These animals are observed for seven days.  During this time they
     must appear normal and must not weigh less at the end than at the beginning
     of the test.

22.  Describe the identity test used:  Ultraviolet absorption curves between
     ⊂ TRADE SECRET ⊃ shall be prepared on the supernatant of the final bulk
     product and on the supernatant of a final container.  Expected maximum in
     the ⌐⎯⎯⌐ area and expected minimum in the ⎯⎯⎯ area.

23.  What other tests are made?

     a)  Benzethonium chloride.

     b)  Aluminum assay.

     c)  Formaldehyde.

24.  How is the product stored before marketing?  The product will be stored in
     a ⎯TRADE SECRET⎯⎯⎯⎯, Usual temperature:  ⎯⎯  Maximum tempera-
     ture:  ⎯⎯ .  Maximum time:  ⎯⎯years from date of manufacture.

25.  Is the expiration date stated on label?  Yes.

26.  What is the commercial period of potency?  Not more than three years from
     date of manufacture, or one year from date of issue.

27.  Are permanent records kept of the different steps in the manufacture and
     testing of each lot?  Yes.

28.  Are records kept of the disposition of each lot for the purpose of withdrawal
     if necessary?  Yes.

003948

Application and Repor.  .nufacture of                                    Page 7
<u>Anthrax Protective Antigen, Alumnimum Hydroxide Adsorbed</u>

Date of filing this Application and Report: _____ July 18, 1967 _____

Experts responsible for safety, purity, and potency:

_____
Chief, Division of Antibiotic and Fermentation

_____
Chief, Special Products Section

The foregoing statements in regard to equipment and methods are correct; any
change therein which might endanger the purity or potency of the product will be
reported to the Surgeon General, before adoption.

_____
Responsible Head of Establishment

003949

## BIBLIOGRAPHY

McGann, V. G., Stearman, R. L., and Wright, G. G., Journal of Immunology, 86:458
   (1961)

Puziss, M., Manning, L. C., Lynch, J. W., Barclay, E., Abelow, I., and Wright,
   G. G., Applied Microbiology, 11:330 (1963)

Wright, G. G., Puziss, M., and Neely, W. B., Journal of Bacteriology, 83:515 (1962)

UNITED STATES GOVERNMENT

# *Memorandum*

TO      : Ad Hoc Committee

FROM    : Office of Director, DBS

SUBJECT: License Application By:

July 21, 1967

Dr. George R. Anderson
Bureau of Laboratories
Michigan Department of Public Health
3500 North Logan Street
Lansing, Michigan 48914

REFERENCE NUMBER 67-70 has been assigned to your product license
application for Anthrax Protective Antigen, Aluminum Hydroxide
Adsorbed which is dated July 18, 1967 and was received in this
office on July 21, 1967.

Will you please serve as an ad hoc committee to review and make recommendations
on the above license application?

The Chairman is requested to draft comments or questions to the manufacturer, if
necessary, for the signature of the Director, DBS, for review and approval by his
Laboratory Chief.

This pending application has been assigned the above REFERENCE NUMBER and
any future correspondence, reports, memoranda, etc., relating to this application
should bear this number.

The file is being forwarded to the Chairman of the Committee, and any transactions,
with all copies, should be returned to the Office of the Director through Mrs. Ridout
for recording and distribution of file copies.

DISTRIBUTION: Through Laboratory
Chief

Dr. Pittman_____,Chairman

Dr. O'Malley_____

Dr. Feeley_____

Mr. Kolb_____

NIH- 523
REV- 2- 66

003974

October 9, 1967

Ref. No. 67-70

Dr. George R. Anderson
Bureau of Laboratories
Michigan Department of Public Health
3500 N. Logan Street
Lansing, Michigan 48914

Dear Dr. Anderson:

The license application for "Anthrax Protective Antigen, Aluminum Hydroxide Adsorbed" has been reviewed.  Our comments follow:

Proper Name.  The proper name of the product should be Anthrax Vaccine, Adsorbed.  There would be no objections to the appearance of 'protective antigen' on the label but not as a part of the proper name.

Item 9.  Does the medium used for purity testing contain beef extract and are the purity plate cultures incubated in an atmosphere of $CO_2$?  In Item 6 it is indicated that beef extract and the $CO_2$ atmosphere are necessary for the development of mucoid colonies of virulent organisms.

