IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOHN DOE #1, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> ANDREW C. VON ESCHENBACH COMMISSIONER <br> FOOD AND DRUG ADMINISTRATION, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06-cv-02131-RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING REGARDING ADMINISTRATIVE RECORD**

Defendants hereby file with this Notice a CD-ROM. Defendants previously filed the four CD-ROM Administrative Record on February 26, 2007. *See* Docket No. 14. The Certificate accompanying this Record stated that certain "documents still require[d] Bates numbering and [are] being produced on Volume 3 without Bates numbers. A supplemental record will follow in due course containing the appropriate Bates designations for those documents." *Id.* (Attachment 1). The CD-ROM filed herewith contains these documents with the appropriate Bates designations.

Attached to this filing, are a Certificate and the Declaration of Brenda Friend. The CD-ROM is being maintained in the case file in the Clerk's Office, which is open to the public between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

| | |
|---|---|
| June 12, 2007 | Respectfully submitted,<br><br>PETER D. KEISLER<br>Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>VINCENT M. GARVEY<br>Deputy Branch Director<br><br> /s Jeffrey M. Smith    <br>JEFFREY M. SMITH (Bar No. 467936)<br>Trial Attorney<br>United States Department of Justice<br>20 Massachusetts Ave., N.W., Room 7144<br>Washington, D.C. 20001<br>Tel: (202) 514-5751<br>Fax: (202) 616-8202<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007, a copy of the aforementioned CD-ROM was sent via Federal Express to:

Mark S. Zaid, Esq.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

*Counsel for Plaintiffs*

                                                 */s Jeffrey M. Smith*
                                                 Jeffrey M. Smith

## CERTIFICATE

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Brenda Friend, Acting Director, Regulations and Policy Staff, Office of the Center Director, Center for Biologics Evaluation and Research (CBER), United States Food and Drug Administration (FDA), whose declaration is attached, has custody of official records of FDA relating to FDA's classification of anthrax vaccine.

As noted when the administrative record was previously filed in this case, a large number of documents were contained in a supplement that was submitted to FDA, and, although these documents were all posted to Docket No. 1980N-0208 as "SUP1" and were considered by the agency, the Division of Dockets Management had not yet processed them in their entirety according to its standard naming mechanism. That procedure has been completed for all of the documents that the agency was able to access from SUP1,[1] and the agency is now producing a supplemental administrative record with the remainder of "SUP1" as Bates Nos. 24637-32888 on Volume 3, which should be substituted for the Volume 3 previously produced by the agency.

---

[1] SUP1 was submitted (in part) to the agency on CDs, and several of the files had extensions that the agency could not access for production in this administrative record. Those files are therefore omitted. SUP1 also included six spreadsheet files that could not be readily converted to pdf files and assigned individual Bates numbers for each page. These six files are therefore included at the end of Volume 3 (without having been converted to pdf files), and each file in its entirety is assigned one Bates number.

In witness whereof, I have, pursuant to the provision of Title 42, United States Code, Section 3505, and Staff Manual Guide 1410.23(1)(a)(6)(ii) (May 18, 2005), hereto set my hand and caused the seal of the Department of Health and Human Services to be affixed this 7th day of June, 2007.

Jennie C. Butler, Director
Division of Dockets Management
Office of Management Programs
Office of Management
Food and Drug Administration

By direction of the Secretary of Health and Human Services

## DECLARATION OF BRENDA FRIEND

Brenda Friend declares as follows:

1. I am the Acting Director, Regulations and Policy Staff, Office of the Center Director, Center for Biologics Evaluation and Research (CBER), United States Food and Drug Administration (FDA).

2. In this capacity, I have custody of official records of FDA relating to FDA's classification of anthrax vaccine.

3. Attached is a copy of an index to the supplemental administrative record in <u>Doe v. von Eschenbach et al.</u>, Case No. 06-2131 (D.D.C.).

4. Copies of the documents referred to in the index in paragraph 3, above, are part of the official records of FDA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 5 , 2007.

*Brenda Friend*
Brenda Friend

INDEX TO SUPPLEMENTAL ADMINISTRATIVE RECORD
*DOE v. VON ESCHENBACH et al.*, No. 06-2131 (D.D.C.)

| DESCRIPTION | BATES RANGE |
|---|---|
| SUP1 Comment from John J. Michels, McGuire Woods  Dated: 3/28/2005 | 24637-32888 |