UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE # 1, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>ANDREW C. VON ESCHENBACH,<br>Commissioner Food and Drug<br>Administration, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-2131 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' request to proceed anonymously [Dkt. #1] is **DENIED**. Plaintiffs shall file a notice with the Court no later than July 27, 2007, indicating how they wish to proceed: whether they will drop out of the suit, reveal their identities, seek a certification for appeal, and/or file an amended complaint.

**SO ORDERED.**

Date: June 27, 2007
                                                      /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge