**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE #1 <u>et al.</u> | * |
| | * |
| Plaintiffs, | * |
| | *   Civil Action No. 06-2131 (RMC) |
| vs. | * |
| | * |
| ANDREW C. VON ESCHENBACH <u>et al.</u> | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF PLAINTIFFS' RESPONSE**
**TO COURT ORDER DATED JUNE 27, 2007**

NOW COMES plaintiffs John Does#1-5 and Jane Doe#1, by and through their undersigned counsel, to hereby respectfully provide notice to the Court of their response and intended actions in light of the Court's Order dated June 27, 2007, requiring them to disclose their names in order to continue in this litigation.

After consultation, several of the plaintiffs have decided to withdraw from the lawsuit. However, two of the current plaintiffs and several new ones have decided to proceed in this litigation under their true name.

Since the defendants have not yet filed an Answer the plaintiffs have, as a matter of right, the ability to file an Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and will do so on or before August 15, 2007.

Additionally, since the parties have fully briefed the pending Motion to Dismiss and it will remain equally relevant to the Amended Complaint, the parties have agreed to adopt the previously filed motions and responses and have them applied to the Amended Complaint. This will obviously conserve significant judicial and parties' resources, as well as time.

On a related note, plaintiffs have no objection to defendants' amending their Motion to Dismiss in conformance with the standing issues that may be raised by the Amended Complaint. Plaintiffs suggest that such amendments be filed within 30 days of the submission of the Amended Complaint.

Dated: July 26, 2007

                                  Respectfully submitted,

                                  _____

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGUIREWOODS LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150

Attorneys for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I, John J. Michels, Jr., an attorney, certify that on July 26, 2007, I caused the foregoing *Notice of Plaintiffs' Response to Court Order Dated June 27, 2007,* to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jeffrey Michael Smith
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW, Room 7144
Washington, DC 20529-0001
(202) 514-5751
Email: jeffrey.smith5@usdoj.gov

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGUIREWOODS LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150

Attorneys for the Plaintiffs

\4674394.2