IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS REMPFER, *et al.* | ) <br> ) <br> ) |
| Plaintiffs | ) <br> ) |
| v. | ) <br> ) Case No. 1:06-cv-02131-RMC |
| ANDREW C. VON ESCHENBACH <br> COMMISSIONER <br> FOOD AND DRUG ADMINISTRATION, *et al.* | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## DEFENDANTS' NOTICE OF RENEWED MOTION TO DISMISS

Pursuant to the Court's August 3, 2007 Minute Order, Defendants hereby renew their Motion to Dismiss without amendment. The bases for this Motion are set forth in Defendants' previously filed Memorandum in Support of Their Motion for Summary Judgment (Doc. # 15, filed February 26, 2007) and Reply Memorandum (Doc. # 21, filed May 4, 2007).[1]

---

[1] The Court's Minute Order anticipated that Defendants might need to raise additional issues regarding Plaintiffs' standing. For the following reasons, this is not necessary. Defendants have explained that Plaintiffs lack standing to challenge any allegedly inconsistent vaccine schedule because no Plaintiff has alleged that he or she has been or imminently will be subjected to any such schedule. *See* Def's Opening Mem., at 35-37; Def's Reply Mem., at 15-16. Nothing in the Amended Complaint changes the fact that Plaintiffs have not adequately pled standing as to this claim. *See, e.g.*, Amen. Compl. ¶¶ 1-8 (no plaintiff alleges that he or she was ordered to take the six shot vaccine pursuant to any alternative schedule). With regard to standing to challenge FDA's approval of Anthrax Vaccine Adsorbed, Plaintiff Gearhart appears to have made allegations sufficient to satisfy the standing requirement at the Motion to Dismiss stage. *See* Amen. Compl. ¶ 6. Defendants do not concede that the other named Plaintiffs have adequately alleged standing.

| | |
|---|---|
| September 17, 2007 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| | VINCENT M. GARVEY<br>Deputy Branch Director |
| | /s/ Jeffrey M. Smith<br>JEFFREY M. SMITH (Bar No. 467936)<br>Trial Attorney<br>United States Department of Justice<br>20 Massachusetts Ave., N.W., Room 7144<br>Washington, D.C. 20001<br>Tel: (202) 514-5751<br>Fax: (202) 616-8202 |
| | *Counsel for Defendants* |