UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS REMPFER et al. | * |
| | * |
| Plaintiffs, | * |
| | *   Civil Action No. 06-2131 (RMC) |
| vs. | * |
| | * |
| ANDREW C. VON ESCHENBACH et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NUNC PRO TUNC RESPONSE TO
DEFENDANTS' NOTICE OF RENEWED MOTION TO DISMISS**

NOW COME plaintiffs, by and through their undersigned counsel, to hereby respectfully provide formal notice to the Court of their adoption of their prior Response to Defendants' Motion to Dismiss (filed April 11, 2007).

By Notice dated September 17, 2007, the defendants renewed their prior dispositive Motion (filed February 26, 2007) without amendment.[1] The plaintiffs' counsel were unsure whether this instant filing was necessary and, if so, apologies for the delay in its filing.

Dated: October 21, 2007

                                                            Respectfully submitted,

                                                              /s/
                                            _____

                                            Mark S. Zaid, Esq.
                                            D.C. Bar #440532
                                            Mark S. Zaid, P.C.
                                            1250 Connecticut Avenue, N.W.
                                            Suite 200
                                            Washington, D.C. 20036
                                            (202) 454-2809
                                            ZaidMS@aol.com

---

[1] The defendants similarly adopted their Reply Memorandum (filed May 4, 2007).

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGUIREWOODS LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150

Attorneys For The Plaintiffs