UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS REMPFER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ANDREW C. VON ESCHENBACH,<br>Commissioner Food and Drug<br>Administration, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-2131 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' motion to dismiss [Dkt. #15], which was renewed by Defendants' notice of renewal [Dkt. #29], is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: February 29, 2008             _____/s/_____
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge