UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS REMPFER et al. | * |
| | * |
| Plaintiffs, | * |
| | *    Civil Action No. 06-2131 (RMC) |
| v. | * |
| | * |
| ANDREW C. VON ESCHENBACH et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Plaintiffs Thomas Rempfer, Joshua Cohen, Gareth Harris, Kevin Ferrara, Shameka Edwards, Eric Gearhart, Michael Palmer, and James Hailstone, by and through undersigned counsel, hereby notices their appeal of the February 29, 2008, Order of the Court granting Defendants' Motion To Dismiss in this matter.

Date: April 23, 2008

Respectfully submitted,

/s/ John J Michels, Jr.
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
Mark@MarkZaid.com

John J. Michels, Jr., Esq.
D.C. Bar #457575
McGUIREWOODS LLP
77 W. Wacker, Suite 4400
Chicago, Illinois 60601
(312) 849-8150

Attorneys For The Plaintiffs