Item 11, Last paragraph.  How do you determine that the protective antigen has been efficiently adsorbed from the filtrate and that the aluminum-hydroxide precipitate contains the same amount of protective antigen from lot to lot?  Is the yield of protective antigen the same in all culture filtrates?  Does the precipitate in each preparation contain the same amount of protective antigen thereby permitting the suspension of the precipitate in the specified volume of TRADE SECRET

Item 13.  What factor determines the concentration of the original strength of the product in the final product?

Item 15.  Please specify the minimum and the maximum amount of aluminum base that will be present in a single human dose.

Item 20.  (a) What is the potency of the reference vaccine relative to the anthrax vaccine prepared by Merck, Sharp & Dohme for which clinical efficacy has been submitted in DBS-IND 180?  Correlation with clinical efficacy is essential.

(b) We have noted that the design of the test and the nature of the results analyzed by 〈                    TRADE SECRET                    〉

003977

BEST AVAILABLE COPY

-2-

CCI

(c) Is the potency test performed on the bulk or final container material?

Item 21. Is the alternate safety test procedure (1.5 ml injected intraperitoneally in guinea pigs) based on experimental data? What test was used to obtain the results given in the protocol for Lot No. 2?

Item 22. Please give detailed information on how you would interpret your adsorption curve to establish that the maximum and minimum observations were not characteristic of other products. What advantage does the spectrum have over a serological test?

Item 26. Was the dating period based on stability data?

Additional Information and Data for License Application (§73.3)

1. Sample of lot(s) representative of the lot to be sold. Four containers of 10 ml each would be appreciated.

2. A copy of the results of the potency assay of Lot 2 obtained by Dr. George Wright would be helpful to show reproducibility of results between laboratories.

3. Copy of labeling including package enclosure.

4. Clinical data obtained with the use of your product (IND-IND 180). Also, available serological data obtained during the clinical study.

5.          CCI

Since the protocol for Lot 2 shows that the Reference was significantly less potent than Lot 2, we would appreciate your comments on the desirability of specifying that the potency of anthrax vaccine be a multiple of the potency of the reference, e.g., not less than 3 times the reference. As indicated above, specified potency should be related to human efficacy.

6. On page 104 of the paper by P. F. Bonventre et al, Bacteriol Rev. 31: 95-169, 1967, reference is made to multiple precipitation bands of protective-antigen being due to enzymatic degradation of the antigen. Your comments on this subject and freedom of your product from the edema-inducing factor would be appreciated.

BEST AVAILABLE
COPY

-3-

7. Based on the information supplied, Proposed Recommendations Relating to the Manufacture of Anthrax Vaccine have been drafted. A copy was mailed to you around the first of September. Your cooperation in submitting suggested specifications was very helpful and appreciated.

When additional information and materials and your comments are received, we will be pleased to take further action on the application.

Sincerely yours,

Roderick Murray, M.D., Director
Division of Biologics Standards

MPittman:hmy 10/5/67

cc:  Dr. Feeley
     Mr. Kolb
     Dr. O'Malley
     Dr. Manclark

003979



**DEPARTMENT OF THE ARMY**
FORT DETRICK
FREDERICK, MARYLAND 21701

IN REPLY REFER TO:    SMUFD-MSL-M                          1 February 1968

Dr. Roderick Murray
Director, Division of Biologics Standards
National Institutes of Health
Bethesda, Maryland

Dear Dr. Murray:

    Dr. George R. Anderson of the Bureau of Laboratories, Michigan
Department of Public Health, has forwarded to me a copy of your letter
of 9 October and his reply dated 1 December 1967, concerning the license
application for the anthrax antigen. My comments on the questions and
responses are as follows:

<u>Proper name</u> - I do not consider "vaccine" an appropriate name for a
product that does not contain bacterial cells. I believe most micro-
biologists would use the term vaccine to refer to a suspension of more
or less whole bacteria, viruses, etc.

<u>Item 9</u> - Concur

<u>Item 11</u> - I concur, and would add that although in process serological
tests on the filtrate are useful in determining whether the process is
satisfactory up to this point, it does not seem necessary to include
the results of the tests as part of the official standards.

<u>Item 13</u> - Concur

<u>Item 15</u> - It is not clear to me that a minimum value is necessary. The
aluminum hydroxide increases the antigenicity of the product and the
specified amount has been found satisfactory. However, if future research
should develop a product of satisfactory antigenicity containing less
aluminum, the specification should allow its use.

<u>Item 20a</u> - We have not carried out tests in which the proposed reference
standard was compared directly with any of the existing samples of the
Merck preparations. However, I have collected seven assays on Merck
lot 9 carried out in guinea pigs during the period July 1965 to March 1967
and three assays on the reference standard (M.D.H.-5 Dried) carried out
in the same manner during the period May 1967 to August 1967. Mean
reciprocal times to death were calculated and averaged at each dose level
for all of the assays. The results are as follows:

003994

SMUFD-MSL-M
Dr. Roderick Murray - NIH

2
1 February 1968

| Dilution Injected | Average MRTD | |
|---|---|---|
| | Merck-9 | MDH-5 Dried |
| 0.13 | 0.12 |
| 0.25 | 0.18 |
| 0.30 | 0.24 |

TRADE SECRET

It would appear that the MDH-5 dried preparation is more active than the Merck-9 material under these conditions.

TRADE SECRET

Item 21 - Concur

Item 22 - Presumably, antigen could be eluted from aluminum hydroxide and a precipitin test performed. It would seem, however, that the potency assa would confirm the identity of the product.

Item 26 - Available data on the stability of the Merck antigens as assayed in rabbits are summarized in the attached table.

Additional information, item 3.- Dr. Coleman informs me that he has submitt a copy to the enclosure used by the CBC to you and Dr. Olson.

Item 4 - It is not clear to me what additional clinical data are re-quired. Perhaps we should confer on this.

Item 6.- We hope to present further data on the degradation of protec-tive antigen soon. The situation is complex and not easily summarized. However it may be sufficient for the present to indicate that as far as I am aware degradation of protective antigen results in loss of antigenicity. The methods for production of antigen have evolved, somewhat empirically, to avoid degradation. All attempts to detect Factor I of the anthrax toxi in the culture filtrates have given negative results (Puziss & Wright, J. Bact. 85: 230, 1963.

Yours sincerely,

GEORGE G. WRIGHT, Ph.D.
Chief, Immunology Branch
Medical Investigation Division

1 Encl
as

003995

UNITED STATES GOVERNM..T        DEPARTMENT OF HE..TH, EDUCATION, AND WEL..

# *Memorandum*

PUBLIC HEALTH SERVICE

To      :   Dr. Sam T. Gibson, Assistant Director, L & I       DATE: September 30, 19·

                                                          Ref. No. 67-70

FROM    :   Margaret Pittman, Ph. D., Chief, LBP
            Chairman, Ad Hoc Committee

SUBJECT :   Michigan Department of Public Health, visit by Dr. George R. Anderson
            and Dr. J. R. Mitchell

        <u>Anthrax Vaccine</u>
        (DBS personnel: Drs. J. C. Feeley and M. Pittman)

        The recent information submitted by NCDC and Ft. Detrick for DBS-IND-180
        was discussed.  It was emphasized that the epidemiological study did not
        provide control data, whereby the effectiveness of the vaccine could be
        evaluated.  The fact that the vaccine has been used in a number of textile
        mills and that there has been no case of Anthrax was substantive but not
        conclusive evidence of efficacy.

        It was also noted that Michigan Lot 3 was more reactive than one lot
        prepared by Ft. Detrick and one lot prepared by Merck, Sharp & Dohme.
        With gel diffusion tests it was demonstrated that the first two lots
        induced antibodies that were lower in titer and of shorter duration than
        did the MSD product.  However, the first two lots were fractionated antigen
        and a true comparison could not be made.

        Michigan Lot 2 now in current use was less reactive than Lot 3.  Lot 7 will
        be put into use by the end of this year.

        Dr. Anderson was informed that all requirements for filing the application
        for Anthrax Vaccine had been fulfilled but that license could not be issued
        until the Additional Standards:  Anthrax Vaccine had been published.  A
        nontechnical block was delaying their publication.  Dr. Anderson was
        appreciative of the information.

HELP ELIMINATE WASTE     COST REDUCTION PROGRAM

004020

UNITED STATES GOVERNMENT                DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
                                                     PUBLIC HEALTH SERVICE
*Memorandum*

TO       : Reference No. File 67-70                    DATE: *November 2, 1970*

FROM     : Chairman, Ad Hoc Committee

SUBJECT  : Michigan State Department of Health:  Anthrax Vaccine Adsorbed

This brings up to date matters concerning the application for license.

1. On October 28, 1970, Additional Standards:  Anthrax Vaccine Adsorbed were published.  The Committee had previously recommended license on publication of the Standards.  The appropriate documents are attached. See Item 3 below.

2. Since the Committee recommended that license be issued on publication of the Standards, a progress report on IND-180/9 has been received. It covered the period from August 1, 1969 to October 15, 1970. Vaccine was distributed to ⸺ investigators; 3,127 injections in primary series and 1,323 booster injections had been made.  It was reported that the reactivity of the vaccine had remained relatively constant over the 4-year period.

   It was also reported that (1) Lot 2 _____ CCI _____ (2) Lot 7 _____ CCI _____ had decreased in potency when tested October 1970.  This information indicates that a watch must be kept on the stability of the product.

3. Letter of notification.  At the time the license is sent to the mfr it is recommended that the following be requested:

   (1) A complete set of labeling including the package enclosure.

   (2) The latest potency tests of Lots 2 and 7 reported in the IND from the Center for Disease Control suggest CCI _____

       It is advised (a) that available data be organized and forwarded to the Division and (b) that a schedule be provided for the collection of additional data that may be indicated.

   (3) Since the samples submitted in support of license contained 0.0933% and 0.1307% aluminum, subsequent lots should contain not less than 0.4 mg aluminum per single human dose.

Margaret Pittman, Ph. D.

HELP ELIMINATE WASTE    HEW    COST REDUCTION PROGRAM

004021



**ROLLINS**
SCHOOL OF
**PUBLIC**
**HEALTH**

| Department of Global Health

EMORY

March 2, 2005

Food & Drug Administration
Division of Dockets Management
5630 Fishers Lane
Room 1061
Rockville, Maryland 20852

To Whom It May Concern:

I am writing in reference to "Docket Number 1980N-0208, Final Rule & Final Order Involving Bacterial Vaccines and Toxoids" and specifically about the human anthrax vaccine. In the study that I conduced in the late 1950s evaluating human anthrax vaccine developed by scientists at Fort Detrick, Frederick, Maryland, we selected as our volunteer group of subjects, employees at four textile mills in the northeastern part of the United States who volunteered for this double-blinded evaluation. The four selected mills had a high risk of anthrax infections among its employees due to the processing of imported contaminated goat hair. The volunteers were divided into two groups, one group receiving a placebo inoculation, and the other group the anthrax vaccine according to the published schedule. I personally gave every dose of vaccine and placebo, and additionally, looked at the site of inoculations at 24 and 48 hours after giving each dose. At the time of my evaluation of reactions, I was not aware as to whether the employee was in the vaccinated or placebo group.

When possible cases of cutaneous or inhalation anthrax infections were reported among the employees, I was immediately notified and I flew to the mill in order to confirm the diagnosis. After several years, it was apparent that the anthrax vaccine was effective in preventing human anthrax infections. Subsequently, the vaccine was made available to all employees in these four mills as well as in other mills who requested the vaccine.

In analyzing the data, we felt that since the pathophysiology of human anthrax is the same whether the organisms gains entrance through the skin or through the lungs, and therefore, it was appropriate to combine the data from the field trial. The patho-physiology of anthrax is the result of a toxin produced by the organism causing local or

80N-0208                                                    C 11

Emory University
1518 Clifton Road NE
Atlanta, Georgia 30322
The Robert W. Woodruff Health Sciences Center
An equal opportunity, affirmative action university

Tel 404.727.8804
Fax 404.727.4590

11355





systemic reactions regardless of the route by which the organisms entered the body. In our statistical analyses, we did omit cases of anthrax that occurred in employees that did not volunteer to participate in the study. However, if these cases are included in the analyses, the vaccine efficacy is not changed

Thus, I feel that the vaccine is appropriate for active immunization against Bacillus anthracis regardless of the route of exposure. If I can be of any further assistance to you in considering this conclusion, do not hesitate in contacting me.

Sincerely,

Philip S. Brachman, M.D.
Professor

PSB/bf